**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **SALEM POINTE CAPITAL, LLC,** | ) | **Case No. 3:24-bk-31702-SHB** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**NOTICE OF INTENTION TO APPEAR TELEPHONICALLY**

**COMES NOW** William R. O'Bryan, Jr., counsel for Creditor, BEP Rarity Bay LLC ("BEP"), pursuant to Judge Bauknight's *Procedure for Telephonic Appearance*, and herewith files notice of his intention to appear by telephone at the hearings that are scheduled for 10:00 a.m. on May 8, 2026, in the above-captioned case on the scheduled motions. The undersigned states that he resides outside of the Northern (Knoxville) Division of the Court.

The undersigned will call the Court's AT&T teleconferencing number at least ten minutes prior to the start time of the status conference.

Respectfully Submitted:

/s/ *William R. O'Bryan, Jr.*
William R. O'Bryan, Jr. (BPR #005433)
C.E. Hunter Brush (BPR #031046)
Butler Snow LLP
1320 Adams Street, Suite 1400
Nashville, TN 37208
Phone: (615) 651-6700
Fax:    (615) 651-6701
Bill.obryan@butlersnow.com
Hunter.brush@butlersnow.com
*Attorneys for BEP Rarity Bay, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, a true and correct copy of the foregoing *Notice of Intention to Appear Telephonically* was filed electronically with the Court's Electronic Case Filing System and will be served by operation of the Court's electronic filing system on the following:

- Brenda G. Brooks  - bbrooks@moore-brooks.com, ebriggs@moore-brooks.com
- Wynne Caffey-Knight – wcaffery@esc-law.com
- Thomas H. Dickenson – tdickenson@hdclaw.com, ROgle@hdclaw.com
- Tiffany A. DiIorio – Tiffany.DiIorio@usdoj.gov
- Michael W. Ewell – mewell@fmsllp.com, dmcafee@fmsllp.com, elambert@fmsllp.com
- Adam Uriah Holland – aholland@dhifirm.com
- Trent R. Kinkaid – tkinkaid@esc-law.com
- Erno D. Lindner – elindner@bakerdonelson.com, dspiegel@bakerdonelson.com
- Gregory C. Logue – logueg@wmbac.com
- William F. McCormick – agbankparsons@ag.tn.gov, agbankstair@ag.tn.gov
- Mary D. Miller – mmillerservice@millerlaw.solutions, kboyd@millerlaw.solutions
- James R. Moore – jmoore@moore-brooks.com
- Jason L. Rogers – jrogers@hdclaw.com, ROgle@hsclaw.com
- M. Aaron Spencer – aspencer@wmbac.com, arossini@wmbac.com, TN56@ecfcbis.com
- United State Trustee – Ustpregion08.kx.ecf.@usdoj.gov
- Paul E. Jennings – PJennings@bassberry.com
- Adam G. Russell – arussell@fisher-russell.com
- Melanie Davis – msd162@hotmail.com
- Austin McMullen – AMcMullen@bradley.com
- Bill Norton – BNORTON@bradley.com
- Walter Winchester – wwinchester@wsfs-law.com
- Thomas Hale – tomhale@kramer-rayson.com
- Ronald Attariasio – ron@sa-tnlaw.com
- Gene Humphreys – GHumphreys@bassberry.com

/s/ *William R. O'Bryan, Jr.*
William R. O'Bryan, Jr.

2

100661482.v1