United States Bankruptcy Court

Eastern District of Tennessee

In re:

Salem Pointe Capital, LLC

    Debtor

Case No. 24-31702-SHB

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0649-3 | User: admin | Page 1 of 28 |
|---|---|---|
| Date Rcvd: May 04, 2026 | Form ID: pdfbk | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | May 04 2026 20:29:00 | Internal Revenue Service, P. O. Box 21126, Philadelphia,, PA 19114 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Russell | on behalf of Defendant Salem Pointe Capital  LLC arussell@fisher-russell.com |
| Adam Russell | on behalf of Defendant Michael Ayres arussell@fisher-russell.com |
| Adam Russell | on behalf of Special Counsel Adam Russell arussell@fisher-russell.com |
| Adam Uriah Holland | on behalf of Plaintiff Barbara Keller Taylor aholland@dhifirm.com |
| Adam Uriah Holland | on behalf of Plaintiff Charlton Taylor aholland@dhifirm.com |
| Austin L. McMullen | on behalf of Plaintiff Traci Lorts amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff Thomas Walliser amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |

District/off: 0649-3                                    User: admin                                               Page 2 of 28

Date Rcvd: May 04, 2026                          Form ID: pdfbk                                          Total Noticed: 1

Austin L. McMullen

on behalf of Plaintiff Freida Johnson Wisneski amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Lisa Lyon amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jeffery Laws amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Maurice Richter amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Genene Youngs amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Purcell amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Bruce Mackenzie amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Cheryl Weaver amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kellie Calloway amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Toni Turner amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kent O'Brien amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Tom Chadwell amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Theresa Veselovsky amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Shawn Wesley McCarter amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Charlton Taylor amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Randle Suttkus amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Mary Cesaretti amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jolene Colpo amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff David Broyles amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Joni Danhof amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Steven Hansen amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Diane Sherwood amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Todd Frauendorfer amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Goodall amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Ann Triplett amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff David Smith amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Larry Strunk amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Charles Watlington amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                  User: admin                            Page 3 of 28

Date Rcvd: May 04, 2026              Form ID: pdfbk                          Total Noticed: 1

Austin L. McMullen

on behalf of Plaintiff Kim Sade amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marie Gosch amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Eileen Engel amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Constance Williams amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Teresa Bieber amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kathy Laws amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Allaben amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Anne Iverson amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Darryl Fry amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jim Goetz amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jeanne Wohlford amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Brohan amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Charles Wayne Fox amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kenneth Klepps amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Earl Triplett amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Pelletier amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Yvonne Gamble amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Daniel Cash amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Zach Elkin amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Phillip Rother amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff William Turner amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Teresa Merrill amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Carol Johnson amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Larry Langhoff amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Elgin amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jeffrey Aschenbeck amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Deborah Hough Barnard amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Bruce Broxterman amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3
User: admin
Page 4 of 28

Date Rcvd: May 04, 2026
Form ID: pdfbk
Total Noticed: 1

Austin L. McMullen
on behalf of Plaintiff Maria Meyer amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Anke Linton amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Paul Sherwood amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Gregory Baker amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Tammy Summers amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Rodney Rowe amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Todd Behrens amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff James Bauman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Elizabeth Wasson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Patricia Baker amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Gregory Engel amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Jackie Henderson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Alda Watlington amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Robert Riley amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Robert Shipman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Patricia Murphy amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Hugh M. Calloway amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Ted Colpo amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Patricia Goodall amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Hailey Behrens amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Jeannette Amundson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Janet Carlson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Yolanda Gomez amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Diane Walker amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Martin Immerman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Cheryl Hamilton amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Barbara Langosch amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Gregory Louden amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3

Date Rcvd: May 04, 2026

User: admin

Form ID: pdfbk

Page 5 of 28

Total Noticed: 1

Austin L. McMullen

on behalf of Plaintiff Ronald Siddall amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Gregory Langosch amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Erica Riley amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Richard Sade amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Engle amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff James Wiese amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Mary Lang amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Maureen Aschenbeck amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Lynn Sheldon Engle amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Elbert Creed amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Andrew Scott amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Patrice Gibbons amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Laurie Szilvagyi amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Lawrence Wichelns amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Nancy Langhoff amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Dariusz Borowy amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Terry Harrison amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Donald Amundson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kristin Rowe amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Constance Scott amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Paul Merrill amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jason Walsh amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Joan Bauman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Linda Wiese amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Ronald Godshalk amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Carl Supernor amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Gamble amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Gail Gagnon amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                          User: admin                                    Page 6 of 28

Date Rcvd: May 04, 2026                       Form ID: pdfbk                                Total Noticed: 1

Austin L. McMullen

on behalf of Plaintiff Martha Supernor amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Catherine Mackenzie amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Creditor Russell Lorts amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Wendy O'Brien amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Margaret Hansen amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Maria Borowy amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Deborah Smith amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Nels Johnson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michael Frisbey amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Amy Munier amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Sheila Walliser amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff William S. King III amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jean Vosburg amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Matteo Giordano amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jeffrey Bokal amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Meredith Louden amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Eric Edstrom amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Joan Allaben amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff William Vosburg amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff William Grovier amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff David Lang amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff James Barrett amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Donald Murphy amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Suzan Cayne amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jenny Liu Saver amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Russell Lorts amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Peter MacWilliams amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Diane Griffon Drinnon amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                              User: admin                                        Page 7 of 28
Date Rcvd: May 04, 2026                        Form ID: pdfbk                                    Total Noticed: 1

Austin L. McMullen

on behalf of Plaintiff Carolyn Chase amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Thomas Simcox amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Sharon MacWilliams amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Raymond Wasson amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Craig Thomas amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff James Mathis amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Trudy Smith amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Mary Dickson amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Jeffcoat amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kristen Roberts amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Regina Elgin amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Christine Miller amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Dave Carraway amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Brian Haycox amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jeffrey Kupperman amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Rosemary Townsend amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Mark Lyon amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kimm Sayre amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Margaret Crafton amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Shannon Haycox amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Gwendolynn Tyler Fry amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Linda Simcox amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Lawrence Wilkerson amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Samuel Gregov amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Gary Cole amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Anita Wright amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Milhiser amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Martin Wright amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                        User: admin                              Page 8 of 28

Date Rcvd: May 04, 2026                     Form ID: pdfbk                           Total Noticed: 1

Austin L. McMullen

on behalf of Plaintiff Marcus Allen amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Dale Mojta amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Russell O'Brien amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Ronald Saver amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Ferraro amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Barton Whitman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Patricia Kupperman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Porter amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Sandra Price amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff David Wilhelm amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Bruce Hamilton amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Dawn Fancher amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Tracy Edstrom amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Vincent Fell amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michelle Hammond amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Cynthia Walsh amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Crafton amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Sorenson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Charles David Linton amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jamie Frisbey amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Julia Misslin amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Meredith Shipman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Elizabeth Quigley amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Hammond amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Shelley Bundy King amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Norman Canfield amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jack McDonald amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Toni Grovier amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                          User: admin                                    Page 9 of 28
Date Rcvd: May 04, 2026                  Form ID: pdfbk                              Total Noticed: 1

Austin L. McMullen

on behalf of Plaintiff Dennis Stephenson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Bobbi Carraway amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kathryn Mohring amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marilyn Hudoba amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Judy Sayre amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Ron Walker amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Larry Williams amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Paul Anderson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Richard Dickson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Patricia McDonald amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michael Baumgarten amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Harvey Gannon amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Pam Broxterman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Eric Carlson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Mike Miller amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff James Summers amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Lisa Allen amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Lynn Powers Giordano amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jerry Townsend amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Patricia Guelker Cash amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Patricia Nichols amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Julie Capozzi amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Carol Richter amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Ann Hogan Immerman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michael Kachelmeyer amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Christina Purcell amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Valerie Colpizzi Reisz amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marjorie Fox amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3    User: admin    Page 10 of 28
Date Rcvd: May 04, 2026    Form ID: pdfbk    Total Noticed: 1

Austin L. McMullen
on behalf of Plaintiff Richard Hoban amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Jean Thomas amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Karen Brohan amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Alan Willbee amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Steve Henderson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Terry Nichols amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Rosemary Pelletier amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Marilyn Galbreath amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Linda Frauendorfer amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff William Carty amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Robert Quigley amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Rita Anderson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Patricia Busse amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Gordon Allex amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff George Price amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Kimberly Creed amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Joan Wichelns amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Mark Karnes amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Eliagnes Broyles amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Emily Huebner amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Jan Stephenson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Scott Bieber amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Russell Youngs amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Cynthia Willbee amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Pamela O'Hara amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Mary Elkin amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Stephen Wohlford amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Craig Rogers amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                          User: admin                              Page 11 of 28
Date Rcvd: May 04, 2026                       Form ID: pdfbk                           Total Noticed: 1

Austin L. McMullen

on behalf of Plaintiff Kari Porter Benefiel amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marie Monzell Perry amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michael Szilvagyi amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Joy Goetz amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Priscilla Canfield amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michelle Mojta amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff David Danhof amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kathy Kachelmeyer amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Joseph Gomez amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Barbara Keller Taylor amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Lockhart amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Monty Benefiel amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marc Gosch amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Mae Harrison amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Anthony Reisz amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Carol Milhiser amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Peter Misslin amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Janet Muir amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Linda Neumann amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Eileen Karnes amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Andrea Gregov amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Scott Munier amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kim Wood amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jennifer Boldizsar Klepps amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Barbara Whitman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Carthylynn Barrett amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michael Capozzi amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff W.A. Woolsey amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                              User: admin                                        Page 12 of 28
Date Rcvd: May 04, 2026                        Form ID: pdfbk                                    Total Noticed: 1

Austin L. McMullen

on behalf of Plaintiff David Miller amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Wood amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Julia Rother amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Cornelia Siddall amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Russell Hudoba amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Gary Harnett amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Eric Chase amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marilyn Shemansky amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff David Davis amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Douglas Roberts amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Fallen Leaf Lake  LLC amcmullen@bradley.com, austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff James Wisneski amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Richard Mohring amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Carol Strunk amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jayne Miller amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Deborah Riley amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michelle Mackay Carty amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kristen Chadwell amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Dale Weaver amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Susan Davis amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Paul Busse amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Deborah Suttkus amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jennifer Boldizsar amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff David Gallelli amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Ann Marie Woolsey amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Stasko amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Clint Meyer amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Philip Fancher amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                          User: admin                                    Page 13 of 28

Date Rcvd: May 04, 2026                       Form ID: pdfbk                                 Total Noticed: 1

Austin L. McMullen
                      on behalf of Interested Party Bradley Arant Boult Cummings LLP amcmullen@bradley.com
                      austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
                      on behalf of Plaintiff Constance Ferraro amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
                      on behalf of Plaintiff Roger Hanson amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
                      on behalf of Plaintiff James Veselovsky amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
                      on behalf of Plaintiff Thomas Barnard amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
                      on behalf of Plaintiff Peter Arfken amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
                      on behalf of Plaintiff Gail Wilhelm amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
                      on behalf of Plaintiff Jean Porter amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
                      on behalf of Plaintiff Debora Rogers amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Brenda G. Brooks
                      on behalf of Defendant Salem Pointe Capital  LLC bbrooks@moore-brooks.com, ebriggs@moore-brooks.com

Brenda G. Brooks
                      on behalf of Debtor Salem Pointe Capital  LLC bbrooks@moore-brooks.com, ebriggs@moore-brooks.com

Clinton Edward Hunter Brush
                      on behalf of Creditor BEP Rarity Bay  LLC hunter.brush@butlersnow.com,
                      sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush
                      on behalf of Creditor Paul Beidel hunter.brush@butlersnow.com  sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush
                      on behalf of Defendant Landeavor Asset Managers  LLC hunter.brush@butlersnow.com,
                      sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush
                      on behalf of Defendant BEP Rarity Bay  LLC hunter.brush@butlersnow.com,
                      sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush
                      on behalf of Creditor Landeavor Asset Managers  LLC hunter.brush@butlersnow.com,
                      sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush
                      on behalf of Defendant Landeavor  LLC hunter.brush@butlersnow.com,
                      sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush
                      on behalf of Defendant Adam Lorry hunter.brush@butlersnow.com
                      sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush
                      on behalf of Defendant Bald Eagle Ventures  LLC hunter.brush@butlersnow.com,
                      sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush
                      on behalf of Defendant Paul Beidel hunter.brush@butlersnow.com  sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush
                      on behalf of Creditor Adam Lorry hunter.brush@butlersnow.com  sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush
                      on behalf of Creditor Bald Eagle Ventures  LLC hunter.brush@butlersnow.com,
                      sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush
                      on behalf of Creditor Landeavor  LLC hunter.brush@butlersnow.com,
                      sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Erno D. Lindner
                      on behalf of Creditor Kapitus Servicing  Inc. as agent for Kapitus LLC elindner@bakerdonelson.com,
                      dspiegel@bakerdonelson.com

District/off: 0649-3

User: admin

Page 14 of 28

Date Rcvd: May 04, 2026

Form ID: pdfbk

Total Noticed: 1

Gary M. Murphey

murphey@rfslimited.com

Gene L. Humphreys

on behalf of Trustee Gary M. Murphey ghumphreys@bassberry.com  bankr@bassberry.com

Gene L. Humphreys

on behalf of Defendant Salem Pointe Capital  LLC ghumphreys@bassberry.com, bankr@bassberry.com

Gregory C. Logue

on behalf of Creditor Rarity Bay Partners glogue@wmbac.com

Henry Edward Hildebrand, IV

on behalf of Debtor Salem Pointe Capital  LLC ned@dhnashville.com, admin@dhnashville.com

James Moore

on behalf of Debtor Salem Pointe Capital  LLC jmoore@moore-brooks.com

James Moore

on behalf of Defendant Salem Pointe Capital  LLC jmoore@moore-brooks.com

Jason L. Rogers

on behalf of Creditor ORNL Federal Credit Union jrogers@hdclaw.com  mswaggerty@hdclaw.com

M. Aaron Spencer

on behalf of Plaintiff Salem Pointe Capital Partners now known as Rarity Bay Partners aspencer@wmbac.com
arossini@wmbac.com;TN56@ecfcbis.com

M. Aaron Spencer

on behalf of Creditor Rarity Bay Partners aspencer@wmbac.com  arossini@wmbac.com;TN56@ecfcbis.com

Mary D. Miller

on behalf of Interested Party John D. Wood and Kim R. Wood  Trustees of the Wood Living Trust Dated November 15, 2003, A
Revocable Living Trust mmillerservice@millerlaw.solutions, kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Peter A. Misslin  Trustee of the Peter A. Misslin Living Trust Under Agreement Dated August 24,
1998 mmillerservice@millerlaw.solutions, kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff Julia Misslin mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Michael Guido mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Donna Harless mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Bart Whitman mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Kathleen Siedlecki mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Terry G. Aff mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Julia Misslin mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff Kim Wood mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Steven McCullough mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Ken Cook mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Julia B. Misslin  Trustee of the Julia B. Misslin Living Trust Under Agreement Dated August 24,
1998 mmillerservice@millerlaw.solutions, kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff Pete Misslin mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party John D. Wood mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Peter Misslin mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

District/off: 0649-3                                        User: admin                                        Page 15 of 28

Date Rcvd: May 04, 2026                            Form ID: pdfbk                            Total Noticed: 1

on behalf of Interested Party J. Carey McHugh mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff Rick Hoban mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff J. Carey McHugh mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff John D. Wood mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Michael Mayer mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff Michael Guido mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff Bart Whitman mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Richard Hoban mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Ed Harless mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff Ed Harless mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Kim Wood mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Creditor The Club at Rarity Bay Inc. mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Melanie E. Davis Esq.

on behalf of Plaintiff Randle Suttkus mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Barton Whitman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Michael Kachelmeyer mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Carthylynn Barrett mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Richard Sade mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Robert Lockhart mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff George Price mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Russell O'Brien mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Norman Canfield mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Catherine Mackenzie mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Lisa Allen mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Maureen Aschenbeck mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Patrice Gibbons mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Constance Ferraro mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jean Porter mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Raymond Wasson mdavis@kizerblack.com

District/off: 0649-3                    User: admin                                    Page 16 of 28
Date Rcvd: May 04, 2026                 Form ID: pdfbk                                  Total Noticed: 1

Melanie E. Davis Esq.
                        on behalf of Plaintiff Kim Wood mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Lynn Sheldon Engle mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Emily Huebner mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Pete Misslin mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Thomas Simcox mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Ted Colpo mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Charles David Linton mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Rick Hoban mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Todd Frauendorfer mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Charles Watlington mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Susan Davis mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Shelley Bundy King mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Patricia Goodall mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Steven Hansen mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff David Danhof mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Theresa Veselovsky mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Peter Arfken mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff David Gallelli mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Christine Miller mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Michelle Mojta mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Maria Borowy mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Jan Stephenson mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Sandra Price mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Yvonne Gamble mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Carol Richter mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Larry Langhoff mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Elbert Creed mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Genene Youngs mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Phillip Rother mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Hugh M. Calloway mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Kathy Laws mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Sheila Walliser mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Maria Meyer mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Mary Elkin mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Scott Bieber mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Linda Simcox mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Robert Purcell mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Eileen Karnes mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Paul Merrill mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff James Veselovsky mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Wendy O'Brien mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Freida Johnson Wisneski mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Trudy Smith mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Hailey Behrens mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Craig Rogers mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Kimberly Creed mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Todd Behrens mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Laurie Szilvagyi mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jeannette Amundson mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Deborah Smith mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Deborah Suttkus mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Robert Allaben mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Patricia Murphy mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Kathryn Mohring mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff William Grovier mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff David Lang mdavis@kizerblack.com

District/off: 0649-3                          User: admin                                    Page 18 of 28
Date Rcvd: May 04, 2026                      Form ID: pdfbk                                Total Noticed: 1

Melanie E. Davis Esq.
on behalf of Plaintiff Elizabeth Quigley mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Lynn Powers Giordano mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Richard Hoban mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Marilyn Galbreath mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jeffery Laws mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jackie Henderson mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Russell Hudoba mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Bart Whitman mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Meredith Louden mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Samuel Gregov mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Kari Porter Benefiel mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Kathy Kachelmeyer mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jeffrey Bokal mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Ronald Siddall mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Rita Anderson mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Patricia McDonald mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Bruce Hamilton mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Gregory Langosch mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Alda Watlington mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff J. Carey McHugh mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Kellie Calloway mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Ed Harless mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Marcus Allen mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Gary Cole mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff James Wiese mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Monty Benefiel mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Teresa Merrill mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff John Gamble mdavis@kizerblack.com

District/off: 0649-3    User: admin    Page 19 of 28

Date Rcvd: May 04, 2026    Form ID: pdfbk    Total Noticed: 1

Melanie E. Davis Esq.

on behalf of Plaintiff Martin Immerman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Eric Edstrom mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Amy Munier mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Deborah Hough Barnard mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Cheryl Hamilton mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Fallen Leaf Lake  LLC mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff James Mathis mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Yolanda Gomez mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Marie Gosch mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff William Turner mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Sharon MacWilliams mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Ann Triplett mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Peter MacWilliams mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Nels Johnson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jolene Colpo mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Marie Monzell Perry mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Vincent Fell mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff John Hammond mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jerry Townsend mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Philip Fancher mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Linda Wiese mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jennifer Boldizsar mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Russell Youngs mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Robert Milhiser mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Kristen Chadwell mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Elizabeth Wasson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Deborah Riley mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Gordon Allex mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Donald Murphy mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Marc Gosch mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Steve Henderson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Michael Guido mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Anita Wright mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Barbara Whitman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Marjorie Fox mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Eric Chase mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Diane Sherwood mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Robert Elgin mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Rosemary Pelletier mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Dave Carraway mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Patricia Kupperman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Linda Neumann mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Michelle Mackay Carty mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Toni Turner mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Paul Busse mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Daniel Cash mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Carol Strunk mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Anne Iverson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Kim Sade mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Matteo Giordano mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Cornelia Siddall mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Priscilla Canfield mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Russell Lorts mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jean Vosburg mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Diane Griffon Drinnon mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Martha Supernor mdavis@kizerblack.com

District/off: 0649-3                     User: admin                          Page 21 of 28

Date Rcvd: May 04, 2026                  Form ID: pdfbk                        Total Noticed: 1

Melanie E. Davis Esq.
on behalf of Plaintiff Lisa Lyon mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Marilyn Hudoba mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Gwendolynn Tyler Fry mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Marilyn Shemansky mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Richard Dickson mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Pamela O'Hara mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Thomas Barnard mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff John Brohan mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff David Davis mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Joy Goetz mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff W.A. Woolsey mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Toni Grovier mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Robert Pelletier mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Mary Lang mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Barbara Langosch mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Scott Munier mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Terry Harrison mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Stephen Wohlford mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Joan Bauman mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Maurice Richter mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff David Smith mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Judy Sayre mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Ann Hogan Immerman mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff James Barrett mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Valerie Colpizzi Reisz mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Joan Wichelns mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Lawrence Wichelns mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Margaret Hansen mdavis@kizerblack.com

District/off: 0649-3                        User: admin                              Page 22 of 28

Date Rcvd: May 04, 2026                     Form ID: pdfbk                           Total Noticed: 1

Melanie E. Davis Esq.
on behalf of Plaintiff Mary Cesaretti mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Michelle Hammond mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jeffrey Kupperman mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Paul Anderson mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Craig Thomas mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Eliagnes Broyles mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Terry Nichols mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Kenneth Klepps mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Regina Elgin mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff William Vosburg mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Cheryl Weaver mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Charles Wayne Fox mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Richard Mohring mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jason Walsh mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jack McDonald mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Karen Brohan mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Clint Meyer mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Tom Chadwell mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Joseph Gomez mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Gregory Engel mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Earl Triplett mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Dariusz Borowy mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jenny Liu Saver mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Larry Williams mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Carl Supernor mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff John Porter mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Michael Capozzi mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff John Crafton mdavis@kizerblack.com

District/off: 0649-3                     User: admin                                        Page 23 of 28
Date Rcvd: May 04, 2026                  Form ID: pdfbk                                     Total Noticed: 1

Melanie E. Davis Esq.

on behalf of Plaintiff Jamie Frisbey mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Margaret Crafton mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Diane Walker mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Suzan Cayne mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jayne Miller mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Julia Rother mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Julia Misslin mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Anthony Reisz mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Andrea Gregov mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Eric Carlson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff John Wood mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Dennis Stephenson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Cynthia Walsh mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Michael Frisbey mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Andrew Scott mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Ann Marie Woolsey mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Shannon Haycox mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Teresa Bieber mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Lawrence Wilkerson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jeanne Wohlford mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Julie Capozzi mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Pam Broxterman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Mark Lyon mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Carol Milhiser mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Ron Walker mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Alan Willbee mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Bobbi Carraway mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Constance Scott mdavis@kizerblack.com

District/off: 0649-3                              User: admin                                    Page 24 of 28

Date Rcvd: May 04, 2026                        Form ID: pdfbk                                  Total Noticed: 1

Melanie E. Davis Esq.

on behalf of Plaintiff Paul Sherwood mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Darryl Fry mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Douglas Roberts mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff John Mike Miller mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff William Carty mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff James Bauman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Patricia Baker mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff John Goodall mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Joan Allaben mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Michael Szilvagyi mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff John D. Wood mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Zach Elkin mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Shawn Wesley McCarter mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff John Stasko mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Bruce Mackenzie mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Martin Wright mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Patricia Nichols mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Ronald Godshalk mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jennifer Boldizsar Klepps mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Tammy Summers mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Gary Harnett mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Bruce Broxterman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Dale Mojta mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Gregory Louden mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff James Summers mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Brian Haycox mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Janet Muir mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Mae Harrison mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff William S. King III mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Gregory Baker mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Dale Weaver mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Carolyn Chase mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Rodney Rowe mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Erica Riley mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Dawn Fancher mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Gail Wilhelm mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Thomas Walliser mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Charlton Taylor mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Robert Ferraro mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jean Thomas mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff James Wisneski mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Kent O'Brien mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Kimm Sayre mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Donald Amundson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Robert Riley mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Linda Frauendorfer mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Tracy Edstrom mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Rosemary Townsend mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Kristen Roberts mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff David Broyles mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Robert Shipman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Kristin Rowe mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Peter Misslin mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Nancy Langhoff mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff John Jeffcoat mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Anke Linton mdavis@kizerblack.com

District/off: 0649-3                                     User: admin                                     Page 26 of 28
Date Rcvd: May 04, 2026                              Form ID: pdfbk                                  Total Noticed: 1

Melanie E. Davis Esq.

on behalf of Plaintiff Robert Engle mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Robert Quigley mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Larry Strunk mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Gail Gagnon mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Harvey Gannon mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Traci Lorts mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Barbara Keller Taylor mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Robert Sorenson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Patricia Busse mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Christina Purcell mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Constance Williams mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jim Goetz mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Meredith Shipman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Carol Johnson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Cynthia Willbee mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Mary Dickson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Janet Carlson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Eileen Engel mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Michael Baumgarten mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff David Miller mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Debora Rogers mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Mark Karnes mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Ronald Saver mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Roger Hanson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff David Wilhelm mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Joni Danhof mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jeffrey Aschenbeck mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Patricia Guelker Cash mdavis@kizerblack.com

District/off: 0649-3 | User: admin | Page 27 of 28
Date Rcvd: May 04, 2026 | Form ID: pdfbk | Total Noticed: 1

Michael W. Ewell

on behalf of Creditor Rarity Bay Community Association  Inc. mewell@fmsllp.com, dmcafee@fmsllp.com;elambert@fmsllp.com

Michael W. Ewell

on behalf of Defendant Rarity Bay Community Association  Inc. mewell@fmsllp.com, dmcafee@fmsllp.com;elambert@fmsllp.com

Paul G Jennings

on behalf of Defendant Salem Pointe Capital  LLC pjennings@bassberry.com, bankr@bassberry.com

Paul G Jennings

on behalf of Trustee Gary M. Murphey pjennings@bassberry.com  bankr@bassberry.com

Ronald J. Attanasio

on behalf of Plaintiff Eric Hinkle ron@sa-tnlaw.com

Ronald J. Attanasio

on behalf of Creditor Karen Hinkle ron@sa-tnlaw.com

Ronald J. Attanasio

on behalf of Creditor Eric Hinkle ron@sa-tnlaw.com

Ronald J. Attanasio

on behalf of Plaintiff Karen Hinkle ron@sa-tnlaw.com

Sara K. Morgan

on behalf of Defendant Salem Pointe Capital  LLC sara.morgan@bassberry.com

Thomas H. Dickenson

on behalf of Creditor ORNL Federal Credit Union tdickenson@hdclaw.com  ROgle@hdclaw.com

Tiffany A. Diiorio

on behalf of U.S. Trustee United States Trustee Tiffany.Diiorio@usdoj.gov

Trent R. Kinkaid

on behalf of Interested Party Acuity Land Partners tkinkaid@esc-law.com

Trent R. Kinkaid

on behalf of Plaintiff Salem Pointe Capital Partners now known as Rarity Bay Partners tkinkaid@esc-law.com

Trent R. Kinkaid

on behalf of Interested Party Foreclosed Asset Sales & Transfer Partnership tkinkaid@esc-law.com

Trent R. Kinkaid

on behalf of Interested Party Matthew Daniels tkinkaid@esc-law.com

United States Trustee

Ustpregion08.kx.ecf@usdoj.gov

Walter N. Winchester

on behalf of Creditor Michael and Amy Ayers wwinchester@wsfs-law.com

William F. McCormick

on behalf of Creditor TN Dept of Revenue agbankparsons@ag.tn.gov  agbankstair@ag.tn.gov

William L. Norton, III

on behalf of Interested Party Bradley Arant Boult Cummings LLP bnorton@bradley.com

William R. Obryan, Jr

on behalf of Defendant Adam Lorry bill.obryan@butlersnow.com  jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Creditor Adam Lorry bill.obryan@butlersnow.com  jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Creditor Paul Beidel bill.obryan@butlersnow.com  jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Defendant Bald Eagle Ventures  LLC bill.obryan@butlersnow.com, jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Defendant Paul Beidel bill.obryan@butlersnow.com  jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Defendant Landeavor  LLC bill.obryan@butlersnow.com, jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Creditor Bald Eagle Ventures  LLC bill.obryan@butlersnow.com, jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Defendant Landeavor Asset Managers  LLC bill.obryan@butlersnow.com,

District/off: 0649-3                                User: admin                                          Page 28 of 28

Date Rcvd: May 04, 2026                        Form ID: pdfbk                                    Total Noticed: 1

jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Defendant BEP Rarity Bay  LLC bill.obryan@butlersnow.com,
jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Creditor Landeavor Asset Managers  LLC bill.obryan@butlersnow.com,
jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Creditor BEP Rarity Bay  LLC bill.obryan@butlersnow.com,
jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Creditor Landeavor  LLC bill.obryan@butlersnow.com, jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

Wynne du Mariau Caffey-Knight

on behalf of Interested Party Acuity Land Partners wcaffey@esc-law.com

Wynne du Mariau Caffey-Knight

on behalf of Plaintiff Salem Pointe Capital Partners now known as Rarity Bay Partners wcaffey@esc-law.com

Wynne du Mariau Caffey-Knight

on behalf of Interested Party Foreclosed Asset Sales & Transfer Partnership wcaffey@esc-law.com

Wynne du Mariau Caffey-Knight

on behalf of Interested Party Matthew Daniels wcaffey@esc-law.com


TOTAL: 736



**SO ORDERED.**
**SIGNED this 4th day of May, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Suzanne H. Bauknight
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE

In re

SALEM POINTE CAPITAL, LLC

          Debtor

Case No. 3:24-bk-31702-SHB

Chapter 11

### **O R D E R**

As reflected in the docket entry, on May 1, 2026, the Plaintiffs in Adversary Proceeding 3:26-ap-03006-SHB, through counsel, filed an "Exhibit" entitled "Rarity Bay Golf & Country Club Membership Plan" [Doc. 878] associated with their Objection to Trustee's Amended Motion to Approve Revised Initial Sale Procedures [Doc. 875].  The Exhibit, however, was not filed in compliance with E.D. Tenn. LBR 9004-2(b), requiring that an exhibit filed as a separate document "must include a cover sheet bearing the case caption and a description of the paper to which the document relates."  The Court, accordingly, directs the following:

1. The "Exhibit" filed on May 1, 2026 [Doc. 878], is STRICKEN.

2. No later than noon on May 4, 2026, counsel shall file the Exhibit in compliance with LBR 9004-2(b).

###