**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

|  |  |
|---|---|
| IN RE:<br><br>SALEM POINTE CAPITAL, LLC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 3:24-bk-31702-SHB |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW, Erika Barnes, of the firm of Stites & Harbison, PLLC, and files this Notice of Appearance and Request for Notices as co-counsel for Rarity Bay Partners, a creditor and party in interest in the above-styled case, and requests receipt of all notices and orders entered in the case.

Respectfully Submitted,

*/s/ Erika R. Barnes*
Erika R. Barnes (BPR #028628)
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Telephone: (615) 782-2252
Email: ebarnes@stites.com
*Co-counsel for Rarity Bay Partners*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2026, a copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties as indicated below as receiving notice via electronic filing. All other parties listed will receive notice pursuant to the Pleadings by regular U.S. mail as indicated below. Parties may access this filing through the Court's electronic filing system.

James R. Moore, Esq.
Brenda G. Brooks, Esq.
Moore and Brooks
6223 Highland Place Way
Suite 102
Knoxville, TN 37919
*Attorneys for the Debtor*
***Via Electronic Filing***

Salem Pointe Capital, LLC
403 Rarity Bay Parkway
Vonore, TN 37885
*Debtor*
***Via Electronic Filing Pursuant to Doc. No. 4 – Debtor Requests to Begin Electronic Noticing***

William R. O'Bryan, Jr., Esq.
C.E. Hunter Brush, Esq.
Butler Snow LLP
150 Third Avenue South, Ste. 1600
Nashville, TN 37201
*Attorneys for BEP Rarity Bay, LLC Bald Eagle Ventures, LLC, et al.*
***Via Electronic Filing***

United States Trustee
c/o Tiffany A. DiIorio, Esq.
800 Market Street, Suite 114
Howard H. Baker Jr.
U.S. Courthouse
Knoxville, TN 37902
***Via Electronic Filing***

Thomas H. Dickenson, Esq.
Jason L. Rogers, Esq.
Hodges, Doughty & Carson, PLLC
P.O. Box 869
Knoxville, TN 37901
*Attorneys for ORNL FCU*
***Via Electronic Filing***

Erno Lindner, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450
*Attorney for Kapitus, LLC*
***Via Electronic Filing***

Mary D. Miler, Esq.
Miller Law
Mary D. Miller, PLLC
P.O. Box 52227
Knoxville, TN 37950
*Attorney for John D. Wood and Kim R. Wood, Trustees, Bart Whitman, Donna Harless, Ed Harless, Richard E. Hoban, et al.*
***Via Electronic Filing***

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
c/o William McCormick, Esq.
P.O. Box 20207
Nashville, TN 37202
***Via Electronic Filing***

Michael W. Ewell, Esq.
Frantz, McConnell & Seymour, LLP
550 W. Main Street, Suite 500
Knoxville, TN 37902
*Attorney for Rarity Bay Community Association, Inc.*
***Via Electronic Filing***

Adam Uriah Holland, Esq.
Duncan, Holland, & Fleenor, P.C.
518 Georgia Avenue, Ste. 100
Chattanooga, TN 37403
*Attorney for Barbara Keller Taylor*
*and Charlton Taylor*
**Via Electronic Filing**

Wynne du Mariau Caffey-Knight, Esq.
Trent R. Kinkaid, Esq.
Elmore, Stone & Caffey, PLLC
5616 Kingston Pike, Ste. 301
Knoxville, TN 37919
*Attorneys for Salem Pointe Partners*
*now known as Rarity Bay Partners*
**Via Electronic Filing**

Mary D. Miler, Esq.
Miller Law
Mary D. Miller, PLLC
P.O. Box 52227
Knoxville, TN 37950
*Attorney for The Club at Rarity*
*Bay, Inc.*
**Via Electronic Filing**

Gary M. Murphey
3330 Cumberland Blvd.
Suite 500
Atlanta, GA 30339
*Chapter 11 Trustee*
**Via Electronic Filing**

Paul G Jennings, Esq.
Gene L. Humphreys, Esq.
Sara K. Morgan
Bass Berry & Sims PLC
21 Platform Way, Suite 3500
Nashville, TN 37203
*Attorneys for Gary M. Murphey,*
*Chapter 11 Trustee*
**Via Electronic Filing**

Melanie E. Davis, Esq.
Kizer & Black, Attorneys, PLLC
217 E. Broadway Avenue
Maryville, TN 37804
*Attorneys for Russell Lorts and*
*Traci Lorts, et al.*
**Via Electronic Filing**

Austin L. McMullen, Esq.
William L. Norton, III, Esq.
Bradley Arant Boult Cummings, LLP
1221 Broadway, Ste. 2400
Nashville, TN 37203
*Attorneys for Russell Lorts and Traci*
*Lorts, et al.*
**Via Electronic Filing**

*/s/Erika R. Barnes*
Erika R. Barnes