United States Bankruptcy Court

Eastern District of Tennessee

| | |
|---|---|
| In re: | Case No. 24-31702-SHB |
| Salem Pointe Capital, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0649-3 | User: admin | Page 1 of 48 |
| Date Rcvd: May 05, 2026 | Form ID: ntchrgBK | Total Noticed: 1053 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Henry E Hildebrand, IV, Dunham Hildebrand Payne Waldron PLLC, 9020 Overlook Boulevard, Suite 316, Brentwood, TN 37027-2150 |
| sp | + | Adam Russell, Fisher Russell, PLLC, 10265 Kingston Pike, Suite C, Knoxville, TN 37922-3241 |
| intp | + | Bart Whitman, c/o Mary Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| intp | + | Bradley Arant Boult Cummings LLP, 1221 Broadway, Suite 2400, Nashville, TN 37203, UNITED STATES 37203-7238 |
| dbaty | + | Brenda Brooks, Moore & Brooks, P. O. Box 10024, Knoxville, TN 37939-0024 |
| cr | + | Eric Hinkle, 732 Wood Duck Drive, Vonore, TN. 37885-2044 |
| intp | + | J. Carey McHugh, c/o Mary Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| clmnt | + | Judith A. Enners, 624 Rarity Bay Pkwy, Vonore, TN 37885-2089 |
| cr | + | Kapitus Servicing, Inc. as agent for Kapitus LLC, c/o Erno D. Lindner, Esq., 633 Chestnut Street, Suite 1900, Chattanooga, TN 37450-1801 |
| intp | + | Kathleen Siedlecki, c/o Mary D. Miller, P.O. Box 5339, Knoxville, TN 37928, UNITED STATES 37928-0339 |
| intp | + | Ken Cook, c/o Mary D. Miller, P.O. Box 5339, Knoxville, TN 37928, UNITED STATES 37928-0339 |
| intp | + | Kim Wood, c/o Mary Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| acc | + | Loren Krokowski, PO Box 23381, Knoxville, TN 37933-1381 |
| intp | + | Michael Guido, c/o Mary Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| intp | + | Michael Mayer, c/o Mary D. Miller, P.O. Box 5339, Knoxville, TN 37928, UNITED STATES 37928-0339 |
| intp | + | Norman & Priscilla Canfield, 133 Heron Ct., Vonore, TN 37885-5305 |
| cr | + | Rarity Bay Partners, c/o Gregory C. Logue, Esq., P.O. Box 900, Knoxville, TN 37901-0900 |
| intp | + | Richard Hoban, c/o Mary Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| clmnt | + | Richard W. Enners, 624 Rarity Bay Pkwy, Vonore, TN 37885-2089 |
| cr | + | Russell Lorts, c/o Austin McMullen, Bradley Arant Boult Cummings, LLP, 1221 Broadway, Ste. 2400, Nashville, TN 37203-7238 |
| intp | + | Steven McCullough, c/o Mary D. Miller, P.O. Box 5339, Knoxville, TN 37928, UNITED STATES 37928-0339 |
| intp | + | Terry G. Aff, c/o Mary D. Miller, P.O Box 5339, Knoxville, TN 37928, UNITED STATES 37928-0339 |
| cr | + | The Club at Rarity Bay Inc., PO Box 5339, Knoxville, TN 37928, UNITED STATES 37928-0339 |
| sp | + | Thomas M. Hale, Kramer Rayson, LLP, 800 S. Gay Street, Suite 2500, Knoxville, TN 37929-9702 |
| 13763977 | + | Aaron and Amy Jackson, 565 Rarity Bay Parkway #207, Vonore, TN 37885-5318 |
| 13819554 | + | Adam Michael & Sherri Denise Prysmont, 736 Wood Duck Drive, Vonore, TN 37885-2044 |
| 13819391 | + | Ahmet & Guler Saner, 14680 Timber Point, Alpharetta, GA 30004-4528 |
| 13763979 | + | Alan & Jennifer Butterfield, 209 Bay Pointe Dr, Vonore, TN 37885-5419 |
| 13763981 | + | Alan and Cynthia Willbee, 210 Gold Finch Lane, Vonore, TN 37885-2076 |
| 13763980 | + | Alan and Janet DiEva, 145 White Hawk Drive, Vonore, TN 37885-2078 |
| 13819450 | + | Alex & Patricia Leus, 245 Pineberry Drive, Vonore, TN 37885-5315 |
| 13763982 | + | Alfred & Karin Pankowski, 9802 BayMeadows Rd Ste. 12-164, Jacksonville, FL 32256-7917 |
| 13815336 | + | Alice C. Nemeth Living Trust, Ann Marie Woolsey, Trustee, 1710 Rarity Bay Parkway, Vonore, TN 37885-5403 |
| 13763983 | + | Alto & Linda Dodson, 176 Crossbill Drive, Vonore, TN 37885-2157 |
| 13763984 | + | Amy & Dan Miles, 1507 Aberdeen Drive, Alcoa, TN 37701-6820 |
| 13819561 | + | Amy & Joe Turner, 869 Rarity Bay Parkway, Vonore, TN 37885-5335 |
| 13763985 | + | Amy Steward, 1430 Rraity Bay Parkway, Vonore, TN 37885-5347 |
| 13819462 | + | Andrea & Sam Gregov, 265 Rock Point Drive, Vonore, TN 37885-2068 |
| 13819565 | + | Andrew & Angela Mitchell, 139 Giffin Circle, Loudon, TN 37774-5577 |
| 13763986 | #+ | Andrew & Deanna Richard, 2756 Dalenhurst Place, Simi Valley, CA 93065-1412 |

District/off: 0649-3                            User: admin                                    Page 2 of 48

Date Rcvd: May 05, 2026                         Form ID: ntchrgBK                          Total Noticed: 1053

13763987      + Andrew & Sue Faulkner, 110 Killdeer Drive, Vonore, TN 37885-5364
13819502      + Andrew Blair & Preston & Molly Marshall, 4346 Summerwind Ct, Cincinnati, OH 45252-1946
13763989      + Andy & Constance Scott, 112 Osprey Circle, Vonore, TN 37885-2057
13763990     #+ Andy Pennington, 626 Thompson Road, Madisonville, TN 37354-6019
13819409        Angela Derosa, 16735 East Kingstree Boulevard, Fountain Hills, AZ 85268-5427
13763991      + Anita Lambert, 470 Cormorant Drive, Vonore, TN 37885-5341
13763992      + Anke Linton, 105 Big Water Drive, Vonore, TN 37885-5328
13763993      + Anne P. Iverson, Trustee of the, Anne P. Iverson 2010 Revocable TR, Agreement, 310 Pineberry Drive, Vonore, TN 37885-5321
13763994      + Anthony & Diana Fernandez, 1306 Shady Ct, Tracy, CA 95377-6675
13764564      + Anthony J. Balio Trust, 411 Wood Duck Drive, Vonore, TN 37885-2142
13819581      + Anthony Lee & Marci Mongillo Beason, 1103 Sky Top Ln, Powell, TN 37849-3668
13816279      + Anton Bokal III, 181 Heron Court, Vonore, TN 37885-5305
13819420      + Anton J. & Patricia A. Bokal, III, 181 Heron Court, Vonore, TN 37885-5305
13816240      + Arfken Revocable Trust, dated 4/25/23, Peter D. Arfken, 255 Pineberry Dr., Vonore, TN 37885-5315
13813046      + Arrow Exterminators, 366 Glascock St., Alcoa, TN 37701-2439
13763995     #+ Arvey E. Eeg & Marlene E. Eeg, 230 Big Water Drive, Vonore, TN 37885-5306
13763996      + B Land, 7830 W. Alameda Avenue, Denver, CO 80226-3093
13752790      + BEP Rarity Bay LLC and Bald Eagle Ventures, LLC, c/o William R. O'Bryan, Jr., 1320 Adams Street Suite 1400, Nashville, TN
                 37208-2495
13819390      + BEP Rarity Bay, LLC, 14502 N Dale Mabry Highway Suite 327, Tampa, FL 33618-2043
13885780      + BEP Rarity Bay, LLC and Bald Eagle Venture, LLC, c/o William R. O'Bryan, Jr., Butler Snow LLP, 1320 Adams Street, Suite 1400,
                 Nashville, TN 37208-2495
13763997      + Barbara Arfken, 12662 Devon Lane, Carmel, IN 46032-9447
13816274      + Barbara J. and Barton D. Whitman, 1516 Rarity Bay Pkwy, Vonore, TN 37885-5349
13814623      + Barrett Family Revocable Living Trust, James R. Barrett, 132 Osprey Circle, Vonore, TN 37885-2057
13819396      + Bart & Barbara Whitman, 1516 Rarity Bay Parkway, Vonore, TN 37885-5349
13816210      + Benefiel Porter Trust, Monty Benefiel, Kari Porter, 245 Bay Pointe Rd., Vonore, TN 37885-5419
13763998      + Benjamin Winikoff & Lynn Winikoff, 355 Eagle Drive, Jupiter, FL 33477-4065
13763999      + Betty Girardeau, 245 Goldcrest Drive, Vonore, TN 37885-5362
13764000      + Bill & Jacqueline Nix, 1 McQuarie Drive, Fredericksburg, VA 22406-5481
13764002      + Bill & Shelly King, 109 Brambling Court, Vonore, TN 37885-5415
13819403      + Bill & Sue Kuntzman, 160 Bay Pointe Drive, Vonore, TN 37885-5383
13819551      + Blue Sky Land LLC, 7830 West Alameda Avenue Suite 221, Denver, CO 80226-3093
13764004     #+ Blythe Thomson, Scott Sutherland 8340 Indian Hill Road, Cincinnati, OH 45243-3702
13764005      + Bo & Ruth Maslanyk, 115 Big Water Drive, Vonore, TN 37885-5328
13819395      + Bob & Barbara Aaron, 150 Chickadee Circle, Vonore, TN 37885-2135
13764007      + Bob & Barbara Gilley, 211 Cheeyo Trace, Loudon, TN 37774-2796
13764008      + Bob & Carole Hurka, 125 White Hawk Drive, Vonore, TN 37885-2078
13764009      + Bob & Christina Purcell, 420 Cormorant Drive, Vonore, TN 37885-5341
13764010     #+ Bob & Dianne Ross, 524 Rarity Bay Parkway, Vonore, TN 37885-2087
13764016      + Bob & Heather Swanson, 204 Piute Trace, Loudon, TN 37774-2174
13764011      + Bob & Patricia Parrish, 150 Osprey Circle, Vonore, TN 37885-2057
13764012     #+ Bob & Patti Lockhart, 1500 Rarity Bay Parkway, Vonore, TN 37885-5349
13764013      + Bob & Rita Lemanski, 201 Pineberry Drive, Vonore, TN 37885-5315
13764015      + Bob Rider, 1079 Rarity Bay Pkwy, Vonore, TN 37885-5323
13819471      + Bob Turnpaugh & Carol Golightly, 295 Pineberry Drive, Vonore, TN 37885-5315
13764017      + Bradley & Cindy Adams, 1508 Hardwood Cove Cir, Birmingham, AL 35242-7037
13764018      + Bradley & Lisa Hayes, 2305 Wildcat Run Ct, Powell, OH 43065-5112
13764019      + Brandon & Amanda Looney, 555 Rarity Bay Parkway #102, Vonore, TN 37885-5344
13819515      + Brenda & Pamela Thomas, 545 Rarity Bay Parkway, Condo C103, Vonore, TN 37885-5379
13764020      + Brian & Mary Jane Chapline, 517 Sandpiper Drive, Vonore, TN 37885-2084
13764021      + Brian & Shannon Haycox, 440 Cormorant Drive, Vonore, TN 37885-5341
13764022      + Brian &l Cindy Miedel, 601 Drover Dr., Venetia, PA 15367-1605
13816813      + Brian A. Cassidy and Ann N. Cassidy, Ann & Brian Cassidy, 106 Legacy Drive, Madisonville, TN 37354-5851
13810316      + Brian E. Haycox & M. Shannon Haycox Revocable, Trust dated 5/25/2016, Brian Haycox, 440 Cormorant Dr., Vonore, TN 37885-5341
13764023      + Brian Michael, 200 Kingbird Drive, Vonore, TN 37885-5326
13764024      + Brian Rasmussen, 565 Rarity Bay Parkway #204, Vonore, TN 37885-5318
13819367      + Brian Spitzock & Elena Crandell, 11500 East Cochise Drive 20032, Scottsdale, AZ 85259-4905
13764025      + Brian Stephenson, 555 Rarity Bay Pkwy B304, Vonore, TN 37885-5343
13764027      + Bruce & Virginia Johnson, 480 Cormorant Drive, Vonore, TN 37885-5341
13764029      + Bruce E. Hamilton, 128 Heron Ct, Vonore, TN 37885-5305
13764028      + Bruce and Pam Broxterman, 1749 Rarity Bay Parkway, Vonore, TN 37885-5404
13819496      + Bryan & Kendra Lane, 3959 Andrew Lake Place, Powell, OH 43065-7339

District/off: 0649-3    User: admin    Page 3 of 48

Date Rcvd: May 05, 2026    Form ID: ntchrgBK    Total Noticed: 1053

13764030   + Buddy Trivett & Lisa Cazalet, 400 Morning Dove Drive, Vonore, TN 37885-5309
13819415   + C & L, LLC c/o Lisa Janke, 175 Adams Farm Rd, Madisonville, TN 37354-4002
13764031   + C. Melton, 318 Good Hope Road, Okatie, SC 29909-3107
13764032   + C.D. Linton, 105 Big Water Drive, Vonore, TN 37885-5328
13819542   + Calvin Earl & Patsy Ann Parton, 724 Wood Duck Drive, Vonore, TN 37885-2044
13764033   + Camille Williams, 697 Sandpiper Drive, Vonore, TN 37885-2041
13764480   + Candas M. & Ronald W. Zink,, Trustees of the Candas M. Zink, Living Trust, 340 Watercrest Dr, Vonore, TN 37885-5406
13764034   + Carl & Angie Borgwardt, 185 Hummingbird Dr., Vonore, TN 37885-5405
13764162   + Carl & Gail Noble, 810 Rarity Bay Parkway, Vonore, TN 37885-5359
13764035   + Carl Supernor, Martha Supernor 240 Big Water Dr, Vonore, TN 37885-5306
13819572   + Carlon J. Ditto, P. O. Box 3152 C, hattanooga, TN 37404-0152
13764036   + Carol & Donna Bell, 545 Rarity Bay Parkway # 101, Vonore, TN 37885-5380
13855167   + Carol Golightly, Robert Turnpaugh, 295 Pineberry Dr., Vonore, TN 37885-5315
13764037   + Carol VanDriel, 555 Rarity Bay Parkway B303, Vonore, TN 37885-5343
13764039   + Catherine Ainger, 101 Reverence Run Lane, Farragut, TN 37934-4847
13819440   + Catherine E & Joseph D Garrett, Jr., 225 Big Water Drive, Vonore, TN 37885-5307
13764026   + Catherine Lynn Mackenzie & Bruce Fraser Mackenzie, 1710 Rarity Bay Parkway, Vonore, TN 37885-5403
13764040   + Catherine Roth, 180 Nightingale Lane, Vonore, TN 37885-2035
13764041     Cathie Galante, 9 Glenwood Court, Dallas, TX 75225
13764042   + Cathy Hollander, John Hollander 9136 Cranesbill Trace, Prospect, KY 40059-7571
13816190   + Cesar Madera Durazo & Kelly M. Madera, Cesar & Kelly Madera, 182 Mallard Drive, Vonore, TN 37885-5358
13819364   + Chad A. & Jennifer L. Story, 113 Red Hawk Drive, Vonore, TN 37885-2525
13813618   + Chadwell Living Trust, Tom Chadwell TTE, 250 Bay Pointe Dr, Vonore, TN 37885-5418
13819560   + Charles & Alda Watlington, 859 Rarity Bay Parkway, Vonore, TN 37885-5335
13819536   + Charles & Allison H. Jones, 700 Wood Duck Drive, Vonore, TN 37885-2044
13764045   + Charles & Kathy Bianchi, 740 Wood Duck Drive, Vonore, TN 37885-2044
13819419     Charles & Teri Everett, 181 Dudi Trail, Vonore, TN 37885-2674
13764046   + Charles Brummund, 124 Parkside Drive, Vonore, TN 37885-4303
13816129   + Charles David Linton & Anke Linton, 105 Big Water Drive, Vonore, TN 37885-5328
13818778   + Charles Joseph and Virginia Diane Cavalli, Charles J. Cavalli, 689 Sandpiper Drive, Vonore, TN 37885-2041
13819506   + Charles P. Sperry, 490 Cormorant Drive, Vonore, TN 37885-5341
13816268   + Charles P. and Teri Everett, 181 Dudi Trl, Vonore, TN 37885-2674
13819516   + Charles T. Riggs, Jr. c/o SEP, LLC, 551 Forest Ave, River Forest, IL 60305-1707
13816275   + Charles Wayne and Marjorie K. Fox, 205 Rock Point Dr., Vonore, TN 37885-2068
13764048   + Charlton D. Taylor & Barbara J. Keller, 135 Osprey Circle, Vonore, TN 37885-2058
13764049   + Cheryl M. Hamilton, 565 Rarity Bay Pkwy - Unit 301A, Vonore, TN 37885-5319
13764050   + Chris & Michelle Ritchie, 149 Osprey Circle, Vonore, TN 37885-2058
13764052   + Chris Durr, 4635 Ogeechee Drive, Alpharetta, GA 30022-7158
13764051   + Christian P and Sandra Allen, 122 Saligugi Way, Loudon, TN 37774-2517
13764053   + Christina Fulkerson, 400 Keith Lane, Apt. 12, Athens, TN 37303-5223
13819380   + Christine & Paul Jubelt, 1327 Waterwitch Cove Circle, Orlando, FL 32806-7854
13764054   + Christopher & Laurie Osterman, 31415 Brighton Brook Lane, Spring, TX 77386-3685
13764056   + Christopher & Pamela Day, 8101 Gann Road, Soddy Daisy, TN 37379-4162
13819431   + Christopher Marc Melton, 20 Towne Drive Suite #124, Bluffton, SC 29910-4204
13764057   + Chuck & Virginia Cavalli, 689 Sandpiper Drive, Vonore, TN 37885-2041
13819361   + Cindi Stapleton, 111 Warbler Court, Vonore, TN 37885-2046
13764058   + Clayton & Ann Barlow, 160 Heron Court, Vonore, TN 37885-5305
13819533     Clifton & Michelle Hene, 677 Sandpiper Drive, Vonore, TN 37885
13764060   + Clint and Maria Meyer, 265 Bay Pointe Drive, Vonore, TN 37885-5419
13816261   #+ Cole Revocable Living Trust U/A/D 4/7/04, Gary P Cole, 1490 Rarity Bay Parkway, Vonore, TN 37885-5347
13764061   + Connie Thompson, 120 Bay Pointe Drive, Vonore, TN 37885-5383
13764062   + Constance A. Ferraro, 9 Trent Road, Lake Zurich, IL 60047-9196
13764063   + Cornelia & Ronald Siddall, 270 Wildwing Drive, Vonore, TN 37885-5421
13764064   + Craig & Deborah Hiltwine, 121 Yellow Birch Ct, Front Royal, VA 22630-2386
13819566   #+ Craig & Geraldine Kennedy, 9506 Emerald Woods Way, Knoxville, TN 37922-4263
13764065   + Craig Chamberlain, 12161 Reagan Street, Los Alamitos, CA 90720-4135
13886673   + Craig D. Hiltwine, 121 Yellow Birch Ct, Lake Frederick, VA 22630-2386
13764067   + Craig E. & Jean E. Thomas, 6304 West Cedar Chase Drive, McCordsville, IN 46055-9284
13764066   + Craig Kennedy, 121 Cayuga Drive, Loudon, TN 37774-2156
13819562   + Craig S. Rogers, 8805 Calderwood Drive, Knoxville, TN 37923-5506
13764068   + Curtis & Laura Kochan, 4022 Cobblers Lane, Dallas, TX 75287-6723
13816277   + Cynthia H. Stapleton, 681 Sandpiper Drive, Vonore, TN 37885-2041
13764070   + Dacid Di Mattia, 6 Court of Brixham, Madison, WI 53705-1156

District/off: 0649-3                           User: admin                                  Page 4 of 48

Date Rcvd: May 05, 2026                    Form ID: ntchrgBK                         Total Noticed: 1053

| | | |
|---|---|---|
| 13764072 | + | Dale & Michelle Mojta, 208 Eagle Circle, Vonore, TN 37885-2092 |
| 13819386 | + | Damon & Shannon Bitney, Damon Bitney, 14352 Meadowlawn TRL NE, Prior Lake, MN 55372-2892 |
| 13764073 | + | Dana Pemberton, Stokes, Williams, Sharp,, Cope & Mann, PC PO Box 2644, Knoxville, TN 37901-2644 |
| 13764075 | + | Daniel & Regina Hamblen, 165 Watercrest Drive, Vonore, TN 37885-5330 |
| 13764078 | + | Daniel & Traci Marciante, 170 Nightingale Dr, Vonore, TN 37885-2035 |
| 13764074 | + | Daniel Franklin & Caroline J. Ward, Jr., 2685 Misty Morning Lane, Roswell, GA 30076-3648 |
| 13764077 | + | Daniel T. Cash & Patricia M. Guelker, 110 Cormorant Dr., Vonore, TN 37885-5366 |
| 13764076 | + | Daniel and Carol Frederick, 839 Rarity Bay Parkway, Vonore, TN 37885-5335 |
| 13764079 | + | Danton Mulcahey, PO Box 347, Colfax, IL 61728-0347 |
| 13815807 | | Dariusz Borowy, Maria Borowy, 160 Starling Dr, Vonore, TN 37885-1729 |
| 13764080 | + | Dariusz and Maria Borowy, 160 Starling Drive, Vonore, TN 37885-1729 |
| 13764081 | + | Darryl Fry & Gwendolynn Tyler, 170 Chickadee Circle, Vonore, TN 37885-2135 |
| 13764082 | #+ | Daryl & Debra Luedecking, 104 Greenfinch Drive, Vonore, TN 37885-5385 |
| 13764083 | + | Dave & Bobbi Carraway, 208 Kingbird Drive, Vonore, TN 37885-5326 |
| 13764084 | + | Dave Morgan & Freda Price, 535 Rarity Bay Parkway #103, Vonore, TN 37885-2148 |
| 13819351 | + | David & Alice Nemeth, 1028 Hwy 411, Vonore, TN 37885-2431 |
| 13764085 | + | David & Cathy Devine, 194 Watercrest Dr, Vonore, TN 37885-5329 |
| 13764086 | + | David & Christine Miller, 235 Pineberry Drive, Vonore, TN 37885-5315 |
| 13764069 | + | David & Denise Cintron, 1440 SE San Sovina Terrace, Port Saint Lucie, FL 34952-5769 |
| 13764089 | + | David & Jane Chamberlain, 660 Rarity Bay Parkway, Vonore, TN 37885-2089 |
| 13764091 | + | David & Kathleen Ecklund, 500 Cormorant Drive, Vonore, TN 37885-5411 |
| 13764093 | + | David & Marguerite Cochran, Donna Cook 165 Rock Point Drive, Vonore, TN 37885-2065 |
| 13819552 | + | David & Mary Lang, 790 Rarity Bay Parkway, Vonore, TN 37885-5303 |
| 13764094 | + | David & Robin Dodds, 510 Cormorant Drive, Vonore, TN 37885-5411 |
| 13764095 | + | David & Sharon Marks, 140 Gold Finch Lane, Vonore, TN 37885-2073 |
| 13819532 | + | David & Susan Davis, and as Trustees, 669 Sandpiper Drive, Vonore, TN 37885-2041 |
| 13764096 | + | David & Trudy Smith, 1840 Glen Shady Blvd, Knoxville, TN 37922-6726 |
| 13764097 | + | David & Vicki Hammerly, 535 Rarity Bay Parkway Apt 204D, Vonore, TN 37885-2149 |
| 13764104 | + | David A. Gallelli Revocable, Living Trust, 800 rarity bay pky, Vonore, TN 37885-5359 |
| 13764101 | + | David Bohorquez, Evelyn Thach-Bohorquez PO Box 366, Valley Center, CA 92082-0366 |
| 13764087 | + | David Broyles and Eliagnes Broyles, 233 Goldcrest Drive, Vonore, TN 37885-5362 |
| 13764102 | + | David Closky, Elizabeth Forman 280 Bay Pointe Drive, Vonore, TN 37885-5418 |
| 13764103 | + | David Collins, Marjorie McCall-Collins 224 Goldcrest Dr, Vonore, TN 37885-5363 |
| 13886672 | + | David Ecklund, 500 Cormorant Drive, Vonore, TN 37885-5411 |
| 13819412 | + | David G. & Cheryl L. Wartenberg, 173 Osprey Circle, Vonore, TN 37885-2058 |
| 13819486 | + | David Glover, 338 Southshore Drive, Greenback, TN 37742-2300 |
| 13764105 | + | David Hoek, Sonia Childress-Hoek 23205 Marin Drive, Cicero, IN 46034-9284 |
| 13816269 | + | David Luther Wilhelm and Gail Patricia Wilhelm, David L Wilhelm, 270 Whippoorwill Drive, Vonore, TN 37885-5394 |
| 13819348 | + | David M. & Holly J. Ruggles,, 0S562 Old York Road, Elmhurst, IL 60126-5213 |
| 13764090 | + | David M. Danhof and Joni C. Danhof, Joni C. Danhof, 1059 Rarity Bay Pkwy, Vonore, TN 37885-5323 |
| 13816304 | + | David M. Miller, Trustee of David Miller Living, Trust and Christine Miller, Trustee of, Christine Miller Living Trust, 235 Pineberry Drive, Vonore, TN 37885-5315 |
| 13819392 | + | David P. & Kristin E. Sokoloff, 14894 SE Territory Dr, Clackamas, OR 97015-6354 |
| 13812339 | + | David P. & Mary K. Lang, David P. Lang, 790 Rarity Bay Parkway, Vonore, TN 37885-5303 |
| 13817597 | + | David S. Smith, 1840 Glen Shady Blvd., Knoxville, TN 37922-6726 |
| 13819521 | #+ | David Stephen & Beth Ann Berger, Trustees, 609 Sandpiper Drive, Vonore, TN 37885-2041 |
| 13816308 | + | David and Cheryl Murphy, Co-Trustees of the, Murphy Tennessee Community Property Trus, 190 Cormorant Dr., Vonore, TN 37885-5366 |
| 13764098 | + | David and Lois Dye, 20 Morning Dove Drive, Vonore, TN 37885-5409 |
| 13764100 | #+ | David and Vicki Hammerly, 535 Rarity Bay Parkway #204, Vonore, TN 37885-2149 |
| 13764107 | + | Dawn Ellison, 1625 Rarity Bay Parkway, Vonore, TN 37885-5352 |
| 13764108 | | Dean Wetzel, 6551 Christmas Tree Drive, Orefield, PA 18069 |
| 13764109 | + | Deane & Allyson Bruce, 545 Rarity Bay Parkway #301, Vonore, TN 37885-5382 |
| 13764110 | #+ | Deanna Garrett, 257 Osprey Circle, Vonore, TN 37885-2051 |
| 13819505 | + | Deborah C. Smith, Trustee of the Joint & Survivor, Declaration of Trust of George B. Smith, Deborah C. Smith, 480 Morning Dove Drive, Vonore, TN 37885-5309 |
| 13819537 | + | Debra L. Barton, 716 Wood Duck Drive, Vonore, TN 37885-2044 |
| 13819458 | + | Delman & Judith Macpherson, 2592 Palmetto Hall Boulevard, Mount Pleasant, SC 29466-8070 |
| 13764112 | + | Dennis & Eileen Schaefer, 160 Big Water Drive, Vonore, TN 37885-5400 |
| 13764113 | + | Dennis & Louise Garrett, 46896 Brooks Lane, Plymouth, MI 48170-3476 |
| 13764114 | + | Dennis & Monzell Perry, 2051 Jacob Lane, Lebanon, OH 45036-6801 |
| 13764115 | + | Dennis Ainger, 101 Reverence Run Lane, Farragut, TN 37934-4847 |
| 13816252 | + | Dennis B. and Jan M. Stephenson, Jr., Brian Stephenson, 500 Seawall Blvd., Unit 915, Galveston, TX 77550-5774 |

| User: admin |
Date Rcvd: May 05, 2026 | Form ID: ntchrgBK | Total Noticed: 1053

| | | |
|---|---|---|
| 13819513 | + | Dennis James & Dena Nelson Murphy, 5216 Swaps Court, Bakersfield, CA 93312-4146 |
| 13764117 | + | Denzil & Robbie Thies, 144 White Hawk Drive, Vonore, TN 37885-2077 |
| 13819527 | + | Derek A. & Angela K. Gaudry, 633 Sandpiper Drive, Vonore, TN 37885-2041 |
| 13764118 | + | Devin & Cynthia Belleau, 230 Hummingbird Drive, Vonore, TN 37885-5356 |
| 13764120 | + | Diane & Anthony Brian Campanile, Sr., 535 Rarity Bay Parkway, Condo D301, Vonore, TN 37885-2147 |
| 13764119 | + | Diane & Rusty Decker, 315 Goldcrest Drive, Vonore, TN 37885-5407 |
| 13819422 | + | Diane Fleming, 185 Heron Court, Vonore, TN 37885-5305 |
| 13764121 | + | Diane Griffon Drinnon, 555 Rarity Bay Parkway #201, Vonore, TN 37885-5345 |
| 13819580 | + | Dianne M. Walsh, PO BOX 836, Safety Harbor, FL 34695-0836 |
| 13764122 | + | Dominick and Lori Braccio, 311 Grandville Court, Vonore, TN 37885-5391 |
| 13764123 | + | Don & Barbara Tewell, 184 Heron Court, Vonore, TN 37885-5305 |
| 13816192 | + | Don & Patricia Murphy, 120 Towhee Drive, Vonore, TN 37885-5360 |
| 13819478 | + | Don Hasson, 3185 Chatham Road Northwest, Atlanta, GA 30305-1101 |
| 13764126 | + | Donald & DIane Denecke, 1501 Middle Gulf Drive #H-403, Sanibel, FL 33957-6580 |
| 13764127 | + | Donald & Wendy Claus, 104 Nuthatch Court, Vonore, TN 37885-5336 |
| 13764128 | | Donald Brewer (POA) Thoma, 5457 Charles Cannon Rd, Marion Station, MD 21838 |
| 13886291 | + | Donald F. Claus and Wendy L. Claus, Donald and Wendy Claus, 104 Nuthatch Ct., Vonore, TN 37885-5336 |
| 13819356 | + | Donald Hodapp & Jennifer Clark, 107 Warbler Court, Vonore, TN 37885-2046 |
| 13764125 | + | Donald Murphy and wife Patricia Murphy, Donald Murphy, 120 Towhee Drive, Vonore, TN 37885-5360 |
| 13764124 | + | Donald R. Doran & Frances C. Doran, Donald R. Doran, 535 Rarity Bay Parkway Unit D104, Vonore, TN 37885-2147 |
| 13816821 | + | Donald Tewell, 184 Heron Ct., Vonore, TN 37885-5305 |
| 13819411 | + | Donald W. & Jeannette K. Amundson, 172 Osprey Circle, Vonore, TN 37885-2057 |
| 13764129 | + | Donna Leonard, 229 White Hawk Drive, Vonore, TN 37885-5369 |
| 13819463 | + | Donna M. & Edwin L. Harless, 270 Marsh Hawk Drive, Vonore, TN 37885-5324 |
| 13764131 | + | Douglas & Kristen Roberts, 127 Rock Point Drive, Vonore, TN 37885-2065 |
| 13764132 | + | Douglas Roberts, 127 Rock Point Drive, Vonore, TN 37885-2065 |
| 13819460 | + | Dr. Albert C. & Susan H. Smith, Jr., 260 White Hawk Drive, Vonore, TN 37885-5368 |
| 13813591 | + | Drora Munday, 130 Pineberry Dr., Vonore, TN 37885-2054 |
| 13764133 | + | Duane & Dorothy Baumert, 119 Big Water Drive, Vonore, TN 37885-5328 |
| 13764134 | + | Durell Hiller, III, Patricia Wright 237 Goldcrest Drive, Vonore, TN 37885-5362 |
| 13764135 | + | E. Hinkle, 1220 Bainbridge Drive, Naperville, IL 60563-2065 |
| 13764136 | + | Earl & Ann Triplett, 229 Bay Pointe Drive, Vonore, TN 37885-5419 |
| 13764138 | #+ | Ed Elder & Barbara Elder, 989 Rarity Bay Parkway, Vonore, TN 37885-5314 |
| 13764139 | + | Ed Magoon, 275 Pineberry Drive, Vonore, TN 37885-5315 |
| 13819553 | + | Eddie & Jeanette Martinez, 801 Brickell Bay Drive 1671, Miami, FL 33131-2940 |
| 13764140 | #+ | Eddie & Zuhoor Foumia, 5679 Brandford Drive, West Bloomfield, MI 48322-1122 |
| 13819402 | + | Edmund T. & Danica Elayne Nay Jacobs, 15N235 Maplehurst Lane, Hampshire, IL 60140-6317 |
| 13764141 | + | Edward & Lori Gentile, 190 Wild Wing Dr, Vonore, TN 37885-5373 |
| 13764142 | + | Edward & Teresa Lang, 133 Breakers Drive, Vonore, TN 37885-5414 |
| 13816199 | + | Edward G. Galante & Catherine M. Galante Trustees, Edward G. Galante, 8787 Bay Colony Dr. Apt. 1102, Naples, FL 34108-0785 |
| 13886543 | + | Edwin T. Magoon, Trustee of the Edwin T. Magoon, and Gail C. Magoon Rev. Trust, Edwin T. Magoon, 275 Pineberry Drive, Vonore, TN 37885-5315 |
| 13886641 | + | Edwin W. & Barbara B. Elder, 220 Mussmon Way, Apt O-101, Willow Street, PA 17584-7824 |
| 13819387 | | Elbert Wilson & Kimberly Ann Creed, 145 Amblecrest Drive, Vonore, TN 37885 |
| 13819381 | + | Elbert Wilson & Kimberly Ann Creed, Jr., 133 White Hawk Drive, Vonore, TN 37885-2078 |
| 13812389 | + | Elbert Wilson Creed, Kimberly Ann Creed, PO Box 1, Vonore, TN 37885-0001 |
| 13764144 | + | Elizabeth & Rob Quigley III, 425 Parkview Place, Burr Ridge, IL 60527-8355 |
| 13885139 | + | Elizabeth W. Quigley & Robert P. Quigley, Co-Trust, Elizabeth W. Quigley, 425 Parkview Place, Burr Ridge, IL 60527-8355 |
| 13763978 | + | Elva Lloyd & Melinda Sue Matthews, 210 Morning Dove Drive, Vonore, TN 37885-5327 |
| 13819547 | + | Elvin Bonilla & Rose Marquez, Andrew P. Paszek, Trustee, 760 Wood Duck Drive, Vonore, TN 37885-2044 |
| 13764145 | + | Emery & Teresa Tumulty, 206 Wren Court, Vonore, TN 37885-2053 |
| 13764146 | + | Emily & Dennis Huebner, 3905 Radcliffe Drive, Northbrook, IL 60062-4219 |
| 13813566 | + | Emily Claire Cox Payne, Claire Payne, 565 Rarity Bay Parkway, Unit 305A, Vonore, TN 37885-5320 |
| 13764147 | #+ | Eric & Janet Carlson, 1382 Ironwood Drive, Lebanon, OH 45036-7027 |
| 13764150 | + | Eric Lake, Phyllis Isley & Claire Payne, 565 Rarity Bay Parkway #305, Vonore, TN 37885-5319 |
| 13819518 | + | Eric M. Lake (Hope Fawcett), 565 Rarity Bay Parkway, Condo A203, Vonore, TN 37885-5320 |
| 13764038 | + | Eric T. Chase and Carolyn N.Chase, 1680 Rarity Bay Parkway, Vonore, TN 37885-5351 |
| 13751542 | | Eric and Karen Hinkle, c/o Gordon D. Foster, Winchester Sellers, PO Box 2428800, South Gay Street, Suite 1000, Knoxville, TN 37929 |
| 13764149 | + | Eric and Traci Brinkmann, 504 Pinto Circle, Wellington, FL 33414-7859 |
| 13816218 | + | Eric and Tracy Edstrom, 545 Rarity Bay Pkwy, #102, Vonroe, TN 37885-5380 |
| 13764151 | + | Erica Riley & Debora Rogers, 979 Rarity Bay Parkway, Vonore, TN 37885-5314 |
| 13764152 | + | Eugene & Trish Dianetti, 117 White Hawk Drive, Vonore, TN 37885-2078 |
| 13886540 | + | F. Michael Gallagher and Susan L. Gallagher, Trustees of The Gallagher Family Trust, F. Michael & Susan L. Gallagher, 116 Nightingale |

Drive, Vonore, TN 37885-2035

13819526     + FLT LLC, 6275 Boone Ridge, Zionsville, IL 46077-9048

13878585     + Fallen Leaf Lake, LLC, Jennifer Butterfield, 209 Bay Pointe Rd., Vonore, TN 37885-5419

13764153     + Faye Marcum, 1170 Nellies Cave Road, Blacksburg, VA 24060-9244

13764154     + Fernando & Deborah Sanchez, 249 Osprey Circle, Vonore, TN 37885-2051

13764347    #+ Floyd & Mary Lou Foster, 300 Marsh Hawk Drive, Vonore, TN 37885-5331

13819477     + Flozaida G. Lomax & Thomas Allen Lomax Sr., 3111 Grandeur Road, Charlotte, NC 28269-3413

13764155     + Fran Jarboe, 120 Heron Court, Vonore, TN 37885-5305

13819510     + Francis & Julie Kozak, 5073 Saint Charles Place, Carmel, IN 46033-5953

13819494     + Francisco & Cintia Florian, 3840 Sweetwater Drive, Cumming, GA 30041-1204

13764156     + Francisco & Cynthia Gomez, 4758 Ardmore Lane, Hoschton, GA 30548-6227

13764157     + Fred and Elsa Baumann, 191 Heron Court, Vonore, TN 37885-5305

13813047     + GE Turf, PO Box 8995, Roanoke, VA 24014-0776

13764159     + Gail Bernstein, 9770 Tombreck Court, Bristow, VA 20136-5602

13764160     + Gail Gagnon, 565 Rarity Bay Parkway #303, Vonore, TN 37885-5319

13764161     + Gail Klein, 565 Rarity Bay Parkway #106, Vonore, TN 37885-5317

13764163     + Gary & Danna Caller, 301 Rock Point Drive, Vonore, TN 37885-2070

13764164     + Gary & Dede Thomas, Jennifer Story 781 Rarity Bay Parkway, Vonore, TN 37885-5376

13764165     + Gary & Linda Slipke, 576 Bedford Lane, Des Plaines, IL 60016-2974

13819393    #+ Gary & Mary Ann Cole, 1490 Rarity Bay Parkway, Vonore, TN 37885-5347

13764166     + Gary & Robin Galick, 156 Osprey Circle, Vonore, TN 37885-2057

13764167     + Gary & Suzanne Balakier, Kathleen Hausmann 105 Breakers Drive, Vonore, TN 37885-5414

13819574     + Gary Anthony Tener & Paul Reffett, P.O. Box 305, Paintsville, KY 41240-0305

13836446     + Gary Harnett, 680 Rarity Bay Parkway, Vonore, TN 37885-2089

13819470     + Gary L. & Cynthia Mooneyham, 2905 Limari Ct, New Smyrna Beach, FL 32168-6367

13819546     + Gary M. Genova, Trustee, 758 Wood Duck Drive, Vonore, TN 37885-2044

13764168     + Gary Thompson, 120 Bay Pointe Drive, Vonore, TN 37885-5383

13764169     + Gayle Erickson Living Trust, 545 Rarity Bay Parkway #303, Vonore, TN 37885-5382

13764170     + Gene & Betty Carter, 219 White Hawk Drive, Vonore, TN 37885-5369

13764171     + Genene Youngs, 150 Towhee Drive, Vonore, TN 37885-5360

13764172     + George & Judith Behr, 670 Rarity Bay Parkway, Vonore, TN 37885-2089

13764173     + George & Karen Smith, 165 Wayfarer Lane, Crossville, TN 38572-1709

13764174     + George & Kathy Davenport, 204 Watercrest Drive, Vonore, TN 37885-5401

13816307     + George & Sandra Price, Trustee of the, Price Family Recovable Trust, 1450 Rarity Bay Parkway, Vonore, TN 37885-5347

13819389     + George & Sandy Price, 1450 Rarity Bay Parkway, Vonore, TN 37885-5347

13819459     + George & Vicki Gibson, 260 Marsh Hawk Drive, Vonore, TN 37885-5324

13764175     + George Eads, Darlene Fedel 5947 Hurricane Creed Road, Woodbury, TN 37190-5090

13764176     + Gerald & Marcia Schwieterman, 2071 Canterbury Court, Troy, OH 45373-8738

13819447     + Glen & Pam Adair, 240 Rock Point Drive, Vonore, TN 37885-2003

13764177     + Glenn & Debra LeBlanc, 275 Rock Point Drive, Vonore, TN 37885-2068

13764178     + Glenn & Kathy Garaudy, 71198 Caroline Street, Abita Springs, LA 70420-3202

13819556     + Glenn & Lisa Fitzgerald, 811 Rarity Bay Parkway, Vonore, TN 37885-5335

13819454     + Glenn Dewitt & Elizabeth Cara Counsil, 250 East Highlands Circle, Lenoir City, TN 37772-1518

13764179     + Gloria Menendez, 213 Kingbird Drive, Vonore, TN 37885-5338

13764180     + Greg & Christine Tornrose, 829 Rarity Bay Parkway, Vonore, TN 37885-5335

13764181     + Greg & Cindy Carpenter, 223 Osprey Circle, Vonore, TN 37885-2051

13819468     + Greg & Patti Baker, 290 Marsh Hawk Drive, Vonore, TN 37885-5324

13819432     + Gregory & Barbara Langosch, 2007 William St, Franklin, TN 37064-4336

13764182     + Gregory & Eileen Engel, 300 Grandville Ct, Vonore, TN 37885-5391

13812052    #+ Gregory & Meredith Louden, 12400 Sparta Lane, Knoxville, TN 37934-7414

13816201     + Gregory G Baker & Patricia A Baker, Trustees of, the Baker Revocable Trust dated 6/24/24, Greg & Patricia Baker, 290 Marsh Hawk Drive, Vonore, TN 37885-5324

13764183    #+ Gregory Louden & Meredith Louden, 12400 Sparta Lane, Farragut, TN 37934-7414

13886697     + Gregory S. Engel and Eileen M. Engel,, Trustees of the Engel Living Trust, dated June 7, 2005, 300 Granville Ct., Vonore, TN 37885-5391

13764184     + Greig & Kathleen Davis, 37265 Timberview Lane, Farmington Hills, MI 48331-3057

13819398     + Grigorious Miaris, 1536 2nd St West, Babylon, NY 11704-5073

13819497    #+ Guillermo Olaiz, 410 Bonita Ave, Pasadena, CA 91107-5064

13819576     + Guy & Dana Cuccia, PO BOX 3613, Vail, CO 81658-3613

13764191     + HP Partnership c/o Ronald S. Holcomb, & Timothy J. Panella, 272 Cormorant Drive, Vonore, TN 37885-5416

13764185     + Harold Dunbar & Stacy Dunbar, 100 Mallard Drive, Vonore, TN 37885-5358

13764130     + Harry & Dorothy Wolf, 5306 Westmoreland Drive, Troy, MI 48085-6404

13764186     + Harry & Leslie McDavid, 140 White Hawk Drive, Vonore, TN 37885-2077

13886548     + Harvey C. Gannon Jr. Revocable Trust, Harvey C. Gannon, 280 Bay Pointe Dr., Vonore, TN 37885-5418

District/off: 0649-3                    User: admin                                Page 7 of 48

Date Rcvd: May 05, 2026                 Form ID: ntchrgBK                         Total Noticed: 1053

13764188    + Henry & Adrienne Small, 535 Rarity Bay Parkway #107, Vonore, TN 37885-2148
13764189    + Howard & Mary Beck, 1502 Glen Lane, Trenton, MI 48183-1724
13764190    + Howard & Monica Meyers, 11405 Equestrian Dr, Marengo, IL 60152-9430
13885776    + Hugh M. Calloway, Jr. and Kellie E. Calloway, 190 Bay Pointe Road, Vonore, TN 37885-5383
13764192    + Hugh M. Calloway, Jr. and Kellie E. Calloway, c/o Mary D. Miller, PO Box 5339, Knoxville, TN 37928-0339
13764003    + Hummingbird Investments, LP &, Blue Mountain Capital LLC, 1718 Capitol Avenue, Cheyenne, WY 82001-4528
13751547    + IRS, 710 Locust Street, Knoxville, TN 37902-2559
13819352    + Ignacio G. Gonzales, Jr. & Roberta Conkle, 103 Warbler Court, Vonore, TN 37885-2046
13764345    + Immerman Hogan Revocable Trust August 30, 2010, Martin Immerman and Ann Hogan, 180 Bay Pointe Drive, Vonore, TN 37885-5383
13786656    + Innovation Refunds, LLC c/o Browning Law Group, 18881 Von Karman Ave, Suite 370, Irvine, CA 92612-6589
13819465    + Investment Ace LLC, 2701 Yarmouth Dr, Wellington, FL 33414-7650
13764214    + J-B & Kristen Gauthier, 5334 Avalon Way, Bloomingdale, NJ 07403-2253
13764193    + J. Allen, 1565 Harbor Springs Drive, Frisco, TX 75036-3333
13819408    + J. Carey & Nancy H. McHugh, 165 Pineberry Drive, Vonore, TN 37885-2055
13764194    + J. Preston, 64 Pheasant Hill Dr, Far Hills, NJ 07931-2509
13764195    + Jack & Cheri Kreutchic, 143 Black Hawk Drive, Vonore, TN 37885-2140
13764196   #+ Jack & Katy Ogles, 565 Rarity Bay Parkway #107, Vonore, TN 37885-5317
13764197    + Jack A McDonald & Patricia F. McDonald, Trustees, of the McDonald Family Revocable Trust, 205 Watercrest Drive, Vonore, TN
               37885-5402
13764200    + James R. & Linda A. Wiese, 171 White Swan Drive, Vonore, TN 37885-5393
13764198    + James & Karen Wasser, 3705 Colonel Jim Drive, Maryville, TN 37804-2359
13764199    + James & Kathy Burns, 9350 Sandy Springs Lane, Knoxville, TN 37922-4520
13764137    + James & LeAnne Daniel, 181 Pineberry Drive, Vonore, TN 37885-2055
13764201    + James & Sharon Gibson, 255 Rock Point Drive, Vonore, TN 37885-2068
13764202    + James & Theresa Veselovsky, 288 Osprey Circle, Vonore, TN 37885-2050
13819509    + James A. & Debbie A. Reinhardt, 5 Delaware Avenue, Commack, NY 11725-5003
13819473    + James B. McCoy, 299 Pineberry Drive, Vonore, TN 37885-5315
13764059    + James C. & Tammy Z. Summers, 565 Rarity Bay Pkwy #105, Vonore, TN 37885-5317
13764229    + James D. & Cynthia A. Pulkrabek Harrison, 1470 Rarity Bay Parkway, Vonore, TN 37885-5347
13878534    + James Goetz Living Trust, Joy and Jim Goetz, 215 Pineberry Dr., Vonore, TN 37885-5315
13764205    + James H Wisneski & Freida J Johnson, 140 Towhee Drive, Vonore, TN 37885-5360
13764203    + James Lewis & Marguerite Lewis, 280 Morning Dove Drive, Vonore, TN 37885-5327
13813539    + James M. Veselovsky, 288 Osprey Circle, Vonore, TN 37885-2050
13764204    + James Mathis, 1115 Harbor View Drive, Lenoir City, TN 37772-4035
13886536    + James Robert Burns and Kathy Kosyk Burns, Trustees, of the Burns Family Trust, James and Kathy Burns, 9350 Sandy Springs Lane,
               Knoxville, TN 37922-4520
13878584   #+ James Robert/Joan Mary Bauman, James R. Bauman c/o Butterfield, 209 Bay Pointe Rd., Vonore, TN 37885-5419
13819474   #+ James Walter & Carol Deanne Patenge, 304 Gado Trace, Loudon, TN 37774-6850
13816242   #+ James Walter Patenge and Carol Dianne Patenge, James Patenge, 304 Gado Trace, Loudon, TN 37774-6850
13819573    + Jami & Jason Cole, P. O. Box 650, Urbana, OH 43078-0650
13819452    + Jamie E. & Jeffrey Griffin, 2452 Scarlet Belle Ct, Bakersfield, CA 93314-5239
13819427    + Jan & Jim Wells, 191 Pineberry Drive, Vonore, TN 37885-2055
13764207    + Jan Stephenson, 500 Seawall Blvd #915, Galveston, TX 77550-5774
13819469   #+ Jane S. & John N. Gilbreath, 290 Pineberry Drive, Vonore, TN 37885-5321
13815631    + Janet Muir, 909 Rarity Bay Parkway, Vonore, TN 37885-5371
13819388    + Janetta & Dale Baker, 145 Pineberry Drive, Vonore, TN 37885-2055
13819491    + Janis R. Powers, 350 Pineberry Drive, Vonore, TN 37885-5321
13886538    + Jared Kadel & Diana Kadel, 150 Pineberry Dr., Vonore, TN 37885-2054
13815092   #+ Jason & Cynthia Walsh, 545 Rarity Bay Parkway #207, Vonore, TN 37885-5381
13815413    + Jason P. & Cynthia E. Walsh, 76 Elcano Lane, St. Augustine, FL 32095-6647
13764209    + Jason P. & Cynthia E. Walsh, Jason Walsh, 76 Elcano Lane, St Augustine FL 32095-6647
13813569    + Jason P. & Cynthia Walsh, 76 Elcano Lane, St. Augustine, FL 32095-6647
13764210   #+ Jason and Cythia Walsh, 545 Rarity Bay Parkway #207, Vonore, TN 37885-5381
13764211    + Jay & Diane Fitzsimmons, 195 Big Water Drive, Vonore, TN 37885-5328
13764212    + Jay & Ellen Kromholz, N2415 Roselyn Ct, Appleton, WI 54913-8956
13812461      Jean-Baptiste A Gauthier & wife Kristen J Gauthier, Kristen & Jean-Baptiste Gauthier, 1620 Rarity Bay Pkwy, Vonore, TN 37885-5351
13819359    + Jed & Jocelyn Norden, 110 Towhee Drive, Vonore, TN 37885-5360
13819490    + Jeff & Amy Bokal, 350 Marsh Hawk Drive, Vonore, TN 37885-5331
13764215    + Jeff & Carol Shaw, 171 Gold Finch Lane, Vonore, TN 37885-2000
13819508    + Jeff & Donna Baker, 4914 Looking Glass Trail, Denver, NC 28037-9032
13764216    + Jeff & Kathy Laws, 115 Rock Point Drive, Vonore, TN 37885-2065
13819416    + Jeff & Katie Gaus, 175 Big Water Drive, Vonore, TN 37885-5328
13764217    + Jeff & Moe Aschenbeck, Sharon Wise 160 Song Sparrow Lane, Vonore, TN 37885-5420

District/off: 0649-3                      User: admin                        Page 8 of 48

Date Rcvd: May 05, 2026                   Form ID: ntchrgBK                   Total Noticed: 1053

13819545   + Jeff S. & Nancy F. Yeomans, 752 Wood Duck Drive, Vonore, TN 37885-2044
13886288   + Jeffery B. Laws and Kathy H. Laws, Co-Trustees, Jeffery & Kathy Laws, 115 Rock Point Drive, Vonore, TN 37885-2065
13764218   + Jeffrey & Ann Schill, 150 Blue Jay Avenue, Vonore, TN 37885-2071
13764219   + Jeffrey & Cynthia Stewart, 692 Sandpiper Drive, Vonore, TN 37885-2040
13764220   #+ Jeffrey & Elizabeth Batts, 125 Watercrest Drive, Vonore, TN 37885-5330
13764221   + Jeffrey & Patricia Kupperman, 135 Red Robin Lane, Vonore, TN 37885-5397
13816203   + Jeffrey Aschenbeck & Maureen Aschenbeck, Jeffrey W. Aschenbeck, 160 Song Sparrow Ln, Vonore, TN 37885-5420
13813740   + Jeffrey P Kupperman and Patricia M Kupperman, Revocable Living Trust, c/o Jeffrey P Kupperman, 135 Red Robin Lane, Vonore, TN
             37885-5397
13886529   + Jeffrey P Schill & Ann M. Schill, 150 Blue Jay Avenue, Vonore, TN 37885-2071
13816272   + Jeffrey R. Bokal Revocable Trust dated 5/10/04, Jeffrey R. Bokal, Trustee, 350 Marsh Hawk Drive, Vonore, TN 37885-5331
13764222   + Jennifer Boldizsar, 170 Heron Court, Vonore, TN 37885-5305
13764224   + Jennifer Warner, 500 Rarity Bay Parkway, Vonore, TN 37885-2087
13764225   + Jeremy Diermeier, 200 Mallard Dr, Vonore, TN 37885-5423
13764227   + Jerry Ellison, 1625 Rarity Bay Parkway, Vonore, TN 37885-5352
13764226   + Jerry F & Rosemary K Townsend, Trustees of the Jerry F. Townsend, Trust, 150 Gold Finch Lane, Vonore, TN 37885-2073
13819575   + Jerry Sloan, PO Box 1167, Madisonville, TN 37354-1610
13764228   + Jim & Cathy Barrett, 132 Osprey Circle, Vonore, TN 37885-2057
13764579   + Jim & Jean Vosburg, 125 Black Hawk Drive, Vonore, TN 37885-2140
13764230   + Jim & Joy Goetz, 215 Pineberry Dr, Vonore, TN 37885-5315
13764231   + Jim & Linn Post, 319 Goldcrest Drive, Vonore, TN 37885-5407
13764232   + Jim & Margaret Atchley, 110 Nuthatch Court, Vonore, TN 37885-5336
13764233   + Jim & Petey Revell, 7312 Charter Cup Lane, West Chester, OH 45069-1593
13764234   + Jim & Sheila Powers, 215 White Hawk Drive, Vonore, TN 37885-5369
13764235   + Jim Daniel & Dolores Daniel, 200 Gold Finch Lane, Vonore, TN 37885-2076
13764236   + Jim Hankins & Nancy Rippy, 260 Morning Dove Drive, Vonore, TN 37885-5327
13764268   + JoJo & Randy Smith, 688 Sandpiper Drive, Vonore, TN 37885-2040
13764237   + Joan Allaben, 112 Greenfinch Drive, Vonore, TN 37885-5385
13764238   + Joanne Schaeffer, 555 Rarity Bay Parkway #205, Vonore, TN 37885-5345
13764239   + Joe & Anita Taylor, PO Box 370, Vonore, TN 37885-0370
13764240   + Joe Hauser, Colleen McCotter 205 Hummingbird Dr, Vonore, TN 37885-5356
13764241   + John & Carol Toukatly, 555 Rarity Bay Parkway #107B, Vonore, TN 37885-5343
13764242   + John & Clare Connolly, 903 South I-Oka Avenue, Mount Prospect, IL 60056-4216
13819370   + John & Colleen Lorts, 119 Big Water Drive, Vonore, TN 37885-5328
13819446   + John & Emily Jeffcoat, 240 Marsh Hawk Drive, Vonore, TN 37885-5324
13764243   + John & Etta Clark, 791 Rarity Bay Parkway, Vonore, TN 37885-5376
13764244   + John & Eva Morgan, 375 Rarity Bay Parkway, Vonore, TN 37885-5313
13764245     John & Janie Ehmig, 190 Pineberry Drive, Vonore, TN 37885
13764246   + John & Jeanne Kasmarick, 204 Eagle Circle, Vonore, TN 37885-2092
13764247   + John & Joycelyn Tierney, 220 Hummingbird Drive, Vonore, TN 37885-5356
13819358   + John & Julia Matson, 110 Lace Wing Drive, Vonore, TN 37885-2099
13764248   + John & Karen Brohan, 176 Wilcox Drive, Bartlett, IL 60103-4678
13764249   + John & Kay Alexander, 259 Grandville Court, Vonore, TN 37885-5357
13764250   + John & Kim Wood, 323 Goldcrest Drive, Vonore, TN 37885-5407
13819443   + John & Martha Jaeger, 23247 Providence Drive, Kildeer, IL 60047-8035
13764252   + John & Michelle Little, 128 Parkside Dr., Vonore, TN 37885-4303
13819405   + John & Patricia Goodall, 160 Rock Point Drive, Vonore, TN 37885-2066
13764253   + John & Rachel Ferrie, 12140 Southwick Circle, Farragut, TN 37934-1500
13764254   + John & Sandra Wells, 212 Kingbird Drive, Vonore, TN 37885-5326
13764255   + John & Sandra Wells, c/o TSTW Primary, LLC, 212 Kingbird Dr, Vonore, TN 37885-5326
13819569   + John & Sue Seitz, 999 Rarity Bay Parkway, Vonore, TN 37885-5314
13819383   + John E. & Nancy S. Buckley, 3932 Shagbark Trail, Galena, OH 43021-8024
13819425   + John E. & Shirley M. Kunish, 188 Heron Court, Vonore, TN 37885-5305
13764261   + John Eugene & Pamela Dill McCoy, 289 Grandville Ct, Vonore, TN 37885-5357
13816241   + John F Stasko Revocable Trust dated 10/2/12, John F. Stasko, 120 Watercrest Drive, Vonore, TN 37885-5329
13819568   + John F. & Mindi M. Preston, 9653 Asti Lane, Lake Worth, FL 33467-7036
13819382   + John H. Dickey, 135 Big Water Drive, Vonore, TN 37885-5328
13764266   + John H. Wahlhaupter, Jr., 1717 Schucks Rd, Bel Air, MD 21015-6443
13764259   + John J. & Lorraine Molloy, 110 Wax Wing Court, Vonore, TN 37885-5339
13764257   + John J. and Yvonne S. Gamble, 545 Rarity Bay Parkway, #304C, Vonore, TN 37885-5382
13764260   + John Kosie, 335 Pineberry Dr, Vonore, TN 37885-5355
13764251   + John Leslie & Kimberly Jan Laliberte, 11 Pineberry Court, Vonore, TN 37885-5304
13819584     John Michael & Susan Lea Cleverdon, 219 Osprey Circle, Vonore, TN 37885

13816256      + John Michael Cleverdon and Susan Lea Cleverdon, 190 Blue Jay Avenue, Vonore, TN 37885-2071
13816273     #+ John Newell Gilbreath & Jane Suzanne Gilbreath, 290 Pineberry Drive, Vonore, TN 37885-5321
13819424      + John P. & Carol Ritchey Henderson, 1873 Rich Court, Beavercreek, OH 45432-2366
13764262      + John Porter Jr, Jean Porter 269 Rock Point Drive, Vonore, TN 37885-2068
13819482     #+ John R. Cole, 325 Pineberry Drive, Vonore, TN 37885-5355
13764263     #+ John Ratelle, 124 Eagle Circle, Vonore, TN 37885-2091
13812415      + John Robertson Jeffcoat, trustee & Emily Chappell, Jeffcoat, trustee of the Jeffcoat family, John R. Jeffcoat, 240 Marsh Hawk Dr., Vonore,
                 TN 37885-5324
13764264      + John Royster, 545 Rarity Bay Parkway #105, Vonore, TN 37885-5380
13819531      + John Scruggs & Jennifer Van Wormer, 661 Sandpiper Drive, Vonore, TN 37885-2041
13764265      + John Stasko, Deb Wheeler 120 Watercrest Drive, Vonore, TN 37885-5329
13819399      + John T. & Mary G. Wilbert, 154 Kawga Way, Loudon, TN 37774-2802
13816101      + John T. Goodall & Patricia Goodall, 160 Rock Point Drive, Vonore, TN 37885-2066
13819414      + John W. & Margaret A. Crafton, 174 Mallard Drive, Vonore, TN 37885-5358
13879840      + John W. Crafton, Margareta A. Crafton, 174 Mallard Drive, Vonore, TN 37885-5358
13764256      + John and Michelle Hammond, 450 Morning Dove Dr., Vonore, TN 37885-5309
13816128      + John and Pamela McCoy Trust dated 9/10/2020, John & Pamela McCoy, 289 Grandville Court, Vonore, TN 37885-5357
13819550      + Jon & Dona Caldwell, 780 Rarity Bay Parkway, Vonore, TN 37885-5303
13764269      + Jose and Jeannette Martin, 108 Greenfinch Drive, Vonore, TN 37885-5385
13764270      + Joseph & Cathy Filosi, 117 Red Hawk Drive, Vonore, TN 37885-2525
13819372      + Joseph & Peggy Damele, 123 Rock Point Drive, Vonore, TN 37885-2065
13764271      + Joseph & Sharon Hajek, 5872 Woodbridge Lane, West Chester, OH 45069-4518
13816209      + Joseph & Yolanda Gomez, 112 Parkside Drive, Vonore, TN 37885-4303
13764273      + Joseph P. & Lois Cockrum, 119 Killdeer Drive, Vonore, TN 37885-5365
13764274      + Joyce Sabo (Sommerkamp), Robert Sommerkamp, 653 Sandpiper Drive, Vonore, TN 37885-2041
13764275      + Juanita Lewis, 12112 Folkstone Drive, Herndon, VA 20171-1824
13819524      + Judy & Richard Enners, 624 Rarity Bay Parkway, Vonore, TN 37885-2089
13764276      + Judy and Lynn Carter, 535 Rarity Bay Parkway #305, Vonore, TN 37885-2150
13764278      + Julie Hendrickson, 1126 Williamson Chapel Road, Maryville, TN 37801-1148
13819475      + Julie R. Koewler, 308 Morning Marsh Lane, Charleston, SC 29492-2839
13764279      + Julie Schroeder, 290 Grandville Court, Vonore, TN 37885-5357
13764277      + Julie and Lou Coco, Clover House LLC 902 Shade Tree Ln., Knoxville, TN 37922-5239
13816217      + Julie and Michael Capozzi, 830 Rarity Bay Pkwy, Vonore, TN 37885-5359
13764280     #+ June Stafford Burch, 180 Goldfinch Lane, Vonore, TN 37885-2073
13764281      + Karen & Gregory Jordan, 199 East Main Street, Oceanport, NJ 07757-1238
13816219      + Karen A. Birch, 145 Watercrest Dr., Vonore, TN 37885-5330
13764282      + Karen Birch, 145 Watercrest Dr, Vonore, TN 37885-5330
13764283      + Karen Glasgow, 207 Osprey Circle, Vonore, TN 37885-2051
13819543      + Karen Kaiser & Eric J. Hinkle, 732 Wood Duck Dr, Vonore, TN 37885-2044
13882808      + Karen Kaiser Hinkle and Eric J. Hinkle, 732 Wood Duck Drive, Vonore, TN 37885-2044
13816266      + Karen Kaiser Hinkle, Eric J. Hinkle, 732 Wood Duck Dr., Vonore, TN 37885-2044
13819525      + Kasey Donald Millikan, 625 Sandpiper Drive, Vonore, TN 37885-2041
13764286      + Kathryn McCubbin, 535 Rarity Bay Parkway #105, Vonore, TN 37885-2148
13884724      + Kathy E. Kosie, 335 Pineberry Dr., Vonore, TN 37885-5355
13764287      + Kathy Kosie, 1031 Legacy Drive, Birmingham, AL 35242-6023
13764288      + Keith & Maureen Kropf, 211 Wren Court, Vonore, TN 37885-2052
13764289      + Keith & Tammy Taylor, 410 Cormorant Drive, Vonore, TN 37885-5341
13819417      + Ken & Donna Cook, 175 Rock Point Drive, Vonore, TN 37885-2065
13764291      + Kenneth & Amy Hobrock, 945 Cascata Trail, Huntertown, IL 46748-4805
13819430      + Kenneth & Angela Moeller, 20 Pineberry Court, Vonore, TN 37885-5322
13819476      + Kenneth & Mary Siddall, 310 Cormorant Drive, Vonore, TN 37885-5389
13764292      + Kenneth Atchison, Colleen Dougherty 255 Bay Pointe Drive, Vonore, TN 37885-5419
13764293      + Kenneth Davin &Carrie Davin, 4260 Sailview Drive, Denver, NC 28037-7017
13764294      + Kenneth Klepps, Jennifer Boldizar, 545 Rarity Bay Parkway C104, Vonore, TN 37885-5379
13813594      + Kenneth Marvin Klepps &, Jennifer Boldizsar, 170 Heron Ct, Vonore, TN 37885-5305
13764343      + Kenneth Thomas & Donna M. Cook, & Marleise Cook Bronski, 175 Rock Point Drive, Vonore, TN 37885-2065
13819435      + Kent & Wendy O'Brien, 210 Marsh Hawk Drive, Vonore, TN 37885-5324
13812392      + Kent P. O'Brien & wife, Wendy K. O'Brien, Kent P OBrien, 210 Marsh Hawk Dr, Vonore, TN 37885-5324
13764297      + Kevin & Teresa O'Beirne, 227 Kingbird Drive, Vonore, TN 37885-5338
13764295      + Kevin & Vicki Ferros, 1460 Rarity Bay Parkway, Vonore, TN 37885-5347
13819377      + Kevin & Virginia Cheezum, 12809 Desplaines Drive, Fishers, IN 46037-7841
13764296      + Kevin C. Stevens, Kennerly, Montgomery, Finley, PC PO Box 442, Knoxville, TN 37901-0442
13821117      + Kevin J. Thomas, 190 Marsh Hawk Dr, Vonore, TN 37885-5377

District/off: 0649-3         User: admin         Page 10 of 48

Date Rcvd: May 05, 2026         Form ID: ntchrgBK         Total Noticed: 1053

| | | |
|---|---|---|
| 13819522 | + | Kevin R. & Karen K. Millikan, 617 Sandpiper Drive, Vonore, TN 37885-2041 |
| 13764298 | + | Kevin Thomas & Liana Thomas, 190 Marsh Hawk Dr, Vonore, TN 37885-5377 |
| 13819577 | + | Kim & Gail Lane, PO Box 369, St. John, IN 46373-0369 |
| 13764299 | + | Kimm & Judy Sayre, 430 Morning Dove Drive, Vonore, TN 37885-5309 |
| 13812129 | + | Kimm L Sayre, 430 Morning Dove Drive, Vonore, TN 37885-5309 |
| 13764300 | + | Kirby & Fern Smith, 273 Osprey Circle, Vonore, TN 37885-2051 |
| 13751550 | + | Kizer & Black, Attorneys, PLLC, c/o Melanie E. Davis, Esq., 217 E. Broadway Ave., Maryville, TN 37804-5741 |
| 13751551 | + | Knox County Circuit Court, 400 Main Avenue, City County Bldg., Room M-30, Knoxville, TN 37902-2405 |
| 13764301 | + | Kris Schuh, 110 Chickadee Circle, Vonore, TN 37885-2135 |
| 13819493 | + | Kristin Myers, 3755 Baccurate Way, Marietta, GA 30062-8709 |
| 13764302 | #+ | Kurt & Lisa Lansdell, 129 White Hawk Drive, Vonore, TN 37885-2078 |
| 13764303 | + | Kyle & Amy Cordes, 16500 Edge Water Ave, Chesterfield, MO 63017-4706 |
| 13764304 | | Larry & Connie Williams, 180 White Swan Drive, Vonore, TN 37885 |
| 13764311 | + | Larry & Jennifer Zeno, 130 Cormorant Drive, Vonore, TN 37885-5366 |
| 13764305 | + | Larry & Joan Wichelns, 1510 Rarity Bay Parkway, Vonore, TN 37885-5349 |
| 13764307 | + | Larry & Sherri Deans, 360 Marsh Hawk Drive, Vonore, TN 37885-5331 |
| 13764309 | | Larry D. & Carol D. Strunk, 257 Osprey Circle, Vonore, TN 37885-2051 |
| 13816250 | | Larry D. Strunk and Carol D. Strunk, 257 Osprey Circle, Vonore, TN 37885-2051 |
| 13764306 | + | Larry G. Langhoff & Nancy L. Langhoff, 113 Black Hawk Drive, Vonore, TN 37885-2140 |
| 13764308 | + | Larry Goff, Irene Nicholas 1540 Heritage Trail, Roswell, GA 30075-4897 |
| 13816283 | + | Larry R & Constance Williams, 181 White Swan Drive, Vonore, TN 37885-5393 |
| 13764310 | + | Larry Wilkerson, 309 Goldcrest Drive, Vonore, TN 37885-5407 |
| 13816237 | + | Lawrence & Joan Wichelns, 1510 Rarity Bay Parkway, Vonore, TN 37885-5349 |
| 13819360 | + | Lawrence Rolapp, 111 Tanasi View Place, Loudon, TN 37774-2187 |
| 13816247 | + | Lawrence Wilkerson, 309 Goldcrest Drive, Vonore, TN 37885-5407 |
| 13764312 | + | Lee Roper, 3729 Britford Drive, Flower Mound, TX 75022-4789 |
| 13764313 | + | Lee Wilson, Penny Tyler 240 Goldcrest Drive, Vonore, TN 37885-5363 |
| 13819500 | + | Len Hart, 420 Poplar Creek, Oliver Springs, TN 37840-2807 |
| 13764071 | #+ | Leonard & Cheryl Weaver, 37968 Piggott Bottom Road, Purcellville, VA 20132-9643 |
| 13764314 | + | Linda Brummund, 124 Parkside, Vonore, TN 37885-4303 |
| 13764315 | + | Linda Neumann, 130 Towhee Drive, Vonore, TN 37885-5360 |
| 13764414 | #+ | Linda Tankersley, 155 Killdeer Drive, Vonore, TN 37885-5365 |
| 13816205 | + | Lindsey & Nicholas Agvent, 141 Heron Court, Vonore, TN 37885-5305 |
| 13764317 | + | Lois Epp & David Vogt, 126 Eagle Circle, Vonore, TN 37885-2091 |
| 13764318 | #+ | Louis & Melanie Rossi, 320 Watercrest Drive, Vonore, TN 37885-5406 |
| 13816213 | #+ | Louis & Melanie Rossi Revocable, Trust of 2018, Louis & Melanie Rossi, 320 Watercrest Drive, Vonore, TN 37885-5406 |
| 13764319 | + | Louis and Kathleen DeSorbo, PO Box 346, Loudon, TN 37774-0346 |
| 13764320 | + | Louise C. Teising, Trustee of the Louise C. Teising Trust, 110 Watercrest Drive, Vonore, TN 37885-5329 |
| 13764321 | + | Luke & Jessica Wiggins, 115 Warbler Court, Vonore, TN 37885-2046 |
| 13764322 | + | Luke Noe, 7475 Pine Grove Providence RD, Loudon, TN 37774-6249 |
| 13764324 | + | Lynn Rubow, 110 Watercrest Drive, Vonore, TN 37885-5329 |
| 13764325 | + | Lyubov Mostova, 1005 Marina Mile Blvd #335, Fort Lauderdale, FL 33315-2433 |
| 13764327 | + | M&M Gosch LLC & The Marc & Marie Gosch Trust, of 1989, Marc Loren Gosch, 1670 Rarity Bay Parkway, Vonore, TN 37885-5351 |
| 13764541 | + | M. Michelle & Terry G. Aff,, Trustee(s) of the M. Michelle Aff, Living Trust, 673 Sandpiper Drive, Vonore, TN 37885-2041 |
| 13764326 | + | M. Yucel, 300 E. Royal Palm Road #42B, Boca Raton, FL 33432-5039 |
| 13764382 | + | Mac & Michelle Humphrey, 380 Morning Dove Drive, Vonore, TN 37885-5308 |
| 13886526 | + | MacWilliams Family Revocable Trust, Peter D. MacWilliams & Sharon L. MacWill, Peter MacWilliams, 300 Whippoorwill Dr., Vonore, TN 37885-5387 |
| 13819559 | + | Mahboubeh Dadash-Zadeh, 850 Rarity Bay Parkway, Vonore, TN 37885-5359 |
| 13815539 | + | Marc A. Nemser and Peggy L. Brenneman, 150 Starling Drive, Vonore, TN 37885-1729 |
| 13764328 | + | Marc Nemser, Peggy Brenneman 150 Starling Drive, Vonore, TN 37885-1729 |
| 13764329 | + | Marcus & Lisa Allen, 1730 Rarity Bay Parkway, Vonore, TN 37885-5403 |
| 13819355 | + | Marcus & Wendy Malais, 107 Nice Drive, New Bern, NC 28560-5514 |
| 13815742 | + | Marcus and Lisa Allen, Trustees of the Marcus, and Lissa Allen Family Trust of 2010, Marcus and Lisa Allen, Trustees, 1730 Rarity Bay Parkway, Vonore, TN 37885-5403 |
| 13816131 | + | Marie Monzell Perry, Trustee of the Marie Monzell, Perry Trust dated 7/14/2011, 2051 Jacob Ln, Lebanon, OH 45036-6801 |
| 13816212 | + | Marilyn & Russell Hudoba Trustee's, of the Marilyn Hudoba Family Trust, Russell/Marilyn Hudoba, 315 Pineberry Street, Vonore, TN 37885-5355 |
| 13819464 | + | Marilyn Galbreath, 270 Morning Dove Drive, Vonore, TN 37885-5327 |
| 13764331 | + | Mark & Christina Laivins, 1499 Bean Oller Road, Delaware, OH 43015-9369 |
| 13764339 | + | Mark & Eileen Karnes, 1520 Rarity Bay Pkwy, Vonore, TN 37885-5349 |
| 13812509 | + | Mark & Eileen Karnes, Trustee of the, Karnes Family Revocable Trust, Mark & Eileen Karnes, 1520 Rarity Bay Parkway, Vonore, TN 37885-5349 |
| 13764333 | + | Mark & Judy Gibson, 1039 Rarity Bay Parkway, Vonore, TN 37885-5323 |

District/off: 0649-3 | User: admin | Page 11 of 48
Date Rcvd: May 05, 2026 | Form ID: ntchrgBK | Total Noticed: 1053

13764334 + Mark & Lisa Lyon, 1700 Rarity Bay Parkway, Vonore, TN 37885-5403
13764335 + Mark & Peg Montag, 180 Hummingbird Dr, Vonore, TN 37885-5405
13764336 + Mark & Susan Brown, 300 Legacy Drive, Madisonville, TN 37354-5864
13819485 + Mark Allen & Dana Elise Gilkes, 335 Indian Cave Drive, Loudon, TN 37774-5867
13764340 + Mark Laivins, 1499 Bean Oller Road, Delaware, OH 43015-9369
13812145 + Mark Laivins & Christina Laivins, Mark & Christina Laivins, 121 White Hawk Dr., Vonore, TN 37885-2078
13819514 + Mark S. & Dawn R. Hayward, Trustees, 535 Rarity Bay Parkway, Condo D102, Vonore, TN 37885-2147
13886042 + Mark Stephen and Dawn Hayward, 535 Rarity Bay Parkway, 102D, Vonore, TN 37885-2148
13764337 + Mark and Amy Dale, 1675 Preakness Drive, Gambrills, MD 21054-1153
13764341 + Marlee Tierce, 555 RARITY BAY PKWY APT 301, Vonore, TN 37885-5346
13764342 + Marlee Tierce, Sandy Cox 545 Rarity Bay Parkway #202, Vonore, TN 37885-5381
13819467 + Marsha Kinney, 11 Creigmont Court, Crossville, TN 38558-6608
13764344 + Marshall & Robin Powers, 230 Whippoorwill Drive, Vonore, TN 37885-5394
13816104 + Martha Cate Kutz Estate-Trustee James J Mathis Jr, James J. Mathis, Jr., 1115 Harbour View Drive, Lenoir City, TN 37772-4035
13815636 + Martin Immerman, Ann Hogan 180 Bay Pointe Drive, Vonore, TN 37885-5383
13819503 + Mary Ann & Rudy Hejny, 440 Morning Dove Drive, Vonore, TN 37885-5309
13764346 + Mary Cesaretti, 153 Heron Court, Vonore, TN 37885-5305
13764348   Mary Ratelle, 122 Eagle Circle, Vonore, TN 37885
13764351 + Marylees Miller, 700 Rarity Bay Parkway, Vonore, TN 37885-5370
13764352 + Matt & Diane Evans, 17805 Tulip Lane, Tinley Park, IL 60477-6583
13764353 #+ Matteo Giordano III and Lynn Ann Powers, 210 Walelu Trail, Vonore, TN 37885-6710
13764354 + Matthew & Karen Frederick, 430 Cormorant Dr, Vonore, TN 37885-5341
13819418 + Matthew & Rita Lynch, 180 Chickadee Circle, Vonore, TN 37885-2135
13764355 + Matthew Kramek & Susan Kramek, 1009 Rarity Bay Parkway, Vonore, TN 37885-5323
13764356 + Matthew R. & Julie A. Schroeder, 290 Grandville Court, Vonore, TN 37885-5357
13764357 + Maurice R. & Carol J. Richter, 190 Nightingale Drive, Vonore, TN 37885-2035
13764359 + Melinda Moroz, 250 Whippoorwill Drive, Vonore, TN 37885-5394
13764360 + Melvin & Carla Fernandez, 1485 Seaside Circle, Navarre, FL 32566-7062
13764358 + Melvin J. Rachal & Denise C. Rachal, 130 Watercrest Drive, Vonore, TN 37885-5329
13751554 + Michael & Jamie Frisbey, c/o Kizer & Black, Attorneys, PLLC, Melanie E. Davis, 217 E. Broadway, Maryville, TN 37804-5741
13764206 + Michael & Jamie Frisbey, 550 Cormorant Drive, Vonore, TN 37885-5411
13764361 + Michael & Joan Sabato, 600 Sandpiper Drive, Vonore, TN 37885-2040
13764372 + Michael & Julie Capozzi, 830 Rarity Bay Parkway, Vonore, TN 37885-5359
13764373 + Michael & Kathleen Siedlecki, 310 Grandville Ct, Vonore, TN 37885-5391
13764362 + Michael & Kathy Kachelmeyer, 240 Bay Pointe Drive, Vonore, TN 37885-5418
13815634 + Michael & Laurie Szilvagyi, 186 Rock Point Drive, Vonore, TN 37885-2066
13764364 + Michael & Leslie Miller, 233 Osprey Circle, Vonore, TN 37885-2051
13764374 + Michael & Marilyn Garnto, 224 Kingbird Drive, Vonore, TN 37885-5326
13764365 + Michael & Michelle McCarty, 260 Cormorant Dr, Vonore, TN 37885-5416
13764366 + Michael & Nancie Guido, 330 Cormorant Drive, Vonore, TN 37885-5389
13819558 + Michael & Nancy Dennis, 849 Rarity Bay Parkway, Vonore, TN 37885-5335
13764367 + Michael & Pamela Fink, 143 Osprey Circle, Vonore, TN 37885-2058
13764369 + Michael & Patty Lamia, 210 S Shore Crest Drive, Tampa, FL 33609-2533
13764371 + Michael & Susan Gallagher, 4150 Rock Mountain Road, Fallbrook, CA 92028-9751
13764376 + Michael Ayres, 4712 Messer Lane, Powell, TN 37849-5175
13819373 + Michael Choo Heang Goh, 1235 Forest Hill Rd #2K, Staten Island, NY 10314-6314
13885247 + Michael D. Baumgarten, 865 Rarity Bay Pkwy, Vonore, TN 37885-5335
13819544 + Michael E. & Susan W. Curtis, 748 Wood Duck Drive, Vonore, TN 37885-2044
13764363 + Michael ETUX Laurie Szilvagyi, Michael & Laurie Szilvagyi, 186 Rock Point Drive, Vonore, TN 37885-2066
13815633   Michael ETUX Laurie Szilvagyi, Michael & Laurie Szilvagyi, 184 Rock Point Drive, Vonore, TN 37885
13764379 + Michael Edward Harrell and Sharon Hubbard Harrell, 170 Killdeer Dr, Vonore, TN 37885-5364
13886293 + Michael Fossum, 4420 Braeburn Court, Brighton, MI 48116-9781
13764378 + Michael Greis & Lynn Greis, 534 Rarity Bay Pkwy, Vonore, TN 37885-2087
13819350 + Michael L. & Jan C. Lewis, 10215 Canton Place, Knoxville, TN 37922-8311
13819530 + Michael Lee & Debra Ann Held, 649 Sandpiper Drive, Vonore, TN 37885-2041
13764380 + Michael Little, Maribel Salgado 12408 Tahoe Lane, Mokena, IL 60448-1898
13764370 + Michael Mayer & Stephanie Cayne-Mayer, 225 Rock Point Drive, Vonore, TN 37885-2068
13764381 + Michael Steward, 1430 Rarity Bay Parkway, Vonore, TN 37885-5347
13886524 + Michael and Michelle McCarty, 9972 Grand Central Cirle N, Collierville, TN 38017-6002
13764375 + Michael and Rebecca Blaylock, 535 Rarity Bay Pkwy, Condo D203, Vonore, TN 37885-2147
13819439 #+ Michelle Bubulka, 2228 Foxboro Lane, Naperville, IL 60564-8453
13815608 + Michelle Mackay & Wm. Scott Carty, 370 Morning Dove Drive, Vonore, TN 37885-5308
13764385 + Mike & Cathy McCoy, 335 RARITY BAY PKWY, Vonore, TN 37885-5313

13819451    + Mike & Jayne Miller, 245 Rock Point Drive, Vonore, TN 37885-2068
13819517    + Mike & Sandy Poe, 565 Rarity Bay Parkway, Condo A102, Vonore, TN 37885-5320
13819426    + Mike & Susan Cleverdon, 190 Blue Jay Avenue, Vonore, TN 37885-2071
13764387    + Mike Fossum & Nicole Fossum, 4420 Braeburn Court, Brighton, MI 48116-9781
13764388    + Mike Miller & Mandy Miller, Lex Miller & Trey Miller, 1029 Rarity Bay Parkway, Vonore, TN 37885-5323
13764389    + Mike Poe, 1 Timber Lane, Hilton Head Island, SC 29926-1080
13764390    + Mike Silver, 2407 39th Avenue NE #114, Minneapolis, MN 55421-4221
13764391    + Mike Snyder & Pat Snyder, 190 Goldfinch Lane, Vonore, TN 37885-2073
13764392    + Mitzi Wheeler, 180 Heron Court, Vonore, TN 37885-5305
13751555    + Monroe County Chancery Court, Teresa Choate, Clerk & Master, 105 College Street S., Suite 2, Madisonville, TN 37354-2400
13764393    + Monte & Carolyn Miller, 685 Sandpiper Drive, Vonore, TN 37885-2041
13764394    + Monty Benefiel & Kari Por, 245 Bay Pointe Drive, Vonore, TN 37885-5419
13819449    + Monty Benefiel & Kari Porter, 245 Bay Pointe Drive, Vonore, TN 37885-5419
13819481    + Morris & Yonkyoung McCurry, 325 Grandville Court, Vonore, TN 37885-5391
13764395    + Muhsin & Bernadette Atty, 7278 Silverleaf Lane, West Bloomfield, MI 48322-3330
13812462    + Murat Yucell, 300 E Royal Palm #42 B, Boca Raton, FL 33432-5039
13819384    + Muriel & Ed Phoebus, 140 Cormorant Drive, Vonore, TN 37885-5366
13764396    + Murphy & Deborah Morgan, 101 Brambling Ct., Vonore, TN 37885-5415
13814606    + Murphy/Deborah Morgan, Trustee of the, Morgan Family Trust, Murphy & Deborah Morgan, 101 Brambling Ct., Vonore, TN 37885-5415
13819479   #+ Murray & Suzanne Muyskens, 319 Okema Way, Loudon, TN 37774-3149
13819540    + Nadine & James G. Gold, 720 Wood Duck Drive, Vonore, TN 37885-2044
13764397    + Nasir & Sana Mithani, 419 Common Park Lane, Tucker, GA 30084-8926
13764398    + Nic & Cary Naude, 345 Pineberry Drive, Vonore, TN 37885-5355
13764316    + Nicholas and Lindsey Agvent, 141 Heron Court, Vonore, TN 37885-5305
13764404    + Nick & Patti Farrell, 171 Pineberry Drive, Vonore, TN 37885-2055
13764399    + Norma Lynn Beagle, 759 Rarity Bay Parkway, Vonore, TN 37885-5376
13764400    + Norman & Priscilla Canfield, 719 Torrington Drive, Naperville, IL 60565-4128
13803381    + ORNL FCU, Attn: Commercial Lending, Attn: Comm Dep, 2077 Town Center Blvd., Ste. 203, Knoxville, TN 37922-6745
13764422      PNC Equipment Finance, c/o Insurance Center, PO Box 3549, Bellevue, WA 98009
13764401    + Pam and John Haugen, 109 Big Water Drive, Vonore, TN 37885-5328
13764504    + Pamela G. O'Hara, Trustee of the, Pamela G. O'Hara Living Trust, 141 Breakers Dr, Vonore, TN 37885-5414
13764402    + Pamela McCoy, 289 Grandville Court, Vonore, TN 37885-5357
13764403    + Pat Boeckenstedt, 115 Watercrest Drive, Vonore, TN 37885-5330
13764405    + Patrice & Matthew Gibbons, 160 Blue Jay Avenue 37885-2071
13864764    + Patrice L. Gibbons, 160 Blue Jay Ave, Vonore, TN 37885-2071
13819583    + Patricia A. & Charles E. Porter, 215 Osprey Circle, Vonore, TN 37885-2051
13819538    + Patricia A. Hoot, 719 Wood Duck Drive, Vonore, TN 37885-2045
13819375    + Patricia Ann Nichols, 125 Heron Court, Vonore, TN 37885-5305
13764406   #+ Patrick Poe & Patricia Poe, 4 Wyndham Place, Nashville, TN 37215-1817
13819385    + Paul & Cynthia Abraham, 140 Pineberry Drive, Vonore, TN 37885-2054
13764407    + Paul & Diane Sherwood, 300 Pineberry Drive, Vonore, TN 37885-5321
13764408    + Paul & Donna Schreiber, 17004 Dawn Flower Cove, Austin, TX 78738-4082
13764409    + Paul & Doreen Ferguson, 12851 44th Place NE, Saint Michael, MN 55376-3030
13764411    + Paul & Rita Anderson Revocable Living Family Trust, Paul and Rita Anderson, 165 Osprey Circle, Vonore, TN 37885-2058
13764412   #+ Paul & Sandra Cary, 859 Bell Harbor Dr, Victor, NY 14564-8731
13764413    + Paul & Teresa Merrill, 9219 Double Eagle Lane, Knoxville, TN 37922-5989
13819555    + Paul A. & Robin G. McCabe, 810 West Donges Bay Road, Mequon, WI 53092-5917
13885726    + Paul Anthony Merrill and Teresa Oliver-Merrill Fam, Teresa and Paul Merrill, 9219 Double Eagle Lane, Knoxville, TN 37922-5989
13885649   #+ Paul E. Cary and Wife, Sandra Cary, 859 Bel Arbor Drive, Victor, NY 14564-8731
13764410    + Paul J. Busse & Patricia S. Busse, Paul J. Busse, 10 Pineberry Court, Vonore, TN 37885-5322
13819520    + Paul T. Angell & Denise Marie Commentz, 601 Sandpiper Drive, Vonore, TN 37885-2041
13764208    + Pearl Family Trust dated March 1, 2024, Janet Muir, 909 Rarity Bay Parkway, Vonore, TN 37885-5371
13819512    + Peggy Conti c/o Denise Beerer, 521 Sandpiper Drive, Vonore, TN 37885-2084
13819404    + Pete & Kim Barraza, 160 Chickadee Circle, Vonore, TN 37885-2135
13764415    + Pete & Sharon MacWilliams, 300 Whippoorwill Dr, Vonore, TN 37885-5387
13764416    + Peter & Julia Misslin, 130 Gold Finch Lane, Vonore, TN 37885-2073
13819444    + Peter & Karen Harrison, 23285 Orange Ave, Fort Pierce, FL 34945-4337
13864794    + Peter A. Misslin & Julia B. Misslin, Trustees, Living Trust Dated 8/24, 130 Goldfinch Ln, Vonore, TN 37885-2073
13810318    + Peter A. Misslin Living Trust Dated 8/24/1998, Julie B. Misslin Trustee Living Trust, Dated 8/24/1998, Peter A. Misslin, Trustee, 130 Goldfinch Ln Vonore, TN 37885-2073
13764417    + Peter Arfken, 255 Pineberry Dr, Vonore, TN 37885-5315
13764418    + Peter Haikio & Kristine Graf, 250 Marsh Hawk Drive, Vonore, TN 37885-5324
13764419    + Phanesh & Padmavathi Koneru, 9109 Man of War Drive, Waxhaw, NC 28173-6650

| | | |
|---|---|---|
| 13819421 | + | Phil & Diane Minch, 185 Big Water Drive, Vonore, TN 37885-5328 |
| 13764420 | + | Philip & Dawn Fancher, 230 Bay Pointe Drive, Vonore, TN 37885-5418 |
| 13764421 | + | Phillip & Julia Rother, 662 Sandpiper Dr, Vonore, TN 37885-2040 |
| 13816198 | + | Phillip Paul & Julia Rother Revocable Family Trust, Phillip and Julia Rother, 662 Sandpiper Drive, Vonore, TN 37885-2040 |
| 13819528 | + | Pieter Van Der Griendt, 64 Pheasant Hill Drive, Far Hills, NJ 07931-2509 |
| 13764423 | + | Pres & Vanessa Lawhon, 234 Watercrest Drive, Vonore, TN 37885-5401 |
| 13819571 | + | RJD Development Corp, P. O. Box 228, Clarksville, MD 21029-0228 |
| 13764425 | + | Ralph & Cynthia Barentine, 118 Osprey Circle, Vonore, TN 37885-2057 |
| 13764426 | + | Ralph & Janet Crawford, 125 Breakers Drive, Vonore, TN 37885-5414 |
| 13885255 | + | Ralph S. and Cynthia L. Barentine, Trustees, The Barentine Revocable Trust, c/o Ralph Barentine, 118 Osprey Circle, Vonore, TN 37885-2057 |
| 13764427 | + | Ramzya Jappaya, 3911 South Shore Drive, Commerce Township, MI 48382-4398 |
| 13819488 | #+ | Randall D. Allen, 340 Pineberry Drive, Vonore, TN 37885-5321 |
| 13886527 | + | Randall Spickard, 105 Bufflehead Drive, Vonore, TN 37885-2153 |
| 13819423 | + | Randle & Deborah Suttkus, 185 Rock Point Drive, Vonore, TN 37885-2065 |
| 13816103 | + | Randle W. Suttkus & Deborah J. Suttkus, Randle Suttkus, 185 Rock Point Dr., Vonore, TN 37885-2065 |
| 13764428 | + | Randy DePue, 170 Bay Pointe Dr, Vonore, TN 37885-5383 |
| 13764430 | + | Randy Spickard, Susan Cadegan Spickard, 105 Bufflehead Drive, Vonore, TN 37885-2153 |
| 13885782 | + | Rarity Bay Partners, f/k/a Salem Pointe Capital Partners, c/o Gregory C. Logue, Esq., P.O. Box 900, Knoxville, TN 37901-0900 |
| 13885715 | + | Rarity Bay Partners, f/k/a Salem Pointe Capital Partners, c/o Gregory C. Logue, Esq., 900 S. Gay Street, Suite 900, Knoxville, TN 37902-1848 |
| 14005867 | + | Rarity Bay Partners, Attn: Crystal Pate, 9721 Sherill Blvd., #200, Knoxville, TN 37932-3762 |
| 13751561 | + | Rarity Bay Partners, c/o Adrienne L. Anderson, Anderson Busby PLLC PO Box 2588, Knoxville, TN 37901-2588 |
| 13751560 | + | Rarity Bay Partners, c/o John P. Konvalinka, Grant, Konvalinka & Harrison, PC, 633 Chestnut St., Ste. 900, Chattanooga, TN 37450-0900 |
| 13751562 | + | Rarity Bay Partners, c/o Wynne du M. Caffey-Knight, Elmore, Stone & Caffey, 5616 Kingston Pike., Ste. 301, Knoxville, TN 37919-6301 |
| 13819376 | + | Ray & Pam Rolle, 125 Lace Wing Drive, Vonore, TN 37885-5300 |
| 13764432 | + | Ray & Patty Wallace, 200 Heron Court, Vonore, TN 37885-2049 |
| 13819492 | + | Ray R. & Shelly S. Cole, 370 Marsh Hawk Drive, Vonore, TN 37885-5331 |
| 13764431 | + | Raymond & Elizabeth Wasson, 1660 Rarity Bay Parkway, Vonore, TN 37885-5351 |
| 13819368 | + | Raymond F. & Janice L. Freeman, 117 Heron Court, Vonore, TN 37885-5305 |
| 13764433 | + | Raymond and Ashley Schwartz, c/o Mary D. Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| 13884967 | + | Raymond and Ashley Schwartz, 160 Cormorant Drive, Vonore, TN 37885-5366 |
| 13764440 | + | Richard & Christine Coats, 109 Black Hawk Drive, Vonore, TN 37885-2140 |
| 13819472 | + | Richard & Jane Tyson, 295 Rock Point Drive, Vonore, TN 37885-2068 |
| 13764434 | + | Richard & Karen Burris, 220 Kingbird Drive, Vonore, TN 37885-5326 |
| 13764435 | + | Richard & Kathryn Mohring, 611 Sandpiper Drive, Vonore, TN 37885-2041 |
| 13764436 | + | Richard & Kathy Belz, 28 Manor Terrace, Marco Island, FL 34145-3443 |
| 13764437 | + | Richard & Kim Sade, 319 Rarity Bay Parkway, Vonore, TN 37885-5313 |
| 13819374 | + | Richard & Mary T. Grapski, 12427 Sparta Lane, Knoxville, TN 37934-7414 |
| 13764438 | + | Richard & Naomi Barndt, 335 Goldcrest Drive, Vonore, TN 37885-5407 |
| 13764439 | + | Richard & Sandra Rohde, 126 Utsesti Way, Loudon, TN 37774-2721 |
| 13816278 | + | Richard E. Hoban, 681 Sandpiper Drive, Vonore, TN 37885-2041 |
| 13819534 | + | Richard E. Hoban, 681 Sandpiper Drive, Vonore, TN 37885, Andrew & Sarah Sosnowski, 684 Sandpiper Drive Vonore, TN 37885-2040 |
| 13814622 | + | Richard Lee Dickson & Mary Cathleen Dickson, Revocable Living Trust, Richard Lee Dickson, Trustee, 230 Marsh Hawk Dr., Vonore, TN 37885-5324 |
| 13816186 | + | Richard W. and Judith A. Enners, 624 Rarity Bay Pkwy., Vonore, TN 37885-2089 |
| 13764441 | + | Richard Wills, 230 Grandville Court, Vonore, TN 37885-5357 |
| 13764442 | + | Richard Wills, Connie Bawcum 230 Grandville Court, Vonore, TN 37885-5357 |
| 13764443 | + | Rick & Cathy Dickson, 230 Marsh Hawk Drive, Vonore, TN 37885-5324 |
| 13764444 | + | Rick & Cathy Hunkus, 339 Rarity Bay Parkway, Vonore, TN 37885-5313 |
| 13764445 | + | Rick & Debbie Cole, Scott & Esther King, 8919 Township Road 195, West Liberty, OH 43357-9215 |
| 13764446 | + | Rick & Pam Mooney, 798 Nina Drive, Saint Petersburg, FL 33715-2038 |
| 13819466 | + | Rick Meckstroth, 285 Pineberry Drive, Vonore, TN 37885-5315 |
| 13764447 | + | Rick Serbu, 240 Morning Dove Drive, Vonore, TN 37885-5327 |
| 13764448 | + | Ricky Warner, 500 Rarity Bay Parkway, Vonore, TN 37885-2087 |
| 13809394 | + | Risany Family Revocable Trust Dated 12/4/2024, Robert Risany, 331 Goldcrest Drive, Vonore, TN 37885-5407 |
| 13764450 | + | Rival Development, 1101 E. 1st Ave, Lenoir City, TN 37771-2076 |
| 13764451 | #+ | Robert & Betty Anne Haldi, 212 White Hawk Drive, Vonore, TN 37885-5368 |
| 13764452 | + | Robert & Carol Milhiser, 240 Whippoorwill Drive, Vonore, TN 37885-5394 |
| 13814586 | + | Robert & Christina Purcell, 420 Cormorant Dr., Vonore, TN 37885-5341 |
| 13819564 | + | Robert & Colleen Bivens, 9018 Birch Creek Ct, Bakersfield, CA 93312-5008 |
| 13764014 | + | Robert & Colleen James, 177 Osprey Circle, Vonore, TN 37885-2058 |
| 13764453 | + | Robert & Heather Risany, Lauren Risany 331 Goldcrest Lane, Vonore, TN 37885-5407 |

13764454    + Robert & Jackie Cepek, 150 Cormorant Drive, Vonore, TN 37885-5366
13764455    + Robert & Janis Knecht, 330 Grandville Court, Vonore, TN 37885-5391
13764456    + Robert & Lisa Hollis, 160 Towhee Drive, Vonore, TN 37885-5360
13764323    + Robert & Lynette P. Schoeck, Rob or Lyne Schoeck, 173 Heron Court, Vonore, TN 37885-5305
13764458    + Robert & Mindy Flynn, 237 Osprey Circle, Vonore, TN 37885-2051
13764459   #+ Robert & Patricia Lockhart, 1500 Rarity Bay Parkway, Vonore, TN 37885-5349
13819487    + Robert & Regina Elgin, 340 Marsh Hawk Drive, Vonore, TN 37885-5331
13819453    + Robert & Stephanie Foster, 249 Goldcrest Drive, Vonore, TN 37885-5362
13816188    + Robert D Allaben Living Trust dated 2/7/89, Joan R. Allaben, 112 Greenfinch Dr., Vonore, TN 37885-5385
13819501    + Robert D. & Kristi K. Brownson, 427 Lost Rock Lane, Hudson, WI 54016-8061
13816200    + Robert D. Elgin & Regina R. Elgin Trust 12/30/08, Robert D. Elgin, 340 Marsh Hawk Drive, Vonore, TN 37885-5331
13816100    + Robert E Pelletier Jr & Rosemary A Pelletier, 199 Bay Pointe Road, Vonore, TN 37885-5384
13764465   #+ Robert E. & Deborah A. Riley, 2400 Ancient Oak Lane, Knoxville, TN 37931-4191
13819429    + Robert E. & Rosemary A. Pelletier, Jr, 199 Bay Pointe Drive, Vonore, TN 37885-5384
13886523    + Robert E. Riley and wife, Deborah A. Riley, Robert E. Riley, 310 Watercrest Drive, Vonore, TN 37885-5406
13764213    + Robert Jay Engle and Lynn Sheldon, 120 Killdeer Dr, Vonore, TN 37885-5364
13819539    + Robert Lang, 720 Rarity Bay Parkway, Vonore, TN 37885-5370
13764457    + Robert Lawrence Shipman, & Meredith Lynn Shipman, 765 Rarity Bay Parkway, Vonore, TN 37885-5376
13764463    + Robert M. & Constance A. Ferraro, Trustee of Robert & Constance Ferraro, Family Revocable Trust, 104 Brambling Court, Vonore, TN
                37885-5415
13819410    + Robert P. & Melanie A. Drennen, 168 Osprey Circle, Vonore, TN 37885-2057
13819406    + Robert S. & Stephanie M. Smith, III, 160 Wildwing Drive, Vonore, TN 37885-5373
13819397    + Robert S. Dingfelder & Jeannete Lewis, 15200 Southwest 27th Street, Davie, FL 33331-2602
13884969    + Robert S. Dingfelder & Jeannete Lewis, 15200 Southwest 27th Street Ft., Lauderdale, FL 33331-2602
13819448    + Robert Sorenson, 241 White Swan Drive, Vonore, TN 37885-5424
13764466    + Robert Suastegui, Michelle Guilbeau 1664 Woodlawn Way, Gulf Breeze, FL 32563-9575
13819489    + Robert Tim & Sherry Lynn Noblett, 343 Rarity Bay Parkway, Vonore, TN 37885-5313
13819499    + Robert W. & Nancy C. Hollmann, 420 Marsh Hawk Drive, Vonore, TN 37885-5422
13812435   #+ Robert W. O'Connell, 214 Watercrest Dr., Vonore, TN 37885-5401
13764460    + Robert and Brenda Mabe Taylor, c/o Gale M. Properties, LLC, 31 Concord Street, Ocean Isle Beach, NC 28469-7633
13816310    + Robert and Carole Hurka, 125 White Hawk Dr., Vonore, TN 37885-2078
13764464    + Robert and Patricia Parrish, 150 Osprey Circle, Vonore, TN 37885-2057
13764461   #+ Robert and Patti O'Connel, 214 Watercrest Drive, Vonore, TN 37885-5401
13764462    + Robert and Rosemary Pelle, 199 Bay Pointe Drive, Vonore, TN 37885-5384
13816139    + Roberts, Douglas W ETUX Kristen B, 127 Rock Point Drive, Vonore, TN 37885-2065
13764467    + Robin Powers, 230 Whippoorwill Drive, Vonore, TN 37885-5394
13764468    + Rodney & Kristin Rowe, 100 Pineberry Drive, Vonore, TN 37885-2054
13886716    + Rodney G. Rowe and Kristin L. Rowe, 100 Pineberry Drive, Vonore, TN 37885-2054
13764470    + Roger & Leatha Bjork, 204 Kingbird Drive, Vonore, TN 37885-5326
13764471    + Roger & Nancy Smith, 137 Breakers Drive, Vonore, TN 37885-5414
13764473    + Roger & Wanda Henderson, & Judy Wallace, 240 Cormorant Drive, Vonore, TN 37885-5416
13816823    + Roger A. & Judith A. Hanson, 275 Hummingbird Lane, Vonore, TN 37885-5356
13764472    + Roger A. Hanson, Roger Hanson Family Trust, 275 Hummingbird Lane, Vonore, TN 37885-5356
13811377    + Roger Smith and Nancy Smith and Heather Risany, Heather Risany, 137 Breakers Drive, Vonore, TN 37885-5414
13819535    + Ron & Diane Bills, and as Trustees, 693 Sandpiper Dr, Vonore, TN 37885-2041
13764474    + Ron & Diane Walker, 554 Rarity Bay Parkway, Vonore, TN 37885-2087
13819366      Ron & Lorene Steffes, 115 Blue Jay Avenue, Vonore, TN 37885
13819379    + Ron P. Johnson & Karen L. Consiglio, 13219 Stable Brook Way, Herndon, VA 20171-2926
13764485    + Ronald & Jenny Liu Saver, Jr., 313 Uhdali Place, Loudon, TN 37774-7817
13764482    + Ronald & Karen Godshalk, 10 Morning Dove Drive, Vonore, TN 37885-5409
13764475    + Ronald & Kimberly Holcomb, 280 Cormorant Drive, Vonore, TN 37885-5416
13764476    + Ronald & Lynn Phelps, 120 Goldcrest Drive, Vonore, TN 37885-5398
13764477    + Ronald & Priscilla Lawrence, 224 Watercrest Drive, Vonore, TN 37885-5401
13764478    + Ronald & Sharon Wise, 480 Forest Ridge Way, Collierville, TN 38017-4562
13764479    + Ronald & Shirley Coleman, 124 Nightengale Drive, Vonore, TN 37885-2035
13764483    + Ronald & Trudi Hicklin, 350 Whippoorwill Drive, Vonore, TN 37885-5387
13811411    + Ronald C Siddall, Cornelia Siddall, UA 06-24-2008, Ronald C Siddall & Cornelia Siddall, Living Trust, Ronald Siddall, 270 Wildwing
                Drive Vonore, TN 37885-5421
13815267    + Ronald C Steffes & Lorene K Steffes, 110 Blue Jay Ave., Vonore, TN 37885-2071
13819357    + Ronald C. & Lorene K. Steffes, 110 Blue Jay Avenue, Vonore, TN 37885-2071
13813597    + Ronald Godshalk, 10 Morning Dove Dr., Vonore, TN 37885-5409
13882807    + Ronald J. Attanasio, 625 Market Street Suite 700, KNOXVILLE, TN 37902-2205
13819529    + Ronald L. & Pamela S. Mayfield, 641 Sandpiper Drive, Vonore, TN 37885-2041

| | | |
|---|---|---|
| 13764484 | + | Ronald Peterson, 129 Heron Court, Vonore, TN 37885-5305 |
| 13864795 | + | Ronald Saver & Jenny Liu, 313 Uhdali Place, Loudon, TN 37774-7817 |
| 13764481 | + | Ronald and Lillian Prince, 2026 Drayton Place, Birmingham, AL 35242-2745 |
| 13764486 | + | Roni Anderson, 270 Osprey Circle, Vonore, TN 37885-2050 |
| 13764449 | + | Rowland & Rikako Demko, 220 Big Water Drive, Vonore, TN 37885-5306 |
| 13764487 | + | Rowland Demko, 220 Big Water Drive, Vonore, TN 37885-5306 |
| 13764267 | + | Roy D. & Joi I. Slatton, 210 Hummingbird Drive, Vonore, TN 37885-5356 |
| 13764488 | #+ | Roy Kramer, PO Box 279, Vonore, TN 37885-0279 |
| 13764489 | + | Russell & Marilyn Hudoba, 315 Pineberry Drive, Vonore, TN 37885-5355 |
| 13764490 | + | Russell & Traci Lorts, 121 Heron Court, Vonore, TN 37885-5305 |
| 13816215 | + | Russell F. Lorts Jr. & Traci L. Lorts, Trustees, of the Lorts Family Trust, Russell Lorts, 121 Heron Court, Vonore, TN 37885-5305 |
| 13764492 | + | Russell Lorts, 121 Heron Ct, Vonore, TN 37885-5305 |
| 13816337 | + | Russell M. and Diane L. Decker, 315 Goldcrest, Vonore, TN 37885-5407 |
| 13764493 | + | Russell O'Brien, 48523 Remer Avenue, Shelby Twp, MI 48317-2643 |
| 13764494 | + | Russell Youngs, Jr., 150 Towhee Drive, Vonore, TN 37885-5360 |
| 13764495 | + | Salvador Garcia, & Juanita Quintero, 722 Vintage Lane, Dalton, GA 30721-6837 |
| 13764496 | + | Sam & Shawket Khan, 30 Golf Course Drive, Wabash, IN 46992-7797 |
| 13819585 | + | Samuel & Randi Allen, 535 Rarity Bay Parkway #202, Vonore, TN 37885-2149 |
| 13819371 | + | Samuel J. Jones, 120 Lace Wing Drive, Vonore, TN 37885-2099 |
| 13886512 | + | Samuel M. Gregov and Andrea L. Gregov, Samuel M. Gregov, 265 Rock Point Dr., Vonore, TN 37885-2068 |
| 13764498 | + | Sandy & Kimberly Creed, PO Box 1, Vonore, TN 37885-0001 |
| 13819394 | + | Sandy Richard, 150 Chatuga Drive West, Loudon, TN 37774-2789 |
| 13764499 | + | Sandy Steichen, 1440 Rarity Bay Parkway, Vonore, TN 37885-5347 |
| 13764500 | + | Saskcus, LLC / Quint Bourgeois, 8812 Tedford Road, Knoxville, TN 37922-6417 |
| 13764510 | + | Scott & Cathy Gaylord, 299 Grandville Court, Vonore, TN 37885-5357 |
| 13764502 | + | Scott & Debbie Robinson, 285 Rock Point Drive, Vonore, TN 37885-2068 |
| 13764503 | + | Scott & Maureen Saygers, 196 Heron Court, Vonore, TN 37885-5305 |
| 13764505 | + | Scott & Patricia Shannon, 200 Big Water Drive, Vonore, TN 37885-5306 |
| 13764506 | + | Scott & Teresa Bieber, 555 Rarity Bay Parkway Apt. 106B, Vonore, TN 37885-5344 |
| 13886532 | + | Scott B. Gaylord, 299 Grandville Ct., Vonore, TN 37885-5357 |
| 13764508 | + | Scott Clark, Jana Clark 280 Osprey Circle, Vonore, TN 37885-2050 |
| 13764501 | + | Scott D. & Amy Z. Munier Living Trust, 690 Rarity Bay Parkway, Vonore, TN 37885-2089 |
| 13764509 | + | Scott Denley, 535 Rarity Bay Parkway #101, Vonore, TN 37885-2148 |
| 13764511 | + | Scott Griffith & Pam Griffith, 1312 S CENTER ST, Redlands, CA 92373-7005 |
| 13764507 | + | Scott and Cheri Murphy, 190 Cormorant Drive, Vonore, TN 37885-5366 |
| 13879837 | + | Sean Murray and Robin Pisecki, 114 Oohleeno Way, Loudon, TN 37774-2573 |
| 13764513 | + | Shari Jackson, 110 Nightingale Drive, Vonore, TN 37885-2035 |
| 13764514 | + | Sharon & Ted Kaufman, 10005 N. Turkey Creek Rd #6, Syracuse, IN 46567-9669 |
| 13764515 | + | Sharon Kolmeier, 3776 Cremini Drive, Bulverde, TX 78163-2354 |
| 13764284 | + | Sharon Lee Butler, 27550 Ascot Street, Wesley Chapel, FL 33544-5476 |
| 13819362 | + | Sharroll K Doll, 11169 East North Lane, Scottsdale, AZ 85259-4853 |
| 13819407 | + | Shawn D. Pulford, 1633 Whitley Drive, Harrisburg, PA 17111-6953 |
| 13764516 | + | Shawn McCarter, 8061 Sugarloaf Rd, Larkspur, CO 80118-8258 |
| 13883511 | + | Shawn Wesley McCarter, Shawn W. McCarter, 8061 Sugarloaf Rd, Larkspur, CO 80118-8258 |
| 13764517 | + | Shirley Engle, 545 Rarity Bay Parkway #107, Vonore, TN 37885-5380 |
| 13799251 | | Simplot AB Retail, Inc., dba Simplot Turf and Hort, c/o Devin G. Bray, Hawley Troxell Ennis & Hawley, LLP, P.O. Box 1617, Boise, ID 83701-1617 |
| 13813045 | + | Smith Turf and Irrigation, 10732 Dutchtown Road, Knoxville, TN 37932-3207 |
| 13764512 | + | Snowflake Homes, LLC, Sean Smith & Lindsay Smith, 734 Bayshore Road, Farragut, TN 37934-8208 |
| 13764518 | + | Stephen & Betty D'Achino, 201 Kingbird Drive, Vonore, TN 37885-5338 |
| 13764519 | #+ | Stephen & Jennifer Tadlock, 2189 Coast Ave, San Marcos, CA 92078-8402 |
| 13764520 | # | Stephen & Lesa Van Mol, 2718 Andover Hill Way, Apt. 5108, Knoxville, TN 37931-3746 |
| 13764521 | | Stephen & Linda Chapman, 105 Grey Hawk Drive, Vonore, TN 37885-2101 |
| 13764522 | + | Stephen Christ, Jennifer Engen 470 Morning Dove Drive, Vonore, TN 37885-5309 |
| 13830998 | + | Stephen D. and Jeanne C. Wohlford, 159 Pineberry Dr., Vonore, TN 37885-2055 |
| 13819349 | + | Stephen R. & Candace M. Worobe, 100 Greenfinch Drive, Vonore, TN 37885-5385 |
| 13886471 | + | Stephen and Candace Worobe, 100 Greenfinch Drive, Vonore, TN 37885-5385 |
| 13819445 | + | Steve & Becky Kosalac, 235 Big Water Drive, Vonore, TN 37885-5307 |
| 13764523 | + | Steve & Cynthia Hulsey, P.O. BOX 217, Vonore, TN 37885-0217 |
| 13764524 | + | Steve & Jackie Henderson, 206 Osprey Circle, Vonore, TN 37885-2050 |
| 13819401 | + | Steve & Jeanne Wohlford, 159 Pineberry Drive, Vonore, TN 37885-2055 |
| 13764526 | + | Steve & Michele Lucas, 320 Whippoorwill Dr, Vonore, TN 37885-5387 |
| 13764527 | + | Steven & Debra Montgomery, 450 Cormorant Drive, Vonore, TN 37885-5341 |

District/off: 0649-3                     User: admin                              Page 16 of 48

Date Rcvd: May 05, 2026                  Form ID: ntchrgBK                        Total Noticed: 1053

| 13819428 | + | Steven & Lorna Bordenave, 1917 Zack Road, Mt. Juliet, TN 37122-5121 |
| 13819519 | | Steven & Lorna Bordenave, 600 Wood Duck Drive, Vonore, TN 37885 |
| 13764528 | + | Steven & Margaret Hansen, Steven Hanssen, 115 Red Robin Lane, Vonore, TN 37885-5397 |
| 13819582 | + | Steven George & Gene S. Russell, 205 Wren Court, Vonore, TN 37885-2052 |
| 13764529 | + | Steven and Ginger Klasnic, 200 Bay Pointe Dr, Vonore, TN 37885-5418 |
| 13819541 | + | Stuart L. Frankel & Janet R. Todorczuk, 723 Walnut Creek Lane, Chesterfield, MO 63017-5721 |
| 13816239 | + | Supernor Family Living Trust, Carl and Martha Supernor, 240 Big Water Drive, Vonore, TN 37885-5306 |
| 13819400 | + | Suzan & Jordan Cayne, 157 Rock Point Drive, Vonore, TN 37885-2065 |
| 13816184 | + | Suzan Cayne, 157 Rock Point Drive, Vonore, TN 37885-2065 |
| 13764530 | + | T.J. & Mollie Moll, 787 RARITY BAY PKWY, Vonore, TN 37885-5376 |
| 13819437 | + | TJ & Julie Bryant, 220 Marsh Hawk Drive, Vonore, TN 37885-5324 |
| 13764554 | + | TK & Elizabeth Kelly, 330 Whippoorwill Drive, Vonore, TN 37885-5387 |
| 13764290 | + | TRG Kelly Green, LLC, P. O. Box 1252, Madison, GA 30650-9252 |
| 13764531 | + | Tad Kevin & Meghan Heather Jinguji, Trustees of the Jinguji Living Trust, Dated 12/18/20, 216 Cadfael Ct, Roseville, CA 95747-4911 |
| 13764532 | | Tamara L. Eubanks, Trustee of the Eubanks, Family Trust Dated 3/19/2021 &, Brian K. Collins & Cheryl M. Collins, 107 Shady Ct, Tracy, CA 95377 |
| 13764534 | + | Ted & Jolene Colpo, 270 Grandville Ct., Vonore, TN 37885-5357 |
| 13886531 | + | Ted J. Colpo and Jolene M. Colpo, Trustees of the, Ted and Jolene Colpo Revocable Living Tr, Ted J. Colpo, 270 Grandville Court (lot 1079), Vonore, TN 37885-5357 |
| 13886530 | | Ted J. Colpo and Jolene M. Colpo, Trustees of the, Ted and Jolene Colpo Revocable Living Tr, Ted J. Colpo, 260 Whippoorwill Drive (lot 1038), Vonore, TN 37885 |
| 13764536 | + | Ted Stark, 189 Heron Court, Vonore, TN 37885-5305 |
| 13886513 | + | Terence R. and Jill C. McGinn, 285 Osprey Cir, Vonore, TN 37885-2051 |
| 13764537 | + | Teresa Baxter, 545 Rarity Bay Parkway #302, Vonore, TN 37885-5382 |
| 13764538 | + | Teresa Beyer, 555 Rarity Bay Parkway #204, Vonore, TN 37885-5345 |
| 13764539 | + | Terry & Jill McGinn, 285 Osprey Circle, Vonore, TN 37885-2051 |
| 13764540 | + | Terry & Linda Foreman, 180 Blue Jay Avenue, Vonore, TN 37885-2071 |
| 13819548 | + | Terry & Mae Higgins-Bright Harrison, 7691 Gunners Landing Drive, Antioch, TN 37013-3882 |
| 13764542 | + | Terry & Patricia Nichols, Terry Nichols, 137 Heron Court, Vonore, TN 37885-5305 |
| 13815087 | + | Terry & Trish Nichols, 137 Heron Court, Vonore, TN 37885-5305 |
| 13886638 | + | Terry D. Harrison, 155 Osprey Circle, Vonore, TN 37885-2058 |
| 13819511 | + | Terry L. McDaniel, 512 South Rolling Road, Catonsville, MD 21228-5856 |
| 13885439 | #+ | The Dale and Cheryl Weaver Family Trust, c/o Dale & Cheryl Weaver, 37968 Piggott Bottom Rd., Purcellville, VA 20132-9643 |
| 13812463 | + | The David & Susan Davis Revocable Living Trust, David and Susan Davis, 669 Sandpiper Dr., Vonore, TN 37885-2041 |
| 13819523 | | Thethi Holdings, Inc., 6203 Netherhart Road, Mississauga, ON L5T 1G5 |
| 13764543 | #+ | Thom & Sue Thompson, 545 Rarity Bay Parkway #305, Vonore, TN 37885-5382 |
| 13819549 | #+ | Thomas & Anne Buckley, 770 Rarity Bay Parkway, Vonore, TN 37885-5303 |
| 13764544 | + | Thomas & Christine Korvas, 140 Osprey Circle, Vonore, TN 37885-2057 |
| 13764545 | + | Thomas & Debora Pender, 280 Whippoorwill Drive, Vonore, TN 37885-5394 |
| 13819436 | + | Thomas & Janeen Gongola, 215 Big Water Drive, Vonore, TN 37885-5307 |
| 13764546 | + | Thomas & Joan Davey, 170 Blue Jay Avenue, Vonore, TN 37885-2071 |
| 13819480 | + | Thomas & Kathleen Johnson, 321 Okmulgee Circle, Loudon, TN 37774-3196 |
| 13764349 | + | Thomas & Mary Surplice Russell, 331 Rarity Bay Parkway, Vonore, TN 37885-5313 |
| 13764548 | + | Thomas & Susan Kelly, 1661 Rarity Bay Parkway, Vonore, TN 37885-5352 |
| 13764549 | + | Thomas & Yvonne Harvey, 180 Watercrest Drive, Vonore, TN 37885-5329 |
| 13816262 | + | Thomas A & Sheila P Walliser, 225 Pineberry Dr., Vonore, TN 37885-5315 |
| 13810319 | + | Thomas A. & Joan L. Davey Revocable Trust,, Thomas A. & Joan L. Davey trustees, Thomas A. & Joan L. Davey, 170 Blue Jay Ave., Vonore, TN 37885-2071 |
| 13864796 | + | Thomas A. Simcox & Linda R. Simcox, 330 Morning Dove Drive, Vonore, TN 37885-5308 |
| 13764550 | + | Thomas Barnard, Deborah Hough 307 Millstone Lane, Lenoir City, TN 37772-1445 |
| 13764106 | + | Tiffany J. Adair & David J. Mansfield, & Pamela J. & Glen W., 103 Valley View Terrace, Mission Viejo, CA 92692-4085 |
| 13764551 | + | Tim & Marianne Bailey, 120 Chickadee Cirecle, Vonore, TN 37885-2135 |
| 13764553 | + | Tim & Pamela Murray, 120 Cormorant Drive, Vonore, TN 37885-5366 |
| 13819504 | + | Timothy & Debbie Panella, 445 West Blount Avenue, Unit 106, Knoxville, TN 37920-1108 |
| 13819498 | + | Timothy & Sarah Singer, 410 Morning Dove Drive, Vonore, TN 37885-5309 |
| 13812040 | + | Timothy P. McKay & Marianne M. Grace-McKay, Timothy McKay & Marianne Grace-McKay, 124 Osprey Circle, Vonore, TN 37885-2057 |
| 13886695 | + | Timothy S. Murray, Trustee and Pamela G. Murray,, Trustee of the Murray Family Rev. Trust, c/o Timothy S. Murray, 120 Cormorant Dr., Vonore, TN 37885-5366 |
| 13764555 | | Todd & Hailey Behrens, 2003 Montvale Road, Maryville, TN 37803 |
| 13813536 | | Todd and Hailey Behrens, 375 Pineberry Drive, Vonore, TN 37885 |
| 13764556 | + | Todd and Linda Frauendorf, 1650 Rarity Bay Parkway, Vonore, TN 37885-5351 |
| 13764557 | + | Tom & Dee Brown, 629 Sandpiper Drive, Vonore, TN 37885-2041 |
| 13819507 | + | Tom & Judy Irmen, 490 Morning Dove Drive, Vonore, TN 37885-5309 |

District/off: 0649-3 User: admin Page 17 of 48

Date Rcvd: May 05, 2026 Form ID: ntchrgBK Total Noticed: 1053

| 13764558 | + | Tom & Kristen Chadwell, 250 Bay Pointe Dr, Vonore, TN 37885-5418 |
| 13764559 | + | Tom & Linda Simcox, 330 Morning Dove Drive, Vonore, TN 37885-5308 |
| 13764560 | + | Tom & Pamela Korn, 130 Bay Pointe Drive, Vonore, TN 37885-5383 |
| 13764561 | + | Tom Corcoran & Laura Corcoran, 200 Marsh Hawk Dr, Vonore, TN 37885-5324 |
| 13764563 | + | Tony & Cynthia Page, 140 Blue Jay Avenue, Vonore, TN 37885-2071 |
| 13764565 | + | Tootie Lomax, 607 Ladowick Court, Moore, SC 29369-8007 |
| 13764567 | + | Traci Marciante, 170 Nightingale Drive, Vonore, TN 37885-2035 |
| 13819557 | + | Trent & Michele Miller, 832 Deering Court, West Chicago, IL 60185-4956 |
| 13751569 | + | Trent R. Kinkaid, Elmore, Stone & Caffey PLLC, 5616 Kingston Pike, Suite 301, Knoxville, TN 37919-6301 |
| 13764568 | + | Ty Senelath, Melissa Hacker 41 Avenida Fiori, Henderson, NV 89011-2401 |
| 13764569 | + | U.S. Bank Equipment Finance, 1310 Madrid Street, Marshall, MN 56258-4099 |
| 13765338 | + | U.S. Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 |
| 13751570 | + | U.S. Small Business Adminstration, c/o David Higgs, 2 International Plaza, Suite 500, Nashville, TN 37217-2021 |
| 13751572 | + | US Bank/Ryan Capital Leasing Corp., 55 Sassafras Trail, Savannah, GA 31404-1131 |
| 13816260 | #+ | Vicki T. Gibson, 260 Marsh Hawk Dr., Vonore, TN 37885-5324 |
| 13764570 | #+ | Vincent & Patricia Fell, 714 Hamilton Ridge Dr., Maryville, TN 37801-2524 |
| 13886284 | #+ | Vincent H. Fell, 714 Hamilton Ridge Dr., Maryville, TN 37801-2524 |
| 13819484 | + | Vishva Sharma, 3303 St Antoine Avenue, Kalamazoo, MI 49006-5522 |
| 13886286 | + | W. Darryl Fry and Gwendolyn J. Tyler, 170 Chickadee Circle, Vonore, TN 37885-2135 |
| 13764571 | + | W.A. & Ann Marie Woolsey, PO Box 88, Vonore, TN 37885-0088 |
| 13815270 | + | W.A. Woolsey& Ann Marie Woolsey, Co-Trustee Under the Woolsey Trust, 1720 Rarity Bay Parkway, Vonore, TN 37885-5403 |
| 13764573 | + | Wallace & Joan Smith, PO Box 99, Vonore, TN 37885-0099 |
| 13819354 | | Walt & Debbie Harney 105, Pineberry Drive, Vonore, TN 37885 |
| 13764111 | + | Walter D. & Debra F. Martin, 18389 Sydnor Hill Court, Leesburg, VA 20175-9007 |
| 13764574 | + | Wayne & Margie Fox, 205 Rock Point Drive, Vonore, TN 37885-2068 |
| 13819483 | + | Wayne & Tommie Dobrowski, 330 Marsh Hawk Drive, Vonore, TN 37885-5331 |
| 13764576 | + | Wayne Gove, 545 Rarity Bay Parkway #203, Vonore, TN 37885-5381 |
| 13816301 | + | Wayne and Nancy Mariani, 1800 Canterbury Dr., Morristown, TN 37814-1443 |
| 13819438 | #+ | Westina Adelle Jarrett, 220 Osprey Circle, Vonore, TN 37885-2050 |
| 13764577 | + | White Carson & Alliman, 138 College Street South, Madisonville, TN 37354-1475 |
| 13764158 | + | Wilbur & Freida Harrell, 160 Gold Finch Lane, Vonore, TN 37885-2073 |
| 13764578 | + | William & Cathy Chapman, 109 Greyhawk Dr, Vonore, TN 37885-2101 |
| 13764580 | + | William & Linda Geiger, 154 Song Sparrow Lane, Vonore, TN 37885-5420 |
| 13819457 | + | William & Paula Tommins, 257 Wakeman Rd, Fairfield, CT 06824-5121 |
| 13764099 | + | William David & Lorraine Vines, (Gail Klein, Renter), 565 Rarity Bay Parkway, Condo A106, Vonore, TN 37885-5320 |
| 13764582 | + | William Grant Grovier and Toni Christine Grovier, 327 Goldcrest Lane, Vonore, TN 37885-5407 |
| 13884723 | + | William J & Jean M. Vosburg, 125 Black Hawk Drive, Vonore, TN 37885-2140 |
| 13764562 | + | William R. Turner & Toni C. Turner,, Co-Trustees, c/o Mary D. Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| 13886386 | + | William Richard & Toni Christine Turner, 165 Bay Pointe Drive, Vonore, TN 37885-5384 |
| 13816138 | + | William S. King II and Shelley B. King, Revocable Living Trust dated 4/10/03, 109 Brambling Court, Vonore, TN 37885-5415 |
| 13764383 | + | William Scott Carty & Michelle Q. Mackay, 370 Morning Dove Drive, Vonore, TN 37885-5308 |
| 13819456 | + | William T. & Cindy Lou Funderburg, 25274 Via Valentina, Valencia, CA 91355-3239 |
| 13819579 | + | William Wolfenbarger, PO Box 6688, Maryville, TN 37802-6688 |
| 13819495 | + | Wm. J. Strange, and Wm. Strange, Trustee, 3947 South Village Drive, New Palestine, IN 46163-9581 |
| 13816311 | + | Wood Living Trust, of which John D., and Kim R. Wood are the sole trustees, John & Kim Wood, 323 Goldcrest Dr, Vonore, TN 37885-5407 |
| 13809020 | + | Wright Trust Dated 3/20/21, Martin and Anita Wright (Trustees), PO Box 368, Vonore, TN 37885-0368 |
| 13764584 | + | Zach and Mary Elkin Trust Agreement, 125 Red Robin Lane, Vonore, TN 37885-5397 |

TOTAL: 1005

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: michael@raritybayliving.com | | |
| | | | May 05 2026 20:31:00 | Salem Pointe Capital, LLC, 403 Rarity Bay Parkway, Vonore, TN 37885-2086 |
| cr | + | Email/Text: Bill.OBryan@butlersnow.com | | |
| | | | May 05 2026 20:33:00 | Adam Lorry, c/o William R. O'Bryan, Jr., Butler Snow LLP, Neuhoff Building, 1320 Adams Street, Suite 1400, Nashville, TN 37208-2495 |
| cr | + | Email/Text: Bill.OBryan@butlersnow.com | | |
| | | | May 05 2026 20:33:00 | BEP Rarity Bay, LLC, c/o William R. O'Bryan, Jr., Butler Snow LLP, Neuhoff Building, 1320 Adams Street, Suite 1400, Nashville, TN |

District/off: 0649-3 | User: admin | Page 18 of 48
Date Rcvd: May 05, 2026 | Form ID: ntchrgBK | Total Noticed: 1053

| | | | |
|---|---|---|---|
| cr | + Email/Text: Bill.OBryan@butlersnow.com | May 05 2026 20:33:00 | Bald Eagle Ventures, LLC, c/o William R. O'Bryan, Jr., Butler Snow LLP, Neuhoff Building, 1320 Adams Street, Suite 1400, Nashville, TN 37208-2495 |
| intp | ^ MEBN | May 05 2026 20:30:31 | Donna Harless, c/o Mary D. Miller, PLLC, P.O. Box 5339, KNOXVILLE, TN 37928, UNITED STATES 37928-0339 |
| intp | ^ MEBN | May 05 2026 20:30:31 | Ed Harless, c/o Mary Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| intp | ^ MEBN | May 05 2026 20:33:07 | John D. Wood, c/o Mary Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| intp | ^ MEBN | May 05 2026 20:33:06 | John D. Wood and Kim R. Wood, Trustees of the Wood, c/o Mary D. Miller, PLLC, P.O. Box 5339, KNOXVILLE, TN 37928-0339 |
| intp | ^ MEBN | May 05 2026 20:32:52 | Julia B. Misslin, Trustee of the Julia B. Misslin, c/o Mary D. Miller, PLLC, P.O. Box 5339, KNOXVILLE, TN 37928, UNITED STATES 37928-0339 |
| intp | ^ MEBN | May 05 2026 20:32:51 | Julia Misslin, c/o Mary Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| cr | + Email/Text: Bill.OBryan@butlersnow.com | May 05 2026 20:33:00 | Landeavor Asset Managers, LLC, c/o William R. O'Bryan, Jr., Butler Snow LLP, Neuhoff Building, 1320 Adams Street, Suite 1400, Nashville, TN 37208-2495 |
| cr | + Email/Text: Bill.OBryan@butlersnow.com | May 05 2026 20:33:00 | Landeavor, LLC, c/o William R. O'Bryan, Jr., Butler Snow LLP, Neuhoff Building, 1320 Adams Street, Suite 1400, Nashville, TN 37208-2495 |
| cr | + Email/Text: WWINCHESTER@WSFS-LAW.COM | May 05 2026 20:33:00 | Michael and Amy Ayers, c/o Walter N. Winchester, Esq., P.O. Box 2428, Knoxville, TN 37901-2428 |
| cr | + Email/Text: Bankruptcy@ornlfcu.com | May 05 2026 20:33:00 | ORNL Federal Credit Union, c/o Jason L. Rogers, P.O. Box 869, Knoxville, TN 37901-0869 |
| cr | + Email/Text: Bill.OBryan@butlersnow.com | May 05 2026 20:33:00 | Paul Beidel, c/o William R. O'Bryan, Jr., Butler Snow LLP, Neuhoff Building, 1320 Adams Street, Suite 1400, Nashville, TN 37208-2495 |
| intp | ^ MEBN | May 05 2026 20:30:29 | Peter A. Misslin, Trustee of the Peter A. Misslin, c/o Mary D. Miller, PLLC, P.O. Box 5339, KNOXVILLE, TN 37928, UNITED STATES 37928-0339 |
| intp | ^ MEBN | May 05 2026 20:30:29 | Peter Misslin, c/o Mary Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| cr | ^ MEBN | May 05 2026 20:32:55 | Rarity Bay Community Association, Inc., Frantz, McConnell & Seymour, LLP, c/o Michael W. Ewell, 550 W, Main Street, Ste. 500, Knoxville, TN 37902, UNITED STATES 37902-2550 |
| cr | + Email/Text: AGBankRevenue@ag.tn.gov | May 05 2026 20:32:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| 13752793 | + Email/Text: Bill.OBryan@butlersnow.com | May 05 2026 20:33:00 | Adam Lorry, c/o William R. O'Bryan, Jr., Butler Snow LLP, 1320 Adams Street Suite 1400, Nashville, TN 37208-2495 |
| 13933617 | + Email/PDF: bncnotices@becket-lee.com | May 05 2026 20:37:16 | American Express Business, PO Box 6031, Carol Stream, IL 60197-6031 |
| 13826941 | Email/PDF: bncnotices@becket-lee.com | May 05 2026 20:36:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13885250 | + Email/Text: sailingandy721@gmail.com | May 05 2026 20:33:00 | Andrew G. and Constance H. Scott, Trustees, The |

District/off: 0649-3    User: admin    Page 19 of 48

Date Rcvd: May 05, 2026    Form ID: ntchrgBK    Total Noticed: 1053

| | | | | |
|---|---|---|---|---|
| | | | | Scott Family Revocable Living Trust, c/o Andrew G. Scott, 112 Osprey Circle, Vonore, TN 37885-2057 |
| 13752789 | + | Email/Text: Bill.OBryan@butlersnow.com | May 05 2026 20:33:00 | BEP Rarity Bay, LLC, and Bald Eagle Ventures, LLC, c/o William R. O'Bryan, Jr., 1320 Adams Street, Suite 1400, Nashville, TN 37208-2495 |
| 13886247 | + | Email/Text: Bill.OBryan@butlersnow.com | May 05 2026 20:33:00 | Bald Eagle Ventures, LLC, c/o William R. O'Bryan, Jr., Butler Snow LLP, 1320 Adams Street Suite 1400, Nashville, TN 37208-2495 |
| 13780677 | | Email/Text: litbkcourtmail@johndeere.com | May 05 2026 20:32:00 | Deere & Company DBA John Deere Financial, PO Box 6600, Johnston, Iowa 50131 |
| 13764258 | | Email/Text: litbkcourtmail@johndeere.com | May 05 2026 20:32:00 | John Deere Financial, Leasing Department PO Box 6600, Johnston, IA 50131 |
| 13751541 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 05 2026 20:33:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13764143 | + | Email/Text: ed.galante@mac.com | May 05 2026 20:33:00 | Edward Galante, 8787 Bay Colony Dr. Apt. 1102, Naples, FL 34108-0785 |
| 13813044 | + | Email/Text: credit@harrells.com | May 05 2026 20:33:00 | Harrell's LLC, 5105 New Tampa Highway, Lakeland, FL 33815-3262 |
| 13751545 | + | Email/Text: hcash@gkhpc.com | May 05 2026 20:33:00 | Harry R. Cash, Grant, Konvalinka & Harrison, PC, 633 Chestnut St., Ste. 900, Chattanooga, TN 37450-0900 |
| 13751549 | + | Email/Text: bankruptcy@kapitus.com | May 05 2026 20:33:00 | Kapitus LLC, 2500 Wilson Blvd., Suite 350, Arlington, VA 22201-3873 |
| 13814861 | + | Email/Text: bankruptcy@kapitus.com | May 05 2026 20:33:00 | Kapitus Servicing, Inc., 120 West 45th Street, 4th Floor, New York, NY 10036-4041 |
| 13752792 | + | Email/Text: Bill.OBryan@butlersnow.com | May 05 2026 20:33:00 | Landeavor Asset Managers, LLC, c/o William R. O'Bryan, Jr., Butler Snow LLP, 1320 Adams Street Suite 1400, Nashville, TN 37208-2495 |
| 13752791 | + | Email/Text: Bill.OBryan@butlersnow.com | May 05 2026 20:33:00 | Landeavor, LLC, c/o William R. O'Bryan, Jr., Butler Snow LLP, 1320 Adams Street Suite 1400, Nashville, TN 37208-2495 |
| 13816125 | | Email/Text: michelle_volk@msn.com | May 05 2026 20:33:00 | Michelle R. Volk, Trustee, 194 Noya Way, Loudon, TN 37774 |
| 14037039 | + | Email/Text: WWINCHESTER@WSFS-LAW.COM | May 05 2026 20:33:00 | Michael David and Amy Ayers, c/o Walter N. Winchester, Esq., P.O. Box 2428, Knoxville, TN 37901-2428 |
| 13751557 | | Email/Text: bankruptcy@ornlfcu.com | May 05 2026 20:33:00 | ORNL Federal Credit Union, Attn: John Hotchkiss, 2077 Town Center Blvd., Ste. 201, Knoxville, TN 37922 |
| 13853883 | | Email/Text: Bankruptcy.Notices@pnc.com | May 05 2026 20:32:00 | PNC Bank, N.A., 655 Business Center Drive, Horsham, PA 19044 |
| 13752794 | + | Email/Text: Bill.OBryan@butlersnow.com | May 05 2026 20:33:00 | Paul Beidel, c/o William R. O'Bryan, Jr., Butler Snow LLP, 1320 Adams Street Suite 1400, Nashville, TN 37208-2495 |
| 13751559 | ^ | MEBN | May 05 2026 20:32:56 | Rarity Bay Community Associations, Inc., c/o Kevin C. Stevens, Esq., 550 Main Street BOA Bldg, Suite 500, Knoxville, TN 37902-2550 |
| 14021946 | ^ | MEBN | May 05 2026 20:30:30 | TN Dept of Labor -, Bureau of Unemployment Insurance, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, Tennessee 37202-4015 |
| 13751568 | + | Email/Text: tdor.bankruptcy@tn.gov | May 05 2026 20:32:00 | TN Dept. of Revenue, Andrew Jackson Building, 500 Deaderick Street, Nashville, TN 37242-0001 |
| 13754316 | + | Email/Text: AGBankRevenue@ag.tn.gov | May 05 2026 20:32:00 | Tennessee Department of Revenue, c/o Attorney |

Date Rcvd: May 05, 2026                      Form ID: ntchrgBK                           Total Noticed: 1053

|  |  |  |  | General, PO Box 20207, Nashville, TN 37202-4015 |
|---|---|---|---|---|
| 13801675 | + | Email/Text: misty.hoefs@usbank.com | May 05 2026 20:33:00 | U.S. Bank N.A. d/b/a U.S. Bank Equipment Finance, 1310 Madrid Street, Marshall, MN 56258-4099 |
| 13751571 | + | Email/Text: USATNE.BankruptcyBNC@usdoj.gov | May 05 2026 20:32:00 | United States Attorney, Howard H. Baker, Jr. U.S. Cthse, 800 Market Street, Suite 211, Knoxville, TN 37902-2342 |
| 13751574 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | May 05 2026 20:37:07 | Wells Fargo, PO Box 105743, Atlanta, GA 30348-5743 |
| 13781283 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | May 05 2026 20:37:06 | Wells Fargo Vendor Financial Services, LLC, 800 Walnut St.,, MAC F0006-51, Des Moines, IA 50309-3605 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| acc |  | Heath Hammett, Integrity Taxes and Accounting Services |
| cr |  | Karen Hinkle, 732 Wood Duck Drive, Vonore |
| fa |  | Resurgence Financial Services, LLC |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Carl and Angie Borgwardt, 185 Hummingbird Dr., Vonore, TN 37885-5405 |
| 13756973 | *+ | District Director, IRS, c/o Special Procedures Branch, 801 Broadway, MDP 146, Nashville, TN 37203-3811 |
| 13819378 | *+ | Drora Munday, 130 Pineberry Drive, Vonore, TN 37885-2054 |
| 13751546 | *+ | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13764377 | *+ | Michael & Jamie Frisbey, 550 Cormorant Drive, Vonore, TN 37885-5411 |
| 13819455 | *+ | Peter Haikio & Kristine Graf, 250 Marsh Hawk Drive, Vonore, TN 37885-5324 |
| 13819570 | *+ | TRG Kelly Green, LLC, P. O. Box 1252, Madison, GA 30650-9252 |
| 13764535 | *+ | Ted and Jolene Colpo, 270 Grandville Ct, Vonore, TN 37885-5357 |
| 13764469 | ##+ | Arlie & Linda VanPelt, 131 Laterra Links Circle, Unit 101, St. Augustine, FL 32092-3529 |
| 13819369 | ##+ | Barry & Ingrid Morris, 117 Via Capri, New Smyrna Beach, FL 32169-5107 |
| 13819433 | ##+ | Bill & Beverly Halama, 205 Big Water Drive, Vonore, TN 37885-5307 |
| 13764581 | ##+ | Bill & Michele Machovina, 241 Goldcrest Drive, Vonore, TN 37885-5362 |
| 13764001 | ##+ | Bill & Patricia Bellah, 220 Bay Pointe Drive, Vonore, TN 37885-5418 |
| 13764006 | ##+ | Bob & Ann Damerow, 216 Osprey Circle, Vonore, TN 37885-2050 |
| 13819363 | ##+ | Bruce & Susan Becker, 113 Grande Blvd, Sinking Spring, PA 19608-9679 |
| 13764043 | ##+ | Cesar Madera &Kelly Madera, 559 Heligan Lane Unit #1, Livermore, CA 94551-6409 |
| 13764044 | ##+ | Chad & Lisa Sperry, 1049 Rarity Bay Parkway, Vonore, TN 37885-5323 |
| 13819563 | ##+ | Charles & Helen Maret, 897 Southerness Drive, Cincinnati, OH 45245-3349 |
| 13819413 | ##+ | Charles & Jill Elsea, 17313 E Woolsey Way, Rio Verde, AZ 85263-5358 |
| 13764047 | ##+ | Charles Morello, 755 Brookstone Dr, Oxford, MI 48371-3056 |
| 13764055 | ##+ | Christopher & Olivia Bushby, 2612 Bralorne Court, Bakersfield, CA 93309-8879 |
| 13764088 | ##+ | David & Gail Wilhelm, 3525 Saratoga Downs Way, Keller, TX 76244-7287 |
| 13764092 | ##+ | David & Kathy Freshwater, 315 Hummingbird Drive, Vonore, TN 37885-5408 |
| 13764116 | ##+ | Dennis Maher, 365 Pineberry Dr, Vonore, TN 37885-5355 |
| 13819578 | ##+ | Denny Smith, PO Box 510, Vonore, TN 37885-0510 |
| 13819353 | ##+ | Diana Kadel, 104 Talah Way, Loudon, TN 37774-3045 |
| 13764148 | ##+ | Eric & Tracy Edstrom, 19723 Falcon Crest CT, Monument, CO 80132-2860 |
| 13763988 | ##+ | Future Property Outlook, LLC, c/o Andrew & Carol Glen, 1200 Coconut Road, Boca Raton, FL 33432-7710 |
| 13764223 | ##+ | Jennifer Maher, 365 Pineberry Drive, Vonore, TN 37885-5355 |
| 13764272 | ##+ | Joseph & Yolanda Gomez, 545 Rarity Bay Parkway, Unit #206, Vonore, TN 37885-5381 |
| 13764330 | ##+ | Marilyn & Robert Shemansky, 545 Rarity Bay Parkway #104, Vonore, TN 37885-5380 |
| 13816216 | ##+ | Marilyn B. Hawkinson Hickey Trustee, for Marilyn Hawkinson Living Trust, Marilyn B. Shemansky, 545 Rarity Bay Pkwy, Unit 104, Vonore, TN 37885-5380 |
| 13764332 | ##+ | Mark & Faith Tenzer, 10745 SW 104 St, Miami, FL 33176-8163 |
| 13819434 | ##+ | Mark & Robin Parmley, 209 Rock Point Drive, Vonore, TN 37885-2068 |
| 13764338 | ##+ | Mark Cooper, Christina Viets, 2224 Monticello Drive, Maryville, TN 37803-7528 |
| 13764350 | ##+ | Mary Van Hyning, 136 White Hawk Drive, Vonore, TN 37885-2077 |

District/off: 0649-3                               User: admin                                    Page 21 of 48
Date Rcvd: May 05, 2026                           Form ID: ntchrgBK                               Total Noticed: 1053

| 13764368 | ##+ | Michael & Pamela Mancini, 450 Morning Dove Drive, Vonore, TN 37885-5309 |
| 13819442 | ##+ | Michele L. Albohn & Alissa Laffer, 2307 Omaha Lane, Knoxville, TN 37932-3486 |
| 13764384 | ##+ | Mickey & Andrea Williams, 221 Kingbird Drive, Vonore, TN 37885-5338 |
| 13764386 | ##+ | Mike & Kathleen Temming, 555 Rarity Bay Parkway #206, Vonore, TN 37885-5345 |
| 13764285 | ##+ | Patrick & Kathleen Ryle, 104 Barr Lane, Monroe, NY 10950-4940 |
| 13764187 | ##+ | Phillip L. & Hiltrud A. Maxey, 725 Wood Duck Drive, Vonore, TN 37885-2045 |
| 13764424 | ##+ | Raistone Purchasing LLC-Series XXVII, Innovation Refunds LLC, 4350 Westown Parkway Suite 300, West Des Moines, IA 50266-1061 |
| 13764429 | ##+ | Randy Hatley & Kim Hatley, 404 Briksbury Dr, Franklin, TN 37067-5004 |
| 13764491 | ##+ | Russell & Traci Lorts, 117 Heron Court, Vonore, TN 37885-5305 |
| 13764497 | ##+ | Samir Malik, Maria Barguil 10806 Canyon Bay Lane, Boynton Beach, FL 33473-4849 |
| 13819365 | ##+ | Sean Murray & Robin Pisecki, 11461 Mantova Bay Circle, Boynton Beach, FL 33473-5034 |
| 13819461 | ## | Stan & Paulette Pociask, 2604 North Chapel Hill Drive, Arlington Heights, IL 60004-2582 |
| 13819441 | ##+ | Stephen & Michelle Beerer, 23 Via Encanto Rancho, Santa Margarita, CA 92688-4942 |
| 13764525 | ##+ | Steve & Lucille Willan, 555 Rarity Bay Pkwy Apt 105, Vonore, TN 37885-5344 |
| 13819567 | ##+ | Sunitha & Prabhaker Yadav, 963 Beckingham Dr, St Augustine, FL 32092-5041 |
| 13764533 | ##+ | Ted & Carol Leenerts, 124 Breakers Drive PO Box 907, Vonore, TN 37885-0907 |
| 13764547 | ##+ | Thomas & Soon Ja Frietsch, 865 Rarity Bay Parkway, Vonore, TN 37885-5335 |
| 13764552 | ##+ | Tim & Marianne McKay, 113 Yona Way, Loudon, TN 37774-2724 |
| 13764566 | ##+ | Traci Lorts, 117 Heron Court, Vonore, TN 37885-5305 |
| 13764572 | ##+ | Waleed and Deborah Tarazi, 192 Heron Court, Vonore, TN 37885-5305 |
| 13764575 | ##+ | Wayne and Nancy Mariani, 209 White Hawk Drive, Vonore, TN 37885-5369 |
| 13764583 | ##+ | William R. O'Bryan, Jr., Butler Snow, LLP, 150 3rd Avenue South, Suite 1600, Nashville, TN 37201-2046 |

TOTAL: 3 Undeliverable, 9 Duplicate, 50 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam Russell | on behalf of Defendant Salem Pointe Capital  LLC arussell@fisher-russell.com |
| Adam Russell | on behalf of Defendant Michael Ayres arussell@fisher-russell.com |
| Adam Russell | on behalf of Special Counsel Adam Russell arussell@fisher-russell.com |
| Adam Uriah Holland | on behalf of Plaintiff Barbara Keller Taylor aholland@dhifirm.com |
| Adam Uriah Holland | on behalf of Plaintiff Charlton Taylor aholland@dhifirm.com |
| Austin L. McMullen | on behalf of Plaintiff Joan Allaben amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff David Wilhelm amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |

District/off: 0649-3                          User: admin                                   Page 22 of 48

Date Rcvd: May 05, 2026                       Form ID: ntchrgBK                             Total Noticed: 1053

Austin L. McMullen

on behalf of Interested Party Bradley Arant Boult Cummings LLP amcmullen@bradley.com
austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Debora Rogers amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Cheryl Weaver amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Randle Suttkus amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Earl Triplett amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Daniel Cash amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jeffrey Aschenbeck amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Paul Sherwood amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Patricia Murphy amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Diane Walker amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Laurie Szilvagyi amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Maria Borowy amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Matteo Giordano amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Sharon MacWilliams amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Mark Lyon amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Gary Cole amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Ron Walker amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Alan Willbee amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Joan Wichelns amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff David Danhof amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Eileen Karnes amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Cornelia Siddall amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Paul Busse amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Deborah Suttkus amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jennifer Boldizsar amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff David Gallelli amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Ann Marie Woolsey amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

District/off: 0649-3                     User: admin                                    Page 23 of 48
Date Rcvd: May 05, 2026                  Form ID: ntchrgBK                           Total Noticed: 1053

on behalf of Plaintiff John Stasko amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Clint Meyer amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Philip Fancher amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Constance Ferraro amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Roger Hanson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff James Veselovsky amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Thomas Barnard amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Peter Arfken amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Gail Wilhelm amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jean Porter amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Traci Lorts amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Thomas Walliser amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Freida Johnson Wisneski amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Lisa Lyon amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jeffery Laws amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Maurice Richter amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Genene Youngs amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Purcell amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Bruce Mackenzie amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kellie Calloway amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Toni Turner amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kent O'Brien amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Tom Chadwell amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Theresa Veselovsky amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Shawn Wesley McCarter amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Charlton Taylor amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Mary Cesaretti amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jolene Colpo amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                              User: admin                                    Page 24 of 48

Date Rcvd: May 05, 2026                          Form ID: ntchrgBK                              Total Noticed: 1053

Austin L. McMullen

on behalf of Plaintiff David Broyles amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Joni Danhof amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Steven Hansen amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Diane Sherwood amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Todd Frauendorfer amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Goodall amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Ann Triplett amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff David Smith amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Larry Strunk amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Charles Watlington amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kim Sade amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marie Gosch amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Eileen Engel amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Constance Williams amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Teresa Bieber amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kathy Laws amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Allaben amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Anne Iverson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Darryl Fry amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jim Goetz amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jeanne Wohlford amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Brohan amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Charles Wayne Fox amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kenneth Klepps amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Pelletier amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Yvonne Gamble amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Zach Elkin amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Phillip Rother amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                                    User: admin                                    Page 25 of 48
Date Rcvd: May 05, 2026                          Form ID: ntchrgBK                          Total Noticed: 1053

Austin L. McMullen
on behalf of Plaintiff William Turner amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Teresa Merrill amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Carol Johnson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Larry Langhoff amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Robert Elgin amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Deborah Hough Barnard amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Bruce Broxterman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Maria Meyer amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Anke Linton amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Gregory Baker amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Tammy Summers amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Rodney Rowe amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Todd Behrens amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff James Bauman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Elizabeth Wasson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Patricia Baker amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Gregory Engel amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Jackie Henderson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Alda Watlington amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Robert Riley amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Robert Shipman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Hugh M. Calloway amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Ted Colpo amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Patricia Goodall amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Hailey Behrens amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Jeannette Amundson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Janet Carlson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Yolanda Gomez amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                              User: admin                                    Page 26 of 48

Date Rcvd: May 05, 2026                        Form ID: ntchrgBK                          Total Noticed: 1053

Austin L. McMullen

on behalf of Plaintiff Martin Immerman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Cheryl Hamilton amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Barbara Langosch amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Gregory Louden amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Ronald Siddall amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Gregory Langosch amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Erica Riley amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Richard Sade amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Engle amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff James Wiese amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Mary Lang amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Maureen Aschenbeck amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Lynn Sheldon Engle amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Elbert Creed amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Andrew Scott amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Patrice Gibbons amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Lawrence Wichelns amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Nancy Langhoff amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Dariusz Borowy amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Terry Harrison amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Donald Amundson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kristin Rowe amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Constance Scott amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Paul Merrill amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jason Walsh amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Joan Bauman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Linda Wiese amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Ronald Godshalk amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                          User: admin                                    Page 27 of 48
Date Rcvd: May 05, 2026                      Form ID: ntchrgBK                              Total Noticed: 1053

Austin L. McMullen

on behalf of Plaintiff Carl Supernor amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Gamble amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Gail Gagnon amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Martha Supernor amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Catherine Mackenzie amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Creditor Russell Lorts amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Wendy O'Brien amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Margaret Hansen amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Deborah Smith amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Nels Johnson amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michael Frisbey amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Amy Munier amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Sheila Walliser amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff William S. King III amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jean Vosburg amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jeffrey Bokal amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Meredith Louden amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Eric Edstrom amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff William Vosburg amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff William Grovier amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff David Lang amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff James Barrett amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Donald Murphy amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Suzan Cayne amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jenny Liu Saver amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Russell Lorts amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Peter MacWilliams amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Diane Griffon Drinnon amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3 User: admin Page 28 of 48

Date Rcvd: May 05, 2026 Form ID: ntchrgBK Total Noticed: 1053

Austin L. McMullen

on behalf of Plaintiff Carolyn Chase amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Thomas Simcox amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Raymond Wasson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Craig Thomas amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff James Mathis amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Trudy Smith amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Mary Dickson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Jeffcoat amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kristen Roberts amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Regina Elgin amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Christine Miller amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Dave Carraway amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Brian Haycox amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jeffrey Kupperman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Rosemary Townsend amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kimm Sayre amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Margaret Crafton amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Shannon Haycox amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Gwendolynn Tyler Fry amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Linda Simcox amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Lawrence Wilkerson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Samuel Gregov amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Anita Wright amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Milhiser amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Martin Wright amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marcus Allen amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Dale Mojta amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Russell O'Brien amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3 | User: admin | Page 29 of 48
Date Rcvd: May 05, 2026 | Form ID: ntchrgBK | Total Noticed: 1053

Austin L. McMullen

on behalf of Plaintiff Ronald Saver amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Ferraro amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Barton Whitman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Patricia Kupperman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Porter amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Sandra Price amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Bruce Hamilton amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Dawn Fancher amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Tracy Edstrom amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Vincent Fell amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michelle Hammond amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Cynthia Walsh amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Crafton amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Sorenson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Charles David Linton amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jamie Frisbey amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Julia Misslin amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Meredith Shipman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Elizabeth Quigley amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Hammond amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Shelley Bundy King amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Norman Canfield amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jack McDonald amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Toni Grovier amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Dennis Stephenson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Bobbi Carraway amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kathryn Mohring amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marilyn Hudoba amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                       User: admin                                Page 30 of 48

Date Rcvd: May 05, 2026                    Form ID: ntchrgBK                          Total Noticed: 1053

Austin L. McMullen

on behalf of Plaintiff Judy Sayre amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Larry Williams amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Paul Anderson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Richard Dickson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Patricia McDonald amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michael Baumgarten amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Harvey Gannon amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Pam Broxterman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Eric Carlson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Mike Miller amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff James Summers amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Lisa Allen amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Lynn Powers Giordano amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jerry Townsend amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Patricia Guelker Cash amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Patricia Nichols amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Julie Capozzi amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Carol Richter amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Ann Hogan Immerman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michael Kachelmeyer amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Christina Purcell amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Valerie Colpizzi Reisz amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marjorie Fox amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Richard Hoban amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jean Thomas amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Karen Brohan amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Steve Henderson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Terry Nichols amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                                   User: admin                                          Page 31 of 48
Date Rcvd: May 05, 2026                            Form ID: ntchrgBK                              Total Noticed: 1053

Austin L. McMullen

on behalf of Plaintiff Rosemary Pelletier amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marilyn Galbreath amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Linda Frauendorfer amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff William Carty amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Quigley amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Rita Anderson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Patricia Busse amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Gordon Allex amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff George Price amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kimberly Creed amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Mark Karnes amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Eliagnes Broyles amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Emily Huebner amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jan Stephenson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Scott Bieber amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Russell Youngs amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Cynthia Willbee amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Pamela O'Hara amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Mary Elkin amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Stephen Wohlford amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Craig Rogers amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kari Porter Benefiel amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marie Monzell Perry amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michael Szilvagyi amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Joy Goetz amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Priscilla Canfield amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michelle Mojta amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kathy Kachelmeyer amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                                   User: admin                                              Page 32 of 48
Date Rcvd: May 05, 2026                              Form ID: ntchrgBK                                   Total Noticed: 1053

Austin L. McMullen

on behalf of Plaintiff Joseph Gomez amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Barbara Keller Taylor amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Lockhart amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Monty Benefiel amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marc Gosch amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Mae Harrison amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Anthony Reisz amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Carol Milhiser amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Peter Misslin amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Janet Muir amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Linda Neumann amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Andrea Gregov amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Scott Munier amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kim Wood amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jennifer Boldizsar Klepps amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Barbara Whitman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Carthylynn Barrett amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michael Capozzi amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff W.A. Woolsey amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff David Miller amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Wood amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Julia Rother amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Russell Hudoba amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Gary Harnett amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Eric Chase amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marilyn Shemansky amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff David Davis amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Douglas Roberts amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                                        User: admin                                              Page 33 of 48

Date Rcvd: May 05, 2026                              Form ID: ntchrgBK                                    Total Noticed: 1053

Austin L. McMullen

on behalf of Plaintiff Fallen Leaf Lake  LLC amcmullen@bradley.com, austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff James Wisneski amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Richard Mohring amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Carol Strunk amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jayne Miller amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Deborah Riley amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michelle Mackay Carty amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kristen Chadwell amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Dale Weaver amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Susan Davis amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Brenda G. Brooks

on behalf of Defendant Salem Pointe Capital  LLC bbrooks@moore-brooks.com, ebriggs@moore-brooks.com

Brenda G. Brooks

on behalf of Debtor Salem Pointe Capital  LLC bbrooks@moore-brooks.com, ebriggs@moore-brooks.com

Clinton Edward Hunter Brush

on behalf of Creditor Bald Eagle Ventures  LLC hunter.brush@butlersnow.com,
sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Creditor Landeavor  LLC hunter.brush@butlersnow.com,
sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Creditor BEP Rarity Bay  LLC hunter.brush@butlersnow.com,
sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Creditor Paul Beidel hunter.brush@butlersnow.com  sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Defendant Landeavor Asset Managers  LLC hunter.brush@butlersnow.com,
sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Defendant BEP Rarity Bay  LLC hunter.brush@butlersnow.com,
sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Creditor Landeavor Asset Managers  LLC hunter.brush@butlersnow.com,
sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Defendant Landeavor  LLC hunter.brush@butlersnow.com,
sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Defendant Adam Lorry hunter.brush@butlersnow.com
sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Defendant Bald Eagle Ventures  LLC hunter.brush@butlersnow.com,
sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Defendant Paul Beidel hunter.brush@butlersnow.com  sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Creditor Adam Lorry hunter.brush@butlersnow.com  sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Erno D. Lindner

on behalf of Creditor Kapitus Servicing  Inc. as agent for Kapitus LLC elindner@bakerdonelson.com,

District/off: 0649-3 User: admin Page 34 of 48

Date Rcvd: May 05, 2026 Form ID: ntchrgBK Total Noticed: 1053

dspiegel@bakerdonelson.com

Gary M. Murphey

murphey@rfslimited.com

Gene L. Humphreys

on behalf of Defendant Salem Pointe Capital LLC ghumphreys@bassberry.com, bankr@bassberry.com

Gene L. Humphreys

on behalf of Trustee Gary M. Murphey ghumphreys@bassberry.com bankr@bassberry.com

Gregory C. Logue

on behalf of Creditor Rarity Bay Partners glogue@wmbac.com

Henry Edward Hildebrand, IV

on behalf of Debtor Salem Pointe Capital LLC ned@dhnashville.com, admin@dhnashville.com

James Moore

on behalf of Defendant Salem Pointe Capital LLC jmoore@moore-brooks.com

James Moore

on behalf of Debtor Salem Pointe Capital LLC jmoore@moore-brooks.com

Jason L. Rogers

on behalf of Creditor ORNL Federal Credit Union jrogers@hdclaw.com mswaggerty@hdclaw.com

M. Aaron Spencer

on behalf of Plaintiff Salem Pointe Capital Partners now known as Rarity Bay Partners aspencer@wmbac.com
arossini@wmbac.com;TN56@ecfcbis.com

M. Aaron Spencer

on behalf of Creditor Rarity Bay Partners aspencer@wmbac.com arossini@wmbac.com;TN56@ecfcbis.com

Mary D. Miller

on behalf of Plaintiff Pete Misslin mmillerservice@millerlaw.solutions kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff Rick Hoban mmillerservice@millerlaw.solutions kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Kim Wood mmillerservice@millerlaw.solutions kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Creditor The Club at Rarity Bay Inc. mmillerservice@millerlaw.solutions kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party John D. Wood and Kim R. Wood Trustees of the Wood Living Trust Dated November 15, 2003, A
Revocable Living Trust mmillerservice@millerlaw.solutions, kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Peter A. Misslin Trustee of the Peter A. Misslin Living Trust Under Agreement Dated August 24,
1998 mmillerservice@millerlaw.solutions, kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff Julia Misslin mmillerservice@millerlaw.solutions kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Michael Guido mmillerservice@millerlaw.solutions kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Donna Harless mmillerservice@millerlaw.solutions kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Bart Whitman mmillerservice@millerlaw.solutions kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Kathleen Siedlecki mmillerservice@millerlaw.solutions kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Terry G. Aff mmillerservice@millerlaw.solutions kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Julia Misslin mmillerservice@millerlaw.solutions kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff Kim Wood mmillerservice@millerlaw.solutions kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Steven McCullough mmillerservice@millerlaw.solutions kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Ken Cook mmillerservice@millerlaw.solutions kboyd@millerlaw.solutions

District/off: 0649-3                                    User: admin                                    Page 35 of 48

Date Rcvd: May 05, 2026                          Form ID: ntchrgBK                          Total Noticed: 1053

Mary D. Miller

on behalf of Interested Party Julia B. Misslin  Trustee of the Julia B. Misslin Living Trust Under Agreement Dated August 24, 1998 mmillerservice@millerlaw.solutions, kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party John D. Wood mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Peter Misslin mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party J. Carey McHugh mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff J. Carey McHugh mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff John D. Wood mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Michael Mayer mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff Michael Guido mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff Bart Whitman mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Richard Hoban mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Ed Harless mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff Ed Harless mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Melanie E. Davis Esq.

on behalf of Plaintiff Jennifer Boldizsar Klepps mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Ronald Saver mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff George Price mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Kim Wood mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Shelley Bundy King mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff David Danhof mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Yvonne Gamble mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Craig Rogers mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Marilyn Galbreath mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Samuel Gregov mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff James Wiese mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff James Mathis mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Nels Johnson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Philip Fancher mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Elizabeth Wasson mdavis@kizerblack.com

Melanie E. Davis Esq.

District/off: 0649-3                                   User: admin                                              Page 36 of 48

Date Rcvd: May 05, 2026                              Form ID: ntchrgBK                                      Total Noticed: 1053

on behalf of Plaintiff Michael Guido mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Dave Carraway mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Michelle Mackay Carty mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Priscilla Canfield mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff John Brohan mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Robert Pelletier mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Valerie Colpizzi Reisz mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Earl Triplett mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff John Porter mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jayne Miller mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Andrea Gregov mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Michael Frisbey mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Constance Scott mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff William Carty mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Michael Szilvagyi mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Shawn Wesley McCarter mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Ronald Godshalk mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff William S. King III mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff James Wisneski mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Kristin Rowe mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Traci Lorts mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Meredith Shipman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Mark Karnes mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Roger Hanson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff David Wilhelm mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Joni Danhof mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jeffrey Aschenbeck mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Patricia Guelker Cash mdavis@kizerblack.com

District/off: 0649-3 User: admin Page 37 of 48

Date Rcvd: May 05, 2026 Form ID: ntchrgBK Total Noticed: 1053

Melanie E. Davis Esq.
on behalf of Plaintiff Randle Suttkus mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Barton Whitman mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Michael Kachelmeyer mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Carthylynn Barrett mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Richard Sade mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Robert Lockhart mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Russell O'Brien mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Norman Canfield mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Catherine Mackenzie mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Lisa Allen mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Maureen Aschenbeck mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Patrice Gibbons mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Constance Ferraro mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jean Porter mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Raymond Wasson mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Lynn Sheldon Engle mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Emily Huebner mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Pete Misslin mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Thomas Simcox mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Ted Colpo mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Charles David Linton mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Rick Hoban mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Todd Frauendorfer mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Charles Watlington mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Susan Davis mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Patricia Goodall mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Steven Hansen mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Theresa Veselovsky mdavis@kizerblack.com

District/off: 0649-3                        User: admin                                    Page 38 of 48

Date Rcvd: May 05, 2026                     Form ID: ntchrgBK                              Total Noticed: 1053

Melanie E. Davis Esq.
                        on behalf of Plaintiff Peter Arfken mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff David Gallelli mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Christine Miller mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Michelle Mojta mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Maria Borowy mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Jan Stephenson mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Sandra Price mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Carol Richter mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Larry Langhoff mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Elbert Creed mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Genene Youngs mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Phillip Rother mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Hugh M. Calloway mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Kathy Laws mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Sheila Walliser mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Maria Meyer mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Mary Elkin mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Scott Bieber mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Linda Simcox mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Robert Purcell mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Eileen Karnes mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Paul Merrill mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff James Veselovsky mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Wendy O'Brien mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Freida Johnson Wisneski mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Trudy Smith mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Hailey Behrens mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Kimberly Creed mdavis@kizerblack.com

District/off: 0649-3                                    User: admin                                    Page 39 of 48

Date Rcvd: May 05, 2026                              Form ID: ntchrgBK                              Total Noticed: 1053

Melanie E. Davis Esq.
on behalf of Plaintiff Todd Behrens mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Laurie Szilvagyi mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jeannette Amundson mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Deborah Smith mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Deborah Suttkus mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Robert Allaben mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Patricia Murphy mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Kathryn Mohring mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff William Grovier mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff David Lang mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Elizabeth Quigley mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Lynn Powers Giordano mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Richard Hoban mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jeffery Laws mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jackie Henderson mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Russell Hudoba mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Bart Whitman mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Meredith Louden mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Kari Porter Benefiel mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Kathy Kachelmeyer mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jeffrey Bokal mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Ronald Siddall mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Rita Anderson mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Patricia McDonald mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Bruce Hamilton mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Gregory Langosch mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Alda Watlington mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff J. Carey McHugh mdavis@kizerblack.com

District/off: 0649-3                    User: admin                                              Page 40 of 48

Date Rcvd: May 05, 2026                  Form ID: ntchrgBK                              Total Noticed: 1053

Melanie E. Davis Esq.
on behalf of Plaintiff Kellie Calloway mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Ed Harless mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Marcus Allen mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Gary Cole mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Monty Benefiel mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Teresa Merrill mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff John Gamble mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Martin Immerman mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Eric Edstrom mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Amy Munier mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Deborah Hough Barnard mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Cheryl Hamilton mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Fallen Leaf Lake  LLC mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Yolanda Gomez mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Marie Gosch mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff William Turner mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Sharon MacWilliams mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Ann Triplett mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Peter MacWilliams mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jolene Colpo mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Marie Monzell Perry mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Vincent Fell mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff John Hammond mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jerry Townsend mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Linda Wiese mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jennifer Boldizsar mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Russell Youngs mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Robert Milhiser mdavis@kizerblack.com

District/off: 0649-3                          User: admin                                    Page 41 of 48

Date Rcvd: May 05, 2026                      Form ID: ntchrgBK                              Total Noticed: 1053

Melanie E. Davis Esq.

on behalf of Plaintiff Kristen Chadwell mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Deborah Riley mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Gordon Allex mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Donald Murphy mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Marc Gosch mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Steve Henderson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Anita Wright mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Barbara Whitman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Marjorie Fox mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Eric Chase mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Diane Sherwood mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Robert Elgin mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Rosemary Pelletier mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Patricia Kupperman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Linda Neumann mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Toni Turner mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Paul Busse mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Daniel Cash mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Carol Strunk mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Anne Iverson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Kim Sade mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Matteo Giordano mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Cornelia Siddall mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Russell Lorts mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jean Vosburg mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Diane Griffon Drinnon mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Martha Supernor mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Lisa Lyon mdavis@kizerblack.com

District/off: 0649-3                    User: admin                                    Page 42 of 48
Date Rcvd: May 05, 2026                 Form ID: ntchrgBK                               Total Noticed: 1053

Melanie E. Davis Esq.
                        on behalf of Plaintiff Marilyn Hudoba mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Gwendolynn Tyler Fry mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Marilyn Shemansky mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Richard Dickson mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Pamela O'Hara mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Thomas Barnard mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff David Davis mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Joy Goetz mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff W.A. Woolsey mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Toni Grovier mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Mary Lang mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Barbara Langosch mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Scott Munier mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Terry Harrison mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Stephen Wohlford mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Joan Bauman mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Maurice Richter mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff David Smith mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Judy Sayre mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Ann Hogan Immerman mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff James Barrett mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Joan Wichelns mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Lawrence Wichelns mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Margaret Hansen mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Mary Cesaretti mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Michelle Hammond mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Jeffrey Kupperman mdavis@kizerblack.com

Melanie E. Davis Esq.
                        on behalf of Plaintiff Paul Anderson mdavis@kizerblack.com

District/off: 0649-3                                    User: admin                                                Page 43 of 48

Date Rcvd: May 05, 2026                                Form ID: ntchrgBK                                    Total Noticed: 1053

Melanie E. Davis Esq.
on behalf of Plaintiff Craig Thomas mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Eliagnes Broyles mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Terry Nichols mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Kenneth Klepps mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Regina Elgin mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff William Vosburg mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Cheryl Weaver mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Charles Wayne Fox mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Richard Mohring mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jason Walsh mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jack McDonald mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Karen Brohan mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Clint Meyer mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Tom Chadwell mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Joseph Gomez mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Gregory Engel mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Dariusz Borowy mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jenny Liu Saver mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Larry Williams mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Carl Supernor mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Michael Capozzi mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff John Crafton mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jamie Frisbey mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Margaret Crafton mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Diane Walker mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Suzan Cayne mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Julia Rother mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Julia Misslin mdavis@kizerblack.com

District/off: 0649-3                           User: admin                                    Page 44 of 48

Date Rcvd: May 05, 2026                     Form ID: ntchrgBK                              Total Noticed: 1053

Melanie E. Davis Esq.

on behalf of Plaintiff Anthony Reisz mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Eric Carlson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff John Wood mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Dennis Stephenson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Cynthia Walsh mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Andrew Scott mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Ann Marie Woolsey mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Shannon Haycox mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Teresa Bieber mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Lawrence Wilkerson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jeanne Wohlford mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Julie Capozzi mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Pam Broxterman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Mark Lyon mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Carol Milhiser mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Ron Walker mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Alan Willbee mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Bobbi Carraway mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Paul Sherwood mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Darryl Fry mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Douglas Roberts mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff John Mike Miller mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff James Bauman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Patricia Baker mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff John Goodall mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Joan Allaben mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff John D. Wood mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Zach Elkin mdavis@kizerblack.com

District/off: 0649-3                  User: admin                                    Page 45 of 48

Date Rcvd: May 05, 2026              Form ID: ntchrgBK                               Total Noticed: 1053

Melanie E. Davis Esq.
                    on behalf of Plaintiff John Stasko mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Bruce Mackenzie mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Martin Wright mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Patricia Nichols mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Tammy Summers mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Gary Harnett mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Bruce Broxterman mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Dale Mojta mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Gregory Louden mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff James Summers mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Brian Haycox mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Janet Muir mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Mae Harrison mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Gregory Baker mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Dale Weaver mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Carolyn Chase mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Rodney Rowe mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Erica Riley mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Dawn Fancher mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Gail Wilhelm mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Thomas Walliser mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Charlton Taylor mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Robert Ferraro mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Jean Thomas mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Kent O'Brien mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Kimm Sayre mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Donald Amundson mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Robert Riley mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Linda Frauendorfer mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Tracy Edstrom mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Rosemary Townsend mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Kristen Roberts mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff David Broyles mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Robert Shipman mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Peter Misslin mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Nancy Langhoff mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff John Jeffcoat mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Anke Linton mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Robert Engle mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Robert Quigley mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Larry Strunk mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Gail Gagnon mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Harvey Gannon mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Barbara Keller Taylor mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Robert Sorenson mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Patricia Busse mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Christina Purcell mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Constance Williams mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Jim Goetz mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Carol Johnson mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Cynthia Willbee mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Mary Dickson mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Janet Carlson mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Eileen Engel mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff Michael Baumgarten mdavis@kizerblack.com

Melanie E. Davis Esq.
    on behalf of Plaintiff David Miller mdavis@kizerblack.com

District/off: 0649-3                      User: admin                              Page 47 of 48
Date Rcvd: May 05, 2026                   Form ID: ntchrgBK                         Total Noticed: 1053

Melanie E. Davis Esq.
on behalf of Plaintiff Debora Rogers mdavis@kizerblack.com

Michael W. Ewell
on behalf of Creditor Rarity Bay Community Association  Inc. mewell@fmsllp.com, dmcafee@fmsllp.com;elambert@fmsllp.com

Michael W. Ewell
on behalf of Defendant Rarity Bay Community Association  Inc. mewell@fmsllp.com, dmcafee@fmsllp.com;elambert@fmsllp.com

Paul G Jennings
on behalf of Trustee Gary M. Murphey pjennings@bassberry.com  bankr@bassberry.com

Paul G Jennings
on behalf of Defendant Salem Pointe Capital  LLC pjennings@bassberry.com, bankr@bassberry.com

Ronald J. Attanasio
on behalf of Plaintiff Eric Hinkle ron@sa-tnlaw.com

Ronald J. Attanasio
on behalf of Creditor Karen Hinkle ron@sa-tnlaw.com

Ronald J. Attanasio
on behalf of Creditor Eric Hinkle ron@sa-tnlaw.com

Ronald J. Attanasio
on behalf of Plaintiff Karen Hinkle ron@sa-tnlaw.com

Sara K. Morgan
on behalf of Defendant Salem Pointe Capital  LLC sara.morgan@bassberry.com

Thomas H. Dickenson
on behalf of Creditor ORNL Federal Credit Union tdickenson@hdclaw.com  ROgle@hdclaw.com

Tiffany A. Diiorio
on behalf of U.S. Trustee United States Trustee Tiffany.Diiorio@usdoj.gov

Trent R. Kinkaid
on behalf of Interested Party Acuity Land Partners tkinkaid@esc-law.com

Trent R. Kinkaid
on behalf of Plaintiff Salem Pointe Capital Partners now known as Rarity Bay Partners tkinkaid@esc-law.com

Trent R. Kinkaid
on behalf of Interested Party Foreclosed Asset Sales & Transfer Partnership tkinkaid@esc-law.com

Trent R. Kinkaid
on behalf of Interested Party Matthew Daniels tkinkaid@esc-law.com

United States Trustee
Ustpregion08.kx.ecf@usdoj.gov

Walter N. Winchester
on behalf of Creditor Michael and Amy Ayers wwinchester@wsfs-law.com

William F. McCormick
on behalf of Creditor TN Dept of Revenue agbankparsons@ag.tn.gov  agbankstair@ag.tn.gov

William L. Norton, III
on behalf of Interested Party Bradley Arant Boult Cummings LLP bnorton@bradley.com

William R. Obryan, Jr
on behalf of Defendant Bald Eagle Ventures  LLC bill.obryan@butlersnow.com, jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr
on behalf of Creditor BEP Rarity Bay  LLC bill.obryan@butlersnow.com, jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr
on behalf of Creditor Adam Lorry bill.obryan@butlersnow.com  jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr
on behalf of Defendant Adam Lorry bill.obryan@butlersnow.com  jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr
on behalf of Creditor Paul Beidel bill.obryan@butlersnow.com  jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr
on behalf of Defendant Paul Beidel bill.obryan@butlersnow.com  jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr
on behalf of Defendant Landeavor  LLC bill.obryan@butlersnow.com, jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

District/off: 0649-3                          User: admin                                      Page 48 of 48

Date Rcvd: May 05, 2026                     Form ID: ntchrgBK                          Total Noticed: 1053

William R. Obryan, Jr

on behalf of Creditor Bald Eagle Ventures  LLC bill.obryan@butlersnow.com,
jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Defendant Landeavor Asset Managers  LLC bill.obryan@butlersnow.com,
jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Defendant BEP Rarity Bay  LLC bill.obryan@butlersnow.com,
jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Creditor Landeavor Asset Managers  LLC bill.obryan@butlersnow.com,
jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Creditor Landeavor  LLC bill.obryan@butlersnow.com, jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

Wynne du Mariau Caffey-Knight

on behalf of Interested Party Matthew Daniels wcaffey@esc-law.com

Wynne du Mariau Caffey-Knight

on behalf of Interested Party Acuity Land Partners wcaffey@esc-law.com

Wynne du Mariau Caffey-Knight

on behalf of Plaintiff Salem Pointe Capital Partners now known as Rarity Bay Partners wcaffey@esc-law.com

Wynne du Mariau Caffey-Knight

on behalf of Interested Party Foreclosed Asset Sales & Transfer Partnership wcaffey@esc-law.com

TOTAL: 736

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:                                            Case Number:  3:24−bk−31702−SHB
Salem Pointe Capital, LLC                         Chapter:  11

   Debtor(s)

## NOTICE OF HEARING

### Amended Notice Changes Hearing Time to 10:00 AM

   Notice is hereby given that a hearing will be held on 5/8/26 , at 10:00 AM, in Courtroom 1C, Howard H. Baker Jr. U.S. Courthouse, 800 Market Street, Knoxville, TN 37902 on the following:

*782* − Application to Employ CBRE, Inc. as Real Estate Professional Filed by Gene L. Humphreys on behalf of Trustee Gary M. Murphey Hearing scheduled 4/2/2026 at 10:00 AM at Ctrm 1C Baker Crths Knoxville, TN. (Attachments: # 1 Exhibit A − Listing Agreement # 2 Exhibit B − Woolson Declaration # 3 Exhibit C − Proposed Order) (Humphreys, Gene)

*828* − Amended Application to Employ CBRE, Inc. as Real Estate Professional Filed by Gene L. Humphreys on behalf of Trustee Gary M. Murphey Hearing scheduled 4/16/2026 at 10:00 AM at Ctrm 1C Baker Crths Knoxville, TN. (Attachments: # 1 Exhibit A − Agreement # 2 Exhibit B − Woolson Declaration # 3 Exhibit C − Murphey Declaration re Amended Application # 4 Exhibit D − Woolson Declaration re Amended Application # 5 Exhibit E − Proposed Order) (Humphreys, Gene)

**Pursuant to the local rules of court, specifically E.D. Tenn. LBR 9013−1(f)(4), the moving party and any objecting party are required to attend this hearing. If the moving party or objecting party fails to attend this hearing and the absence has not been excused by the court, the court may conclude that the absent party no longer desires to pursue its motion or objection and at the hearing summarily deny the motion or overrule the objection based on that conclusion. Similarly, the court may deem the failure of any other noticed party to attend the scheduled hearing as a lack of opposition to the granting of the relief requested in the motion.**

  Dated: 5/5/26

                                   Christopher Call
                                   Clerk of the Bankruptcy Court

                                   By: <u>hhc</u>
                                   Deputy Clerk