**To clarify, as represented at the May 8, 2026 hearing, an award under the provision of paragraph 6.c) is subject to a review by the Court for reasonableness.**



**SO ORDERED.**
**SIGNED this 8th day of May, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Suzanne H. Bauknight
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 24-31702-SHB |
| SALEM POINTE CAPITAL, LLC, | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

**AGREED ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS**
**327 AND 328 AND BANKRUPTCY RULE 2014 AUTHORIZING**
**THE RETENTION OF CBRE, INC., AS REAL ESTATE PROFESSIONAL**
**FOR THE CHAPTER 11 TRUSTEE**

Upon the Amended Application[1] (the "Application") of Gary M. Murphey, Chapter 11

Trustee ("Trustee") for entry of an order pursuant to sections 327(a) and 328 of title 11 of the

United States Code (the "Bankruptcy Code") and Rules 2014 and 2016 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the retention and use of CBRE, Inc.,

("CBRE" or the "Firm") as the Trustee's real estate professional; and the Court having reviewed

---

[1] Capitalized terms not otherwise defined here shall have the meanings ascribed to them in the Amended Application.

1

the Application and the Court being satisfied with the representations made in the Application that

CBRE represents no interest adverse to the Debtor's estate, that it is a "disinterested person" as

that term is defined pursuant to Bankruptcy Code section 101(14), that its employment is necessary

and in the best interests of the Debtor its estate, its creditors, and other parties-in-interest; and due

and sufficient notice of the Application having been given under the particular circumstances; and

it appearing that no other or further notice needs be provided; and upon the agreement, by the

signatures below, of the parties who filed objections, and after due deliberation thereon and

sufficient cause appearing therefor, it is hereby ORDERED that:

1.      The Application is GRANTED to the extent provided herein, retroactive to March

25, 2026.

2.      Pursuant to Bankruptcy Code sections 327(a) and 328, the Trustee is authorized to

employ, retain, and use CBRE as his real estate professional in accordance with the Application to

perform the services described therein.

3.      CBRE shall continue to update its internal conflicts review and shall file disclosures

as appropriate.

4.      The Schedule 1 (property to be sold) to be attached to the Agreement is attached

hereto as Exhibit 1 (the "Property").

5.      CBRE shall be compensated in accordance with the fees detailed on the

Application, including all attachments thereto.  If CBRE becomes entitled to the flat fee of

$200,000 as defined in the Application as modified herein, including the percentage commission

described in paragraph 6.c) below, (collectively, the "Flat Fee"), a Request for Payment of Flat

Fee (the "Request") shall be filed with the Court and served on all appropriate parties entitled to

notice and set for hearing, with a detailed declaration describing the work done by CBRE.  The

Flat Fee will be subject to review for reasonableness.  The reasonableness review is not required if CBRE becomes entitled to the Percentage Fee.

6. Paragraph 5.1 of the Agreement is hereby amended as follows:

a) to clarify that CBRE is limited to the Flat Fee as provided in this Order in the event that the Successful Bidder or Plan Proponent of a confirmed plan is:

    i. Rarity Bay Partners; or

    ii. BEP Rarity Bay, solely or in conjunction with The Club at Rarity Bay, Inc., and/or one or more Property Owners ("Property Owners" being defined as any present landowner, lot owner, condominium or villa owner, or homeowner in Rarity Bay Subdivision); or

    iii. The Club at Rarity Bay, Inc., solely or in conjunction with one or more Property Owners;

    iv. The parties identified in Subsection 6. a) (i), (ii), and (iii) are collectively referred to as the "Excepted Parties");

b) to provide that CBRE is entitled to the Percentage Fee if a Plan for the purchase of the Property is proposed and subsequently confirmed by any person other than the Excepted Parties;

c) to provide that CBRE is entitled to 10% commission for any amount over $9,000,000 (but never to exceed 5% of the total amount of

3

bid/value of plan), if one of the Excepted Parties is a Successful Bidder or Plan Proponent of a confirmed plan.

7.    Paragraph 5.6 is removed from the Agreement, as an "Option" on the Property will not be accepted.

8.    Paragraphs 8.1 and 8.2 references to "misrepresentation" are clarified to be limited to "intentional material misrepresentation."

9.    Paragraph 10.11 is amended to provide that in the event CBRE elects to terminate the Agreement to enter into a listing agreement with any party in a foreclosure proceeding, CBRE forfeits any right to any fee or reimbursement of expenses under the Agreement.

10.    The Agreement is clarified to make that clear that the "Owner" as used in the Agreement acts only through the Trustee, and that the Owner is a Debtor in this Chapter 11 bankruptcy case, such that all references to "Owner" in the Agreement should be read to mean acting through the Trustee as Chapter 11 Trustee of the Owner. Accordingly, any and all references to Trustee shall mean acting only in his capacity as the Chapter 11 trustee of this Debtor in this Chapter 11 case.

11.    Notwithstanding anything to the contrary contained in the Agreement or the Amended Application, the provisions of this Order shall control to the extent of any inconsistency with the Agreement or the Amended Application.

12.    All Objections to the Amended Motion are hereby OVERRULED, except to the extent incorporated herein.  The objection by Rarity Bay Partners raised at the hearing on May 8, 2026 is also OVERRULED.  Nothing in this Agreed Order affects the rights of any party-in-interest regarding any new Sale Motion that the Trustee may file.

13.     The issue of whether and to what extent creditors and parties-in-interest can have access to the CBRE data room or other information or materials which CBRE develops, produces, or utilizes in regard to the marketing, advertising, and/or sale of the Property is expressly reserved, and will be addressed either by an Agreed Protective Order or otherwise by separate order of the Court.

###

SEEN AND AGREED;

APPROVED FOR ENTRY:

/s/ Gene L. Humphreys
Paul G. Jennings, TN Bar No. 14367
Gene L. Humphreys, TN Bar No. 21807
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
Telephone (615) 742-6200
Facsimile (615) 742-6293
pjennings@bassberry.com
ghumphreys@bassberry.com
*Counsel for the Chapter 11 Trustee*

/s/Mary D. Miller, by GLH with permission
Mary D. Miller
Mary D Miller, PLLC
PO Box 5339
Knoxville, TN 37928
865-934-4000
mmillerservice@millerlaw.solutions
*Counsel for Katherine Siedlecki and Michael Mayer,*
*and The Club at Rarity Bay, Inc.*

/s/Michael W. Ewell, by GLH with permission
Michael W. Ewell
Frantz, McConnell & Seymour, LLP
550 W. Main Street, Suite 500
Knoxville, TN 37902
(865)546-9321
mewell@fmsllp.com
*Counsel for Rarity Bay Community Association, Inc.*

**EXHIBIT 1**

**Schedule 1 to Exclusive Listing Agreement**

## SCHEDULE 1 – PROPERTY/PURCHASED ASSETS

### INTANGIBLE RIGHTS

- Website:  https://raritybayliving.com;

- All social media accounts;

- All logos, trademarks and intellectual property;

- All member lists;

- All computer software licenses;

- All business licenses; and

- All business records.

The name "Rarity Bay," "Rarity Bay Country Club," and "Rarity Bay on Tellico Lake" and any associated logos or marks (to the extent owned by the Debtor);

### REAL PROPERTY EXCLUDING VACANT LAND (listed below)

- Loudon County Golf Course Property: Approx. 36.91 acres;
    - o Parcel ID: 078   05201 000
        - ▪ Rarity Bay Parkway

- Monroe County Golf Course Property: Approx. 165.68 acres; and
    - o Parcel ID: 019   06506 000
        - ▪ 403 Rarity Bay Parkway, land
    - o Parcel ID: 019   06506 001
        - ▪ 403 Rarity Bay Parkway, main clubhouse
    - o Parcel ID: 019   06506 002
        - ▪ 403 Rarity Bay Parkway, enrichment center (snack bar, pool, locker room)

- Any and all right, title, and interest of Seller in and to any real property located in Monroe County or Loudon County, Tennessee, that is not otherwise identified above or in Schedule 2.2(h).

1

**FIXED TANGIBLE ASSETS**

- Lounge and corresponding furniture and fixtures;

- Restaurant and corresponding furniture and fixtures;

- Kitchen and corresponding furniture and fixtures;

- Swimming Pool and corresponding equipment, furniture and fixtures;

- Outdoor walkway/trails and corresponding furniture and fixtures;

- Seventeen Televisions;

- Fitness Equipment (26 pieces of Equipment);

- Golf Clubhouse's corresponding furniture and fixture;

- Pro Shop's corresponding fixtures;

- All equipment and materials used on the golf course;

- All equipment located and used on tennis courts;

- All equipment located at and used on pickleball courts;

- Toro Golf Equipment;

- All cleaning supplies; and

- All office furniture, fixtures, supplies and equipment

**INVENTORY**

- Raw Materials including food.

- Alcohol and beverages.

- Merchandise in Pro Shop.

**VACANT LAND**

- Unplatted Excess Land:

  o Rarity Bay Pkwy. – Near 13th Hole: Approx. 3.34 acres;
    - Parcel ID: 078   05203 000
  o Rarity Bay Pkwy. – Near Gate House:  Approx. 11.2 acres;
    - Parcel ID: 019   06500 000
  o 288 Keeble Road and Maintenance Building located on property;
    - Parcel IDs:
      - 019   06505 000, land
      - 019   06505 001, maintenance buildings
  o Real Property Located at Turnstone Lane:  Approx. 10.82 acres; and
    - Parcel IDs:
      - 019L B 00500 000 – deed allegedly executed, but not recorded
      - 019L B 00600 000 – deed allegedly executed, but not recorded
      - 019L B 00700 000 – deed allegedly executed, but not recorded
      - 019L B 00800 000 – deed allegedly executed, but not recorded
      - 019L D 00100 000
      - 019L D 00200 000
      - 019L D 00300 000
      - 019L D 00400 000
      - 019L D 00500 000
      - 019L D 00600 000
      - 019L D 00700 000
      - 019L D 00800 000
      - 019L D 00900 000
      - 019L D 01000 000
      - 019L D 01100 000
      - 019L D 01200 000
      - 019L D 01300 000
      - 019L D 01400 000
      - 019L D 01500 000
      - 019L D 01600 000
      - 019L D 01700 000
      - 019L D 01800 000
      - 019L D 01900 000
      - 019L D 02000 000
      - 019L D 02100 000
      - 019L D 02200 000
      - 019L D 02300 000
      - 019L D 02400 000
      - 019L D 02500 000
      - 019L D 02600 000

3

- 019L D 02700 000
- 019L D 02800 000
- 019L D 02900 000
- 019L D 03000 000
- 019L D 03100 000
- 019L D 03200 000
- 019L D 03300 000
- 019L D 03400 000
- 019L D 03500 000
- 019L D 03600 000
- 019L D 03700 000
- 019L D 03800 000
- 019L D 03900 000
- 019L D 04000 000
- 019L D 04100 000
- 019L D 04200 000
- 019L D 04300 000
- 019L D 04400 000
- 019L D 04500 000
- 019L D 04600 000
- 019L D 04700 000
- 019L D 04800 000
- 019L D 04900 000
- 019L D 05000 000
- 019L D 05100 000
- 019L D 05200 000
- 019L D 05300 000
- 019L D 05400 000
- o Real Property Located at Shearwater Drive: Approx. 1.79 acres
  - ▪ Parcel IDs:
    - 019L C 00100 000
    - 019L C 00101 000
    - 019L C 00200 000
    - 019L C 00201 000
    - 019L C 00300 000
    - 019L C 00301 000
    - 019L C 00400 000
    - 019L C 00500 000
- o Real Property Located at Osprey Circle: Approx. 0.48 acres
  - ▪ Parcel IDs:
    - 019E A 05700 000
    - 019E A 06000 000

4

- Platted Lots:

    o 949 Rarity Bay Pkwy.;
        - Parcel ID: 078I B 00500 000
    o 969 Rarity Bay Pkwy.;
        - Parcel ID: 078I B 00600 000
    o 125 Mallard Dr.;
        - Parcel ID: 078H B 00300 000
    o 155 Hummingbird Dr.;
        - Parcel ID: 078G B 00600 000
    o 175 Hummingbird Dr.;
        - Parcel ID: 078G B 00800 000
    o 295 Hummingbird Dr.;
        - Parcel ID: 078G B 02000 000
    o 747 Wood Duck Dr.;
        - Parcel ID: 019D A 01100 000
    o 751 Wood Duck Dr.;
        - Parcel ID: 019D A 01200 000
    o 755 Wood Duck Dr.; and
        - Parcel ID: 019D A 01300 000
    o 761 Wood Duck Dr.
        - Parcel ID: 019D A 01400 000

- Miscellaneous

    o Golf Course Pump Station

## ASSUMED CONTRACTS AND LEASES

- One lease covers 50 2022 E-Z-Go RXV Elite Golf carts with lithium batteries;
- One lease covers the Pace 7EX 7-inch GPS touchscreen and fleet management that provides fleet tracking, geofencing, 3d hole flyover, etc.;
- One lease of an 800XG Hauler; and
- The Management Contract
- Club Membership Contracts

5