United States Bankruptcy Court

Eastern District of Tennessee

In re:

Salem Pointe Capital, LLC

Debtor

Case No. 24-31702-SHB

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0649-3 | User: admin | Page 1 of 48 |
|---|---|---|
| Date Rcvd: May 08, 2026 | Form ID: pdfbk | Total Noticed: 1069 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Henry E Hildebrand, IV, Dunham Hildebrand Payne Waldron PLLC, 9020 Overlook Boulevard, Suite 316, Brentwood, TN 37027-2150 |
| sp | + | Adam Russell, Fisher Russell, PLLC, 10265 Kingston Pike, Suite C, Knoxville, TN 37922-3241 |
| intp | + | Bart Whitman, c/o Mary Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| intp | + | Bradley Arant Boult Cummings LLP, 1221 Broadway, Suite 2400, Nashville, TN 37203, UNITED STATES 37203-7238 |
| dbaty | + | Brenda Brooks, Moore & Brooks, P. O. Box 10024, Knoxville, TN 37939-0024 |
| r | + | CBRE, Inc., a Delaware Corporation, 6305 Kingston Pike, Knoxville, TN 37919-4905 |
| cr | + | Eric Hinkle, 732 Wood Duck Drive, Vonore, TN. 37885-2044 |
| intp | + | J. Carey McHugh, c/o Mary Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| clmnt | + | Judith A. Enners, 624 Rarity Bay Pkwy, Vonore, TN 37885-2089 |
| cr | + | Kapitus Servicing, Inc. as agent for Kapitus LLC, c/o Erno D. Lindner, Esq., 633 Chestnut Street, Suite 1900, Chattanooga, TN 37450-1801 |
| intp | + | Kathleen Siedlecki, c/o Mary D. Miller, P.O. Box 5339, Knoxville, TN 37928, UNITED STATES 37928-0339 |
| intp | + | Ken Cook, c/o Mary D. Miller, P.O. Box 5339, Knoxville, TN 37928, UNITED STATES 37928-0339 |
| intp | + | Kim Wood, c/o Mary Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| acc | + | Loren Krokowski, PO Box 23381, Knoxville, TN 37933-1381 |
| intp | + | Michael Guido, c/o Mary Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| intp | + | Michael Mayer, c/o Mary D. Miller, P.O. Box 5339, Knoxville, TN 37928, UNITED STATES 37928-0339 |
| intp | + | Norman & Priscilla Canfield, 133 Heron Ct., Vonore, TN 37885-5305 |
| cr | + | Rarity Bay Partners, c/o Gregory C. Logue, Esq., P.O. Box 900, Knoxville, TN 37901-0900 |
| intp | + | Richard Hoban, c/o Mary Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| clmnt | + | Richard W. Enners, 624 Rarity Bay Pkwy, Vonore, TN 37885-2089 |
| cr | + | Russell Lorts, c/o Austin McMullen, Bradley Arant Boult Cummings, LLP, 1221 Broadway, Ste. 2400, Nashville, TN 37203-7238 |
| intp | + | Steven McCullough, c/o Mary D. Miller, P.O. Box 5339, Knoxville, TN 37928, UNITED STATES 37928-0339 |
| intp | + | Terry G. Aff, c/o Mary D. Miller, P.O Box 5339, Knoxville, TN 37928, UNITED STATES 37928-0339 |
| cr | + | The Club at Rarity Bay Inc., PO Box 5339, Knoxville, TN 37928, UNITED STATES 37928-0339 |
| sp | + | Thomas M. Hale, Kramer Rayson, LLP, 800 S. Gay Street, Suite 2500, Knoxville, TN 37929-9702 |
| 13763977 | + | Aaron and Amy Jackson, 565 Rarity Bay Parkway #207, Vonore, TN 37885-5318 |
| 13819554 | + | Adam Michael & Sherri Denise Prysmont, 736 Wood Duck Drive, Vonore, TN 37885-2044 |
| 13819391 | + | Ahmet & Guler Saner, 14680 Timber Point, Alpharetta, GA 30004-4528 |
| 13763979 | + | Alan & Jennifer Butterfield, 209 Bay Pointe Dr, Vonore, TN 37885-5419 |
| 13763981 | + | Alan and Cynthia Willbee, 210 Gold Finch Lane, Vonore, TN 37885-2076 |
| 13763980 | + | Alan and Janet DiEva, 145 White Hawk Drive, Vonore, TN 37885-2078 |
| 13819450 | + | Alex & Patricia Leus, 245 Pineberry Drive, Vonore, TN 37885-5315 |
| 13763982 | + | Alfred & Karin Pankowski, 9802 BayMeadows Rd Ste. 12-164, Jacksonville, FL 32256-7917 |
| 13815336 | + | Alice C. Nemeth Living Trust, Ann Marie Woolsey, Trustee, 1710 Rarity Bay Parkway, Vonore, TN 37885-5403 |
| 13763983 | + | Alto & Linda Dodson, 176 Crossbill Drive, Vonore, TN 37885-2157 |
| 13763984 | + | Amy & Dan Miles, 1507 Aberdeen Drive, Alcoa, TN 37701-6820 |
| 13819561 | + | Amy & Joe Turner, 869 Rarity Bay Parkway, Vonore, TN 37885-5335 |
| 13763985 | + | Amy Steward, 1430 Rraity Bay Parkway, Vonore, TN 37885-5347 |
| 13819462 | + | Andrea & Sam Gregov, 265 Rock Point Drive, Vonore, TN 37885-2068 |
| 13819565 | + | Andrew & Angela Mitchell, 139 Giffin Circle, Loudon, TN 37774-5577 |

District/off: 0649-3                               User: admin                                    Page 2 of 48

Date Rcvd: May 08, 2026                           Form ID: pdfbk                          Total Noticed: 1069

13763986   #+  Andrew & Deanna Richard, 2756 Dalenhurst Place, Simi Valley, CA 93065-1412
13763987   +   Andrew & Sue Faulkner, 110 Killdeer Drive, Vonore, TN 37885-5364
13819502   +   Andrew Blair & Preston & Molly Marshall, 4346 Summerwind Ct, Cincinnati, OH 45252-1946
13763989   +   Andy & Constance Scott, 112 Osprey Circle, Vonore, TN 37885-2057
13763990   #+  Andy Pennington, 626 Thompson Road, Madisonville, TN 37354-6019
13819409       Angela Derosa, 16735 East Kingstree Boulevard, Fountain Hills, AZ 85268-5427
13763991   +   Anita Lambert, 470 Cormorant Drive, Vonore, TN 37885-5341
13763992   +   Anke Linton, 105 Big Water Drive, Vonore, TN 37885-5328
13763993   +   Anne P. Iverson, Trustee of the, Anne P. Iverson 2010 Revocable TR, Agreement, 310 Pineberry Drive, Vonore, TN 37885-5321
13763994   +   Anthony & Diana Fernandez, 1306 Shady Ct, Tracy, CA 95377-6675
13764564   +   Anthony J. Balio Trust, 411 Wood Duck Drive, Vonore, TN 37885-2142
13819581   +   Anthony Lee & Marci Mongillo Beason, 1103 Sky Top Ln, Powell, TN 37849-3668
13816279   +   Anton Bokal III, 181 Heron Court, Vonore, TN 37885-5305
13819420   +   Anton J. & Patricia A. Bokal, III, 181 Heron Court, Vonore, TN 37885-5305
13816240   +   Arfken Revocable Trust, dated 4/25/23, Peter D. Arfken, 255 Pineberry Dr., Vonore, TN 37885-5315
13813046   +   Arrow Exterminators, 366 Glascock St., Alcoa, TN 37701-2439
13763995   #+  Arvey E. Eeg & Marlene E. Eeg, 230 Big Water Drive, Vonore, TN 37885-5306
13763996   +   B Land, 7830 W. Alameda Avenue, Denver, CO 80226-3093
13752790   +   BEP Rarity Bay LLC and Bald Eagle Ventures, LLC, c/o William R. O'Bryan, Jr., 1320 Adams Street Suite 1400, Nashville, TN
               37208-2495
13819390   +   BEP Rarity Bay, LLC, 14502 N Dale Mabry Highway Suite 327, Tampa, FL 33618-2043
13885780   +   BEP Rarity Bay, LLC and Bald Eagle Venture, LLC, c/o William R. O'Bryan, Jr., Butler Snow LLP, 1320 Adams Street, Suite 1400,
               Nashville, TN 37208-2495
13763997   +   Barbara Arfken, 12662 Devon Lane, Carmel, IN 46032-9447
13816274   +   Barbara J. and Barton D. Whitman, 1516 Rarity Bay Pkwy, Vonore, TN 37885-5349
13814623   +   Barrett Family Revocable Living Trust, James R. Barrett, 132 Osprey Circle, Vonore, TN 37885-2057
13819396   +   Bart & Barbara Whitman, 1516 Rarity Bay Parkway, Vonore, TN 37885-5349
13751540   +   Beard Equipment Company, 2480 East I-65 Service Road North, Mobile, AL 36617-1507
13816210   +   Benefiel Porter Trust, Monty Benefiel, Kari Porter, 245 Bay Pointe Rd., Vonore, TN 37885-5419
13763998   +   Benjamin Winikoff & Lynn Winikoff, 355 Eagle Drive, Jupiter, FL 33477-4065
13763999   +   Betty Girardeau, 245 Goldcrest Drive, Vonore, TN 37885-5362
13764000   +   Bill & Jacqueline Nix, 1 McQuarie Drive, Fredericksburg, VA 22406-5481
13764002   +   Bill & Shelly King, 109 Brambling Court, Vonore, TN 37885-5415
13819403   +   Bill & Sue Kuntzman, 160 Bay Pointe Drive, Vonore, TN 37885-5383
13819551   +   Blue Sky Land LLC, 7830 West Alameda Avenue Suite 221, Denver, CO 80226-3093
13764004   #+  Blythe Thomson, Scott Sutherland 8340 Indian Hill Road, Cincinnati, OH 45243-3702
13764005   +   Bo & Ruth Maslanyk, 115 Big Water Drive, Vonore, TN 37885-5328
13819395   +   Bob & Barbara Aaron, 150 Chickadee Circle, Vonore, TN 37885-2135
13764007   +   Bob & Barbara Gilley, 211 Cheeyo Trace, Loudon, TN 37774-2796
13764008   +   Bob & Carole Hurka, 125 White Hawk Drive, Vonore, TN 37885-2078
13764009   +   Bob & Christina Purcell, 420 Cormorant Drive, Vonore, TN 37885-5341
13764010   #+  Bob & Dianne Ross, 524 Rarity Bay Parkway, Vonore, TN 37885-2087
13764016   +   Bob & Heather Swanson, 204 Piute Trace, Loudon, TN 37774-2174
13764011   +   Bob & Patricia Parrish, 150 Osprey Circle, Vonore, TN 37885-2057
13764012   #+  Bob & Patti Lockhart, 1500 Rarity Bay Parkway, Vonore, TN 37885-5349
13764013   +   Bob & Rita Lemanski, 201 Pineberry Drive, Vonore, TN 37885-5315
13764015   +   Bob Rider, 1079 Rarity Bay Pkwy, Vonore, TN 37885-5323
13819471   +   Bob Turnpaugh & Carol Golightly, 295 Pineberry Drive, Vonore, TN 37885-5315
13764017   +   Bradley & Cindy Adams, 1508 Hardwood Cove Cir, Birmingham, AL 35242-7037
13764018   +   Bradley & Lisa Hayes, 2305 Wildcat Run Ct, Powell, OH 43065-5112
13764019   +   Brandon & Amanda Looney, 555 Rarity Bay Parkway #102, Vonore, TN 37885-5344
13819515   +   Brenda & Pamela Thomas, 545 Rarity Bay Parkway, Condo C103, Vonore, TN 37885-5379
13764020   +   Brian & Mary Jane Chapline, 517 Sandpiper Drive, Vonore, TN 37885-2084
13764021   +   Brian & Shannon Haycox, 440 Cormorant Drive, Vonore, TN 37885-5341
13764022   +   Brian &l Cindy Miedel, 601 Drover Dr., Venetia, PA 15367-1605
13816813   +   Brian A. Cassidy and Ann N. Cassidy, Ann & Brian Cassidy, 106 Legacy Drive, Madisonville, TN 37354-5851
13810316   +   Brian E. Haycox & M. Shannon Haycox Revocable, Trust dated 5/25/2016, Brian Haycox, 440 Cormorant Dr., Vonore, TN 37885-5341
13764023   +   Brian Michael, 200 Kingbird Drive, Vonore, TN 37885-5326
13764024   +   Brian Rasmussen, 565 Rarity Bay Parkway #204, Vonore, TN 37885-5318
13819367   +   Brian Spitzock & Elena Crandell, 11500 East Cochise Drive 20032, Scottsdale, AZ 85259-4905
13764025   +   Brian Stephenson, 555 Rarity Bay Pkwy B304, Vonore, TN 37885-5343
13764027   +   Bruce & Virginia Johnson, 480 Cormorant Drive, Vonore, TN 37885-5341
13764029   +   Bruce E. Hamilton, 128 Heron Ct, Vonore, TN 37885-5305

District/off: 0649-3                    User: admin                    Page 3 of 48
Date Rcvd: May 08, 2026                 Form ID: pdfbk                  Total Noticed: 1069

| | | |
|---|---|---|
| 13764028 | + | Bruce and Pam Broxterman, 1749 Rarity Bay Parkway, Vonore, TN 37885-5404 |
| 13819496 | + | Bryan & Kendra Lane, 3959 Andrew Lake Place, Powell, OH 43065-7339 |
| 13764030 | + | Buddy Trivett & Lisa Cazalet, 400 Morning Dove Drive, Vonore, TN 37885-5309 |
| 13819415 | + | C & L, LLC c/o Lisa Janke, 175 Adams Farm Rd, Madisonville, TN 37354-4002 |
| 13764031 | + | C. Melton, 318 Good Hope Road, Okatie, SC 29909-3107 |
| 13764032 | + | C.D. Linton, 105 Big Water Drive, Vonore, TN 37885-5328 |
| 13819542 | + | Calvin Earl & Patsy Ann Parton, 724 Wood Duck Drive, Vonore, TN 37885-2044 |
| 13764033 | + | Camille Williams, 697 Sandpiper Drive, Vonore, TN 37885-2041 |
| 13764480 | + | Candas M. & Ronald W. Zink,, Trustees of the Candas M. Zink, Living Trust, 340 Watercrest Dr, Vonore, TN 37885-5406 |
| 13764034 | + | Carl & Angie Borgwardt, 185 Hummingbird Dr., Vonore, TN 37885-5405 |
| 13764162 | + | Carl & Gail Noble, 810 Rarity Bay Parkway, Vonore, TN 37885-5359 |
| 13764035 | + | Carl Supernor, Martha Supernor 240 Big Water Dr, Vonore, TN 37885-5306 |
| 13819572 | + | Carlon J. Ditto, P. O. Box 3152 C, hattanooga, TN 37404-0152 |
| 13764036 | + | Carol & Donna Bell, 545 Rarity Bay Parkway # 101, Vonore, TN 37885-5380 |
| 13855167 | + | Carol Golightly, Robert Turnpaugh, 295 Pineberry Dr., Vonore, TN 37885-5315 |
| 13764037 | + | Carol VanDriel, 555 Rarity Bay Parkway B303, Vonore, TN 37885-5343 |
| 13764039 | + | Catherine Ainger, 101 Reverence Run Lane, Farragut, TN 37934-4847 |
| 13819440 | + | Catherine E & Joseph D Garrett, Jr., 225 Big Water Drive, Vonore, TN 37885-5307 |
| 13764026 | + | Catherine Lynn Mackenzie & Bruce Fraser Mackenzie, 1710 Rarity Bay Parkway, Vonore, TN 37885-5403 |
| 13764040 | + | Catherine Roth, 180 Nightingale Lane, Vonore, TN 37885-2035 |
| 13764041 | | Cathie Galante, 9 Glenwood Court, Dallas, TX 75225 |
| 13764042 | + | Cathy Hollander, John Hollander 9136 Cranesbill Trace, Prospect, KY 40059-7571 |
| 13816190 | + | Cesar Madera Durazo & Kelly M. Madera, Cesar & Kelly Madera, 182 Mallard Drive, Vonore, TN 37885-5358 |
| 13819364 | + | Chad A. & Jennifer L. Story, 113 Red Hawk Drive, Vonore, TN 37885-2525 |
| 13813618 | + | Chadwell Living Trust, Tom Chadwell TTE, 250 Bay Pointe Dr, Vonore, TN 37885-5418 |
| 13819560 | + | Charles & Alda Watlington, 859 Rarity Bay Parkway, Vonore, TN 37885-5335 |
| 13819536 | + | Charles & Allison H. Jones, 700 Wood Duck Drive, Vonore, TN 37885-2044 |
| 13764045 | + | Charles & Kathy Bianchi, 740 Wood Duck Drive, Vonore, TN 37885-2044 |
| 13819419 | | Charles & Teri Everett, 181 Dudi Trail, Vonore, TN 37885-2674 |
| 13764046 | + | Charles Brummund, 124 Parkside Drive, Vonore, TN 37885-4303 |
| 13816129 | + | Charles David Linton & Anke Linton, 105 Big Water Drive, Vonore, TN 37885-5328 |
| 13818778 | + | Charles Joseph and Virginia Diane Cavalli, Charles J. Cavalli, 689 Sandpiper Drive, Vonore, TN 37885-2041 |
| 13819506 | + | Charles P. Sperry, 490 Cormorant Drive, Vonore, TN 37885-5341 |
| 13816268 | + | Charles P. and Teri Everett, 181 Dudi Trl, Vonore, TN 37885-2674 |
| 13819516 | + | Charles T. Riggs, Jr. c/o SEP, LLC, 551 Forest Ave, River Forest, IL 60305-1707 |
| 13816275 | + | Charles Wayne and Marjorie K. Fox, 205 Rock Point Dr., Vonore, TN 37885-2068 |
| 13764048 | + | Charlton D. Taylor & Barbara J. Keller, 135 Osprey Circle, Vonore, TN 37885-2058 |
| 13764049 | + | Cheryl M. Hamilton, 565 Rarity Bay Pkwy - Unit 301A, Vonore, TN 37885-5319 |
| 13764050 | + | Chris & Michelle Ritchie, 149 Osprey Circle, Vonore, TN 37885-2058 |
| 13764052 | + | Chris Durr, 4635 Ogeechee Drive, Alpharetta, GA 30022-7158 |
| 13764051 | + | Christian P and Sandra Allen, 122 Saligugi Way, Loudon, TN 37774-2517 |
| 13764053 | + | Christina Fulkerson, 400 Keith Lane, Apt. 12, Athens, TN 37303-5223 |
| 13819380 | + | Christine & Paul Jubelt, 1327 Waterwitch Cove Circle, Orlando, FL 32806-7854 |
| 13764054 | + | Christopher & Laurie Osterman, 31415 Brighton Brook Lane, Spring, TX 77386-3685 |
| 13764056 | + | Christopher & Pamela Day, 8101 Gann Road, Soddy Daisy, TN 37379-4162 |
| 13819431 | + | Christopher Marc Melton, 20 Towne Drive Suite #124, Bluffton, SC 29910-4204 |
| 13764057 | + | Chuck & Virginia Cavalli, 689 Sandpiper Drive, Vonore, TN 37885-2041 |
| 13819361 | + | Cindi Stapleton, 111 Warbler Court, Vonore, TN 37885-2046 |
| 13764058 | + | Clayton & Ann Barlow, 160 Heron Court, Vonore, TN 37885-5305 |
| 13819533 | | Clifton & Michelle Hene, 677 Sandpiper Drive, Vonore, TN 37885 |
| 13764060 | + | Clint and Maria Meyer, 265 Bay Pointe Drive, Vonore, TN 37885-5419 |
| 13816261 | #+ | Cole Revocable Living Trust U/A/D 4/7/04, Gary P Cole, 1490 Rarity Bay Parkway, Vonore, TN 37885-5347 |
| 13764061 | + | Connie Thompson, 120 Bay Pointe Drive, Vonore, TN 37885-5383 |
| 13764062 | + | Constance A. Ferraro, 9 Trent Road, Lake Zurich, IL 60047-9196 |
| 13764063 | + | Cornelia & Ronald Siddall, 270 Wildwing Drive, Vonore, TN 37885-5421 |
| 13764064 | + | Craig & Deborah Hiltwine, 121 Yellow Birch Ct, Front Royal, VA 22630-2386 |
| 13819566 | #+ | Craig & Geraldine Kennedy, 9506 Emerald Woods Way, Knoxville, TN 37922-4263 |
| 13764065 | + | Craig Chamberlain, 12161 Reagan Street, Los Alamitos, CA 90720-4135 |
| 13886673 | + | Craig D. Hiltwine, 121 Yellow Birch Ct, Lake Frederick, VA 22630-2386 |
| 13764067 | + | Craig E. & Jean E. Thomas, 6304 West Cedar Chase Drive, McCordsville, IN 46055-9284 |
| 13764066 | + | Craig Kennedy, 121 Cayuga Drive, Loudon, TN 37774-2156 |
| 13819562 | + | Craig S. Rogers, 8805 Calderwood Drive, Knoxville, TN 37923-5506 |
| 13764068 | + | Curtis & Laura Kochan, 4022 Cobblers Lane, Dallas, TX 75287-6723 |

District/off: 0649-3                              User: admin                                    Page 4 of 48

Date Rcvd: May 08, 2026                          Form ID: pdfbk                            Total Noticed: 1069

| 13816277 | + | Cynthia H. Stapleton, 681 Sandpiper Drive, Vonore, TN 37885-2041 |
| 13764070 | + | Dacid Di Mattia, 6 Court of Brixham, Madison, WI 53705-1156 |
| 13764072 | + | Dale & Michelle Mojta, 208 Eagle Circle, Vonore, TN 37885-2092 |
| 13819386 | + | Damon & Shannon Bitney, Damon Bitney, 14352 Meadowlawn TRL NE, Prior Lake, MN 55372-2892 |
| 13764073 | + | Dana Pemberton, Stokes, Williams, Sharp,, Cope & Mann, PC PO Box 2644, Knoxville, TN 37901-2644 |
| 13764075 | + | Daniel & Regina Hamblen, 165 Watercrest Drive, Vonore, TN 37885-5330 |
| 13764078 | + | Daniel & Traci Marciante, 170 Nightingale Dr, Vonore, TN 37885-2035 |
| 13764074 | + | Daniel Franklin & Caroline J. Ward, Jr., 2685 Misty Morning Lane, Roswell, GA 30076-3648 |
| 13764077 | + | Daniel T. Cash & Patricia M. Guelker, 110 Cormorant Dr., Vonore, TN 37885-5366 |
| 13764076 | + | Daniel and Carol Frederick, 839 Rarity Bay Parkway, Vonore, TN 37885-5335 |
| 13764079 | + | Danton Mulcahey, PO Box 347, Colfax, IL 61728-0347 |
| 13815807 | | Dariusz Borowy, Maria Borowy, 160 Starling Dr, Vonore, TN 37885-1729 |
| 13764080 | + | Dariusz and Maria Borowy, 160 Starling Drive, Vonore, TN 37885-1729 |
| 13764081 | + | Darryl Fry & Gwendolynn Tyler, 170 Chickadee Circle, Vonore, TN 37885-2135 |
| 13764082 | #+ | Daryl & Debra Luedecking, 104 Greenfinch Drive, Vonore, TN 37885-5385 |
| 13764083 | + | Dave & Bobbi Carraway, 208 Kingbird Drive, Vonore, TN 37885-5326 |
| 13764084 | + | Dave Morgan & Freda Price, 535 Rarity Bay Parkway #103, Vonore, TN 37885-2148 |
| 13819351 | + | David & Alice Nemeth, 1028 Hwy 411, Vonore, TN 37885-2431 |
| 13764085 | + | David & Cathy Devine, 194 Watercrest Dr, Vonore, TN 37885-5329 |
| 13764086 | + | David & Christine Miller, 235 Pineberry Drive, Vonore, TN 37885-5315 |
| 13764069 | + | David & Denise Cintron, 1440 SE San Sovina Terrace, Port Saint Lucie, FL 34952-5769 |
| 13764089 | + | David & Jane Chamberlain, 660 Rarity Bay Parkway, Vonore, TN 37885-2089 |
| 13764091 | + | David & Kathleen Ecklund, 500 Cormorant Drive, Vonore, TN 37885-5411 |
| 13764093 | + | David & Marguerite Cochran, Donna Cook 165 Rock Point Drive, Vonore, TN 37885-2065 |
| 13819552 | + | David & Mary Lang, 790 Rarity Bay Parkway, Vonore, TN 37885-5303 |
| 13764094 | + | David & Robin Dodds, 510 Cormorant Drive, Vonore, TN 37885-5411 |
| 13764095 | + | David & Sharon Marks, 140 Gold Finch Lane, Vonore, TN 37885-2073 |
| 13819532 | + | David & Susan Davis, and as Trustees, 669 Sandpiper Drive, Vonore, TN 37885-2041 |
| 13764096 | + | David & Trudy Smith, 1840 Glen Shady Blvd, Knoxville, TN 37922-6726 |
| 13764097 | + | David & Vicki Hammerly, 535 Rarity Bay Parkway Apt 204D, Vonore, TN 37885-2149 |
| 13764104 | + | David A. Gallelli Revocable, Living Trust, 800 rarity bay pky, Vonore, TN 37885-5359 |
| 13764101 | + | David Bohorquez, Evelyn Thach-Bohorquez PO Box 366, Valley Center, CA 92082-0366 |
| 13764087 | + | David Broyles and Eliagnes Broyles, 233 Goldcrest Drive, Vonore, TN 37885-5362 |
| 13764102 | + | David Closky, Elizabeth Forman 280 Bay Pointe Drive, Vonore, TN 37885-5418 |
| 13764103 | + | David Collins, Marjorie McCall-Collins 224 Goldcrest Dr, Vonore, TN 37885-5363 |
| 13886672 | + | David Ecklund, 500 Cormorant Drive, Vonore, TN 37885-5411 |
| 13819412 | + | David G. & Cheryl L. Wartenberg, 173 Osprey Circle, Vonore, TN 37885-2058 |
| 13819486 | + | David Glover, 338 Southshore Drive, Greenback, TN 37742-2300 |
| 13764105 | + | David Hoek, Sonia Childress-Hoek 23205 Marin Drive, Cicero, IN 46034-9284 |
| 13816269 | + | David Luther Wilhelm and Gail Patricia Wilhelm, David L Wilhelm, 270 Whippoorwill Drive, Vonore, TN 37885-5394 |
| 13819348 | + | David M. & Holly J. Ruggles,, 0S562 Old York Road, Elmhurst, IL 60126-5213 |
| 13764090 | + | David M. Danhof and Joni C. Danhof, Joni C. Danhof, 1059 Rarity Bay Pkwy, Vonore, TN 37885-5323 |
| 13816304 | + | David M. Miller, Trustee of David Miller Living, Trust and Christine Miller, Trustee of, Christine Miller Living Trust, 235 Pineberry Drive, Vonore, TN 37885-5315 |
| 13819392 | + | David P. & Kristin E. Sokoloff, 14894 SE Territory Dr, Clackamas, OR 97015-6354 |
| 13812339 | + | David P. & Mary K. Lang, David P. Lang, 790 Rarity Bay Parkway, Vonore, TN 37885-5303 |
| 13817597 | + | David S. Smith, 1840 Glen Shady Blvd., Knoxville, TN 37922-6726 |
| 13819521 | #+ | David Stephen & Beth Ann Berger, Trustees, 609 Sandpiper Drive, Vonore, TN 37885-2041 |
| 13816308 | + | David and Cheryl Murphy, Co-Trustees of the, Murphy Tennessee Community Property Trus, 190 Cormorant Dr., Vonore, TN 37885-5366 |
| 13764098 | + | David and Lois Dye, 20 Morning Dove Drive, Vonore, TN 37885-5409 |
| 13764100 | #+ | David and Vicki Hammerly, 535 Rarity Bay Parkway #204, Vonore, TN 37885-2149 |
| 13764107 | + | Dawn Ellison, 1625 Rarity Bay Parkway, Vonore, TN 37885-5352 |
| 13764108 | | Dean Wetzel, 6551 Christmas Tree Drive, Orefield, PA 18069 |
| 13764109 | + | Deane & Allyson Bruce, 545 Rarity Bay Parkway #301, Vonore, TN 37885-5382 |
| 13764110 | #+ | Deanna Garrett, 257 Osprey Circle, Vonore, TN 37885-2051 |
| 13819505 | + | Deborah C. Smith, Trustee of the Joint & Survivor, Declaration of Trust of George B. Smith, Deborah C. Smith, 480 Morning Dove Drive, Vonore, TN 37885-5309 |
| 13819537 | + | Debra L. Barton, 716 Wood Duck Drive, Vonore, TN 37885-2044 |
| 13819458 | + | Delman & Judith Macpherson, 2592 Palmetto Hall Boulevard, Mount Pleasant, SC 29466-8070 |
| 13764112 | + | Dennis & Eileen Schaefer, 160 Big Water Drive, Vonore, TN 37885-5400 |
| 13764113 | + | Dennis & Louise Garrett, 46896 Brooks Lane, Plymouth, MI 48170-3476 |
| 13764114 | + | Dennis & Monzell Perry, 2051 Jacob Lane, Lebanon, OH 45036-6801 |

District/off: 0649-3                                          User: admin                                          Page 5 of 48
Date Rcvd: May 08, 2026                                    Form ID: pdfbk                                   Total Noticed: 1069

13764115    + Dennis Ainger, 101 Reverence Run Lane, Farragut, TN 37934-4847
13816252    + Dennis B. and Jan M. Stephenson, Jr., Brian Stephenson, 500 Seawall Blvd., Unit 915, Galveston, TX 77550-5774
13819513    + Dennis James & Dena Nelson Murphy, 5216 Swaps Court, Bakersfield, CA 93312-4146
13764117    + Denzil & Robbie Thies, 144 White Hawk Drive, Vonore, TN 37885-2077
13819527    + Derek A. & Angela K. Gaudry, 633 Sandpiper Drive, Vonore, TN 37885-2041
13764118    + Devin & Cynthia Belleau, 230 Hummingbird Drive, Vonore, TN 37885-5356
13764120    + Diane & Anthony Brian Campanile, Sr., 535 Rarity Bay Parkway, Condo D301, Vonore, TN 37885-2147
13764119    + Diane & Rusty Decker, 315 Goldcrest Drive, Vonore, TN 37885-5407
13819422    + Diane Fleming, 185 Heron Court, Vonore, TN 37885-5305
13764121    + Diane Griffon Drinnon, 555 Rarity Bay Parkway #201, Vonore, TN 37885-5345
13819580    + Dianne M. Walsh, PO BOX 836, Safety Harbor, FL 34695-0836
13764122    + Dominick and Lori Braccio, 311 Grandville Court, Vonore, TN 37885-5391
13764123    + Don & Barbara Tewell, 184 Heron Court, Vonore, TN 37885-5305
13816192    + Don & Patricia Murphy, 120 Towhee Drive, Vonore, TN 37885-5360
13819478    + Don Hasson, 3185 Chatham Road Northwest, Atlanta, GA 30305-1101
13764126    + Donald & DIane Denecke, 1501 Middle Gulf Drive #H-403, Sanibel, FL 33957-6580
13764127    + Donald & Wendy Claus, 104 Nuthatch Court, Vonore, TN 37885-5336
13764128      Donald Brewer (POA) Thoma, 5457 Charles Cannon Rd, Marion Station, MD 21838
13886291    + Donald F. Claus and Wendy L. Claus, Donald and Wendy Claus, 104 Nuthatch Ct., Vonore, TN 37885-5336
13819356    + Donald Hodapp & Jennifer Clark, 107 Warbler Court, Vonore, TN 37885-2046
13764125    + Donald Murphy and wife Patricia Murphy, Donald Murphy, 120 Towhee Drive, Vonore, TN 37885-5360
13764124    + Donald R. Doran & Frances C. Doran, Donald R. Doran, 535 Rarity Bay Parkway Unit D104, Vonore, TN 37885-2147
13816821    + Donald Tewell, 184 Heron Ct., Vonore, TN 37885-5305
13819411    + Donald W. & Jeannette K. Amundson, 172 Osprey Circle, Vonore, TN 37885-2057
13764129    + Donna Leonard, 229 White Hawk Drive, Vonore, TN 37885-5369
13819463    + Donna M. & Edwin L. Harless, 270 Marsh Hawk Drive, Vonore, TN 37885-5324
13764131    + Douglas & Kristen Roberts, 127 Rock Point Drive, Vonore, TN 37885-2065
13764132    + Douglas Roberts, 127 Rock Point Drive, Vonore, TN 37885-2065
13819460    + Dr. Albert C. & Susan H. Smith, Jr., 260 White Hawk Drive, Vonore, TN 37885-5368
13813591    + Drora Munday, 130 Pineberry Dr., Vonore, TN 37885-2054
13764133    + Duane & Dorothy Baumert, 119 Big Water Drive, Vonore, TN 37885-5328
13764134    + Durell Hiller, III, Patricia Wright 237 Goldcrest Drive, Vonore, TN 37885-5362
13764135    + E. Hinkle, 1220 Bainbridge Drive, Naperville, IL 60563-2065
13764136    + Earl & Ann Triplett, 229 Bay Pointe Drive, Vonore, TN 37885-5419
13764138   #+ Ed Elder & Barbara Elder, 989 Rarity Bay Parkway, Vonore, TN 37885-5314
13764139    + Ed Magoon, 275 Pineberry Drive, Vonore, TN 37885-5315
13819553    + Eddie & Jeanette Martinez, 801 Brickell Bay Drive 1671, Miami, FL 33131-2940
13764140   #+ Eddie & Zuhoor Foumia, 5679 Brandford Drive, West Bloomfield, MI 48322-1122
13819402    + Edmund T. & Danica Elayne Nay Jacobs, 15N235 Maplehurst Lane, Hampshire, IL 60140-6317
13764141    + Edward & Lori Gentile, 190 Wild Wing Dr, Vonore, TN 37885-5373
13764142    + Edward & Teresa Lang, 133 Breakers Drive, Vonore, TN 37885-5414
13816199    + Edward G. Galante & Catherine M. Galante Trustees, Edward G. Galante, 8787 Bay Colony Dr. Apt. 1102, Naples, FL 34108-0785
13886543    + Edwin T. Magoon, Trustee of the Edwin T. Magoon, and Gail C. Magoon Rev. Trust, Edwin T. Magoon, 275 Pineberry Drive, Vonore, TN
              37885-5315
13886641    + Edwin W. & Barbara B. Elder, 220 Mussmon Way, Apt O-101, Willow Street, PA 17584-7824
13819387      Elbert Wilson & Kimberly Ann Creed, 145 Amblecrest Drive, Vonore, TN 37885
13819381    + Elbert Wilson & Kimberly Ann Creed, Jr., 133 White Hawk Drive, Vonore, TN 37885-2078
13812389    + Elbert Wilson Creed, Kimberly Ann Creed, PO Box 1, Vonore, TN 37885-0001
13764144    + Elizabeth & Rob Quigley III, 425 Parkview Place, Burr Ridge, IL 60527-8355
13885139    + Elizabeth W. Quigley & Robert P. Quigley, Co-Trust, Elizabeth W. Quigley, 425 Parkview Place, Burr Ridge, IL 60527-8355
13763978    + Elva Lloyd & Melinda Sue Matthews, 210 Morning Dove Drive, Vonore, TN 37885-5327
13819547    + Elvin Bonilla & Rose Marquez, Andrew P. Paszek, Trustee, 760 Wood Duck Drive, Vonore, TN 37885-2044
13764145    + Emery & Teresa Tumulty, 206 Wren Court, Vonore, TN 37885-2053
13764146    + Emily & Dennis Huebner, 3905 Radcliffe Drive, Northbrook, IL 60062-4219
13813566    + Emily Claire Cox Payne, Claire Payne, 565 Rarity Bay Parkway, Unit 305A, Vonore, TN 37885-5320
13764147   #+ Eric & Janet Carlson, 1382 Ironwood Drive, Lebanon, OH 45036-7027
13764150    + Eric Lake, Phyllis Isley & Claire Payne, 565 Rarity Bay Parkway #305, Vonore, TN 37885-5319
13819518    + Eric M. Lake (Hope Fawcett), 565 Rarity Bay Parkway, Condo A203, Vonore, TN 37885-5320
13764038    + Eric T. Chase and Carolyn N.Chase, 1680 Rarity Bay Parkway, Vonore, TN 37885-5351
13751542      Eric and Karen Hinkle, c/o Gordon D. Foster, Winchester Sellers, PO Box 2428800, South Gay Street, Suite 1000, Knoxville, TN 37929
13764149    + Eric and Traci Brinkmann, 504 Pinto Circle, Wellington, FL 33414-7859
13816218    + Eric and Tracy Edstrom, 545 Rarity Bay Pkwy, #102, Vonroe, TN 37885-5380
13764151    + Erica Riley & Debora Rogers, 979 Rarity Bay Parkway, Vonore, TN 37885-5314

District/off: 0649-3 | User: admin | Page 6 of 48
Date Rcvd: May 08, 2026 | Form ID: pdfbk | Total Noticed: 1069

| | | |
|---|---|---|
| 13764152 | + | Eugene & Trish Dianetti, 117 White Hawk Drive, Vonore, TN 37885-2078 |
| 13886540 | + | F. Michael Gallagher and Susan L. Gallagher, Trustees of The Gallagher Family Trust, F. Michael & Susan L. Gallagher, 116 Nightingale Drive, Vonore, TN 37885-2035 |
| 13819526 | + | FLT LLC, 6275 Boone Ridge, Zionsville, IL 46077-9048 |
| 13878585 | + | Fallen Leaf Lake, LLC, Jennifer Butterfield, 209 Bay Pointe Rd., Vonore, TN 37885-5419 |
| 13764153 | + | Faye Marcum, 1170 Nellies Cave Road, Blacksburg, VA 24060-9244 |
| 13764154 | + | Fernando & Deborah Sanchez, 249 Osprey Circle, Vonore, TN 37885-2051 |
| 13751543 | #+ | Fisher Russell PLLC, 10265 Kingston Pike, Suite C, Knoxville, TN 37922-3241 |
| 13764347 | #+ | Floyd & Mary Lou Foster, 300 Marsh Hawk Drive, Vonore, TN 37885-5331 |
| 13819477 | + | Flozaida G. Lomax & Thomas Allen Lomax Sr., 3111 Grandeur Road, Charlotte, NC 28269-3413 |
| 13764155 | + | Fran Jarboe, 120 Heron Court, Vonore, TN 37885-5305 |
| 13819510 | + | Francis & Julie Kozak, 5073 Saint Charles Place, Carmel, IN 46033-5953 |
| 13819494 | + | Francisco & Cintia Florian, 3840 Sweetwater Drive, Cumming, GA 30041-1204 |
| 13764156 | + | Francisco & Cynthia Gomez, 4758 Ardmore Lane, Hoschton, GA 30548-6227 |
| 13764157 | + | Fred and Elsa Baumann, 191 Heron Court, Vonore, TN 37885-5305 |
| 13813047 | + | GE Turf, PO Box 8995, Roanoke, VA 24014-0776 |
| 13764159 | + | Gail Bernstein, 9770 Tombreck Court, Bristow, VA 20136-5602 |
| 13764160 | + | Gail Gagnon, 565 Rarity Bay Parkway #303, Vonore, TN 37885-5319 |
| 13764161 | + | Gail Klein, 565 Rarity Bay Parkway #106, Vonore, TN 37885-5317 |
| 13764163 | + | Gary & Danna Caller, 301 Rock Point Drive, Vonore, TN 37885-2070 |
| 13764164 | + | Gary & Dede Thomas, Jennifer Story 781 Rarity Bay Parkway, Vonore, TN 37885-5376 |
| 13764165 | + | Gary & Linda Slipke, 576 Bedford Lane, Des Plaines, IL 60016-2974 |
| 13819393 | #+ | Gary & Mary Ann Cole, 1490 Rarity Bay Parkway, Vonore, TN 37885-5347 |
| 13764166 | + | Gary & Robin Galick, 156 Osprey Circle, Vonore, TN 37885-2057 |
| 13764167 | + | Gary & Suzanne Balakier, Kathleen Hausmann 105 Breakers Drive, Vonore, TN 37885-5414 |
| 13819574 | + | Gary Anthony Tener & Paul Reffett, P.O. Box 305, Paintsville, KY 41240-0305 |
| 13836446 | + | Gary Harnett, 680 Rarity Bay Parkway, Vonore, TN 37885-2089 |
| 13819470 | + | Gary L. & Cynthia Mooneyham, 2905 Limari Ct, New Smyrna Beach, FL 32168-6367 |
| 13819546 | + | Gary M. Genova, Trustee, 758 Wood Duck Drive, Vonore, TN 37885-2044 |
| 13764168 | + | Gary Thompson, 120 Bay Pointe Drive, Vonore, TN 37885-5383 |
| 13764169 | + | Gayle Erickson Living Trust, 545 Rarity Bay Parkway #303, Vonore, TN 37885-5382 |
| 13764170 | + | Gene & Betty Carter, 219 White Hawk Drive, Vonore, TN 37885-5369 |
| 13764171 | + | Genene Youngs, 150 Towhee Drive, Vonore, TN 37885-5360 |
| 13764172 | + | George & Judith Behr, 670 Rarity Bay Parkway, Vonore, TN 37885-2089 |
| 13764173 | + | George & Karen Smith, 165 Wayfarer Lane, Crossville, TN 38572-1709 |
| 13764174 | + | George & Kathy Davenport, 204 Watercrest Drive, Vonore, TN 37885-5401 |
| 13816307 | + | George & Sandra Price, Trustee of the, Price Family Recovable Trust, 1450 Rarity Bay Parkway, Vonore, TN 37885-5347 |
| 13819389 | + | George & Sandy Price, 1450 Rarity Bay Parkway, Vonore, TN 37885-5347 |
| 13819459 | + | George & Vicki Gibson, 260 Marsh Hawk Drive, Vonore, TN 37885-5324 |
| 13764175 | + | George Eads, Darlene Fedel 5947 Hurricane Creed Road, Woodbury, TN 37190-5090 |
| 13764176 | + | Gerald & Marcia Schwieterman, 2071 Canterbury Court, Troy, OH 45373-8738 |
| 13819447 | + | Glen & Pam Adair, 240 Rock Point Drive, Vonore, TN 37885-2003 |
| 13764177 | + | Glenn & Debra LeBlanc, 275 Rock Point Drive, Vonore, TN 37885-2068 |
| 13764178 | + | Glenn & Kathy Garaudy, 71198 Caroline Street, Abita Springs, LA 70420-3202 |
| 13819556 | + | Glenn & Lisa Fitzgerald, 811 Rarity Bay Parkway, Vonore, TN 37885-5335 |
| 13819454 | + | Glenn Dewitt & Elizabeth Cara Counsil, 250 East Highlands Circle, Lenoir City, TN 37772-1518 |
| 13764179 | + | Gloria Menendez, 213 Kingbird Drive, Vonore, TN 37885-5338 |
| 13751544 | + | Golfco International, 6311 143rd Avenue NE, Redmond, WA 98052-4645 |
| 13764180 | + | Greg & Christine Tornrose, 829 Rarity Bay Parkway, Vonore, TN 37885-5335 |
| 13764181 | + | Greg & Cindy Carpenter, 223 Osprey Circle, Vonore, TN 37885-2051 |
| 13819468 | + | Greg & Patti Baker, 290 Marsh Hawk Drive, Vonore, TN 37885-5324 |
| 13819432 | + | Gregory & Barbara Langosch, 2007 William St, Franklin, TN 37064-4336 |
| 13764182 | + | Gregory & Eileen Engel, 300 Grandville Ct, Vonore, TN 37885-5391 |
| 13812052 | #+ | Gregory & Meredith Louden, 12400 Sparta Lane, Knoxville, TN 37934-7414 |
| 13816201 | + | Gregory G Baker & Patricia A Baker, Trustees of, the Baker Revocable Trust dated 6/24/24, Greg & Patricia Baker, 290 Marsh Hawk Drive, Vonore, TN 37885-5324 |
| 13764183 | #+ | Gregory Louden & Meredith Louden, 12400 Sparta Lane, Farragut, TN 37934-7414 |
| 13886697 | + | Gregory S. Engel and Eileen M. Engel,, Trustees of the Engel Living Trust, dated June 7, 2005, 300 Granville Ct., Vonore, TN 37885-5391 |
| 13764184 | + | Greig & Kathleen Davis, 37265 Timberview Lane, Farmington Hills, MI 48331-3057 |
| 13819398 | + | Grigorious Miaris, 1536 2nd St West, Babylon, NY 11704-5073 |
| 13819497 | #+ | Guillermo Olaiz, 410 Bonita Ave, Pasadena, CA 91107-5064 |
| 13819576 | + | Guy & Dana Cuccia, PO BOX 3613, Vail, CO 81658-3613 |
| 13764191 | + | HP Partnership c/o Ronald S. Holcomb, & Timothy J. Panella, 272 Cormorant Drive, Vonore, TN 37885-5416 |

District/off: 0649-3                     User: admin                                    Page 7 of 48

Date Rcvd: May 08, 2026                  Form ID: pdfbk                          Total Noticed: 1069

| | | |
|---|---|---|
| 13764185 | + | Harold Dunbar & Stacy Dunbar, 100 Mallard Drive, Vonore, TN 37885-5358 |
| 13764130 | + | Harry & Dorothy Wolf, 5306 Westmoreland Drive, Troy, MI 48085-6404 |
| 13764186 | + | Harry & Leslie McDavid, 140 White Hawk Drive, Vonore, TN 37885-2077 |
| 13886548 | + | Harvey C. Gannon Jr. Revocable Trust, Harvey C. Gannon, 280 Bay Pointe Dr., Vonore, TN 37885-5418 |
| 13764188 | + | Henry & Adrienne Small, 535 Rarity Bay Parkway #107, Vonore, TN 37885-2148 |
| 13764189 | + | Howard & Mary Beck, 1502 Glen Lane, Trenton, MI 48183-1724 |
| 13764190 | + | Howard & Monica Meyers, 11405 Equestrian Dr, Marengo, IL 60152-9430 |
| 13885776 | + | Hugh M. Calloway, Jr. and Kellie E. Calloway, 190 Bay Pointe Road, Vonore, TN 37885-5383 |
| 13764192 | + | Hugh M. Calloway, Jr. and Kellie E. Calloway, c/o Mary D. Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| 13764003 | + | Hummingbird Investments, LP &, Blue Mountain Capital LLC, 1718 Capitol Avenue, Cheyenne, WY 82001-4528 |
| 13751547 | + | IRS, 710 Locust Street, Knoxville, TN 37902-2559 |
| 13819352 | + | Ignacio G. Gonzales, Jr. & Roberta Conkle, 103 Warbler Court, Vonore, TN 37885-2046 |
| 13764345 | + | Immerman Hogan Revocable Trust August 30, 2010, Martin Immerman and Ann Hogan, 180 Bay Pointe Drive, Vonore, TN 37885-5383 |
| 13786656 | + | Innovation Refunds, LLC c/o Browning Law Group, 18881 Von Karman Ave, Suite 370, Irvine, CA 92612-6589 |
| 13819465 | + | Investment Ace LLC, 2701 Yarmouth Dr, Wellington, FL 33414-7650 |
| 13764214 | + | J-B & Kristen Gauthier, 5334 Avalon Way, Bloomingdale, NJ 07403-2253 |
| 13764193 | + | J. Allen, 1565 Harbor Springs Drive, Frisco, TX 75036-3333 |
| 13819408 | + | J. Carey & Nancy H. McHugh, 165 Pineberry Drive, Vonore, TN 37885-2055 |
| 13764194 | + | J. Preston, 64 Pheasant Hill Dr, Far Hills, NJ 07931-2509 |
| 13751548 | + | JS Held LLC, 50 Jericho Quadrangle, Ste. 117, Jericho, NY 11753-2726 |
| 13764195 | + | Jack & Cheri Kreutchic, 143 Black Hawk Drive, Vonore, TN 37885-2140 |
| 13764196 | #+ | Jack & Katy Ogles, 565 Rarity Bay Parkway #107, Vonore, TN 37885-5317 |
| 13764197 | + | Jack A McDonald & Patricia F. McDonald, Trustees, of the McDonald Family Revocable Trust, 205 Watercrest Drive, Vonore, TN 37885-5402 |
| 13764200 | + | James R. & Linda A. Wiese, 171 White Swan Drive, Vonore, TN 37885-5393 |
| 13764198 | + | James & Karen Wasser, 3705 Colonel Jim Drive, Maryville, TN 37804-2359 |
| 13764199 | + | James & Kathy Burns, 9350 Sandy Springs Lane, Knoxville, TN 37922-4520 |
| 13764137 | + | James & LeAnne Daniel, 181 Pineberry Drive, Vonore, TN 37885-2055 |
| 13764201 | + | James & Sharon Gibson, 255 Rock Point Drive, Vonore, TN 37885-2068 |
| 13764202 | + | James & Theresa Veselovsky, 288 Osprey Circle, Vonore, TN 37885-2050 |
| 13819509 | + | James A. & Debbie A. Reinhardt, 5 Delaware Avenue, Commack, NY 11725-5003 |
| 13819473 | + | James B. McCoy, 299 Pineberry Drive, Vonore, TN 37885-5315 |
| 13764059 | + | James C. & Tammy Z. Summers, 565 Rarity Bay Pkwy #105, Vonore, TN 37885-5317 |
| 13764229 | + | James D. & Cynthia A. Pulkrabek Harrison, 1470 Rarity Bay Parkway, Vonore, TN 37885-5347 |
| 13878534 | + | James Goetz Living Trust, Joy and Jim Goetz, 215 Pineberry Dr., Vonore, TN 37885-5315 |
| 13764205 | + | James H Wisneski & Freida J Johnson, 140 Towhee Drive, Vonore, TN 37885-5360 |
| 13764203 | + | James Lewis & Marguerite Lewis, 280 Morning Dove Drive, Vonore, TN 37885-5327 |
| 13813539 | + | James M. Veselovsky, 288 Osprey Circle, Vonore, TN 37885-2050 |
| 13764204 | + | James Mathis, 1115 Harbor View Drive, Lenoir City, TN 37772-4035 |
| 13886536 | + | James Robert Burns and Kathy Kosyk Burns, Trustees, of the Burns Family Trust, James and Kathy Burns, 9350 Sandy Springs Lane, Knoxville, TN 37922-4520 |
| 13878584 | #+ | James Robert/Joan Mary Bauman, James R. Bauman c/o Butterfield, 209 Bay Pointe Rd., Vonore, TN 37885-5419 |
| 13819474 | #+ | James Walter & Carol Deanne Patenge, 304 Gado Trace, Loudon, TN 37774-6850 |
| 13816242 | #+ | James Walter Patenge and Carol Dianne Patenge, James Patenge, 304 Gado Trace, Loudon, TN 37774-6850 |
| 13819573 | + | Jami & Jason Cole, P. O. Box 650, Urbana, OH 43078-0650 |
| 13819452 | + | Jamie E. & Jeffrey Griffin, 2452 Scarlet Belle Ct, Bakersfield, CA 93314-5239 |
| 13819427 | + | Jan & Jim Wells, 191 Pineberry Drive, Vonore, TN 37885-2055 |
| 13764207 | + | Jan Stephenson, 500 Seawall Blvd #915, Galveston, TX 77550-5774 |
| 13819469 | #+ | Jane S. & John N. Gilbreath, 290 Pineberry Drive, Vonore, TN 37885-5321 |
| 13815631 | + | Janet Muir, 909 Rarity Bay Parkway, Vonore, TN 37885-5371 |
| 13819388 | + | Janetta & Dale Baker, 145 Pineberry Drive, Vonore, TN 37885-2055 |
| 13819491 | + | Janis R. Powers, 350 Pineberry Drive, Vonore, TN 37885-5321 |
| 13886538 | + | Jared Kadel & Diana Kadel, 150 Pineberry Dr., Vonore, TN 37885-2054 |
| 13815092 | #+ | Jason & Cynthia Walsh, 545 Rarity Bay Parkway #207, Vonore, TN 37885-5381 |
| 13815413 | + | Jason P. & Cynthia E. Walsh, 76 Elcano Lane, St. Augustine, FL 32095-6647 |
| 13764209 | + | Jason P. & Cynthia E. Walsh, Jason Walsh, 76 Elcano Lane, St Augustine FL 32095-6647 |
| 13813569 | + | Jason P. & Cynthia Walsh, 76 Elcano Lane, St. Augustine, FL 32095-6647 |
| 13764210 | #+ | Jason and Cythia Walsh, 545 Rarity Bay Parkway #207, Vonore, TN 37885-5381 |
| 13764211 | + | Jay & Diane Fitzsimmons, 195 Big Water Drive, Vonore, TN 37885-5328 |
| 13764212 | + | Jay & Ellen Kromholz, N2415 Roselyn Ct, Appleton, WI 54913-8956 |
| 13812461 | | Jean-Baptiste A Gauthier & wife Kristen J Gauthier, Kristen & Jean-Baptiste Gauthier, 1620 Rarity Bay Pkwy, Vonore, TN 37885-5351 |
| 13819359 | + | Jed & Jocelyn Norden, 110 Towhee Drive, Vonore, TN 37885-5360 |
| 13819490 | + | Jeff & Amy Bokal, 350 Marsh Hawk Drive, Vonore, TN 37885-5331 |

District/off: 0649-3                           User: admin                                    Page 8 of 48

Date Rcvd: May 08, 2026                       Form ID: pdfbk                               Total Noticed: 1069

| | | |
|---|---|---|
| 13764215 | + | Jeff & Carol Shaw, 171 Gold Finch Lane, Vonore, TN 37885-2000 |
| 13819508 | + | Jeff & Donna Baker, 4914 Looking Glass Trail, Denver, NC 28037-9032 |
| 13764216 | + | Jeff & Kathy Laws, 115 Rock Point Drive, Vonore, TN 37885-2065 |
| 13819416 | + | Jeff & Katie Gaus, 175 Big Water Drive, Vonore, TN 37885-5328 |
| 13764217 | + | Jeff & Moe Aschenbeck, Sharon Wise 160 Song Sparrow Lane, Vonore, TN 37885-5420 |
| 13819545 | + | Jeff S. & Nancy F. Yeomans, 752 Wood Duck Drive, Vonore, TN 37885-2044 |
| 13886288 | + | Jeffery B. Laws and Kathy H. Laws, Co-Trustees, Jeffery & Kathy Laws, 115 Rock Point Drive, Vonore, TN 37885-2065 |
| 13764218 | + | Jeffrey & Ann Schill, 150 Blue Jay Avenue, Vonore, TN 37885-2071 |
| 13764219 | + | Jeffrey & Cynthia Stewart, 692 Sandpiper Drive, Vonore, TN 37885-2040 |
| 13764220 | #+ | Jeffrey & Elizabeth Batts, 125 Watercrest Drive, Vonore, TN 37885-5330 |
| 13764221 | + | Jeffrey & Patricia Kupperman, 135 Red Robin Lane, Vonore, TN 37885-5397 |
| 13816203 | + | Jeffrey Aschenbeck & Maureen Aschenbeck, Jeffrey W. Aschenbeck, 160 Song Sparrow Ln, Vonore, TN 37885-5420 |
| 13813740 | + | Jeffrey P Kupperman and Patricia M Kupperman, Revocable Living Trust, c/o Jeffrey P Kupperman, 135 Red Robin Lane, Vonore, TN 37885-5397 |
| 13886529 | + | Jeffrey P Schill & Ann M. Schill, 150 Blue Jay Avenue, Vonore, TN 37885-2071 |
| 13816272 | + | Jeffrey R. Bokal Revocable Trust dated 5/10/04, Jeffrey R. Bokal, Trustee, 350 Marsh Hawk Drive, Vonore, TN 37885-5331 |
| 13764222 | + | Jennifer Boldizsar, 170 Heron Court, Vonore, TN 37885-5305 |
| 13764224 | + | Jennifer Warner, 500 Rarity Bay Parkway, Vonore, TN 37885-2087 |
| 13764225 | + | Jeremy Diermeier, 200 Mallard Dr, Vonore, TN 37885-5423 |
| 13764227 | + | Jerry Ellison, 1625 Rarity Bay Parkway, Vonore, TN 37885-5352 |
| 13764226 | + | Jerry F & Rosemary K Townsend, Trustees of the Jerry F. Townsend, Trust, 150 Gold Finch Lane, Vonore, TN 37885-2073 |
| 13819575 | + | Jerry Sloan, PO Box 1167, Madisonville, TN 37354-1610 |
| 13764228 | + | Jim & Cathy Barrett, 132 Osprey Circle, Vonore, TN 37885-2057 |
| 13764579 | + | Jim & Jean Vosburg, 125 Black Hawk Drive, Vonore, TN 37885-2140 |
| 13764230 | + | Jim & Joy Goetz, 215 Pineberry Dr, Vonore, TN 37885-5315 |
| 13764231 | + | Jim & Linn Post, 319 Goldcrest Drive, Vonore, TN 37885-5407 |
| 13764232 | + | Jim & Margaret Atchley, 110 Nuthatch Court, Vonore, TN 37885-5336 |
| 13764233 | + | Jim & Petey Revell, 7312 Charter Cup Lane, West Chester, OH 45069-1593 |
| 13764234 | + | Jim & Sheila Powers, 215 White Hawk Drive, Vonore, TN 37885-5369 |
| 13764235 | + | Jim Daniel & Dolores Daniel, 200 Gold Finch Lane, Vonore, TN 37885-2076 |
| 13764236 | + | Jim Hankins & Nancy Rippy, 260 Morning Dove Drive, Vonore, TN 37885-5327 |
| 13764268 | + | JoJo & Randy Smith, 688 Sandpiper Drive, Vonore, TN 37885-2040 |
| 13764237 | + | Joan Allaben, 112 Greenfinch Drive, Vonore, TN 37885-5385 |
| 13764238 | + | Joanne Schaeffer, 555 Rarity Bay Parkway #205, Vonore, TN 37885-5345 |
| 13764239 | + | Joe & Anita Taylor, PO Box 370, Vonore, TN 37885-0370 |
| 13764240 | + | Joe Hauser, Colleen McCotter 205 Hummingbird Dr, Vonore, TN 37885-5356 |
| 13764241 | + | John & Carol Toukatly, 555 Rarity Bay Parkway #107B, Vonore, TN 37885-5343 |
| 13764242 | + | John & Clare Connolly, 903 South I-Oka Avenue, Mount Prospect, IL 60056-4216 |
| 13819370 | + | John & Colleen Lorts, 119 Big Water Drive, Vonore, TN 37885-5328 |
| 13819446 | + | John & Emily Jeffcoat, 240 Marsh Hawk Drive, Vonore, TN 37885-5324 |
| 13764243 | + | John & Etta Clark, 791 Rarity Bay Parkway, Vonore, TN 37885-5376 |
| 13764244 | + | John & Eva Morgan, 375 Rarity Bay Parkway, Vonore, TN 37885-5313 |
| 13764245 | | John & Janie Ehmig, 190 Pineberry Drive, Vonore, TN 37885 |
| 13764246 | + | John & Jeanne Kasmarick, 204 Eagle Circle, Vonore, TN 37885-2092 |
| 13764247 | + | John & Joycelyn Tierney, 220 Hummingbird Drive, Vonore, TN 37885-5356 |
| 13819358 | + | John & Julia Matson, 110 Lace Wing Drive, Vonore, TN 37885-2099 |
| 13764248 | + | John & Karen Brohan, 176 Wilcox Drive, Bartlett, IL 60103-4678 |
| 13764249 | + | John & Kay Alexander, 259 Grandville Court, Vonore, TN 37885-5357 |
| 13764250 | + | John & Kim Wood, 323 Goldcrest Drive, Vonore, TN 37885-5407 |
| 13819443 | + | John & Martha Jaeger, 23247 Providence Drive, Kildeer, IL 60047-8035 |
| 13764252 | + | John & Michelle Little, 128 Parkside Dr., Vonore, TN 37885-4303 |
| 13819405 | + | John & Patricia Goodall, 160 Rock Point Drive, Vonore, TN 37885-2066 |
| 13764253 | + | John & Rachel Ferrie, 12140 Southwick Circle, Farragut, TN 37934-1500 |
| 13764254 | + | John & Sandra Wells, 212 Kingbird Drive, Vonore, TN 37885-5326 |
| 13764255 | + | John & Sandra Wells, c/o TSTW Primary, LLC, 212 Kingbird Dr, Vonore, TN 37885-5326 |
| 13819569 | + | John & Sue Seitz, 999 Rarity Bay Parkway, Vonore, TN 37885-5314 |
| 13819383 | + | John E. & Nancy S. Buckley, 3932 Shagbark Trail, Galena, OH 43021-8024 |
| 13819425 | + | John E. & Shirley M. Kunish, 188 Heron Court, Vonore, TN 37885-5305 |
| 13764261 | + | John Eugene & Pamela Dill McCoy, 289 Grandville Ct, Vonore, TN 37885-5357 |
| 13816241 | + | John F Stasko Revocable Trust dated 10/2/12, John F. Stasko, 120 Watercrest Drive, Vonore, TN 37885-5329 |
| 13819568 | + | John F. & Mindi M. Preston, 9653 Asti Lane, Lake Worth, FL 33467-7036 |
| 13819382 | + | John H. Dickey, 135 Big Water Drive, Vonore, TN 37885-5328 |
| 13764266 | + | John H. Wahlhaupter, Jr., 1717 Schucks Rd, Bel Air, MD 21015-6443 |

District/off: 0649-3                                        User: admin                                        Page 9 of 48

Date Rcvd: May 08, 2026                                    Form ID: pdfbk                                     Total Noticed: 1069

13764259    + John J. & Lorraine Molloy, 110 Wax Wing Court, Vonore, TN 37885-5339
13764257    + John J. and Yvonne S. Gamble, 545 Rarity Bay Parkway, #304C, Vonore, TN 37885-5382
13764260    + John Kosie, 335 Pineberry Dr, Vonore, TN 37885-5355
13764251    + John Leslie & Kimberly Jan Laliberte, 11 Pineberry Court, Vonore, TN 37885-5304
13819584      John Michael & Susan Lea Cleverdon, 219 Osprey Circle, Vonore, TN 37885
13816256    + John Michael Cleverdon and Susan Lea Cleverdon, 190 Blue Jay Avenue, Vonore, TN 37885-2071
13816273   #+ John Newell Gilbreath & Jane Suzanne Gilbreath, 290 Pineberry Drive, Vonore, TN 37885-5321
13819424    + John P. & Carol Ritchey Henderson, 1873 Rich Court, Beavercreek, OH 45432-2366
13764262    + John Porter Jr, Jean Porter 269 Rock Point Drive, Vonore, TN 37885-2068
13819482   #+ John R. Cole, 325 Pineberry Drive, Vonore, TN 37885-5355
13764263   #+ John Ratelle, 124 Eagle Circle, Vonore, TN 37885-2091
13812415    + John Robertson Jeffcoat, trustee & Emily Chappell, Jeffcoat, trustee of the Jeffcoat family, John R. Jeffcoat, 240 Marsh Hawk Dr., Vonore,
              TN 37885-5324
13764264    + John Royster, 545 Rarity Bay Parkway #105, Vonore, TN 37885-5380
13819531    + John Scruggs & Jennifer Van Wormer, 661 Sandpiper Drive, Vonore, TN 37885-2041
13764265    + John Stasko, Deb Wheeler 120 Watercrest Drive, Vonore, TN 37885-5329
13819399    + John T. & Mary G. Wilbert, 154 Kawga Way, Loudon, TN 37774-2802
13816101    + John T. Goodall & Patricia Goodall, 160 Rock Point Drive, Vonore, TN 37885-2066
13819414    + John W. & Margaret A. Crafton, 174 Mallard Drive, Vonore, TN 37885-5358
13879840    + John W. Crafton, Margareta A. Crafton, 174 Mallard Drive, Vonore, TN 37885-5358
13764256    + John and Michelle Hammond, 450 Morning Dove Dr., Vonore, TN 37885-5309
13816128    + John and Pamela McCoy Trust dated 9/10/2020, John & Pamela McCoy, 289 Grandville Court, Vonore, TN 37885-5357
13819550    + Jon & Dona Caldwell, 780 Rarity Bay Parkway, Vonore, TN 37885-5303
13764269    + Jose and Jeannette Martin, 108 Greenfinch Drive, Vonore, TN 37885-5385
13764270    + Joseph & Cathy Filosi, 117 Red Hawk Drive, Vonore, TN 37885-2525
13819372    + Joseph & Peggy Damele, 123 Rock Point Drive, Vonore, TN 37885-2065
13764271    + Joseph & Sharon Hajek, 5872 Woodbridge Lane, West Chester, OH 45069-4518
13816209    + Joseph & Yolanda Gomez, 112 Parkside Drive, Vonore, TN 37885-4303
13764273    + Joseph P. & Lois Cockrum, 119 Killdeer Drive, Vonore, TN 37885-5365
13764274    + Joyce Sabo (Sommerkamp), Robert Sommerkamp, 653 Sandpiper Drive, Vonore, TN 37885-2041
13764275    + Juanita Lewis, 12112 Folkstone Drive, Herndon, VA 20171-1824
13819524    + Judy & Richard Enners, 624 Rarity Bay Parkway, Vonore, TN 37885-2089
13764276    + Judy and Lynn Carter, 535 Rarity Bay Parkway #305, Vonore, TN 37885-2150
13764278    + Julie Hendrickson, 1126 Williamson Chapel Road, Maryville, TN 37801-1148
13819475    + Julie R. Koewler, 308 Morning Marsh Lane, Charleston, SC 29492-2839
13764279    + Julie Schroeder, 290 Grandville Court, Vonore, TN 37885-5357
13764277    + Julie and Lou Coco, Clover House LLC 902 Shade Tree Ln., Knoxville, TN 37922-5239
13816217    + Julie and Michael Capozzi, 830 Rarity Bay Pkwy, Vonore, TN 37885-5359
13764280   #+ June Stafford Burch, 180 Goldfinch Lane, Vonore, TN 37885-2073
13764281    + Karen & Gregory Jordan, 199 East Main Street, Oceanport, NJ 07757-1238
13816219    + Karen A. Birch, 145 Watercrest Dr., Vonore, TN 37885-5330
13764282    + Karen Birch, 145 Watercrest Dr, Vonore, TN 37885-5330
13764283    + Karen Glasgow, 207 Osprey Circle, Vonore, TN 37885-2051
13819543    + Karen Kaiser & Eric J. Hinkle, 732 Wood Duck Dr, Vonore, TN 37885-2044
13882808    + Karen Kaiser Hinkle and Eric J. Hinkle, 732 Wood Duck Drive, Vonore, TN 37885-2044
13816266    + Karen Kaiser Hinkle, Eric J. Hinkle, 732 Wood Duck Dr., Vonore, TN 37885-2044
13819525    + Kasey Donald Millikan, 625 Sandpiper Drive, Vonore, TN 37885-2041
13764286    + Kathryn McCubbin, 535 Rarity Bay Parkway #105, Vonore, TN 37885-2148
13884724    + Kathy E. Kosie, 335 Pineberry Dr., Vonore, TN 37885-5355
13764287    + Kathy Kosie, 1031 Legacy Drive, Birmingham, AL 35242-6023
13764288    + Keith & Maureen Kropf, 211 Wren Court, Vonore, TN 37885-2052
13764289    + Keith & Tammy Taylor, 410 Cormorant Drive, Vonore, TN 37885-5341
13819417    + Ken & Donna Cook, 175 Rock Point Drive, Vonore, TN 37885-2065
13764291    + Kenneth & Amy Hobrock, 945 Cascata Trail, Huntertown, IL 46748-4805
13819430    + Kenneth & Angela Moeller, 20 Pineberry Court, Vonore, TN 37885-5322
13819476    + Kenneth & Mary Siddall, 310 Cormorant Drive, Vonore, TN 37885-5389
13764292    + Kenneth Atchison, Colleen Dougherty 255 Bay Pointe Drive, Vonore, TN 37885-5419
13764293    + Kenneth Davin &Carrie Davin, 4260 Sailview Drive, Denver, NC 28037-7017
13764294    + Kenneth Klepps, Jennifer Boldizar, 545 Rarity Bay Parkway C104, Vonore, TN 37885-5379
13813594    + Kenneth Marvin Klepps &, Jennifer Boldizsar, 170 Heron Ct, Vonore, TN 37885-5305
13764343    + Kenneth Thomas & Donna M. Cook, & Marleise Cook Bronski, 175 Rock Point Drive, Vonore, TN 37885-2065
13819435    + Kent & Wendy O'Brien, 210 Marsh Hawk Drive, Vonore, TN 37885-5324
13812392    + Kent P. O'Brien & wife, Wendy K. O'Brien, Kent P OBrien, 210 Marsh Hawk Dr, Vonore, TN 37885-5324

District/off: 0649-3                          User: admin                                    Page 10 of 48

Date Rcvd: May 08, 2026                       Form ID: pdfbk                                 Total Noticed: 1069

13764297    + Kevin & Teresa O'Beirne, 227 Kingbird Drive, Vonore, TN 37885-5338
13764295    + Kevin & Vicki Ferros, 1460 Rarity Bay Parkway, Vonore, TN 37885-5347
13819377    + Kevin & Virginia Cheezum, 12809 Desplaines Drive, Fishers, IN 46037-7841
13764296    + Kevin C. Stevens, Kennerly, Montgomery, Finley, PC PO Box 442, Knoxville, TN 37901-0442
13821117    + Kevin J. Thomas, 190 Marsh Hawk Dr, Vonore, TN 37885-5377
13819522    + Kevin R. & Karen K. Millikan, 617 Sandpiper Drive, Vonore, TN 37885-2041
13764298    + Kevin Thomas & Liana Thomas, 190 Marsh Hawk Dr, Vonore, TN 37885-5377
13819577    + Kim & Gail Lane, PO Box 369, St. John, IN 46373-0369
13764299    + Kimm & Judy Sayre, 430 Morning Dove Drive, Vonore, TN 37885-5309
13812129    + Kimm L Sayre, 430 Morning Dove Drive, Vonore, TN 37885-5309
13764300    + Kirby & Fern Smith, 273 Osprey Circle, Vonore, TN 37885-2051
13751550    + Kizer & Black, Attorneys, PLLC, c/o Melanie E. Davis, Esq., 217 E. Broadway Ave., Maryville, TN 37804-5741
13751551    + Knox County Circuit Court, 400 Main Avenue, City County Bldg., Room M-30, Knoxville, TN 37902-2405
13751552    + Kramer Rayson LLP, PO Box 629, Knoxville, TN 37901-0629
13764301    + Kris Schuh, 110 Chickadee Circle, Vonore, TN 37885-2135
13819493    + Kristin Myers, 3755 Baccurate Way, Marietta, GA 30062-8709
13764302   #+ Kurt & Lisa Lansdell, 129 White Hawk Drive, Vonore, TN 37885-2078
13764303    + Kyle & Amy Cordes, 16500 Edge Water Ave, Chesterfield, MO 63017-4706
13764304      Larry & Connie Williams, 180 White Swan Drive, Vonore, TN 37885
13764311    + Larry & Jennifer Zeno, 130 Cormorant Drive, Vonore, TN 37885-5366
13764305    + Larry & Joan Wichelns, 1510 Rarity Bay Parkway, Vonore, TN 37885-5349
13764307    + Larry & Sherri Deans, 360 Marsh Hawk Drive, Vonore, TN 37885-5331
13764309      Larry D. & Carol D. Strunk, 257 Osprey Circle, Vonore, TN 37885-2051
13816250      Larry D. Strunk and Carol D. Strunk, 257 Osprey Circle, Vonore, TN 37885-2051
13764306    + Larry G. Langhoff & Nancy L. Langhoff, 113 Black Hawk Drive, Vonore, TN 37885-2140
13764308    + Larry Goff, Irene Nicholas 1540 Heritage Trail, Roswell, GA 30075-4897
13816283    + Larry R & Constance Williams, 181 White Swan Drive, Vonore, TN 37885-5393
13764310    + Larry Wilkerson, 309 Goldcrest Drive, Vonore, TN 37885-5407
13816237    + Lawrence & Joan Wichelns, 1510 Rarity Bay Parkway, Vonore, TN 37885-5349
13819360    + Lawrence Rolapp, 111 Tanasi View Place, Loudon, TN 37774-2187
13816247    + Lawrence Wilkerson, 309 Goldcrest Drive, Vonore, TN 37885-5407
13764312    + Lee Roper, 3729 Britford Drive, Flower Mound, TX 75022-4789
13764313    + Lee Wilson, Penny Tyler 240 Goldcrest Drive, Vonore, TN 37885-5363
13819500    + Len Hart, 420 Poplar Creek, Oliver Springs, TN 37840-2807
13764071   #+ Leonard & Cheryl Weaver, 37968 Piggott Bottom Road, Purcellville, VA 20132-9643
13764314    + Linda Brummund, 124 Parkside, Vonore, TN 37885-4303
13764315    + Linda Neumann, 130 Towhee Drive, Vonore, TN 37885-5360
13764414   #+ Linda Tankersley, 155 Killdeer Drive, Vonore, TN 37885-5365
13816205    + Lindsey & Nicholas Agvent, 141 Heron Court, Vonore, TN 37885-5305
13764317    + Lois Epp & David Vogt, 126 Eagle Circle, Vonore, TN 37885-2091
13751553      Loudon Utilities, 2360 TN-72, Loudon, TN 37774
13764318   #+ Louis & Melanie Rossi, 320 Watercrest Drive, Vonore, TN 37885-5406
13816213   #+ Louis & Melanie Rossi Revocable, Trust of 2018, Louis & Melanie Rossi, 320 Watercrest Drive, Vonore, TN 37885-5406
13764319    + Louis and Kathleen DeSorbo, PO Box 346, Loudon, TN 37774-0346
13764320    + Louise C. Teising, Trustee of the Louise C. Teising Trust, 110 Watercrest Drive, Vonore, TN 37885-5329
13764321    + Luke & Jessica Wiggins, 115 Warbler Court, Vonore, TN 37885-2046
13764322    + Luke Noe, 7475 Pine Grove Providence RD, Loudon, TN 37774-6249
13764324    + Lynn Rubow, 110 Watercrest Drive, Vonore, TN 37885-5329
13764325    + Lyubov Mostova, 1005 Marina Mile Blvd #335, Fort Lauderdale, FL 33315-2433
13764327    + M&M Gosch LLC & The Marc & Marie Gosch Trust, of 1989, Marc Loren Gosch, 1670 Rarity Bay Parkway, Vonore, TN 37885-5351
13764541    + M. Michelle & Terry G. Aff,, Trustee(s) of the M. Michelle Aff, Living Trust, 673 Sandpiper Drive, Vonore, TN 37885-2041
13764326    + M. Yucel, 300 E. Royal Palm Road #42B, Boca Raton, FL 33432-5039
13764382    + Mac & Michelle Humphrey, 380 Morning Dove Drive, Vonore, TN 37885-5308
13886526    + MacWilliams Family Revocable Trust, Peter D. MacWilliams & Sharon L. MacWill, Peter MacWilliams, 300 Whippoorwill Dr., Vonore,
               TN 37885-5387
13819559    + Mahboubeh Dadash-Zadeh, 850 Rarity Bay Parkway, Vonore, TN 37885-5359
13815539    + Marc A. Nemser and Peggy L. Brenneman, 150 Starling Drive, Vonore, TN 37885-1729
13764328    + Marc Nemser, Peggy Brenneman 150 Starling Drive, Vonore, TN 37885-1729
13764329    + Marcus & Lisa Allen, 1730 Rarity Bay Parkway, Vonore, TN 37885-5403
13819355    + Marcus & Wendy Malais, 107 Nice Drive, New Bern, NC 28560-5514
13815742    + Marcus and Lisa Allen, Trustees of the Marcus, and Lissa Allen Family Trust of 2010, Marcus and Lisa Allen, Trustees, 1730 Rarity Bay
               Parkway, Vonore, TN 37885-5403
13816131    + Marie Monzell Perry, Trustee of the Marie Monzell, Perry Trust dated 7/14/2011, 2051 Jacob Ln, Lebanon, OH 45036-6801

District/off: 0649-3 User: admin Page 11 of 48

Date Rcvd: May 08, 2026 Form ID: pdfbk Total Noticed: 1069

| 13816212 | + | Marilyn & Russell Hudoba Trustee's, of the Marilyn Hudoba Family Trust, Russell/Marilyn Hudoba, 315 Pineberry Street, Vonore, TN 37885-5355 |
| 13819464 | + | Marilyn Galbreath, 270 Morning Dove Drive, Vonore, TN 37885-5327 |
| 13764331 | + | Mark & Christina Laivins, 1499 Bean Oller Road, Delaware, OH 43015-9369 |
| 13764339 | + | Mark & Eileen Karnes, 1520 Rarity Bay Pkwy, Vonore, TN 37885-5349 |
| 13812509 | + | Mark & Eileen Karnes, Trustee of the, Karnes Family Revocable Trust, Mark & Eileen Karnes, 1520 Rarity Bay Parkway, Vonore, TN 37885-5349 |
| 13764333 | + | Mark & Judy Gibson, 1039 Rarity Bay Parkway, Vonore, TN 37885-5323 |
| 13764334 | + | Mark & Lisa Lyon, 1700 Rarity Bay Parkway, Vonore, TN 37885-5403 |
| 13764335 | + | Mark & Peg Montag, 180 Hummingbird Dr, Vonore, TN 37885-5405 |
| 13764336 | + | Mark & Susan Brown, 300 Legacy Drive, Madisonville, TN 37354-5864 |
| 13819485 | + | Mark Allen & Dana Elise Gilkes, 335 Indian Cave Drive, Loudon, TN 37774-5867 |
| 13764340 | + | Mark Laivins, 1499 Bean Oller Road, Delaware, OH 43015-9369 |
| 13812145 | + | Mark Laivins & Christina Laivins, Mark & Christina Laivins, 121 White Hawk Dr., Vonore, TN 37885-2078 |
| 13819514 | + | Mark S. & Dawn R. Hayward, Trustees, 535 Rarity Bay Parkway, Condo D102, Vonore, TN 37885-2147 |
| 13886042 | + | Mark Stephen and Dawn Hayward, 535 Rarity Bay Parkway, 102D, Vonore, TN 37885-2148 |
| 13764337 | + | Mark and Amy Dale, 1675 Preakness Drive, Gambrills, MD 21054-1153 |
| 13764341 | + | Marlee Tierce, 555 RARITY BAY PKWY APT 301, Vonore, TN 37885-5346 |
| 13764342 | + | Marlee Tierce, Sandy Cox 545 Rarity Bay Parkway #202, Vonore, TN 37885-5381 |
| 13819467 | + | Marsha Kinney, 11 Creigmont Court, Crossville, TN 38558-6608 |
| 13764344 | + | Marshall & Robin Powers, 230 Whippoorwill Drive, Vonore, TN 37885-5394 |
| 13816104 | + | Martha Cate Kutz Estate-Trustee James J Mathis Jr, James J. Mathis, Jr., 1115 Harbour View Drive, Lenoir City, TN 37772-4035 |
| 13815636 | + | Martin Immerman, Ann Hogan 180 Bay Pointe Drive, Vonore, TN 37885-5383 |
| 13819503 | + | Mary Ann & Rudy Hejny, 440 Morning Dove Drive, Vonore, TN 37885-5309 |
| 13764346 | + | Mary Cesaretti, 153 Heron Court, Vonore, TN 37885-5305 |
| 13764348 | | Mary Ratelle, 122 Eagle Circle, Vonore, TN 37885 |
| 13764351 | + | Marylees Miller, 700 Rarity Bay Parkway, Vonore, TN 37885-5370 |
| 13764352 | + | Matt & Diane Evans, 17805 Tulip Lane, Tinley Park, IL 60477-6583 |
| 13764353 | #+ | Matteo Giordano III and Lynn Ann Powers, 210 Walelu Trail, Vonore, TN 37885-6710 |
| 13764354 | + | Matthew & Karen Frederick, 430 Cormorant Dr, Vonore, TN 37885-5341 |
| 13819418 | + | Matthew & Rita Lynch, 180 Chickadee Circle, Vonore, TN 37885-2135 |
| 13764355 | + | Matthew Kramek & Susan Kramek, 1009 Rarity Bay Parkway, Vonore, TN 37885-5323 |
| 13764356 | + | Matthew R. & Julie A. Schroeder, 290 Grandville Court, Vonore, TN 37885-5357 |
| 13764357 | + | Maurice R. & Carol J. Richter, 190 Nightingale Drive, Vonore, TN 37885-2035 |
| 13764359 | + | Melinda Moroz, 250 Whippoorwill Drive, Vonore, TN 37885-5394 |
| 13764360 | + | Melvin & Carla Fernandez, 1485 Seaside Circle, Navarre, FL 32566-7062 |
| 13764358 | + | Melvin J. Rachal & Denise C. Rachal, 130 Watercrest Drive, Vonore, TN 37885-5329 |
| 13751554 | + | Michael & Jamie Frisbey, c/o Kizer & Black, Attorneys, PLLC, Melanie E. Davis, 217 E. Broadway, Maryville, TN 37804-5741 |
| 13764206 | + | Michael & Jamie Frisbey, 550 Cormorant Drive, Vonore, TN 37885-5411 |
| 13764361 | + | Michael & Joan Sabato, 600 Sandpiper Drive, Vonore, TN 37885-2040 |
| 13764372 | + | Michael & Julie Capozzi, 830 Rarity Bay Parkway, Vonore, TN 37885-5359 |
| 13764373 | + | Michael & Kathleen Siedlecki, 310 Grandville Ct, Vonore, TN 37885-5391 |
| 13764362 | + | Michael & Kathy Kachelmeyer, 240 Bay Pointe Drive, Vonore, TN 37885-5418 |
| 13815634 | + | Michael & Laurie Szilvagyi, 186 Rock Point Drive, Vonore, TN 37885-2066 |
| 13764364 | + | Michael & Leslie Miller, 233 Osprey Circle, Vonore, TN 37885-2051 |
| 13764374 | + | Michael & Marilyn Garnto, 224 Kingbird Drive, Vonore, TN 37885-5326 |
| 13764365 | + | Michael & Michelle McCarty, 260 Cormorant Dr, Vonore, TN 37885-5416 |
| 13764366 | + | Michael & Nancie Guido, 330 Cormorant Drive, Vonore, TN 37885-5389 |
| 13819558 | + | Michael & Nancy Dennis, 849 Rarity Bay Parkway, Vonore, TN 37885-5335 |
| 13764367 | + | Michael & Pamela Fink, 143 Osprey Circle, Vonore, TN 37885-2058 |
| 13764369 | + | Michael & Patty Lamia, 210 S Shore Crest Drive, Tampa, FL 33609-2533 |
| 13764371 | + | Michael & Susan Gallagher, 4150 Rock Mountain Road, Fallbrook, CA 92028-9751 |
| 13764376 | + | Michael Ayres, 4712 Messer Lane, Powell, TN 37849-5175 |
| 13819373 | + | Michael Choo Heang Goh, 1235 Forest Hill Rd #2K, Staten Island, NY 10314-6314 |
| 13885247 | + | Michael D. Baumgarten, 865 Rarity Bay Pkwy, Vonore, TN 37885-5335 |
| 13819544 | + | Michael E. & Susan W. Curtis, 748 Wood Duck Drive, Vonore, TN 37885-2044 |
| 13764363 | + | Michael ETUX Laurie Szilvagyi, Michael & Laurie Szilvagyi, 186 Rock Point Drive, Vonore, TN 37885-2066 |
| 13815633 | | Michael ETUX Laurie Szilvagyi, Michael & Laurie Szilvagyi, 184 Rock Point Drive, Vonore, TN 37885 |
| 13764379 | + | Michael Edward Harrell and Sharon Hubbard Harrell, 170 Killdeer Dr, Vonore, TN 37885-5364 |
| 13886293 | + | Michael Fossum, 4420 Braeburn Court, Brighton, MI 48116-9781 |
| 13764378 | + | Michael Greis & Lynn Greis, 534 Rarity Bay Pkwy, Vonore, TN 37885-2087 |
| 13819350 | + | Michael L. & Jan C. Lewis, 10215 Canton Place, Knoxville, TN 37922-8311 |
| 13819530 | + | Michael Lee & Debra Ann Held, 649 Sandpiper Drive, Vonore, TN 37885-2041 |

District/off: 0649-3 | User: admin | Page 12 of 48
Date Rcvd: May 08, 2026 | Form ID: pdfbk | Total Noticed: 1069

13764380 + Michael Little, Maribel Salgado 12408 Tahoe Lane, Mokena, IL 60448-1898
13764370 + Michael Mayer & Stephanie Cayne-Mayer, 225 Rock Point Drive, Vonore, TN 37885-2068
13764381 + Michael Steward, 1430 Rarity Bay Parkway, Vonore, TN 37885-5347
13886524 + Michael and Michelle McCarty, 9972 Grand Central Cirle N, Collierville, TN 38017-6002
13764375 + Michael and Rebecca Blaylock, 535 Rarity Bay Pkwy, Condo D203, Vonore, TN 37885-2147
13819439 #+ Michelle Bubulka, 2228 Foxboro Lane, Naperville, IL 60564-8453
13815608 + Michelle Mackay & Wm. Scott Carty, 370 Morning Dove Drive, Vonore, TN 37885-5308
13764385 + Mike & Cathy McCoy, 335 RARITY BAY PKWY, Vonore, TN 37885-5313
13819451 + Mike & Jayne Miller, 245 Rock Point Drive, Vonore, TN 37885-2068
13819517 + Mike & Sandy Poe, 565 Rarity Bay Parkway, Condo A102, Vonore, TN 37885-5320
13819426 + Mike & Susan Cleverdon, 190 Blue Jay Avenue, Vonore, TN 37885-2071
13764387 + Mike Fossum & Nicole Fossum, 4420 Braeburn Court, Brighton, MI 48116-9781
13764388 + Mike Miller & Mandy Miller, Lex Miller & Trey Miller, 1029 Rarity Bay Parkway, Vonore, TN 37885-5323
13764389 + Mike Poe, 1 Timber Lane, Hilton Head Island, SC 29926-1080
13764390 + Mike Silver, 2407 39th Avenue NE #114, Minneapolis, MN 55421-4221
13764391 + Mike Snyder & Pat Snyder, 190 Goldfinch Lane, Vonore, TN 37885-2073
13764392 + Mitzi Wheeler, 180 Heron Court, Vonore, TN 37885-5305
13751555 + Monroe County Chancery Court, Teresa Choate, Clerk & Master, 105 College Street S., Suite 2, Madisonville, TN 37354-2400
13764393 + Monte & Carolyn Miller, 685 Sandpiper Drive, Vonore, TN 37885-2041
13764394 + Monty Benefiel & Kari Por, 245 Bay Pointe Drive, Vonore, TN 37885-5419
13819449 + Monty Benefiel & Kari Porter, 245 Bay Pointe Drive, Vonore, TN 37885-5419
13819481 + Morris & Yonkyoung McCurry, 325 Grandville Court, Vonore, TN 37885-5391
13751556 + Mountain Commerce Bank, PO Box 4521, Carol Stream, IL 60197-4521
13764395 + Muhsin & Bernadette Atty, 7278 Silverleaf Lane, West Bloomfield, MI 48322-3330
13812462 + Murat Yucell, 300 E Royal Palm #42 B, Boca Raton, FL 33432-5039
13819384 + Muriel & Ed Phoebus, 140 Cormorant Drive, Vonore, TN 37885-5366
13764396 + Murphy & Deborah Morgan, 101 Brambling Ct., Vonore, TN 37885-5415
13814606 + Murphy/Deborah Morgan, Trustee of the, Morgan Family Trust, Murphy & Deborah Morgan, 101 Brambling Ct., Vonore, TN 37885-5415
13819479 #+ Murray & Suzanne Muyskens, 319 Okema Way, Loudon, TN 37774-3149
13819540 + Nadine & James G. Gold, 720 Wood Duck Drive, Vonore, TN 37885-2044
13764397 + Nasir & Sana Mithani, 419 Common Park Lane, Tucker, GA 30084-8926
13764398 + Nic & Cary Naude, 345 Pineberry Drive, Vonore, TN 37885-5355
13764316 + Nicholas and Lindsey Agvent, 141 Heron Court, Vonore, TN 37885-5305
13764404 + Nick & Patti Farrell, 171 Pineberry Drive, Vonore, TN 37885-2055
13764399 + Norma Lynn Beagle, 759 Rarity Bay Parkway, Vonore, TN 37885-5376
13764400 + Norman & Priscilla Canfield, 719 Torrington Drive, Naperville, IL 60565-4128
13803381 + ORNL FCU, Attn: Commercial Lending, Attn: Comm Dep, 2077 Town Center Blvd., Ste. 203, Knoxville, TN 37922-6745
13764422   PNC Equipment Finance, c/o Insurance Center, PO Box 3549, Bellevue, WA 98009
13764401 + Pam and John Haugen, 109 Big Water Drive, Vonore, TN 37885-5328
13764504 + Pamela G. O'Hara, Trustee of the, Pamela G. O'Hara Living Trust, 141 Breakers Dr, Vonore, TN 37885-5414
13764402 + Pamela McCoy, 289 Grandville Court, Vonore, TN 37885-5357
13764403 + Pat Boeckenstedt, 115 Watercrest Drive, Vonore, TN 37885-5330
13764405 + Patrice & Matthew Gibbons, 160 Blue Jay Avenue 37885-2071
13864764 + Patrice L. Gibbons, 160 Blue Jay Ave, Vonore, TN 37885-2071
13819583 + Patricia A. & Charles E. Porter, 215 Osprey Circle, Vonore, TN 37885-2051
13819538 + Patricia A. Hoot, 719 Wood Duck Drive, Vonore, TN 37885-2045
13819375 + Patricia Ann Nichols, 125 Heron Court, Vonore, TN 37885-5305
13764406 #+ Patrick Poe & Patricia Poe, 4 Wyndham Place, Nashville, TN 37215-1817
13819385 + Paul & Cynthia Abraham, 140 Pineberry Drive, Vonore, TN 37885-2054
13764407 + Paul & Diane Sherwood, 300 Pineberry Drive, Vonore, TN 37885-5321
13764408 + Paul & Donna Schreiber, 17004 Dawn Flower Cove, Austin, TX 78738-4082
13764409 + Paul & Doreen Ferguson, 12851 44th Place NE, Saint Michael, MN 55376-3030
13764411 + Paul & Rita Anderson Revocable Living Family Trust, Paul and Rita Anderson, 165 Osprey Circle, Vonore, TN 37885-2058
13764412 #+ Paul & Sandra Cary, 859 Bell Harbor Dr, Victor, NY 14564-8731
13764413 + Paul & Teresa Merrill, 9219 Double Eagle Lane, Knoxville, TN 37922-5989
13819555 + Paul A. & Robin G. McCabe, 810 West Donges Bay Road, Mequon, WI 53092-5917
13885726 + Paul Anthony Merrill and Teresa Oliver-Merrill Fam, Teresa and Paul Merrill, 9219 Double Eagle Lane, Knoxville, TN 37922-5989
13885649 #+ Paul E. Cary and Wife, Sandra Cary, 859 Bel Arbor Drive, Victor, NY 14564-8731
13764410 + Paul J. Busse & Patricia S. Busse, Paul J. Busse, 10 Pineberry Court, Vonore, TN 37885-5322
13819520 + Paul T. Angell & Denise Marie Commentz, 601 Sandpiper Drive, Vonore, TN 37885-2041
13764208 + Pearl Family Trust dated March 1, 2024, Janet Muir, 909 Rarity Bay Parkway, Vonore, TN 37885-5371
13819512 + Peggy Conti c/o Denise Beerer, 521 Sandpiper Drive, Vonore, TN 37885-2084
13819404 + Pete & Kim Barraza, 160 Chickadee Circle, Vonore, TN 37885-2135

District/off: 0649-3                     User: admin                                    Page 13 of 48
Date Rcvd: May 08, 2026                  Form ID: pdfbk                                 Total Noticed: 1069

| | | |
|---|---|---|
| 13764415 | + | Pete & Sharon MacWilliams, 300 Whippoorwill Dr, Vonore, TN 37885-5387 |
| 13764416 | + | Peter & Julia Misslin, 130 Gold Finch Lane, Vonore, TN 37885-2073 |
| 13819444 | + | Peter & Karen Harrison, 23285 Orange Ave, Fort Pierce, FL 34945-4337 |
| 13864794 | + | Peter A. Misslin & Julia B. Misslin, Trustees, Living Trust Dated 8/24, 130 Goldfinch Ln, Vonore, TN 37885-2073 |
| 13810318 | + | Peter A. Misslin Living Trust Dated 8/24/1998, Julie B. Misslin Trustee Living Trust, Dated 8/24/1998, Peter A. Misslin, Trustee, 130 Goldfinch Ln Vonore, TN 37885-2073 |
| 13764417 | + | Peter Arfken, 255 Pineberry Dr, Vonore, TN 37885-5315 |
| 13764418 | + | Peter Haikio & Kristine Graf, 250 Marsh Hawk Drive, Vonore, TN 37885-5324 |
| 13764419 | + | Phanesh & Padmavathi Koneru, 9109 Man of War Drive, Waxhaw, NC 28173-6650 |
| 13819421 | + | Phil & Diane Minch, 185 Big Water Drive, Vonore, TN 37885-5328 |
| 13764420 | + | Philip & Dawn Fancher, 230 Bay Pointe Drive, Vonore, TN 37885-5418 |
| 13764421 | + | Phillip & Julia Rother, 662 Sandpiper Dr, Vonore, TN 37885-2040 |
| 13816198 | + | Phillip Paul & Julia Rother Revocable Family Trust, Phillip and Julia Rother, 662 Sandpiper Drive, Vonore, TN 37885-2040 |
| 13819528 | + | Pieter Van Der Griendt, 64 Pheasant Hill Drive, Far Hills, NJ 07931-2509 |
| 13764423 | + | Pres & Vanessa Lawhon, 234 Watercrest Drive, Vonore, TN 37885-5401 |
| 13819571 | + | RJD Development Corp, P. O. Box 228, Clarksville, MD 21029-0228 |
| 13764425 | + | Ralph & Cynthia Barentine, 118 Osprey Circle, Vonore, TN 37885-2057 |
| 13764426 | + | Ralph & Janet Crawford, 125 Breakers Drive, Vonore, TN 37885-5414 |
| 13885255 | + | Ralph S. and Cynthia L. Barentine, Trustees, The Barentine Revocable Trust, c/o Ralph Barentine, 118 Osprey Circle, Vonore, TN 37885-2057 |
| 13764427 | + | Ramzya Jappaya, 3911 South Shore Drive, Commerce Township, MI 48382-4398 |
| 13819488 | #+ | Randall D. Allen, 340 Pineberry Drive, Vonore, TN 37885-5321 |
| 13886527 | + | Randall Spickard, 105 Bufflehead Drive, Vonore, TN 37885-2153 |
| 13819423 | + | Randle & Deborah Suttkus, 185 Rock Point Drive, Vonore, TN 37885-2065 |
| 13816103 | + | Randle W. Suttkus & Deborah J. Suttkus, Randle Suttkus, 185 Rock Point Dr., Vonore, TN 37885-2065 |
| 13764428 | + | Randy DePue, 170 Bay Pointe Dr, Vonore, TN 37885-5383 |
| 13764430 | + | Randy Spickard, Susan Cadegan Spickard, 105 Bufflehead Drive, Vonore, TN 37885-2153 |
| 13751558 | + | Rarity Bay Community Association, Inc., c/o Robert Gudger, 150 Rarity Bay Parkway, Vonore, TN 37885-2047 |
| 13885782 | + | Rarity Bay Partners, f/k/a Salem Pointe Capital Partners, c/o Gregory C. Logue, Esq., P.O. Box 900, Knoxville, TN 37901-0900 |
| 13885715 | + | Rarity Bay Partners, f/k/a Salem Pointe Capital Partners, c/o Gregory C. Logue, Esq., 900 S. Gay Street, Suite 900, Knoxville, TN 37902-1848 |
| 14005867 | + | Rarity Bay Partners, Attn: Crystal Pate, 9721 Sherill Blvd., #200, Knoxville, TN 37932-3762 |
| 13751561 | + | Rarity Bay Partners, c/o Adrienne L. Anderson, Anderson Busby PLLC PO Box 2588, Knoxville, TN 37901-2588 |
| 13751560 | + | Rarity Bay Partners, c/o John P. Konvalinka, Grant, Konvalinka & Harrison, PC, 633 Chestnut St., Ste. 900, Chattanooga, TN 37450-0900 |
| 13751562 | + | Rarity Bay Partners, c/o Wynne du M. Caffey-Knight, Elmore, Stone & Caffey, 5616 Kingston Pike., Ste. 301, Knoxville, TN 37919-6301 |
| 13819376 | + | Ray & Pam Rolle, 125 Lace Wing Drive, Vonore, TN 37885-5300 |
| 13764432 | + | Ray & Patty Wallace, 200 Heron Court, Vonore, TN 37885-2049 |
| 13819492 | + | Ray R. & Shelly S. Cole, 370 Marsh Hawk Drive, Vonore, TN 37885-5331 |
| 13764431 | + | Raymond & Elizabeth Wasson, 1660 Rarity Bay Parkway, Vonore, TN 37885-5351 |
| 13819368 | + | Raymond F. & Janice L. Freeman, 117 Heron Court, Vonore, TN 37885-5305 |
| 13764433 | + | Raymond and Ashley Schwartz, c/o Mary D. Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| 13884967 | + | Raymond and Ashley Schwartz, 160 Cormorant Drive, Vonore, TN 37885-5366 |
| 13764440 | + | Richard & Christine Coats, 109 Black Hawk Drive, Vonore, TN 37885-2140 |
| 13819472 | + | Richard & Jane Tyson, 295 Rock Point Drive, Vonore, TN 37885-2068 |
| 13764434 | + | Richard & Karen Burris, 220 Kingbird Drive, Vonore, TN 37885-5326 |
| 13764435 | + | Richard & Kathryn Mohring, 611 Sandpiper Drive, Vonore, TN 37885-2041 |
| 13764436 | + | Richard & Kathy Belz, 28 Manor Terrace, Marco Island, FL 34145-3443 |
| 13764437 | + | Richard & Kim Sade, 319 Rarity Bay Parkway, Vonore, TN 37885-5313 |
| 13819374 | + | Richard & Mary T. Grapski, 12427 Sparta Lane, Knoxville, TN 37934-7414 |
| 13764438 | + | Richard & Naomi Barndt, 335 Goldcrest Drive, Vonore, TN 37885-5407 |
| 13764439 | + | Richard & Sandra Rohde, 126 Utsesti Way, Loudon, TN 37774-2721 |
| 13816278 | + | Richard E. Hoban, 681 Sandpiper Drive, Vonore, TN 37885-2041 |
| 13819534 | + | Richard E. Hoban, 681 Sandpiper Drive, Vonore, TN 37885, Andrew & Sarah Sosnowski, 684 Sandpiper Drive Vonore, TN 37885-2040 |
| 13814622 | + | Richard Lee Dickson & Mary Cathleen Dickson, Revocable Living Trust, Richard Lee Dickson, Trustee, 230 Marsh Hawk Dr., Vonore, TN 37885-5324 |
| 13816186 | + | Richard W. and Judith A. Enners, 624 Rarity Bay Pkwy., Vonore, TN 37885-2089 |
| 13764441 | + | Richard Wills, 230 Grandville Court, Vonore, TN 37885-5357 |
| 13764442 | + | Richard Wills, Connie Bawcum 230 Grandville Court, Vonore, TN 37885-5357 |
| 13764443 | + | Rick & Cathy Dickson, 230 Marsh Hawk Drive, Vonore, TN 37885-5324 |
| 13764444 | + | Rick & Cathy Hunkus, 339 Rarity Bay Parkway, Vonore, TN 37885-5313 |
| 13764445 | + | Rick & Debbie Cole, Scott & Esther King, 8919 Township Road 195, West Liberty, OH 43357-9215 |
| 13764446 | + | Rick & Pam Mooney, 798 Nina Drive, Saint Petersburg, FL 33715-2038 |
| 13819466 | + | Rick Meckstroth, 285 Pineberry Drive, Vonore, TN 37885-5315 |
| 13764447 | + | Rick Serbu, 240 Morning Dove Drive, Vonore, TN 37885-5327 |

District/off: 0649-3                          User: admin                                    Page 14 of 48

Date Rcvd: May 08, 2026                       Form ID: pdfbk                                 Total Noticed: 1069

| | | |
|---|---|---|
| 13764448 | + | Ricky Warner, 500 Rarity Bay Parkway, Vonore, TN 37885-2087 |
| 13809394 | + | Risany Family Revocable Trust Dated 12/4/2024, Robert Risany, 331 Goldcrest Drive, Vonore, TN 37885-5407 |
| 13764450 | + | Rival Development, 1101 E. 1st Ave, Lenoir City, TN 37771-2076 |
| 13764451 | #+ | Robert & Betty Anne Haldi, 212 White Hawk Drive, Vonore, TN 37885-5368 |
| 13764452 | + | Robert & Carol Milhiser, 240 Whippoorwill Drive, Vonore, TN 37885-5394 |
| 13814586 | + | Robert & Christina Purcell, 420 Cormorant Dr., Vonore, TN 37885-5341 |
| 13819564 | + | Robert & Colleen Bivens, 9018 Birch Creek Ct, Bakersfield, CA 93312-5008 |
| 13764014 | + | Robert & Colleen James, 177 Osprey Circle, Vonore, TN 37885-2058 |
| 13764453 | + | Robert & Heather Risany, Lauren Risany 331 Goldcrest Lane, Vonore, TN 37885-5407 |
| 13764454 | + | Robert & Jackie Cepek, 150 Cormorant Drive, Vonore, TN 37885-5366 |
| 13764455 | + | Robert & Janis Knecht, 330 Grandville Court, Vonore, TN 37885-5391 |
| 13764456 | + | Robert & Lisa Hollis, 160 Towhee Drive, Vonore, TN 37885-5360 |
| 13764323 | + | Robert & Lynette P. Schoeck, Rob or Lyne Schoeck, 173 Heron Court, Vonore, TN 37885-5305 |
| 13764458 | + | Robert & Mindy Flynn, 237 Osprey Circle, Vonore, TN 37885-2051 |
| 13764459 | #+ | Robert & Patricia Lockhart, 1500 Rarity Bay Parkway, Vonore, TN 37885-5349 |
| 13819487 | + | Robert & Regina Elgin, 340 Marsh Hawk Drive, Vonore, TN 37885-5331 |
| 13819453 | + | Robert & Stephanie Foster, 249 Goldcrest Drive, Vonore, TN 37885-5362 |
| 13816188 | + | Robert D Allaben Living Trust dated 2/7/89, Joan R. Allaben, 112 Greenfinch Dr., Vonore, TN 37885-5385 |
| 13819501 | + | Robert D. & Kristi K. Brownson, 427 Lost Rock Lane, Hudson, WI 54016-8061 |
| 13816200 | + | Robert D. Elgin & Regina R. Elgin Trust 12/30/08, Robert D. Elgin, 340 Marsh Hawk Drive, Vonore, TN 37885-5331 |
| 13816100 | + | Robert E Pelletier Jr & Rosemary A Pelletier, 199 Bay Pointe Road, Vonore, TN 37885-5384 |
| 13764465 | #+ | Robert E. & Deborah A. Riley, 2400 Ancient Oak Lane, Knoxville, TN 37931-4191 |
| 13819429 | + | Robert E. & Rosemary A. Pelletier, Jr, 199 Bay Pointe Drive, Vonore, TN 37885-5384 |
| 13886523 | + | Robert E. Riley and wife, Deborah A. Riley, Robert E. Riley, 310 Watercrest Drive, Vonore, TN 37885-5406 |
| 13764213 | + | Robert Jay Engle and Lynn Sheldon, 120 Killdeer Dr, Vonore, TN 37885-5364 |
| 13819539 | + | Robert Lang, 720 Rarity Bay Parkway, Vonore, TN 37885-5370 |
| 13764457 | + | Robert Lawrence Shipman, & Meredith Lynn Shipman, 765 Rarity Bay Parkway, Vonore, TN 37885-5376 |
| 13764463 | + | Robert M. & Constance A. Ferraro, Trustee of Robert & Constance Ferraro, Family Revocable Trust, 104 Brambling Court, Vonore, TN 37885-5415 |
| 13819410 | + | Robert P. & Melanie A. Drennen, 168 Osprey Circle, Vonore, TN 37885-2057 |
| 13819406 | + | Robert S. & Stephanie M. Smith, III, 160 Wildwing Drive, Vonore, TN 37885-5373 |
| 13819397 | + | Robert S. Dingfelder & Jeannete Lewis, 15200 Southwest 27th Street, Davie, FL 33331-2602 |
| 13884969 | + | Robert S. Dingfelder & Jeannete Lewis, 15200 Southwest 27th Street Ft., Lauderdale, FL 33331-2602 |
| 13813295 | + | Robert Sorenson, 241 White Swan Drive, Vonore, TN 37885-5424 |
| 13764466 | + | Robert Suastegui, Michelle Guilbeau 1664 Woodlawn Way, Gulf Breeze, FL 32563-9575 |
| 13819489 | + | Robert Tim & Sherry Lynn Noblett, 343 Rarity Bay Parkway, Vonore, TN 37885-5313 |
| 13819499 | + | Robert W. & Nancy C. Hollmann, 420 Marsh Hawk Drive, Vonore, TN 37885-5422 |
| 13812435 | #+ | Robert W. O'Connell, 214 Watercrest Dr., Vonore, TN 37885-5401 |
| 13764460 | + | Robert and Brenda Mabe Taylor, c/o Gale M. Properties, LLC, 31 Concord Street, Ocean Isle Beach, NC 28469-7633 |
| 13816310 | + | Robert and Carole Hurka, 125 White Hawk Dr., Vonore, TN 37885-2078 |
| 13764464 | + | Robert and Patricia Parrish, 150 Osprey Circle, Vonore, TN 37885-2057 |
| 13764461 | #+ | Robert and Patti O'Connel, 214 Watercrest Drive, Vonore, TN 37885-5401 |
| 13764462 | + | Robert and Rosemary Pelle, 199 Bay Pointe Drive, Vonore, TN 37885-5384 |
| 13816139 | + | Roberts, Douglas W ETUX Kristen B, 127 Rock Point Drive, Vonore, TN 37885-2065 |
| 13764467 | + | Robin Powers, 230 Whippoorwill Drive, Vonore, TN 37885-5394 |
| 13764468 | + | Rodney & Kristin Rowe, 100 Pineberry Drive, Vonore, TN 37885-2054 |
| 13886716 | + | Rodney G. Rowe and Kristin L. Rowe, 100 Pineberry Drive, Vonore, TN 37885-2054 |
| 13764470 | + | Roger & Leatha Bjork, 204 Kingbird Drive, Vonore, TN 37885-5326 |
| 13764471 | + | Roger & Nancy Smith, 137 Breakers Drive, Vonore, TN 37885-5414 |
| 13764473 | + | Roger & Wanda Henderson, & Judy Wallace, 240 Cormorant Drive, Vonore, TN 37885-5416 |
| 13816823 | + | Roger A. & Judith A. Hanson, 275 Hummingbird Lane, Vonore, TN 37885-5356 |
| 13764472 | + | Roger A. Hanson, Roger Hanson Family Trust, 275 Hummingbird Lane, Vonore, TN 37885-5356 |
| 13811377 | + | Roger Smith and Nancy Smith and Heather Risany, Heather Risany, 137 Breakers Drive, Vonore, TN 37885-5414 |
| 13819535 | + | Ron & Diane Bills, and as Trustees, 693 Sandpiper Dr, Vonore, TN 37885-2041 |
| 13764474 | + | Ron & Diane Walker, 554 Rarity Bay Parkway, Vonore, TN 37885-2087 |
| 13819366 | | Ron & Lorene Steffes, 115 Blue Jay Avenue, Vonore, TN 37885 |
| 13819379 | + | Ron P. Johnson & Karen L. Consiglio, 13219 Stable Brook Way, Herndon, VA 20171-2926 |
| 13764485 | + | Ronald & Jenny Liu Saver, Jr., 313 Uhdali Place, Loudon, TN 37774-7817 |
| 13764482 | + | Ronald & Karen Godshalk, 10 Morning Dove Drive, Vonore, TN 37885-5409 |
| 13764475 | + | Ronald & Kimberly Holcomb, 280 Cormorant Drive, Vonore, TN 37885-5416 |
| 13764476 | + | Ronald & Lynn Phelps, 120 Goldcrest Drive, Vonore, TN 37885-5398 |
| 13764477 | + | Ronald & Priscilla Lawrence, 224 Watercrest Drive, Vonore, TN 37885-5401 |
| 13764478 | + | Ronald & Sharon Wise, 480 Forest Ridge Way, Collierville, TN 38017-4562 |

District/off: 0649-3 | User: admin | Page 15 of 48
Date Rcvd: May 08, 2026 | Form ID: pdfbk | Total Noticed: 1069

| | | |
|---|---|---|
| 13764479 | + | Ronald & Shirley Coleman, 124 Nightengale Drive, Vonore, TN 37885-2035 |
| 13764483 | + | Ronald & Trudi Hicklin, 350 Whippoorwill Drive, Vonore, TN 37885-5387 |
| 13811411 | + | Ronald C Siddall, Cornelia Siddall, UA 06-24-2008, Ronald C Siddall & Cornelia Siddall, Living Trust, Ronald Siddall, 270 Wildwing Drive Vonore, TN 37885-5421 |
| 13815267 | + | Ronald C Steffes & Lorene K Steffes, 110 Blue Jay Ave., Vonore, TN 37885-2071 |
| 13819357 | + | Ronald C. & Lorene K. Steffes, 110 Blue Jay Avenue, Vonore, TN 37885-2071 |
| 13813597 | + | Ronald Godshalk, 10 Morning Dove Dr., Vonore, TN 37885-5409 |
| 13882807 | + | Ronald J. Attanasio, 625 Market Street Suite 700, KNOXVILLE, TN 37902-2205 |
| 13819529 | + | Ronald L. & Pamela S. Mayfield, 641 Sandpiper Drive, Vonore, TN 37885-2041 |
| 13764484 | + | Ronald Peterson, 129 Heron Court, Vonore, TN 37885-5305 |
| 13864795 | + | Ronald Saver & Jenny Liu, 313 Uhdali Place, Loudon, TN 37774-7817 |
| 13764481 | + | Ronald and Lillian Prince, 2026 Drayton Place, Birmingham, AL 35242-2745 |
| 13764486 | + | Roni Anderson, 270 Osprey Circle, Vonore, TN 37885-2050 |
| 13764449 | + | Rowland & Rikako Demko, 220 Big Water Drive, Vonore, TN 37885-5306 |
| 13764487 | + | Rowland Demko, 220 Big Water Drive, Vonore, TN 37885-5306 |
| 13764267 | + | Roy D. & Joi I. Slatton, 210 Hummingbird Drive, Vonore, TN 37885-5356 |
| 13764488 | #+ | Roy Kramer, PO Box 279, Vonore, TN 37885-0279 |
| 13764489 | + | Russell & Marilyn Hudoba, 315 Pineberry Drive, Vonore, TN 37885-5355 |
| 13764490 | + | Russell & Traci Lorts, 121 Heron Court, Vonore, TN 37885-5305 |
| 13816215 | + | Russell F. Lorts Jr. & Traci L. Lorts, Trustees, of the Lorts Family Trust, Russell Lorts, 121 Heron Court, Vonore, TN 37885-5305 |
| 13764492 | + | Russell Lorts, 121 Heron Ct, Vonore, TN 37885-5305 |
| 13816337 | + | Russell M. and Diane L. Decker, 315 Goldcrest, Vonore, TN 37885-5407 |
| 13764493 | + | Russell O'Brien, 48523 Remer Avenue, Shelby Twp, MI 48317-2643 |
| 13764494 | + | Russell Youngs, Jr., 150 Towhee Drive, Vonore, TN 37885-5360 |
| 13764495 | + | Salvador Garcia, & Juanita Quintero, 722 Vintage Lane, Dalton, GA 30721-6837 |
| 13764496 | + | Sam & Shawket Khan, 30 Golf Course Drive, Wabash, IN 46992-7797 |
| 13819585 | + | Samuel & Randi Allen, 535 Rarity Bay Parkway #202, Vonore, TN 37885-2149 |
| 13819371 | + | Samuel J. Jones, 120 Lace Wing Drive, Vonore, TN 37885-2099 |
| 13886512 | + | Samuel M. Gregov and Andrea L. Gregov, Samuel M. Gregov, 265 Rock Point Dr., Vonore, TN 37885-2068 |
| 13764498 | + | Sandy & Kimberly Creed, PO Box 1, Vonore, TN 37885-0001 |
| 13819394 | + | Sandy Richard, 150 Chatuga Drive West, Loudon, TN 37774-2789 |
| 13764499 | + | Sandy Steichen, 1440 Rarity Bay Parkway, Vonore, TN 37885-5347 |
| 13764500 | + | Saskcus, LLC / Quint Bourgeois, 8812 Tedford Road, Knoxville, TN 37922-6417 |
| 13764510 | + | Scott & Cathy Gaylord, 299 Grandville Court, Vonore, TN 37885-5357 |
| 13764502 | + | Scott & Debbie Robinson, 285 Rock Point Drive, Vonore, TN 37885-2068 |
| 13764503 | + | Scott & Maureen Saygers, 196 Heron Court, Vonore, TN 37885-5305 |
| 13764505 | + | Scott & Patricia Shannon, 200 Big Water Drive, Vonore, TN 37885-5306 |
| 13764506 | + | Scott & Teresa Bieber, 555 Rarity Bay Parkway Apt. 106B, Vonore, TN 37885-5344 |
| 13886532 | + | Scott B. Gaylord, 299 Grandville Ct., Vonore, TN 37885-5357 |
| 13764508 | + | Scott Clark, Jana Clark 280 Osprey Circle, Vonore, TN 37885-2050 |
| 13764501 | + | Scott D. & Amy Z. Munier Living Trust, 690 Rarity Bay Parkway, Vonore, TN 37885-2089 |
| 13764509 | + | Scott Denley, 535 Rarity Bay Parkway #101, Vonore, TN 37885-2148 |
| 13764511 | + | Scott Griffith & Pam Griffith, 1312 S CENTER ST, Redlands, CA 92373-7005 |
| 13764507 | + | Scott and Cheri Murphy, 190 Cormorant Drive, Vonore, TN 37885-5366 |
| 13879837 | + | Sean Murray and Robin Pisecki, 114 Oohleeno Way, Loudon, TN 37774-2573 |
| 13764513 | + | Shari Jackson, 110 Nightingale Drive, Vonore, TN 37885-2035 |
| 13764514 | + | Sharon & Ted Kaufman, 10005 N. Turkey Creek Rd #6, Syracuse, IN 46567-9669 |
| 13764515 | + | Sharon Kolmeier, 3776 Cremini Drive, Bulverde, TX 78163-2354 |
| 13764284 | + | Sharon Lee Butler, 27550 Ascot Street, Wesley Chapel, FL 33544-5476 |
| 13819362 | + | Sharroll K Doll, 11169 East North Lane, Scottsdale, AZ 85259-4853 |
| 13819407 | + | Shawn D. Pulford, 1633 Whitley Drive, Harrisburg, PA 17111-6953 |
| 13764516 | + | Shawn McCarter, 8061 Sugarloaf Rd, Larkspur, CO 80118-8258 |
| 13883511 | + | Shawn Wesley McCarter, Shawn W. McCarter, 8061 Sugarloaf Rd, Larkspur, CO 80118-8258 |
| 13764517 | + | Shirley Engle, 545 Rarity Bay Parkway #107, Vonore, TN 37885-5380 |
| 13751563 | + | Short Mountain Silica, PO Box 1056, Sandersville, GA 31082-1056 |
| 13799251 | | Simplot AB Retail, Inc., dba Simplot Turf and Hort, c/o Devin G. Bray, Hawley Troxell Ennis & Hawley, LLP, P.O. Box 1617, Boise, ID 83701-1617 |
| 13751564 | + | Simplot Birmingham, PO Box 841136, Los Angeles, CA 90084-1136 |
| 13813045 | + | Smith Turf and Irrigation, 10732 Dutchtown Road, Knoxville, TN 37932-3207 |
| 13764512 | + | Snowflake Homes, LLC, Sean Smith & Lindsay Smith, 734 Bayshore Road, Farragut, TN 37934-8208 |
| 13764518 | + | Stephen & Betty D'Achino, 201 Kingbird Drive, Vonore, TN 37885-5338 |
| 13764519 | #+ | Stephen & Jennifer Tadlock, 2189 Coast Ave, San Marcos, CA 92078-8402 |
| 13764520 | # | Stephen & Lesa Van Mol, 2718 Andover Hill Way, Apt. 5108, Knoxville, TN 37931-3746 |

District/off: 0649-3                    User: admin                         Page 16 of 48
Date Rcvd: May 08, 2026              Form ID: pdfbk                    Total Noticed: 1069

Stephen & Linda Chapman, 105 Grey Hawk Drive, Vonore, TN 37885-2101

+ Stephen Christ, Jennifer Engen 470 Morning Dove Drive, Vonore, TN 37885-5309

+ Stephen D. and Jeanne C. Wohlford, 159 Pineberry Dr., Vonore, TN 37885-2055

+ Stephen R. & Candace M. Worobe, 100 Greenfinch Drive, Vonore, TN 37885-5385

+ Stephen and Candace Worobe, 100 Greenfinch Drive, Vonore, TN 37885-5385

+ Steve & Becky Kosalac, 235 Big Water Drive, Vonore, TN 37885-5307

+ Steve & Cynthia Hulsey, P.O. BOX 217, Vonore, TN 37885-0217

+ Steve & Jackie Henderson, 206 Osprey Circle, Vonore, TN 37885-2050

+ Steve & Jeanne Wohlford, 159 Pineberry Drive, Vonore, TN 37885-2055

+ Steve & Michele Lucas, 320 Whippoorwill Dr, Vonore, TN 37885-5387

+ Steven & Debra Montgomery, 450 Cormorant Drive, Vonore, TN 37885-5341

+ Steven & Lorna Bordenave, 1917 Zack Road, Mt. Juliet, TN 37122-5121

Steven & Lorna Bordenave, 600 Wood Duck Drive, Vonore, TN 37885

+ Steven & Margaret Hansen, Steven Hanssen, 115 Red Robin Lane, Vonore, TN 37885-5397

+ Steven George & Gene S. Russell, 205 Wren Court, Vonore, TN 37885-2052

+ Steven and Ginger Klasnic, 200 Bay Pointe Dr, Vonore, TN 37885-5418

+ Stuart L. Frankel & Janet R. Todorczuk, 723 Walnut Creek Lane, Chesterfield, MO 63017-5721

+ Supernor Family Living Trust, Carl and Martha Supernor, 240 Big Water Drive, Vonore, TN 37885-5306

+ Suzan & Jordan Cayne, 157 Rock Point Drive, Vonore, TN 37885-2065

+ Suzan Cayne, 157 Rock Point Drive, Vonore, TN 37885-2065

+ T.J. & Mollie Moll, 787 RARITY BAY PKWY, Vonore, TN 37885-5376

+ TJ & Julie Bryant, 220 Marsh Hawk Drive, Vonore, TN 37885-5324

+ TK & Elizabeth Kelly, 330 Whippoorwill Drive, Vonore, TN 37885-5387

+ TRG Kelly Green, LLC, P. O. Box 1252, Madison, GA 30650-9252

+ Tad Kevin & Meghan Heather Jinguji, Trustees of the Jinguji Living Trust, Dated 12/18/20, 216 Cadfael Ct, Roseville, CA 95747-4911

Tamara L. Eubanks, Trustee of the Eubanks, Family Trust Dated 3/19/2021 &, Brian K. Collins & Cheryl M. Collins, 107 Shady Ct, Tracy, CA 95377

+ Tarver Distributing, 8360 Hiwassee Street, Charleston, TN 37310-6339

+ Taylor Made, 5545 Fermi Court, Carlsbad, CA 92008-7324

+ Ted & Jolene Colpo, 270 Grandville Ct., Vonore, TN 37885-5357

+ Ted J. Colpo and Jolene M. Colpo, Trustees of the, Ted and Jolene Colpo Revocable Living Tr, Ted J. Colpo, 270 Grandville Court (lot 1079), Vonore, TN 37885-5357

Ted J. Colpo and Jolene M. Colpo, Trustees of the, Ted and Jolene Colpo Revocable Living Tr, Ted J. Colpo, 260 Whippoorwill Drive (lot 1038), Vonore, TN 37885

+ Ted Stark, 189 Heron Court, Vonore, TN 37885-5305

+ Tennessee Turf Services LLC, 537 S Pawnee Drive, Springfield, TN 37172-2210

+ Terence R. and Jill C. McGinn, 285 Osprey Cir, Vonore, TN 37885-2051

+ Teresa Baxter, 545 Rarity Bay Parkway #302, Vonore, TN 37885-5382

+ Teresa Beyer, 555 Rarity Bay Parkway #204, Vonore, TN 37885-5345

+ Terry & Jill McGinn, 285 Osprey Circle, Vonore, TN 37885-2051

+ Terry & Linda Foreman, 180 Blue Jay Avenue, Vonore, TN 37885-2071

+ Terry & Mae Higgins-Bright Harrison, 7691 Gunners Landing Drive, Antioch, TN 37013-3882

+ Terry & Patricia Nichols, Terry Nichols, 137 Heron Court, Vonore, TN 37885-5305

+ Terry & Trish Nichols, 137 Heron Court, Vonore, TN 37885-5305

+ Terry D. Harrison, 155 Osprey Circle, Vonore, TN 37885-2058

+ Terry L. McDaniel, 512 South Rolling Road, Catonsville, MD 21228-5856

#+ The Dale and Cheryl Weaver Family Trust, c/o Dale & Cheryl Weaver, 37968 Piggott Bottom Rd., Purcellville, VA 20132-9643

+ The David & Susan Davis Revocable Living Trust, David and Susan Davis, 669 Sandpiper Dr., Vonore, TN 37885-2041

Thethi Holdings, Inc., 6203 Netherhart Road, Mississauga, ON L5T 1G5

#+ Thom & Sue Thompson, 545 Rarity Bay Parkway #305, Vonore, TN 37885-5382

#+ Thomas & Anne Buckley, 770 Rarity Bay Parkway, Vonore, TN 37885-5303

+ Thomas & Christine Korvas, 140 Osprey Circle, Vonore, TN 37885-2057

+ Thomas & Debora Pender, 280 Whippoorwill Drive, Vonore, TN 37885-5394

+ Thomas & Janeen Gongola, 215 Big Water Drive, Vonore, TN 37885-5307

+ Thomas & Joan Davey, 170 Blue Jay Avenue, Vonore, TN 37885-2071

+ Thomas & Kathleen Johnson, 321 Okmulgee Circle, Loudon, TN 37774-3196

+ Thomas & Mary Surplice Russell, 331 Rarity Bay Parkway, Vonore, TN 37885-5313

+ Thomas & Susan Kelly, 1661 Rarity Bay Parkway, Vonore, TN 37885-5352

+ Thomas & Yvonne Harvey, 180 Watercrest Drive, Vonore, TN 37885-5329

+ Thomas A & Sheila P Walliser, 225 Pineberry Dr., Vonore, TN 37885-5315

+ Thomas A. & Joan L. Davey Revocable Trust,, Thomas A. & Joan L. Davey trustees, Thomas A. & Joan L. Davey, 170 Blue Jay Ave., Vonore, TN 37885-2071

+ Thomas A. Simcox & Linda R. Simcox, 330 Morning Dove Drive, Vonore, TN 37885-5308

+ Thomas Barnard, Deborah Hough 307 Millstone Lane, Lenoir City, TN 37772-1445

| | | |
|---|---|---|
| District/off: 0649-3 | User: admin | Page 17 of 48 |
| Date Rcvd: May 08, 2026 | Form ID: pdfbk | Total Noticed: 1069 |

13764106 + Tiffany J. Adair & David J. Mansfield, & Pamela J. & Glen W., 103 Valley View Terrace, Mission Viejo, CA 92692-4085
13764551 + Tim & Marianne Bailey, 120 Chickadee Cirecle, Vonore, TN 37885-2135
13764553 + Tim & Pamela Murray, 120 Cormorant Drive, Vonore, TN 37885-5366
13819504 + Timothy & Debbie Panella, 445 West Blount Avenue, Unit 106, Knoxville, TN 37920-1108
13819498 + Timothy & Sarah Singer, 410 Morning Dove Drive, Vonore, TN 37885-5309
13812040 + Timothy P. McKay & Marianne M. Grace-McKay, Timothy McKay & Marianne Grace-McKay, 124 Osprey Circle, Vonore, TN 37885-2057
13886695 + Timothy S. Murray, Trustee and Pamela G. Murray,, Trustee of the Murray Family Rev. Trust, c/o Timothy S. Murray, 120 Cormorant Dr., Vonore, TN 37885-5366
13764555   Todd & Hailey Behrens, 2003 Montvale Road, Maryville, TN 37803
13813536   Todd and Hailey Behrens, 375 Pineberry Drive, Vonore, TN 37885
13764556 + Todd and Linda Frauendorf, 1650 Rarity Bay Parkway, Vonore, TN 37885-5351
13764557 + Tom & Dee Brown, 629 Sandpiper Drive, Vonore, TN 37885-2041
13819507 + Tom & Judy Irmen, 490 Morning Dove Drive, Vonore, TN 37885-5309
13764558 + Tom & Kristen Chadwell, 250 Bay Pointe Dr, Vonore, TN 37885-5418
13764559 + Tom & Linda Simcox, 330 Morning Dove Drive, Vonore, TN 37885-5308
13764560 + Tom & Pamela Korn, 130 Bay Pointe Drive, Vonore, TN 37885-5383
13764561 + Tom Corcoran & Laura Corcoran, 200 Marsh Hawk Dr, Vonore, TN 37885-5324
13764563 + Tony & Cynthia Page, 140 Blue Jay Avenue, Vonore, TN 37885-2071
13764565 + Tootie Lomax, 607 Ladowick Court, Moore, SC 29369-8007
13764567 + Traci Marciante, 170 Nightingale Drive, Vonore, TN 37885-2035
13819557 + Trent & Michele Miller, 832 Deering Court, West Chicago, IL 60185-4956
13751569 + Trent R. Kinkaid, Elmore, Stone & Caffey PLLC, 5616 Kingston Pike, Suite 301, Knoxville, TN 37919-6301
13764568 + Ty Senelath, Melissa Hacker 41 Avenida Fiori, Henderson, NV 89011-2401
13764569 + U.S. Bank Equipment Finance, 1310 Madrid Street, Marshall, MN 56258-4099
13765338 + U.S. Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021
13751570 + U.S. Small Business Adminstration, c/o David Higgs, 2 International Plaza, Suite 500, Nashville, TN 37217-2021
13751572 + US Bank/Ryan Capital Leasing Corp., 55 Sassafras Trail, Savannah, GA 31404-1131
13816260 #+ Vicki T. Gibson, 260 Marsh Hawk Dr., Vonore, TN 37885-5324
13764570 #+ Vincent & Patricia Fell, 714 Hamilton Ridge Dr., Maryville, TN 37801-2524
13886284 #+ Vincent H. Fell, 714 Hamilton Ridge Dr., Maryville, TN 37801-2524
13819484 + Vishva Sharma, 3303 St Antoine Avenue, Kalamazoo, MI 49006-5522
13886286 + W. Darryl Fry and Gwendolynn J. Tyler, 170 Chickadee Circle, Vonore, TN 37885-2135
13764571 + W.A. & Ann Marie Woolsey, PO Box 88, Vonore, TN 37885-0088
13815270 + W.A. Woolsey& Ann Marie Woolsey, Co-Trustee Under the Woolsey Trust, 1720 Rarity Bay Parkway, Vonore, TN 37885-5403
13764573 + Wallace & Joan Smith, PO Box 99, Vonore, TN 37885-0099
13819354   Walt & Debbie Harney 105, Pineberry Drive, Vonore, TN 37885
13764111 + Walter D. & Debra F. Martin, 18389 Sydnor Hill Court, Leesburg, VA 20175-9007
13764574 + Wayne & Margie Fox, 205 Rock Point Drive, Vonore, TN 37885-2068
13819483 + Wayne & Tommie Dobrowski, 330 Marsh Hawk Drive, Vonore, TN 37885-5331
13764576 + Wayne Gove, 545 Rarity Bay Parkway #203, Vonore, TN 37885-5381
13816301 + Wayne and Nancy Mariani, 1800 Canterbury Dr., Morristown, TN 37814-1443
13819438 #+ Westina Adelle Jarrett, 220 Osprey Circle, Vonore, TN 37885-2050
13764577 + White Carson & Alliman, 138 College Street South, Madisonville, TN 37354-1475
13764158 + Wilbur & Freida Harrell, 160 Gold Finch Lane, Vonore, TN 37885-2073
13764578 + William & Cathy Chapman, 109 Greyhawk Dr, Vonore, TN 37885-2101
13764580 + William & Linda Geiger, 154 Song Sparrow Lane, Vonore, TN 37885-5420
13819457 + William & Paula Tommins, 257 Wakeman Rd, Fairfield, CT 06824-5121
13764099 + William David & Lorraine Vines, (Gail Klein, Renter), 565 Rarity Bay Parkway, Condo A106, Vonore, TN 37885-5320
13764582 + William Grant Grovier and Toni Christine Grovier, 327 Goldcrest Lane, Vonore, TN 37885-5407
13884723 + William J & Jean M. Vosburg, 125 Black Hawk Drive, Vonore, TN 37885-2140
13764562 + William R. Turner & Toni C. Turner,, Co-Trustees, c/o Mary D. Miller, PO Box 5339, Knoxville, TN 37928-0339
13886386 + William Richard & Toni Christine Turner, 165 Bay Pointe Drive, Vonore, TN 37885-5384
13816138 + William S. King II and Shelley B. King, Revocable Living Trust dated 4/10/03, 109 Brambling Court, Vonore, TN 37885-5415
13764383 + William Scott Carty & Michelle Q. Mackay, 370 Morning Dove Drive, Vonore, TN 37885-5308
13819456 + William T. & Cindy Lou Funderburg, 25274 Via Valentina, Valencia, CA 91355-3239
13819579 + William Wolfenbarger, PO Box 6688, Maryville, TN 37802-6688
13819495 + Wm. J. Strange, and Wm. Strange, Trustee, 3947 South Village Drive, New Palestine, IN 46163-9581
13816311 + Wood Living Trust, of which John D., and Kim R. Wood are the sole trustees, John & Kim Wood, 323 Goldcrest Dr, Vonore, TN 37885-5407
13809020 + Wright Trust Dated 3/20/21, Martin and Anita Wright (Trustees), PO Box 368, Vonore, TN 37885-0368
13764584 + Zach and Mary Elkin Trust Agreement, 125 Red Robin Lane, Vonore, TN 37885-5397

TOTAL: 1019

District/off: 0649-3  User: admin  Page 18 of 48

Date Rcvd: May 08, 2026  Form ID: pdfbk  Total Noticed: 1069

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: michael@raritybayliving.com | May 08 2026 20:13:00 | Salem Pointe Capital, LLC, 403 Rarity Bay Parkway, Vonore, TN 37885-2086 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 08 2026 20:14:00 | Internal Revenue Service, P. O. Box 21126, Philadelphia,, PA 19114 |
| cr | + | Email/Text: Bill.OBryan@butlersnow.com | May 08 2026 20:14:00 | Adam Lorry, c/o William R. O'Bryan, Jr., Butler Snow LLP, Neuhoff Building, 1320 Adams Street, Suite 1400, Nashville, TN 37208-2495 |
| cr | + | Email/Text: Bill.OBryan@butlersnow.com | May 08 2026 20:14:00 | BEP Rarity Bay, LLC, c/o William R. O'Bryan, Jr., Butler Snow LLP, Neuhoff Building, 1320 Adams Street, Suite 1400, Nashville, TN 37208-2495 |
| cr | + | Email/Text: Bill.OBryan@butlersnow.com | May 08 2026 20:14:00 | Bald Eagle Ventures, LLC, c/o William R. O'Bryan, Jr., Butler Snow LLP, Neuhoff Building, 1320 Adams Street, Suite 1400, Nashville, TN 37208-2495 |
| intp | ^ | MEBN | May 08 2026 20:10:36 | Donna Harless, c/o Mary D. Miller, PLLC, P.O. Box 5339, KNOXVILLE, TN 37928, UNITED STATES 37928-0339 |
| intp | ^ | MEBN | May 08 2026 20:10:35 | Ed Harless, c/o Mary Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| intp | ^ | MEBN | May 08 2026 20:10:54 | John D. Wood, c/o Mary Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| intp | ^ | MEBN | May 08 2026 20:10:55 | John D. Wood and Kim R. Wood, Trustees of the Wood, c/o Mary D. Miller, PLLC, P.O. Box 5339, KNOXVILLE, TN 37928-0339 |
| intp | ^ | MEBN | May 08 2026 20:10:03 | Julia B. Misslin, Trustee of the Julia B. Misslin, c/o Mary D. Miller, PLLC, P.O. Box 5339, KNOXVILLE, TN 37928, UNITED STATES 37928-0339 |
| intp | ^ | MEBN | May 08 2026 20:10:02 | Julia Misslin, c/o Mary Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| cr | + | Email/Text: Bill.OBryan@butlersnow.com | May 08 2026 20:14:00 | Landeavor Asset Managers, LLC, c/o William R. O'Bryan, Jr., Butler Snow LLP, Neuhoff Building, 1320 Adams Street, Suite 1400, Nashville, TN 37208-2495 |
| cr | + | Email/Text: Bill.OBryan@butlersnow.com | May 08 2026 20:14:00 | Landeavor, LLC, c/o William R. O'Bryan, Jr., Butler Snow LLP, Neuhoff Building, 1320 Adams Street, Suite 1400, Nashville, TN 37208-2495 |
| cr | + | Email/Text: WWINCHESTER@WSFS-LAW.COM | May 08 2026 20:14:00 | Michael and Amy Ayers, c/o Walter N. Winchester, Esq., P.O. Box 2428, Knoxville, TN 37901-2428 |
| cr | + | Email/Text: Bankruptcy@ornlfcu.com | May 08 2026 20:14:00 | ORNL Federal Credit Union, c/o Jason L. Rogers, P.O. Box 869, Knoxville, TN 37901-0869 |
| cr | + | Email/Text: Bill.OBryan@butlersnow.com | May 08 2026 20:14:00 | Paul Beidel, c/o William R. O'Bryan, Jr., Butler Snow LLP, Neuhoff Building, 1320 Adams Street, Suite 1400, Nashville, TN 37208-2495 |
| intp | ^ | MEBN | May 08 2026 20:10:56 | Peter A. Misslin, Trustee of the Peter A. Misslin, c/o Mary D. Miller, PLLC, P.O. Box 5339, KNOXVILLE, TN 37928, UNITED STATES 37928-0339 |
| intp | ^ | MEBN | May 08 2026 20:10:55 | Peter Misslin, c/o Mary Miller, PO Box 5339, Knoxville, TN 37928-0339 |
| cr | ^ | MEBN | May 08 2026 20:10:50 | Rarity Bay Community Association, Inc., Frantz, McConnell & Seymour, LLP, c/o Michael W. |

|  |  |  | Ewell, 550 W, Main Street, Ste. 500, Knoxville, TN 37902, UNITED STATES 37902-2550 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | |
|  |  | May 08 2026 20:14:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| 13752793 | + | Email/Text: Bill.OBryan@butlersnow.com | |
|  |  | May 08 2026 20:14:00 | Adam Lorry, c/o William R. O'Bryan, Jr., Butler Snow LLP, 1320 Adams Street Suite 1400, Nashville, TN 37208-2495 |
| 13933617 | + | Email/PDF: bncnotices@becket-lee.com | |
|  |  | May 08 2026 20:18:00 | American Express Business, PO Box 6031, Carol Stream, IL 60197-6031 |
| 13826941 |  | Email/PDF: bncnotices@becket-lee.com | |
|  |  | May 08 2026 20:17:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13885250 | + | Email/Text: sailingandy721@gmail.com | |
|  |  | May 08 2026 20:14:00 | Andrew G. and Constance H. Scott, Trustees, The Scott Family Revocable Living Trust, c/o Andrew G. Scott, 112 Osprey Circle, Vonore, TN 37885-2057 |
| 13751539 |  | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | |
|  |  | May 08 2026 20:13:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 13752789 | + | Email/Text: Bill.OBryan@butlersnow.com | |
|  |  | May 08 2026 20:14:00 | BEP Rarity Bay, LLC, and Bald Eagle Ventures, LLC, c/o William R. O'Bryan, Jr., 1320 Adams Street, Suite 1400, Nashville, TN 37208-2495 |
| 13886247 | + | Email/Text: Bill.OBryan@butlersnow.com | |
|  |  | May 08 2026 20:14:00 | Bald Eagle Ventures, LLC, c/o William R. O'Bryan, Jr., Butler Snow LLP, 1320 Adams Street Suite 1400, Nashville, TN 37208-2495 |
| 13780677 |  | Email/Text: litbkcourtmail@johndeere.com | |
|  |  | May 08 2026 20:13:00 | Deere & Company DBA John Deere Financial, PO Box 6600, Johnston, Iowa 50131 |
| 13764258 |  | Email/Text: litbkcourtmail@johndeere.com | |
|  |  | May 08 2026 20:13:00 | John Deere Financial, Leasing Department PO Box 6600, Johnston, IA 50131 |
| 13764143 | + | Email/Text: ed.galante@mac.com | |
|  |  | May 08 2026 20:14:00 | Edward Galante, 8787 Bay Colony Dr. Apt. 1102, Naples, FL 34108-0785 |
| 13813044 | + | Email/Text: credit@harrells.com | |
|  |  | May 08 2026 20:14:00 | Harrell's LLC, 5105 New Tampa Highway, Lakeland, FL 33815-3262 |
| 13751545 | + | Email/Text: hcash@gkhpc.com | |
|  |  | May 08 2026 20:14:00 | Harry R. Cash, Grant, Konvalinka & Harrison, PC, 633 Chestnut St., Ste. 900, Chattanooga, TN 37450-0900 |
| 13751549 | + | Email/Text: bankruptcy@kapitus.com | |
|  |  | May 08 2026 20:14:00 | Kapitus LLC, 2500 Wilson Blvd., Suite 350, Arlington, VA 22201-3873 |
| 13814861 | + | Email/Text: bankruptcy@kapitus.com | |
|  |  | May 08 2026 20:14:00 | Kapitus Servicing, Inc., 120 West 45th Street, 4th Floor, New York, NY 10036-4041 |
| 13752792 | + | Email/Text: Bill.OBryan@butlersnow.com | |
|  |  | May 08 2026 20:14:00 | Landeavor Asset Managers, LLC, c/o William R. O'Bryan, Jr., Butler Snow LLP, 1320 Adams Street Suite 1400, Nashville, TN 37208-2495 |
| 13752791 | + | Email/Text: Bill.OBryan@butlersnow.com | |
|  |  | May 08 2026 20:14:00 | Landeavor, LLC, c/o William R. O'Bryan, Jr., Butler Snow LLP, 1320 Adams Street Suite 1400, Nashville, TN 37208-2495 |
| 13816125 |  | Email/Text: michelle_volk@msn.com | |
|  |  | May 08 2026 20:14:00 | Michelle R. Volk, Trustee, 194 Noya Way, Loudon, TN 37774 |
| 14037039 | + | Email/Text: WWINCHESTER@WSFS-LAW.COM | |
|  |  | May 08 2026 20:14:00 | Michael David and Amy Ayers, c/o Walter N. Winchester, Esq., P.O. Box 2428, Knoxville, TN 37901-2428 |
| 13751557 |  | Email/Text: bankruptcy@ornlfcu.com | |
|  |  | May 08 2026 20:14:00 | ORNL Federal Credit Union, Attn: John Hotchkiss, 2077 Town Center Blvd., Ste. 201, Knoxville, TN 37922 |
| 13853883 |  | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | May 08 2026 20:13:00 | PNC Bank, N.A., 655 Business Center Drive, Horsham, PA 19044 |

District/off: 0649-3　　　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 20 of 48

Date Rcvd: May 08, 2026　　　　　　　　　　Form ID: pdfbk　　　　　　　　　　　Total Noticed: 1069

| 13752794 | + Email/Text: Bill.OBryan@butlersnow.com | | |
| | | May 08 2026 20:14:00 | Paul Beidel, c/o William R. O'Bryan, Jr., Butler Snow LLP, 1320 Adams Street Suite 1400, Nashville, TN 37208-2495 |
| 13751559 | ^ MEBN | | |
| | | May 08 2026 20:10:51 | Rarity Bay Community Associations, Inc., c/o Kevin C. Stevens, Esq., 550 Main Street BOA Bldg, Suite 500, Knoxville, TN 37902-2550 |
| 14021946 | ^ MEBN | | |
| | | May 08 2026 20:10:35 | TN Dept of Labor -, Bureau of Unemployment Insurance, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, Tennessee 37202-4015 |
| 13751568 | + Email/Text: tdor.bankruptcy@tn.gov | | |
| | | May 08 2026 20:13:00 | TN Dept. of Revenue, Andrew Jackson Building, 500 Deaderick Street, Nashville, TN 37242-0001 |
| 13754316 | + Email/Text: AGBankRevenue@ag.tn.gov | | |
| | | May 08 2026 20:14:00 | Tennessee Department of Revenue, c/o Attorney General, PO Box 20207, Nashville, TN 37202-4015 |
| 13801675 | + Email/Text: misty.hoefs@usbank.com | | |
| | | May 08 2026 20:14:00 | U.S. Bank N.A. d/b/a U.S. Bank Equipment Finance, 1310 Madrid Street, Marshall, MN 56258-4099 |
| 13751573 | + Email/Text: bankruptcyecf.shared@usfoods.com | | |
| | | May 08 2026 20:14:00 | US Foods Inc., P.O. Box 602224, Charlotte, NC 28260-2224 |
| 13751571 | + Email/Text: USATNE.BankruptcyBNC@usdoj.gov | | |
| | | May 08 2026 20:14:00 | United States Attorney, Howard H. Baker, Jr. U.S. Cthse, 800 Market Street, Suite 211, Knoxville, TN 37902-2342 |
| 13751574 | + Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | | |
| | | May 08 2026 20:17:59 | Wells Fargo, PO Box 105743, Atlanta, GA 30348-5743 |
| 13781283 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | | |
| | | May 08 2026 20:18:13 | Wells Fargo Vendor Financial Services, LLC, 800 Walnut St.,, MAC F0006-51, Des Moines, IA 50309-3605 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| acc | | Heath Hammett, Integrity Taxes and Accounting Services |
| cr | | Karen Hinkle, 732 Wood Duck Drive, Vonore |
| fa | | Resurgence Financial Services, LLC |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Carl and Angie Borgwardt, 185 Hummingbird Dr., Vonore, TN 37885-5405 |
| 13751541 | * | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13756973 | *+ | District Director, IRS, c/o Special Procedures Branch, 801 Broadway, MDP 146, Nashville, TN 37203-3811 |
| 13819378 | *+ | Drora Munday, 130 Pineberry Drive, Vonore, TN 37885-2054 |
| 13751546 | *+ | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13764377 | *+ | Michael & Jamie Frisbey, 550 Cormorant Drive, Vonore, TN 37885-5411 |
| 13819455 | *+ | Peter Haikio & Kristine Graf, 250 Marsh Hawk Drive, Vonore, TN 37885-5324 |
| 13819448 | *+ | Robert Sorenson, 241 White Swan Drive, Vonore, TN 37885-5424 |
| 13819570 | *+ | TRG Kelly Green, LLC, P. O. Box 1252, Madison, GA 30650-9252 |
| 13764535 | *+ | Ted and Jolene Colpo, 270 Grandville Ct, Vonore, TN 37885-5357 |
| 13764469 | ##+ | Arlie & Linda VanPelt, 131 Laterra Links Circle, Unit 101, St. Augustine, FL 32092-3529 |
| 13819369 | ##+ | Barry & Ingrid Morris, 117 Via Capri, New Smyrna Beach, FL 32169-5107 |
| 13819433 | ##+ | Bill & Beverly Halama, 205 Big Water Drive, Vonore, TN 37885-5307 |
| 13764581 | ##+ | Bill & Michele Machovina, 241 Goldcrest Drive, Vonore, TN 37885-5362 |
| 13764001 | ##+ | Bill & Patricia Bellah, 220 Bay Pointe Drive, Vonore, TN 37885-5418 |
| 13764006 | ##+ | Bob & Ann Damerow, 216 Osprey Circle, Vonore, TN 37885-2050 |
| 13819363 | ##+ | Bruce & Susan Becker, 113 Grande Blvd, Sinking Spring, PA 19608-9679 |
| 13764043 | ##+ | Cesar Madera &Kelly Madera, 559 Heligan Lane Unit #1, Livermore, CA 94551-6409 |
| 13764044 | ##+ | Chad & Lisa Sperry, 1049 Rarity Bay Parkway, Vonore, TN 37885-5323 |
| 13819563 | ##+ | Charles & Helen Maret, 897 Southerness Drive, Cincinnati, OH 45245-3349 |

| | | |
|---|---|---|
| District/off: 0649-3 | User: admin | Page 21 of 48 |
| Date Rcvd: May 08, 2026 | Form ID: pdfbk | Total Noticed: 1069 |

| | | |
|---|---|---|
| 13819413 | ##+ | Charles & Jill Elsea, 17313 E Woolsey Way, Rio Verde, AZ 85263-5358 |
| 13764047 | ##+ | Charles Morello, 755 Brookstone Dr, Oxford, MI 48371-3056 |
| 13764055 | ##+ | Christopher & Olivia Bushby, 2612 Bralorne Court, Bakersfield, CA 93309-8879 |
| 13764088 | ##+ | David & Gail Wilhelm, 3525 Saratoga Downs Way, Keller, TX 76244-7287 |
| 13764092 | ##+ | David & Kathy Freshwater, 315 Hummingbird Drive, Vonore, TN 37885-5408 |
| 13764116 | ##+ | Dennis Maher, 365 Pineberry Dr, Vonore, TN 37885-5355 |
| 13819578 | ##+ | Denny Smith, PO Box 510, Vonore, TN 37885-0510 |
| 13819353 | ##+ | Diana Kadel, 104 Talah Way, Loudon, TN 37774-3045 |
| 13764148 | ##+ | Eric & Tracy Edstrom, 19723 Falcon Crest CT, Monument, CO 80132-2860 |
| 13763988 | ##+ | Future Property Outlook, LLC, c/o Andrew & Carol Glen, 1200 Coconut Road, Boca Raton, FL 33432-7710 |
| 13764223 | ##+ | Jennifer Maher, 365 Pineberry Drive, Vonore, TN 37885-5355 |
| 13764272 | ##+ | Joseph & Yolanda Gomez, 545 Rarity Bay Parkway, Unit #206, Vonore, TN 37885-5381 |
| 13764330 | ##+ | Marilyn & Robert Shemansky, 545 Rarity Bay Parkway #104, Vonore, TN 37885-5380 |
| 13816216 | ##+ | Marilyn B. Hawkinson Hickey Trustee, for Marilyn Hawkinson Living Trust, Marilyn B. Shemansky, 545 Rarity Bay Pkwy, Unit 104, Vonore, TN 37885-5380 |
| 13764332 | ##+ | Mark & Faith Tenzer, 10745 SW 104 St, Miami, FL 33176-8163 |
| 13819434 | ##+ | Mark & Robin Parmley, 209 Rock Point Drive, Vonore, TN 37885-2068 |
| 13764338 | ##+ | Mark Cooper, Christina Viets, 2224 Monticello Drive, Maryville, TN 37803-7528 |
| 13764350 | ##+ | Mary Van Hyning, 136 White Hawk Drive, Vonore, TN 37885-2077 |
| 13764368 | ##+ | Michael & Pamela Mancini, 450 Morning Dove Drive, Vonore, TN 37885-5309 |
| 13819442 | ##+ | Michele L. Albohn & Alissa Laffer, 2307 Omaha Lane, Knoxville, TN 37932-3486 |
| 13764384 | ##+ | Mickey & Andrea Williams, 221 Kingbird Drive, Vonore, TN 37885-5338 |
| 13764386 | ##+ | Mike & Kathleen Temming, 555 Rarity Bay Parkway #206, Vonore, TN 37885-5345 |
| 13764285 | ##+ | Patrick & Kathleen Ryle, 104 Barr Lane, Monroe, NY 10950-4940 |
| 13764187 | ##+ | Phillip L. & Hiltrud A. Maxey, 725 Wood Duck Drive, Vonore, TN 37885-2045 |
| 13764424 | ##+ | Raistone Purchasing LLC-Series XXVII, Innovation Refunds LLC, 4350 Westown Parkway Suite 300, West Des Moines, IA 50266-1061 |
| 13764429 | ##+ | Randy Hatley & Kim Hatley, 404 Briksbury Dr, Franklin, TN 37067-5004 |
| 13764491 | ##+ | Russell & Traci Lorts, 117 Heron Court, Vonore, TN 37885-5305 |
| 13764497 | ##+ | Samir Malik, Maria Barguil 10806 Canyon Bay Lane, Boynton Beach, FL 33473-4849 |
| 13819365 | ##+ | Sean Murray & Robin Pisecki, 11461 Mantova Bay Circle, Boynton Beach, FL 33473-5034 |
| 13819461 | ## | Stan & Paulette Pociask, 2604 North Chapel Hill Drive, Arlington Heights, IL 60004-2582 |
| 13819441 | ##+ | Stephen & Michelle Beerer, 23 Via Encanto Rancho, Santa Margarita, CA 92688-4942 |
| 13764525 | ##+ | Steve & Lucille Willan, 555 Rarity Bay Pkwy Apt 105, Vonore, TN 37885-5344 |
| 13819567 | ##+ | Sunitha & Prabhaker Yadav, 963 Beckingham Dr, St Augustine, FL 32092-5041 |
| 13764533 | ##+ | Ted & Carol Leenerts, 124 Breakers Drive PO Box 907, Vonore, TN 37885-0907 |
| 13764547 | ##+ | Thomas & Soon Ja Frietsch, 865 Rarity Bay Parkway, Vonore, TN 37885-5335 |
| 13764552 | ##+ | Tim & Marianne McKay, 113 Yona Way, Loudon, TN 37774-2724 |
| 13764566 | ##+ | Traci Lorts, 117 Heron Court, Vonore, TN 37885-5305 |
| 13764572 | ##+ | Waleed and Deborah Tarazi, 192 Heron Court, Vonore, TN 37885-5305 |
| 13764575 | ##+ | Wayne and Nancy Mariani, 209 White Hawk Drive, Vonore, TN 37885-5369 |
| 13764583 | ##+ | William R. O'Bryan, Jr., Butler Snow, LLP, 150 3rd Avenue South, Suite 1600, Nashville, TN 37201-2046 |

TOTAL: 3 Undeliverable, 11 Duplicate, 50 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026                          Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0649-3                              User: admin                                    Page 22 of 48

Date Rcvd: May 08, 2026                          Form ID: pdfbk                                  Total Noticed: 1069

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Russell | on behalf of Defendant Salem Pointe Capital LLC arussell@fisher-russell.com |
| Adam Russell | on behalf of Defendant Michael Ayres arussell@fisher-russell.com |
| Adam Russell | on behalf of Special Counsel Adam Russell arussell@fisher-russell.com |
| Adam Uriah Holland | on behalf of Plaintiff Barbara Keller Taylor aholland@dhifirm.com |
| Adam Uriah Holland | on behalf of Plaintiff Charlton Taylor aholland@dhifirm.com |
| Austin L. McMullen | on behalf of Plaintiff Joan Allaben amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff David Wilhelm amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Interested Party Bradley Arant Boult Cummings LLP amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff Debora Rogers amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff Cheryl Weaver amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff Randle Suttkus amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff Earl Triplett amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff Daniel Cash amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff Jeffrey Aschenbeck amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff Paul Sherwood amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff Patricia Murphy amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff Diane Walker amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff Laurie Szilvagyi amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff Maria Borowy amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff Matteo Giordano amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff Sharon MacWilliams amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff Mark Lyon amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff Gary Cole amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff Ron Walker amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff Alan Willbee amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | on behalf of Plaintiff Joan Wichelns amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com |
| Austin L. McMullen | |

District/off: 0649-3                                    User: admin                                    Page 23 of 48
Date Rcvd: May 08, 2026                                 Form ID: pdfbk                                 Total Noticed: 1069

on behalf of Plaintiff David Danhof amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Eileen Karnes amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Cornelia Siddall amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Paul Busse amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Deborah Suttkus amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jennifer Boldizsar amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff David Gallelli amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Ann Marie Woolsey amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Stasko amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Clint Meyer amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Philip Fancher amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Constance Ferraro amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Roger Hanson amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff James Veselovsky amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Thomas Barnard amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Peter Arfken amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Gail Wilhelm amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jean Porter amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Traci Lorts amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Thomas Walliser amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Freida Johnson Wisneski amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Lisa Lyon amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jeffery Laws amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Maurice Richter amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Genene Youngs amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Purcell amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Bruce Mackenzie amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kellie Calloway amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                          User: admin                                      Page 24 of 48
Date Rcvd: May 08, 2026                       Form ID: pdfbk                                  Total Noticed: 1069

Austin L. McMullen

on behalf of Plaintiff Toni Turner amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kent O'Brien amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Tom Chadwell amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Theresa Veselovsky amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Shawn Wesley McCarter amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Charlton Taylor amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Mary Cesaretti amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jolene Colpo amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff David Broyles amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Joni Danhof amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Steven Hansen amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Diane Sherwood amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Todd Frauendorfer amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Goodall amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Ann Triplett amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff David Smith amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Larry Strunk amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Charles Watlington amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kim Sade amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marie Gosch amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Eileen Engel amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Constance Williams amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Teresa Bieber amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kathy Laws amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Allaben amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Anne Iverson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Darryl Fry amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jim Goetz amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                          User: admin                                    Page 25 of 48

Date Rcvd: May 08, 2026                       Form ID: pdfbk                                  Total Noticed: 1069

Austin L. McMullen
on behalf of Plaintiff Jeanne Wohlford amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff John Brohan amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Charles Wayne Fox amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Kenneth Klepps amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Robert Pelletier amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Yvonne Gamble amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Zach Elkin amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Phillip Rother amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff William Turner amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Teresa Merrill amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Carol Johnson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Larry Langhoff amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Robert Elgin amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Deborah Hough Barnard amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Bruce Broxterman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Maria Meyer amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Anke Linton amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Gregory Baker amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Tammy Summers amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Rodney Rowe amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Todd Behrens amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff James Bauman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Elizabeth Wasson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Patricia Baker amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Gregory Engel amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Jackie Henderson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Alda Watlington amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Robert Riley amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                                          User: admin                                            Page 26 of 48
Date Rcvd: May 08, 2026                                  Form ID: pdfbk                                       Total Noticed: 1069

Austin L. McMullen

on behalf of Plaintiff Robert Shipman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Hugh M. Calloway amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Ted Colpo amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Patricia Goodall amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Hailey Behrens amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jeannette Amundson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Janet Carlson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Yolanda Gomez amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Martin Immerman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Cheryl Hamilton amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Barbara Langosch amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Gregory Louden amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Ronald Siddall amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Gregory Langosch amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Erica Riley amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Richard Sade amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Engle amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff James Wiese amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Mary Lang amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Maureen Aschenbeck amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Lynn Sheldon Engle amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Elbert Creed amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Andrew Scott amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Patrice Gibbons amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Lawrence Wichelns amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Nancy Langhoff amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Dariusz Borowy amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Terry Harrison amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                                    User: admin                                         Page 27 of 48
Date Rcvd: May 08, 2026                                 Form ID: pdfbk                                    Total Noticed: 1069

Austin L. McMullen

on behalf of Plaintiff Donald Amundson amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kristin Rowe amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Constance Scott amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Paul Merrill amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jason Walsh amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Joan Bauman amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Linda Wiese amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Ronald Godshalk amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Carl Supernor amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Gamble amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Gail Gagnon amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Martha Supernor amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Catherine Mackenzie amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Creditor Russell Lorts amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Wendy O'Brien amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Margaret Hansen amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Deborah Smith amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Nels Johnson amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michael Frisbey amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Amy Munier amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Sheila Walliser amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff William S. King III amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jean Vosburg amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jeffrey Bokal amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Meredith Louden amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Eric Edstrom amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff William Vosburg amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff William Grovier amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                                     User: admin                                          Page 28 of 48
Date Rcvd: May 08, 2026                                  Form ID: pdfbk                                      Total Noticed: 1069

Austin L. McMullen
on behalf of Plaintiff David Lang amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff James Barrett amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Donald Murphy amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Suzan Cayne amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Jenny Liu Saver amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Russell Lorts amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Peter MacWilliams amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Diane Griffon Drinnon amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Carolyn Chase amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Thomas Simcox amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Raymond Wasson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Craig Thomas amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff James Mathis amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Trudy Smith amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Mary Dickson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff John Jeffcoat amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Kristen Roberts amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Regina Elgin amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Christine Miller amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Dave Carraway amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Brian Haycox amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Jeffrey Kupperman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Rosemary Townsend amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Kimm Sayre amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Margaret Crafton amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Shannon Haycox amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Gwendolynn Tyler Fry amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen
on behalf of Plaintiff Linda Simcox amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                         User: admin                                    Page 29 of 48
Date Rcvd: May 08, 2026                      Form ID: pdfbk                          Total Noticed: 1069

Austin L. McMullen

on behalf of Plaintiff Lawrence Wilkerson amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Samuel Gregov amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Anita Wright amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Milhiser amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Martin Wright amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marcus Allen amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Dale Mojta amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Russell O'Brien amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Ronald Saver amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Ferraro amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Barton Whitman amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Patricia Kupperman amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Porter amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Sandra Price amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Bruce Hamilton amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Dawn Fancher amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Tracy Edstrom amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Vincent Fell amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michelle Hammond amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Cynthia Walsh amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Crafton amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Sorenson amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Charles David Linton amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jamie Frisbey amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Julia Misslin amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Meredith Shipman amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Elizabeth Quigley amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Hammond amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                                      User: admin                                      Page 30 of 48
Date Rcvd: May 08, 2026                                  Form ID: pdfbk                                   Total Noticed: 1069

Austin L. McMullen

on behalf of Plaintiff Shelley Bundy King amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Norman Canfield amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jack McDonald amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Toni Grovier amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Dennis Stephenson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Bobbi Carraway amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kathryn Mohring amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marilyn Hudoba amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Judy Sayre amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Larry Williams amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Paul Anderson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Richard Dickson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Patricia McDonald amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michael Baumgarten amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Harvey Gannon amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Pam Broxterman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Eric Carlson amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff John Mike Miller amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff James Summers amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Lisa Allen amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Lynn Powers Giordano amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jerry Townsend amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Patricia Guelker Cash amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Patricia Nichols amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Julie Capozzi amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Carol Richter amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Ann Hogan Immerman amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michael Kachelmeyer amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                          User: admin                                    Page 31 of 48
Date Rcvd: May 08, 2026                      Form ID: pdfbk                                 Total Noticed: 1069

Austin L. McMullen

on behalf of Plaintiff Christina Purcell amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Valerie Colpizzi Reisz amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marjorie Fox amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Richard Hoban amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jean Thomas amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Karen Brohan amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Steve Henderson amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Terry Nichols amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Rosemary Pelletier amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marilyn Galbreath amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Linda Frauendorfer amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff William Carty amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Quigley amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Rita Anderson amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Patricia Busse amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Gordon Allex amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff George Price amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kimberly Creed amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Mark Karnes amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Eliagnes Broyles amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Emily Huebner amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jan Stephenson amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Scott Bieber amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Russell Youngs amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Cynthia Willbee amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Pamela O'Hara amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Mary Elkin amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Stephen Wohlford amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                         User: admin                                    Page 32 of 48
Date Rcvd: May 08, 2026                      Form ID: pdfbk                                Total Noticed: 1069

Austin L. McMullen

on behalf of Plaintiff Craig Rogers amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kari Porter Benefiel amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marie Monzell Perry amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michael Szilvagyi amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Joy Goetz amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Priscilla Canfield amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michelle Mojta amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kathy Kachelmeyer amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Joseph Gomez amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Barbara Keller Taylor amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Robert Lockhart amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Monty Benefiel amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marc Gosch amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Mae Harrison amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Anthony Reisz amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Carol Milhiser amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Peter Misslin amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Janet Muir amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Linda Neumann amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Andrea Gregov amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Scott Munier amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kim Wood amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jennifer Boldizsar Klepps amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Barbara Whitman amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Carthylynn Barrett amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michael Capozzi amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff W.A. Woolsey amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff David Miller amcmullen@bradley.com  austin-mcmullen-8885@ecf.pacerpro.com

District/off: 0649-3                         User: admin                                Page 33 of 48

Date Rcvd: May 08, 2026                      Form ID: pdfbk                             Total Noticed: 1069

Austin L. McMullen

on behalf of Plaintiff John Wood amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Julia Rother amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Russell Hudoba amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Gary Harnett amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Eric Chase amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Marilyn Shemansky amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff David Davis amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Douglas Roberts amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Fallen Leaf Lake  LLC amcmullen@bradley.com, austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff James Wisneski amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Richard Mohring amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Carol Strunk amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Jayne Miller amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Deborah Riley amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Michelle Mackay Carty amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Kristen Chadwell amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Dale Weaver amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Austin L. McMullen

on behalf of Plaintiff Susan Davis amcmullen@bradley.com austin-mcmullen-8885@ecf.pacerpro.com

Brenda G. Brooks

on behalf of Defendant Salem Pointe Capital  LLC bbrooks@moore-brooks.com, ebriggs@moore-brooks.com

Brenda G. Brooks

on behalf of Debtor Salem Pointe Capital  LLC bbrooks@moore-brooks.com, ebriggs@moore-brooks.com

Clinton Edward Hunter Brush

on behalf of Creditor Bald Eagle Ventures  LLC hunter.brush@butlersnow.com,
sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Creditor Landeavor  LLC hunter.brush@butlersnow.com,
sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Creditor BEP Rarity Bay  LLC hunter.brush@butlersnow.com,
sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Creditor Paul Beidel hunter.brush@butlersnow.com sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Defendant Landeavor Asset Managers  LLC hunter.brush@butlersnow.com,
sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Defendant BEP Rarity Bay  LLC hunter.brush@butlersnow.com,
sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

District/off: 0649-3                                     User: admin                                     Page 34 of 48

Date Rcvd: May 08, 2026                                 Form ID: pdfbk                                   Total Noticed: 1069

Clinton Edward Hunter Brush

on behalf of Creditor Landeavor Asset Managers  LLC hunter.brush@butlersnow.com,
sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Defendant Landeavor  LLC hunter.brush@butlersnow.com,
sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Defendant Adam Lorry hunter.brush@butlersnow.com
sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Defendant Bald Eagle Ventures  LLC hunter.brush@butlersnow.com,
sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Defendant Paul Beidel hunter.brush@butlersnow.com  sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Clinton Edward Hunter Brush

on behalf of Creditor Adam Lorry hunter.brush@butlersnow.com  sharron.couch@butlersnow.com;ecf.notices@butlersnow.com

Erika R. Barnes

on behalf of Creditor Rarity Bay Partners ebarnes@stites.com  across@stites.com;docketclerk@stites.com;bmbrown@stites.com

Erno D. Lindner

on behalf of Creditor Kapitus Servicing  Inc. as agent for Kapitus LLC elindner@bakerdonelson.com,
dspiegel@bakerdonelson.com

Gary M. Murphey

murphey@rfslimited.com

Gene L. Humphreys

on behalf of Defendant Salem Pointe Capital  LLC ghumphreys@bassberry.com, bankr@bassberry.com

Gene L. Humphreys

on behalf of Trustee Gary M. Murphey ghumphreys@bassberry.com  bankr@bassberry.com

Gregory C. Logue

on behalf of Creditor Rarity Bay Partners glogue@wmbac.com

Henry Edward Hildebrand, IV

on behalf of Debtor Salem Pointe Capital  LLC ned@dhnashville.com, admin@dhnashville.com

James Moore

on behalf of Defendant Salem Pointe Capital  LLC jmoore@moore-brooks.com

James Moore

on behalf of Debtor Salem Pointe Capital  LLC jmoore@moore-brooks.com

Jason L. Rogers

on behalf of Creditor ORNL Federal Credit Union jrogers@hdclaw.com  mswaggerty@hdclaw.com

M. Aaron Spencer

on behalf of Plaintiff Salem Pointe Capital Partners now known as Rarity Bay Partners aspencer@wmbac.com
arossini@wmbac.com;TN56@ecfcbis.com

M. Aaron Spencer

on behalf of Creditor Rarity Bay Partners aspencer@wmbac.com  arossini@wmbac.com;TN56@ecfcbis.com

Mary D. Miller

on behalf of Plaintiff Pete Misslin mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff Rick Hoban mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Kim Wood mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Creditor The Club at Rarity Bay Inc. mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party John D. Wood and Kim R. Wood  Trustees of the Wood Living Trust Dated November 15, 2003, A
Revocable Living Trust mmillerservice@millerlaw.solutions, kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Peter A. Misslin  Trustee of the Peter A. Misslin Living Trust Under Agreement Dated August 24,
1998 mmillerservice@millerlaw.solutions, kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff Julia Misslin mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

District/off: 0649-3                      User: admin                                      Page 35 of 48

Date Rcvd: May 08, 2026                   Form ID: pdfbk                                    Total Noticed: 1069

Mary D. Miller

on behalf of Interested Party Michael Guido mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Donna Harless mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Bart Whitman mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Kathleen Siedlecki mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Terry G. Aff mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Julia Misslin mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff Kim Wood mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Steven McCullough mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Ken Cook mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Julia B. Misslin  Trustee of the Julia B. Misslin Living Trust Under Agreement Dated August 24,
1998 mmillerservice@millerlaw.solutions, kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party John D. Wood mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Peter Misslin mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party J. Carey McHugh mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff J. Carey McHugh mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff John D. Wood mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Michael Mayer mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff Michael Guido mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff Bart Whitman mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Richard Hoban mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Interested Party Ed Harless mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Mary D. Miller

on behalf of Plaintiff Ed Harless mmillerservice@millerlaw.solutions  kboyd@millerlaw.solutions

Melanie E. Davis Esq.

on behalf of Plaintiff Jennifer Boldizsar Klepps mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Ronald Saver mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff George Price mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Kim Wood mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Shelley Bundy King mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff David Danhof mdavis@kizerblack.com

Melanie E. Davis Esq.

District/off: 0649-3

Date Rcvd: May 08, 2026

User: admin

Form ID: pdfbk

Page 36 of 48

Total Noticed: 1069

on behalf of Plaintiff Yvonne Gamble mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Craig Rogers mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Marilyn Galbreath mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Samuel Gregov mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff James Wiese mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff James Mathis mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Nels Johnson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Philip Fancher mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Elizabeth Wasson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Michael Guido mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Dave Carraway mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Michelle Mackay Carty mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Priscilla Canfield mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff John Brohan mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Robert Pelletier mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Valerie Colpizzi Reisz mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Earl Triplett mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff John Porter mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jayne Miller mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Andrea Gregov mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Michael Frisbey mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Constance Scott mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff William Carty mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Michael Szilvagyi mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Shawn Wesley McCarter mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Ronald Godshalk mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff William S. King III mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff James Wisneski mdavis@kizerblack.com

District/off: 0649-3                                    User: admin                                                    Page 37 of 48

Date Rcvd: May 08, 2026                            Form ID: pdfbk                                              Total Noticed: 1069

Melanie E. Davis Esq.

on behalf of Plaintiff Kristin Rowe mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Traci Lorts mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Meredith Shipman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Mark Karnes mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Roger Hanson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff David Wilhelm mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Joni Danhof mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jeffrey Aschenbeck mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Patricia Guelker Cash mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Randle Suttkus mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Barton Whitman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Michael Kachelmeyer mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Carthylynn Barrett mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Richard Sade mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Robert Lockhart mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Russell O'Brien mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Norman Canfield mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Catherine Mackenzie mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Lisa Allen mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Maureen Aschenbeck mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Patrice Gibbons mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Constance Ferraro mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jean Porter mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Raymond Wasson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Lynn Sheldon Engle mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Emily Huebner mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Pete Misslin mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Thomas Simcox mdavis@kizerblack.com

District/off: 0649-3                          User: admin                                      Page 38 of 48
Date Rcvd: May 08, 2026                     Form ID: pdfbk                                   Total Noticed: 1069

Melanie E. Davis Esq.
                    on behalf of Plaintiff Ted Colpo mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Charles David Linton mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Rick Hoban mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Todd Frauendorfer mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Charles Watlington mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Susan Davis mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Patricia Goodall mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Steven Hansen mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Theresa Veselovsky mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Peter Arfken mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff David Gallelli mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Christine Miller mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Michelle Mojta mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Maria Borowy mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Jan Stephenson mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Sandra Price mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Carol Richter mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Larry Langhoff mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Elbert Creed mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Genene Youngs mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Phillip Rother mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Hugh M. Calloway mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Kathy Laws mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Sheila Walliser mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Maria Meyer mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Mary Elkin mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Scott Bieber mdavis@kizerblack.com

Melanie E. Davis Esq.
                    on behalf of Plaintiff Linda Simcox mdavis@kizerblack.com

District/off: 0649-3                          User: admin                                    Page 39 of 48
Date Rcvd: May 08, 2026                     Form ID: pdfbk                              Total Noticed: 1069

Melanie E. Davis Esq.
on behalf of Plaintiff Robert Purcell mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Eileen Karnes mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Paul Merrill mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff James Veselovsky mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Wendy O'Brien mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Freida Johnson Wisneski mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Trudy Smith mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Hailey Behrens mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Kimberly Creed mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Todd Behrens mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Laurie Szilvagyi mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jeannette Amundson mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Deborah Smith mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Deborah Suttkus mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Robert Allaben mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Patricia Murphy mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Kathryn Mohring mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff William Grovier mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff David Lang mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Elizabeth Quigley mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Lynn Powers Giordano mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Richard Hoban mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jeffery Laws mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jackie Henderson mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Russell Hudoba mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Bart Whitman mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Meredith Louden mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Kari Porter Benefiel mdavis@kizerblack.com

District/off: 0649-3

User: admin

Page 40 of 48

Date Rcvd: May 08, 2026

Form ID: pdfbk

Total Noticed: 1069

Melanie E. Davis Esq.

on behalf of Plaintiff Kathy Kachelmeyer mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jeffrey Bokal mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Ronald Siddall mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Rita Anderson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Patricia McDonald mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Bruce Hamilton mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Gregory Langosch mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Alda Watlington mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff J. Carey McHugh mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Kellie Calloway mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Ed Harless mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Marcus Allen mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Gary Cole mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Monty Benefiel mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Teresa Merrill mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff John Gamble mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Martin Immerman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Eric Edstrom mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Amy Munier mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Deborah Hough Barnard mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Cheryl Hamilton mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Fallen Leaf Lake  LLC mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Yolanda Gomez mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Marie Gosch mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff William Turner mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Sharon MacWilliams mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Ann Triplett mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Peter MacWilliams mdavis@kizerblack.com

District/off: 0649-3                    User: admin                                    Page 41 of 48

Date Rcvd: May 08, 2026                 Form ID: pdfbk                              Total Noticed: 1069

Melanie E. Davis Esq.
on behalf of Plaintiff Jolene Colpo mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Marie Monzell Perry mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Vincent Fell mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff John Hammond mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jerry Townsend mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Linda Wiese mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jennifer Boldizsar mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Russell Youngs mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Robert Milhiser mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Kristen Chadwell mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Deborah Riley mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Gordon Allex mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Donald Murphy mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Marc Gosch mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Steve Henderson mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Anita Wright mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Barbara Whitman mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Marjorie Fox mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Eric Chase mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Diane Sherwood mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Robert Elgin mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Rosemary Pelletier mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Patricia Kupperman mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Linda Neumann mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Toni Turner mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Paul Busse mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Daniel Cash mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Carol Strunk mdavis@kizerblack.com

District/off: 0649-3    User: admin    Page 42 of 48
Date Rcvd: May 08, 2026    Form ID: pdfbk    Total Noticed: 1069

Melanie E. Davis Esq.
on behalf of Plaintiff Anne Iverson mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Kim Sade mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Matteo Giordano mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Cornelia Siddall mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Russell Lorts mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jean Vosburg mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Diane Griffon Drinnon mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Martha Supernor mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Lisa Lyon mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Marilyn Hudoba mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Gwendolynn Tyler Fry mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Marilyn Shemansky mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Richard Dickson mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Pamela O'Hara mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Thomas Barnard mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff David Davis mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Joy Goetz mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff W.A. Woolsey mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Toni Grovier mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Mary Lang mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Barbara Langosch mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Scott Munier mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Terry Harrison mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Stephen Wohlford mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Joan Bauman mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Maurice Richter mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff David Smith mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Judy Sayre mdavis@kizerblack.com

District/off: 0649-3                          User: admin                                    Page 43 of 48
Date Rcvd: May 08, 2026                  Form ID: pdfbk                              Total Noticed: 1069

Melanie E. Davis Esq.

on behalf of Plaintiff Ann Hogan Immerman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff James Barrett mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Joan Wichelns mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Lawrence Wichelns mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Margaret Hansen mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Mary Cesaretti mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Michelle Hammond mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jeffrey Kupperman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Paul Anderson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Craig Thomas mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Eliagnes Broyles mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Terry Nichols mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Kenneth Klepps mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Regina Elgin mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff William Vosburg mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Cheryl Weaver mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Charles Wayne Fox mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Richard Mohring mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jason Walsh mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jack McDonald mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Karen Brohan mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Clint Meyer mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Tom Chadwell mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Joseph Gomez mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Gregory Engel mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Dariusz Borowy mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jenny Liu Saver mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Larry Williams mdavis@kizerblack.com

District/off: 0649-3                          User: admin                                      Page 44 of 48
Date Rcvd: May 08, 2026                      Form ID: pdfbk                                  Total Noticed: 1069

Melanie E. Davis Esq.

on behalf of Plaintiff Carl Supernor mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Michael Capozzi mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff John Crafton mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jamie Frisbey mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Margaret Crafton mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Diane Walker mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Suzan Cayne mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Julia Rother mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Julia Misslin mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Anthony Reisz mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Eric Carlson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff John Wood mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Dennis Stephenson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Cynthia Walsh mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Andrew Scott mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Ann Marie Woolsey mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Shannon Haycox mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Teresa Bieber mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Lawrence Wilkerson mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Jeanne Wohlford mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Julie Capozzi mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Pam Broxterman mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Mark Lyon mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Carol Milhiser mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Ron Walker mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Alan Willbee mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Bobbi Carraway mdavis@kizerblack.com

Melanie E. Davis Esq.

on behalf of Plaintiff Paul Sherwood mdavis@kizerblack.com

District/off: 0649-3                           User: admin                                    Page 45 of 48
Date Rcvd: May 08, 2026                       Form ID: pdfbk                                Total Noticed: 1069

Melanie E. Davis Esq.
on behalf of Plaintiff Darryl Fry mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Douglas Roberts mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff John Mike Miller mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff James Bauman mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Patricia Baker mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff John Goodall mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Joan Allaben mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff John D. Wood mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Zach Elkin mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff John Stasko mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Bruce Mackenzie mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Martin Wright mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Patricia Nichols mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Tammy Summers mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Gary Harnett mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Bruce Broxterman mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Dale Mojta mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Gregory Louden mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff James Summers mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Brian Haycox mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Janet Muir mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Mae Harrison mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Gregory Baker mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Dale Weaver mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Carolyn Chase mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Rodney Rowe mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Erica Riley mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Dawn Fancher mdavis@kizerblack.com

District/off: 0649-3                      User: admin                                    Page 46 of 48

Date Rcvd: May 08, 2026                  Form ID: pdfbk                                 Total Noticed: 1069

Melanie E. Davis Esq.
on behalf of Plaintiff Gail Wilhelm mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Thomas Walliser mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Charlton Taylor mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Robert Ferraro mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jean Thomas mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Kent O'Brien mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Kimm Sayre mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Donald Amundson mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Robert Riley mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Linda Frauendorfer mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Tracy Edstrom mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Rosemary Townsend mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Kristen Roberts mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff David Broyles mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Robert Shipman mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Peter Misslin mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Nancy Langhoff mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff John Jeffcoat mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Anke Linton mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Robert Engle mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Robert Quigley mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Larry Strunk mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Gail Gagnon mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Harvey Gannon mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Barbara Keller Taylor mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Robert Sorenson mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Patricia Busse mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Christina Purcell mdavis@kizerblack.com

District/off: 0649-3                      User: admin                           Page 47 of 48

Date Rcvd: May 08, 2026                   Form ID: pdfbk                         Total Noticed: 1069

Melanie E. Davis Esq.
on behalf of Plaintiff Constance Williams mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Jim Goetz mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Carol Johnson mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Cynthia Willbee mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Mary Dickson mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Janet Carlson mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Eileen Engel mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Michael Baumgarten mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff David Miller mdavis@kizerblack.com

Melanie E. Davis Esq.
on behalf of Plaintiff Debora Rogers mdavis@kizerblack.com

Michael W. Ewell
on behalf of Creditor Rarity Bay Community Association  Inc. mewell@fmsllp.com, dmcafee@fmsllp.com;elambert@fmsllp.com

Michael W. Ewell
on behalf of Defendant Rarity Bay Community Association  Inc. mewell@fmsllp.com, dmcafee@fmsllp.com;elambert@fmsllp.com

Paul G Jennings
on behalf of Trustee Gary M. Murphey pjennings@bassberry.com  bankr@bassberry.com

Paul G Jennings
on behalf of Defendant Salem Pointe Capital  LLC pjennings@bassberry.com, bankr@bassberry.com

Ronald J. Attanasio
on behalf of Plaintiff Eric Hinkle ron@sa-tnlaw.com

Ronald J. Attanasio
on behalf of Creditor Karen Hinkle ron@sa-tnlaw.com

Ronald J. Attanasio
on behalf of Creditor Eric Hinkle ron@sa-tnlaw.com

Ronald J. Attanasio
on behalf of Plaintiff Karen Hinkle ron@sa-tnlaw.com

Sara K. Morgan
on behalf of Defendant Salem Pointe Capital  LLC sara.morgan@bassberry.com

Thomas H. Dickenson
on behalf of Creditor ORNL Federal Credit Union tdickenson@hdclaw.com  ROgle@hdclaw.com

Tiffany A. Diiorio
on behalf of U.S. Trustee United States Trustee Tiffany.Diiorio@usdoj.gov

Trent R. Kinkaid
on behalf of Interested Party Acuity Land Partners tkinkaid@esc-law.com

Trent R. Kinkaid
on behalf of Plaintiff Salem Pointe Capital Partners now known as Rarity Bay Partners tkinkaid@esc-law.com

Trent R. Kinkaid
on behalf of Interested Party Foreclosed Asset Sales & Transfer Partnership tkinkaid@esc-law.com

Trent R. Kinkaid
on behalf of Interested Party Matthew Daniels tkinkaid@esc-law.com

United States Trustee
Ustpregion08.kx.ecf@usdoj.gov

Walter N. Winchester
on behalf of Creditor Michael and Amy Ayers wwinchester@wsfs-law.com

William F. McCormick

District/off: 0649-3                                    User: admin                                         Page 48 of 48

Date Rcvd: May 08, 2026                              Form ID: pdfbk                                     Total Noticed: 1069

on behalf of Creditor TN Dept of Revenue agbankparsons@ag.tn.gov  agbankstair@ag.tn.gov

William L. Norton, III

on behalf of Interested Party Bradley Arant Boult Cummings LLP bnorton@bradley.com

William R. Obryan, Jr

on behalf of Defendant Bald Eagle Ventures  LLC bill.obryan@butlersnow.com,
jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Creditor BEP Rarity Bay  LLC bill.obryan@butlersnow.com,
jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Creditor Adam Lorry bill.obryan@butlersnow.com  jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Defendant Adam Lorry bill.obryan@butlersnow.com  jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Creditor Paul Beidel bill.obryan@butlersnow.com  jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Defendant Paul Beidel bill.obryan@butlersnow.com  jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Defendant Landeavor  LLC bill.obryan@butlersnow.com, jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Creditor Bald Eagle Ventures  LLC bill.obryan@butlersnow.com,
jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Defendant Landeavor Asset Managers  LLC bill.obryan@butlersnow.com,
jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Defendant BEP Rarity Bay  LLC bill.obryan@butlersnow.com,
jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Creditor Landeavor Asset Managers  LLC bill.obryan@butlersnow.com,
jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

William R. Obryan, Jr

on behalf of Creditor Landeavor  LLC bill.obryan@butlersnow.com, jen.lavely@butlersnow.com;ecf.notices@butlersnow.com

Wynne du Mariau Caffey-Knight

on behalf of Interested Party Matthew Daniels wcaffey@esc-law.com

Wynne du Mariau Caffey-Knight

on behalf of Interested Party Acuity Land Partners wcaffey@esc-law.com

Wynne du Mariau Caffey-Knight

on behalf of Plaintiff Salem Pointe Capital Partners now known as Rarity Bay Partners wcaffey@esc-law.com

Wynne du Mariau Caffey-Knight

on behalf of Interested Party Foreclosed Asset Sales & Transfer Partnership wcaffey@esc-law.com


TOTAL: 737

**To clarify, as represented at the May 8, 2026 hearing, an award under the provision of paragraph 6.c) is subject to a review by the Court for reasonableness.**



**SO ORDERED.**
**SIGNED this 8th day of May, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Suzanne H. Bauknight
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24-31702-SHB |
| SALEM POINTE CAPITAL, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**AGREED ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS
327 AND 328 AND BANKRUPTCY RULE 2014 AUTHORIZING
THE RETENTION OF CBRE, INC., AS REAL ESTATE PROFESSIONAL
FOR THE CHAPTER 11 TRUSTEE**

Upon the Amended Application[1] (the "Application") of Gary M. Murphey, Chapter 11

Trustee ("Trustee") for entry of an order pursuant to sections 327(a) and 328 of title 11 of the

United States Code (the "Bankruptcy Code") and Rules 2014 and 2016 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the retention and use of CBRE, Inc.,

("CBRE" or the "Firm") as the Trustee's real estate professional; and the Court having reviewed

---

[1] Capitalized terms not otherwise defined here shall have the meanings ascribed to them in the Amended Application.

1

the Application and the Court being satisfied with the representations made in the Application that CBRE represents no interest adverse to the Debtor's estate, that it is a "disinterested person" as that term is defined pursuant to Bankruptcy Code section 101(14), that its employment is necessary and in the best interests of the Debtor its estate, its creditors, and other parties-in-interest; and due and sufficient notice of the Application having been given under the particular circumstances; and it appearing that no other or further notice needs be provided; and upon the agreement, by the signatures below, of the parties who filed objections, and after due deliberation thereon and sufficient cause appearing therefor, it is hereby ORDERED that:

1.      The Application is GRANTED to the extent provided herein, retroactive to March 25, 2026.

2.      Pursuant to Bankruptcy Code sections 327(a) and 328, the Trustee is authorized to employ, retain, and use CBRE as his real estate professional in accordance with the Application to perform the services described therein.

3.      CBRE shall continue to update its internal conflicts review and shall file disclosures as appropriate.

4.      The Schedule 1 (property to be sold) to be attached to the Agreement is attached hereto as Exhibit 1 (the "Property").

5.      CBRE shall be compensated in accordance with the fees detailed on the Application, including all attachments thereto.  If CBRE becomes entitled to the flat fee of $200,000 as defined in the Application as modified herein, including the percentage commission described in paragraph 6.c) below, (collectively, the "Flat Fee"), a Request for Payment of Flat Fee (the "Request") shall be filed with the Court and served on all appropriate parties entitled to notice and set for hearing, with a detailed declaration describing the work done by CBRE.  The

Flat Fee will be subject to review for reasonableness. The reasonableness review is not required if CBRE becomes entitled to the Percentage Fee.

6.      Paragraph 5.1 of the Agreement is hereby amended as follows:

a) to clarify that CBRE is limited to the Flat Fee as provided in this Order in the event that the Successful Bidder or Plan Proponent of a confirmed plan is:

   i.   Rarity Bay Partners; or

   ii.  BEP Rarity Bay, solely or in conjunction with The Club at Rarity Bay, Inc., and/or one or more Property Owners ("Property Owners" being defined as any present landowner, lot owner, condominium or villa owner, or homeowner in Rarity Bay Subdivision); or

   iii. The Club at Rarity Bay, Inc., solely or in conjunction with one or more Property Owners;

   iv.  The parties identified in Subsection 6. a) (i), (ii), and (iii) are collectively referred to as the "Excepted Parties");

b) to provide that CBRE is entitled to the Percentage Fee if a Plan for the purchase of the Property is proposed and subsequently confirmed by any person other than the Excepted Parties;

c) to provide that CBRE is entitled to 10% commission for any amount over $9,000,000 (but never to exceed 5% of the total amount of

3

bid/value of plan), if one of the Excepted Parties is a Successful Bidder or Plan Proponent of a confirmed plan.

7.      Paragraph 5.6 is removed from the Agreement, as an "Option" on the Property will not be accepted.

8.      Paragraphs 8.1 and 8.2 references to "misrepresentation" are clarified to be limited to "intentional material misrepresentation."

9.      Paragraph 10.11 is amended to provide that in the event CBRE elects to terminate the Agreement to enter into a listing agreement with any party in a foreclosure proceeding, CBRE forfeits any right to any fee or reimbursement of expenses under the Agreement.

10.      The Agreement is clarified to make that clear that the "Owner" as used in the Agreement acts only through the Trustee, and that the Owner is a Debtor in this Chapter 11 bankruptcy case, such that all references to "Owner" in the Agreement should be read to mean acting through the Trustee as Chapter 11 Trustee of the Owner. Accordingly, any and all references to Trustee shall mean acting only in his capacity as the Chapter 11 trustee of this Debtor in this Chapter 11 case.

11.      Notwithstanding anything to the contrary contained in the Agreement or the Amended Application, the provisions of this Order shall control to the extent of any inconsistency with the Agreement or the Amended Application.

12.      All Objections to the Amended Motion are hereby OVERRULED, except to the extent incorporated herein.  The objection by Rarity Bay Partners raised at the hearing on May 8, 2026 is also OVERRULED.  Nothing in this Agreed Order affects the rights of any party-in-interest regarding any new Sale Motion that the Trustee may file.

13.     The issue of whether and to what extent creditors and parties-in-interest can have access to the CBRE data room or other information or materials which CBRE develops, produces, or utilizes in regard to the marketing, advertising, and/or sale of the Property is expressly reserved, and will be addressed either by an Agreed Protective Order or otherwise by separate order of the Court.

###

SEEN AND AGREED;

APPROVED FOR ENTRY:

/s/ Gene L. Humphreys
Paul G. Jennings, TN Bar No. 14367
Gene L. Humphreys, TN Bar No. 21807
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
Telephone (615) 742-6200
Facsimile (615) 742-6293
pjennings@bassberry.com
ghumphreys@bassberry.com
*Counsel for the Chapter 11 Trustee*

/s/Mary D. Miller, by GLH with permission
Mary D. Miller
Mary D Miller, PLLC
PO Box 5339
Knoxville, TN 37928
865-934-4000
mmillerservice@millerlaw.solutions
*Counsel for Katherine Siedlecki and Michael Mayer,*
*and The Club at Rarity Bay, Inc.*

5

 /s/Michael W. Ewell, by GLH with permission
Michael W. Ewell
Frantz, McConnell & Seymour, LLP
550 W. Main Street, Suite 500
Knoxville, TN 37902
(865)546-9321
mewell@fmsllp.com
*Counsel for Rarity Bay Community Association, Inc.*

6

**EXHIBIT 1**

**Schedule 1 to Exclusive Listing Agreement**

## SCHEDULE 1 – PROPERTY/PURCHASED ASSETS

### INTANGIBLE RIGHTS

- Website: https://raritybayliving.com;

- All social media accounts;

- All logos, trademarks and intellectual property;

- All member lists;

- All computer software licenses;

- All business licenses; and

- All business records.

The name "Rarity Bay," "Rarity Bay Country Club," and "Rarity Bay on Tellico Lake" and any associated logos or marks (to the extent owned by the Debtor);

### REAL PROPERTY EXCLUDING VACANT LAND (listed below)

- Loudon County Golf Course Property: Approx. 36.91 acres;
  - Parcel ID: 078   05201 000
    - Rarity Bay Parkway

- Monroe County Golf Course Property: Approx. 165.68 acres; and
  - Parcel ID: 019   06506 000
    - 403 Rarity Bay Parkway, land
  - Parcel ID: 019   06506 001
    - 403 Rarity Bay Parkway, main clubhouse
  - Parcel ID: 019   06506 002
    - 403 Rarity Bay Parkway, enrichment center (snack bar, pool, locker room)

- Any and all right, title, and interest of Seller in and to any real property located in Monroe County or Loudon County, Tennessee, that is not otherwise identified above or in Schedule 2.2(h).

1

**FIXED TANGIBLE ASSETS**

- Lounge and corresponding furniture and fixtures;

- Restaurant and corresponding furniture and fixtures;

- Kitchen and corresponding furniture and fixtures;

- Swimming Pool and corresponding equipment, furniture and fixtures;

- Outdoor walkway/trails and corresponding furniture and fixtures;

- Seventeen Televisions;

- Fitness Equipment (26 pieces of Equipment);

- Golf Clubhouse's corresponding furniture and fixture;

- Pro Shop's corresponding fixtures;

- All equipment and materials used on the golf course;

- All equipment located and used on tennis courts;

- All equipment located at and used on pickleball courts;

- Toro Golf Equipment;

- All cleaning supplies; and

- All office furniture, fixtures, supplies and equipment

**INVENTORY**

- Raw Materials including food.

- Alcohol and beverages.

- Merchandise in Pro Shop.

2

**VACANT LAND**

- Unplatted Excess Land:

  o Rarity Bay Pkwy. – Near 13th Hole: Approx. 3.34 acres;
    - Parcel ID: 078   05203 000
  o Rarity Bay Pkwy. – Near Gate House:  Approx. 11.2 acres;
    - Parcel ID: 019   06500 000
  o 288 Keeble Road and Maintenance Building located on property;
    - Parcel IDs:
      - 019   06505 000, land
      - 019   06505 001, maintenance buildings
  o Real Property Located at Turnstone Lane:  Approx. 10.82 acres; and
    - Parcel IDs:
      - 019L B 00500 000 – deed allegedly executed, but not recorded
      - 019L B 00600 000 – deed allegedly executed, but not recorded
      - 019L B 00700 000 – deed allegedly executed, but not recorded
      - 019L B 00800 000 – deed allegedly executed, but not recorded
      - 019L D 00100 000
      - 019L D 00200 000
      - 019L D 00300 000
      - 019L D 00400 000
      - 019L D 00500 000
      - 019L D 00600 000
      - 019L D 00700 000
      - 019L D 00800 000
      - 019L D 00900 000
      - 019L D 01000 000
      - 019L D 01100 000
      - 019L D 01200 000
      - 019L D 01300 000
      - 019L D 01400 000
      - 019L D 01500 000
      - 019L D 01600 000
      - 019L D 01700 000
      - 019L D 01800 000
      - 019L D 01900 000
      - 019L D 02000 000
      - 019L D 02100 000
      - 019L D 02200 000
      - 019L D 02300 000
      - 019L D 02400 000
      - 019L D 02500 000
      - 019L D 02600 000

- 019L D 02700 000
- 019L D 02800 000
- 019L D 02900 000
- 019L D 03000 000
- 019L D 03100 000
- 019L D 03200 000
- 019L D 03300 000
- 019L D 03400 000
- 019L D 03500 000
- 019L D 03600 000
- 019L D 03700 000
- 019L D 03800 000
- 019L D 03900 000
- 019L D 04000 000
- 019L D 04100 000
- 019L D 04200 000
- 019L D 04300 000
- 019L D 04400 000
- 019L D 04500 000
- 019L D 04600 000
- 019L D 04700 000
- 019L D 04800 000
- 019L D 04900 000
- 019L D 05000 000
- 019L D 05100 000
- 019L D 05200 000
- 019L D 05300 000
- 019L D 05400 000
- o Real Property Located at Shearwater Drive: Approx. 1.79 acres
  - Parcel IDs:
    - 019L C 00100 000
    - 019L C 00101 000
    - 019L C 00200 000
    - 019L C 00201 000
    - 019L C 00300 000
    - 019L C 00301 000
    - 019L C 00400 000
    - 019L C 00500 000
- o Real Property Located at Osprey Circle: Approx. 0.48 acres
  - Parcel IDs:
    - 019E A 05700 000
    - 019E A 06000 000

4

- Platted Lots:

  - 949 Rarity Bay Pkwy.;
    - Parcel ID: 078I B 00500 000
  - 969 Rarity Bay Pkwy.;
    - Parcel ID: 078I B 00600 000
  - 125 Mallard Dr.;
    - Parcel ID: 078H B 00300 000
  - 155 Hummingbird Dr.;
    - Parcel ID: 078G B 00600 000
  - 175 Hummingbird Dr.;
    - Parcel ID: 078G B 00800 000
  - 295 Hummingbird Dr.;
    - Parcel ID: 078G B 02000 000
  - 747 Wood Duck Dr.;
    - Parcel ID: 019D A 01100 000
  - 751 Wood Duck Dr.;
    - Parcel ID: 019D A 01200 000
  - 755 Wood Duck Dr.; and
    - Parcel ID: 019D A 01300 000
  - 761 Wood Duck Dr.
    - Parcel ID: 019D A 01400 000

- Miscellaneous

  - Golf Course Pump Station

### ASSUMED CONTRACTS AND LEASES

- One lease covers 50 2022 E-Z-Go RXV Elite Golf carts with lithium batteries;
- One lease covers the Pace 7EX 7-inch GPS touchscreen and fleet management that provides fleet tracking, geofencing, 3d hole flyover, etc.;
- One lease of an 800XG Hauler; and
- The Management Contract
- Club Membership Contracts

5