**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **SALEM POINTE CAPITAL, LLC,** | )  **Case No. 3:24-bk-31702-SHB** |
| | )  **Chapter 11** |
| **Debtor.** | ) |
| | ) |

**ORDER GRANTING RARITY BAY PARTNERS'
MOTION TO DISMISS THE CHAPTER 11 CASE**

On May 11, 2026, Rarity Bay Partners ("RBP"), by and through counsel, filed a Motion to

Dismiss the Chapter 11 Case (the "Motion to Dismiss") pursuant to 11 U.S.C. § 1112(b)(1).  After

notice and a hearing, and the Court finding good cause and it otherwise appearing to the Court that

the Motion is proper, it is therefore,

ORDERED that the Motion to Dismiss is GRANTED.

# # #

6944527.1

**APPROVED FOR ENTRY:**

/s/ M. Aaron Spencer

M. Aaron Spencer, BPR No. 029911
Woolf, McClane, Bright, Allen & Carpenter, PLLC
Post Office Box 900
Knoxville, Tennessee 37901-0900
Telephone:  (865) 215-1000
Email: aspencer@wmbac.com

and

STITES & HARBISON, PLLC

/s/ Erika R. Barnes

Erika R. Barnes BPR No. 028628
401 Commerce Street, Suite 800
Nashville, TN 37219
Telephone: (615) 782-2252
Email: ebarnes@stites.com

*Attorneys for Rarity Bay Partners*

1

6944527.1