List of Parties Represented by Austin L. McMullen, Esq., William L. Norton, III, Esq. and Melanie E. Davis, Esq.

Robert and Joan Allaben
Marcus and Lisa Allen
Gordon Allex
Donald and Jeannette Amundson
Paul and Rita Anderson
Peter Arfken
Jeffrey and Maureen Aschenbeck
Gregory and Patricia Baker
Thomas and Deborah Hough Barnard
James and Carthylynn Barrett
James and Joan Bauman
Michael Baumgarten
Todd and Hailey Behrens
Monty and Kari Porter Benefiel
Scott and Teresa Bieber
Jeffrey Bokal
Jennifer Boldizsar
Dariusz and Maria Borowy
John and Karen Brohan
Bruce and Pam Broxterman
David and Eliagnes Broyles
Paul and Patricia Busse
Hugh M. and Kellie Calloway
Norman and Priscilla Canfield
Julie and Michael Capozzi
Eric and Janet Carlson
Dave and Bobbi Carraway
William and Michelle Mackay Carty
Daniel and Patricia Guelker Cash
Suzan Cayne
Mary Cesaretti
Tom and Kristen Chadwell
Eric and Carolyn Chase
Gary Cole
Ted and Jolene Colpo
John and Margaret Crafton
Elbert and Kimberly Creed
David and Joni Danhof
David and Susan Davis
Richard and Mary Dickson
Diane Griffon Drinnon
Eric and Tracy Edstrom
Robert and Regina Elgin

Zach and Mary Elkin
Gregory and Eileen Engel
Robert and Lynn Sheldon Engle
Alan and Jennifer Butterfield Fallen Leaf Lake, LLC
Philip and Dawn Fancher
Vincent Fell
Robert and Constance Ferraro
Charles Wayne and Marjorie Fox
Todd and Linda Frauendorfer
Michael and Jamie Frisbey
Darryl and Gwendolynn Tyler Fry
Gail Gagnon
Marilyn Galbreath
David Gallelli
John and Yvonne Gamble
Harvey Gannon
Patrice Gibbons
Matteo and Lynn Powers Giordano
Ronald Godshalk
Joy and Jim Goetz
Joseph and Yolanda Gomez
John and Patricia Goodall
Marc and Marie Gosch
Samuel and Andrea Gregov
William and Toni Grovier
Bruce Hamilton
Cheryl Hamilton
John and Michelle Hammond
Steven and Margaret Hansen
Roger Hanson
Gary Harnett
Terry and Mae Harrison
Brian and Shannon Haycox
Steve and Jackie Henderson
Richard Hoban
Marilyn and Russell Hudoba
Emily Huebner
Martin and Ann Hogan Immerman
Anne Iverson
John Jeffcoat
Nels and Carol Johnson
Michael and Kathy Kachelmeyer
Mark and Eileen Karnes
William S, II and Shelley Bundy King
Kenneth and Jennifer Boldizsar Klepps
Jeffrey and Patricia Kupperman

David and Mary Lang
Larry and Nancy Langhoff
Gregory and Barbara Langosch
Jeffery and Kathy Laws
Charles David and Anke Linton
Robert Lockhart
Russell and Traci Lorts
Gregory and Meredith Louden
Mark and Lisa Lyon
Catherine and Bruce Mackenzie
Peter and Sharon MacWilliams
James Mathis
Shawn Wesley McCarter
Jack and Patricia McDonald
Paul and Teresa Merrill
Clint and Maria Meyer
Robert and Carol Milhiser
David and Christine Miller
John Mike and Jayne Miller
Peter and Julia Misslin
Richard and Kathryn Mohring
Dale and Michelle Mojta
Janet Muir
Scott and Amy Munier
Donald and Patricia Murphy
Linda Neumann
Terry and Patricia Nichols
Kent and Wendy O'Brien
Russell O'Brien
Pamela O'Hara
Robert and Rosemary Pelletier
Marie Monzell Perry
John and Jean Porter
George and Sandra Price
Robert and Christina Purcell
Elizabeth and Robert Quigley
Anthony and Valerie Colpizzi Reisz
Maurice and Carol Richter
Robert and Deborah Riley
Douglas and Kristen Roberts
Erica Riley and Debora Rogers
Craig Rogers
Phillip and Julia Rother
Rodney and Kristin Rowe
Richard and Kim Sade
Ronald and Jenny Liu Saver

Kimm and Judy Sayre
Andrew and Constance Scott
Marilyn Shemansky
Paul and Diane Sherwood
Robert and Meredith Shipman
Ronald and Cornelia Siddall
Thomas and Linda Simcox
David and Trudy Smith
Deborah Smith
Robert Sorenson
John Stasko
Dennis and Jan Stephenson
Larry and Carol Strunk
James and Tammy Summers
Carl and Martha Supernor
Randle and Deborah Suttkus
Michael and Laurie Szilvagyi
Charlton and Barbara Keller Taylor
Craig and Jean Thomas
Jerry and Rosemary Townsend
Earl and Ann Triplett
William and Toni Turner
James and Theresa Veselovsky
William and Jean Vosburg
Ron and Diane Walker
Thomas and Sheila Walliser
Jason and Cynthia Walsh
Raymond and Elizabeth Wasson
Charles and Alda Watlington
Dale and Cheryl Weaver
Barbara and Barton Whitman
Lawrence and Joan Wichelns
James and Linda Wiese
David and Gail Wilhelm
Lawrence Wilkerson
Alan and Cynthia Willbee
Larry and Constance Williams
James and Freida Johnson Wisneski
Stephen and Jeanne Wohlford
John and Kim Wood
W.A. and Ann Marie  Woolsey
Martin and Anita Wright
Russell and Genene Youngs