**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **SALEM POINTE CAPITAL, LLC** | ) | **Case No. 3:24-bk-31702-SHB** |
| | ) | **Chapter 11** |
| **Debtor** | ) | |
| | ) | |

## RARITY BAY COMMUNITY ASSOCIATION, INC.'S COUNSEL'S *EX PARTE* MOTION TO APPEAR TELEPHONICALLY FOR HEARING

Michael W. Ewell, counsel for Rarity Bay Community Association, Inc. ("Counsel"), pursuant to the Court's Procedure for Telephonic Appearance, hereby moves the Court for entry of the Order tendered herewith allowing him to participate in the hearings set in this Case for May 21, 2026 telephonically and for cause would show as follows:

1. Counsel will be out of state on May 21, 2026. The out of state trip was scheduled prior to the setting of the May 21, 2026 docket.

2. Counsel does not believe that the hearings will involve any evidentiary matters but if evidence is taken, undersigned counsel will not participate in the questioning or presentation of evidence.

WHEREFORE, and for all of which, Counsel prays the Court enter the Order tendered herewith allowing him to appear telephonically at the hearings in this Case on May 21, 2026 currently set on the 10:00 a.m. docket.

Respectfully submitted this the 15th day of May, 2026.

/s/ *Michael W. Ewell*
Michael W. Ewell (BPR No. 13232)
FRANTZ, MCCONNELL & SEYMOUR, LLP
550 W. Main Street, Suite 500
Knoxville, TN 37902
Email: mewell@fmsllp.com
(865) 546-9321
*Attorney for Rarity Bay Community Assoc., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, a true and correct copy of the foregoing *Rarity Bay Community Association, Inc.'s Counsel's Ex Parte Motion to Appear Telephonically for Hearing*, were electronically filed in the Court's Electronic Case Filing System and will be served by operation of the Court's electronic filing system on the following:

United States Trustee                               (ECF)
800 Market St., Ste. 114
Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-2303
*Tiffany.Diiorio@usdoj.gov*
*Ustpregion08.kx.ecf@usdoj.gov*

Gary Murphey, Esq.                              (ECF)
330 Cumberland Blvd.
Suite 500
Atlanta, GA 30339
Chapter 11 Trustee
*murphey@rfslimited.com*

William R. O'Bryan, Jr., Esq.              (ECF)
C.E. Hunter Brush, Esq.
Butler Snow LLP
Neuhoff Building
1320 Adams St., Ste. 1400
Nashville, TN 37208
*Bill.obryan@butlersnow.com*
*Hunter.brush@butlersnow.com*

Adam Uriah Holland, Esq.       (ECF)
Duncan Holland & Fleenor, P.C.
1418 McCallie Ave.
Chattanooga, TN 37404
*aholland@dhifirm.com*

Thomas Dickenson, Esq.          (ECF)
Jason L. Rogers, Esq.
Hodges, Doughty & Carson, PLLC
P.O. Box 869
Knoxville, Tn 37901-0869
*tdickenson@hdclaw.com*
*jrogers@hdclaw.com*

Mary D. Miller, Esq.                             (ECF)
Mary D. Miller, PLLC
P.O. Box 5339
Knoxville, TN 37928
*mmillerservice@millerlaw.solutions*

Melanie Davis, Esq.                             (ECF)
Kizer & Black, Attorneys, PLLC
217 E. Broadway Ave.
Maryville, TN 37804
*mdavis@kizerblack.com*

Trent Kinkaid, Esq.                     (ECF)
Wynne du M. Caffey-Knight, Esq.
5616 Kingston Pike, Ste. 301
Knoxville, TN 37919
*tkinkaid@esc-law.com*
*wcaffey@esc-law.com*

William F. McCormick, Esq.               (ECF)
Tennessee State Attorney General Office
P.O. Box 20207
Nashville, TN 37202-0207
*agbankparsons@ag.tn.gov*

James R. Moore, Esq.                   (ECF)
Brenda G. Brooks, Esq.
Moore & Brooks
6223 Highland Place Way, Ste. 102
Knoxville, TN 37919
*bbrooks@moore-brooks.com*
*jmoore@moore-brooks.com*

2

Erno D. Linder, Esq.                    (ECF)
Baker, Donelson, Bearman, Caldwell
1900 Republic Centre
633 Chestnut St.
Chattanooga, TN 37450
*elindner@bakerdonelson.com*

Paul G. Jennings, Esq.              (ECF)
Gene L. Humphreys, Esq.
Sara K. Morgan, Esq.
Bass, Berry & Sims PLC
21 Platform Way South, Ste. 3500
Nashville, Tn 37203
*pjennings@bassberry.com*
*ghumphreys@bassberry.com*
*sara.morgan@bassberry.com*

Austin L. McMullen, Esq.                (ECF)
William L. Norton, III, Esq.
Bradley Arant Boult Cummings, LLP
1221 Broadway, Ste. 2400
Nashville, TN 37203

Salem Pointe Capital, LLC      (U.S. Mail)
403 Rarity Bay Parkway
Vonore, TN 37885
Debtor

Ronald J. Attanasio, Esq.               (ECF)
Sharp & Attanasio
625 Market Street, Suite 300
Knoxville, TN 37902
*ron@sa-tnlaw.com*

Erika R. Barnes, Esq.               (ECF)
Stites & Harbison PLLC
401 Commerce Street, Ste. 800
Nashville, TN 37219-2490
*ebarnes@stites.com*

M. Aaron Spencer, Esq.                  (ECF)
Woolf, McClaine, Bright, Allen
900 S. Gay St., 9th Floor
Knoxville, TN 37902
aspencer@wmbac.com

Henry E. Hildebrand, IV, Esq. (ECF)
Dunham Hildebrand Payne Waldron PLLC
Brentwood, TN 37027
Gregory C. Logue, Esq.          (ECF)
Woolf McClane Bright Allen & Carpenter
900 S. Gay St.
Knoxville, TN 37901
glogue@wmbac.com

Adam Russell, Esq.                      (ECF)
Fisher Russell PLLC
9950 Kingston Pike, Ste. 301
Knoxville, TN 37922
*arussell@fisher-russell.com*

William L. Norton, Esq.          (ECF)
Bradley Arant Boult, Cummings LLP
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203
*bnorton@bradley.com*

Walter N. Winchester, Esq.      (ECF)
Winchester, Sellers, Foster & Steele, P.C.
800 South Gay St., Ste. 1000
Knoxville, TN 37929
*wwinchester@wsfs-law.com*

/s/ Michael W. Ewell
Michael W. Ewell
FRANTZ, MCCONNELL & SEYMOUR, LLP

S:\WDOX\CLIENTS\16236\000001\MOTIONS\03070950.DOCX