**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

|  |  |  |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| | ) | |
| **SALEM POINTE CAPITAL, LLC,** | ) | **Case No.: 3:24-bk-31702-SHB** |
| | ) | |
| **Debtor** | ) | **Chapter 11** |

**ORDER GRANTING RARITY BAY COMMUNITY ASSOCIATION, INC.'S
COUNSEL'S *EX PARTE* MOTION TO APPEAR TELEPHONICALLY FOR HEARING**

Upon *Ex Parte* Motion of Michael W. Ewell, counsel for Rarity Bay Community Association, Inc., to appear telephonically for the hearings scheduled in this Case on May 21, 2026 at 10:00 a.m., and for good cause to the Court shown, it is hereby

ORDERED that Michael W. Ewell, counsel for Rarity Bay Community Association, Inc. may appear telephonically for the hearings scheduled in this Case on May 21, 2026 currently set on the 10:00 a.m. docket.

***

ORDER PREPARED BY:


*/s/ Michael W. Ewell*
Michael W. Ewell, (BPR # 13232)
Frantz, McConnell & Seymour, LLP
550 W. Main Street, Suite 500
Knoxville, TB. 37902
865 546-9321
mewell@fmsllp.com
*Attorney for Rarity Bay Community Assoc., Inc.*
S:\WDOX\CLIENTS\16236\000001\ORDERS\03070981.DOCX