**SO ORDERED.**
**SIGNED this 19th day of May, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Suzanne H. Bauknight
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

|  |  |  |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **SALEM POINTE CAPITAL, LLC,** | ) | **Case No.: 3:24-bk-31702-SHB** |
| | ) | |
| **Debtor** | ) | **Chapter 11** |

### ORDER GRANTING RARITY BAY COMMUNITY ASSOCIATION, INC.'S COUNSEL'S _EX PARTE_ MOTION TO APPEAR TELEPHONICALLY FOR HEARING

Upon _Ex Parte_ Motion of Michael W. Ewell, counsel for Rarity Bay Community Association, Inc., to appear telephonically for the hearings scheduled in this Case on May 21, 2026 at 10:00 a.m., and for good cause to the Court shown, it is hereby

ORDERED that Michael W. Ewell, counsel for Rarity Bay Community Association, Inc. may appear telephonically for the hearings scheduled in this Case on May 21, 2026 currently set on the 10:00 a.m. docket.

\*\*\*

ORDER PREPARED BY:

__/s/ Michael W. Ewell_____
Michael W. Ewell, (BPR # 13232)
Frantz, McConnell & Seymour, LLP
550 W. Main Street, Suite 500
Knoxville, TB. 37902
865 546-9321
mewell@fmsllp.com
*Attorney for Rarity Bay Community Assoc., Inc.*
S:\WDOX\CLIENTS\16236\000001\ORDERS\03070981.DOCX