## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:                                                      Case Number:  3:24–bk–31702–SHB
Salem Pointe Capital, LLC                                   Chapter:  11

    Debtor(s)

## NOTICE OF HEARING

### Amended Notice Continues Hearings to 6/18/26 at 10:00 AM

    Notice is hereby given that a hearing will be held on 6/18/26 , at 10:00 AM, in Courtroom 1C, Howard H. Baker Jr. U.S. Courthouse, 800 Market Street, Knoxville, TN 37902 on the following:

*581* – Miscellaneous Motion for Payment of Social Membership Initiation Fees Filed by M. Aaron Spencer on behalf of Creditor Rarity Bay Partners Hearing scheduled 7/31/2025 at 10:00 AM at Ctrm 1C Baker Crths Knoxville, TN. (Attachments: # 1 Exhibit 1 – Assignment of Right # 2 Exhibit 2 – March 2021 Order # 3 Exhibit 3 – December 2022 Order # 4 Exhibit 4 – March 2024 Order # 5 Mailing Matrix # 6 Proposed Order Granting Motion to Pay Social Membership Initiation Fees) (Spencer, M.)

*771* – First Application for Compensation (Interim) for Kramer Rayson LLP, Special Counsel, Period: 10/25/2024 to 11/30/2025, Fee: $84332.20, Expenses: $1128.25. Filed by Attorney Gene L. Humphreys Objections to applications for compensation due by 4/13/2026. (Attachments: # 1 Exhibit 1 – Statement # 2 Proposed Order) (Humphreys, Gene)

*915* – Motion to Dismiss Case Filed by Erika R. Barnes, M. Aaron Spencer on behalf of Creditor Rarity Bay Partners Hearing scheduled 6/11/2026 at 10:00 AM at Ctrm 1C Baker Crths Knoxville, TN. (Attachments: # 1 Proposed Order Granting Motion to Dismiss # 2 Davis and McMullen List of Parties # 3 Mailing Matrix as of May 11, 2026) (Spencer, M.)

**Pursuant to the local rules of court, specifically E.D. Tenn. LBR 9013–1(f)(4), the moving party and any objecting party are required to attend this hearing. If the moving party or objecting party fails to attend this hearing and the absence has not been excused by the court, the court may conclude that the absent party no longer desires to pursue its motion or objection and at the hearing summarily deny the motion or overrule the objection based on that conclusion. Similarly, the court may deem the failure of any other noticed party to attend the scheduled hearing as a lack of opposition to the granting of the relief requested in the motion.**

Dated: 5/20/26

Christopher Call
Clerk of the Bankruptcy Court

By:  hhc
Deputy Clerk