**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **SALEM POINTE CAPITAL, LLC,** | ) | **Case No. 3:24-bk-31702-SHB** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**MOTION TO APPROVE AGREED ORDER CONTINUING
THE HEARING ON THE MOTION BY RARITY BAY PARTNERS
FOR PAYMENT OF SOCIAL MEMBERSHIP INITIATION FEES**

COMES NOW Rarity Bay Partners ("RBP"), by and through counsel, and pursuant to

E.D. LBR 9072-1(d), and moves the Court to enter the attached Agreed Order Continuing the

Hearing on the Motion by Rarity Bay Partners for payment of Social Membership Initiation Fees

(Dkt. 581) and any objection thereto.

Respectfully submitted this 20th day of May, 2026.

> WOOLF, McCLANE, BRIGHT, ALLEN
> & CARPENTER, PLLC
>
>
> /s/  M. Aaron Spencer
> _____
> M. Aaron Spencer, Esq., BPR #029911
>
> Post Office Box 900
> Knoxville, Tennessee 37901-0900
> (865) 215-1000
> aspencer@wmbac.com
>
> *Attorney for Schaad Companies, LLC*

6954526.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, a copy of the foregoing Motion to Approve Agreed Order Continuing the Hearing on the Motion by Rarity Bay Partners for payment of Social Membership Initiation Fees and proposed Agreed Order Continuing the Hearing on the Motion by Rarity Bay Partners for payment of Social Membership Initiation Fees filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

| | | |
|---|---|---|
| James R. Moore, Esq.<br>Brenda G. Brooks, Esq.<br>Moore and Brooks<br>6223 Highland Place Way<br>Suite 102<br>Knoxville, TN 37919<br>*Attorneys for the Debtor*<br>***Via Electronic Filing*** | Salem Pointe Capital, LLC<br>403 Rarity Bay Parkway<br>Vonore, TN 37885<br>*Debtor*<br>***Via Electronic Filing Pursuant to Doc. No. 4 – Debtor Requests to Begin Electronic Noticing*** | William R. O'Bryan, Jr., Esq.<br>C.E. Hunter Brush, Esq.<br>Butler Snow LLP<br>150 Third Avenue South, Ste. 1600<br>Nashville, TN 37201<br>*Attorneys for BEP Rarity Bay, LLC*<br>*Bald Eagle Ventures, LLC, et al.*<br>***Via Electronic Filing*** |
| United States Trustee<br>c/o Tiffany A. DiIorio, Esq.<br>800 Market Street, Suite 114<br>Howard H. Baker Jr.<br>U.S. Courthouse<br>Knoxville, TN  37902<br>***Via Electronic Filing*** | Thomas H. Dickenson, Esq.<br>Jason L. Rogers, Esq.<br>Hodges, Doughty & Carson, PLLC<br>P.O. Box 869<br>Knoxville, TN 37901<br>*Attorneys for ORNL FCU*<br>***Via Electronic Filing*** | Erno Lindner, Esq.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>633 Chestnut Street, Suite 1900<br>Chattanooga, TN 37450<br>*Attorney for Kapitus, LLC*<br>***Via Electronic Filing*** |
| Mary D. Miler, Esq.<br>Miller Law<br>Mary D. Miller, PLLC<br>P.O. Box 52227<br>Knoxville, TN 37950<br>*Attorney for John D. Wood and Kim R. Wood, Trustees, Bart Whitman, Donna Harless, Ed Harless, Richard E. Hoban, et al.*<br>***Via Electronic Filing*** | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>c/o William McCormick, Esq.<br>P.O. Box 20207<br>Nashville, TN 37202<br>***Via Electronic Filing*** | Michael W. Ewell, Esq.<br>Frantz, McConnell & Seymour, LLP<br>550 W. Main Street, Suite 500<br>Knoxville, TN 37902<br>*Attorney for Rarity Bay Community Association, Inc.*<br>***Via Electronic Filing*** |
| Adam Uriah Holland, Esq.<br>Duncan, Holland, & Fleenor, P.C.<br>518 Georgia Avenue, Ste. 100<br>Chattanooga, TN 37403<br>*Attorney for Barbara Keller Taylor and Charlton Taylor*<br>***Via Electronic Filing*** | Wynne du Mariau Caffey-Knight, Esq.<br>Trent R. Kinkaid, Esq.<br>Elmore, Stone & Caffey, PLLC<br>5616 Kingston Pike, Ste. 301<br>Knoxville, TN 37919<br>*Attorneys for Salem Pointe Partners now known as Rarity Bay Partners*<br>***Via Electronic Filing*** | Mary D. Miler, Esq.<br>Miller Law<br>Mary D. Miller, PLLC<br>P.O. Box 52227<br>Knoxville, TN 37950<br>*Attorney for The Club at Rarity Bay, Inc.*<br>***Via Electronic Filing*** |

6954526.1

Gary M. Murphey
3330 Cumberland Blvd.
Suite 500
Atlanta, GA 30339
*Chapter 11 Trustee*
***Via Electronic Filing***

Paul G Jennings, Esq.
Gene L. Humphreys, Esq.
Sara K. Morgan
Bass Berry & Sims PLC
21 Platform Way, Suite 3500
Nashville, TN 37203
*Attorneys for Gary M. Murphey,
Chapter 11 Trustee*
***Via Electronic Filing***

Melanie E. Davis, Esq.
Kizer & Black, Attorneys, PLLC
217 E. Broadway Avenue
Maryville, TN 37804
*Attorneys for Russell Lorts and
Traci Lorts, et al.* (See Attached
List)
***Via Electronic Filing***

Austin L. McMullen, Esq.
William L. Norton, III, Esq.
Bradley Arant Boult Cummings,
LLP
1221 Broadway, Ste. 2400
Nashville, TN 37203
*Attorneys for Russell Lorts and
Traci Lorts, et al.*
***Via Electronic Filing***

/s/  M. Aaron Spencer
M. Aaron Spencer, Esq., BPR # 029911

6954526.1