**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE**

| | |
|---|---|
| In re: | ) |
| | ) **Case No. 3:24-bk-31702-SHB** |
| SALEM POINTE CAPITAL, LLC, | ) |
| | ) **Chapter 11** |
| Debtor. | ) |
| | ) |

**AGREED ORDER CONTINUING THE HEARING ON THE
MOTION BY RARITY BAY PARTNERS FOR PAYMENT OF
SOCIAL MEMBERSHIP INITIATION FEES (DKT. 581)**

COME NOW Rarity Bay Partners ("RBP"), Gary M. Murphey, Chapter 11 Trustee, (the "Trustee") and the Russell Lorts, et al. (the "Lorts Homeowners"), all by and through counsel, and the parties all being in agreement that the Status Hearing on the Motion by Rarity Bay Partners for Payment of Social Membership Initiation Fees (Dkt. 581) and any objection thereto should be continued from Thursday, May 21, 2026 at 10:00 a.m. to Thursday, June 18, 2026 at 10:00 a.m.  It is therefore

1

6954506.1

ORDERED that the Status Hearing on the Motion by Rarity Bay Partners for Payment of Social Membership Initiation Fees (Dkt. 581) and any objection thereto is continued from Thursday, May 21, 2026 at 10:00 a.m. to Thursday, June 18, 2026 at 10:00 a.m.

*###*

**APPROVED FOR ENTRY:**

WOOLF, MCCLANE, BRIGHT,
  ALLEN & CARPENTER, PLLC

 /s/ M. Aaron Spencer
M. Aaron Spencer, Esq., BPR No. 029911

P. O. Box 900
Knoxville, TN  37901
(865) 215-1000
aspencer@wmbac.com

*Attorneys for Schaad Companies, LLC*

BASS, BERRY & SIMS PLC

 /s/ Paul G. Jennings
Paul G. Jennings, BPR No. 014367
Gene L. Humphreys, BPR No. 021807

21 Platform Way South, Suite 3500
Nashville, TN  37203
615-742-6200
615-742-6293
pjennings@bassberry.com
ghumphreys@bassberry.com

*Attorneys for Chapter 11 Trustee*

2

6954506.1

BRADLEY ARANT BOULT CUMMINGS, LLP

 /s/ Austin L. McMullen
Austin L. McMullen, BPR No. 020877

1221 Broadway
Ste. 2400
Nashville, TN 37203
615-252-2307
amcmullen@bradley.com

*Attorneys for Lorts Homeowners*

3

6954506.1