# UNITED STATES BANKRUPTCY COURT

EASTERN   DISTRICT OF   TENNESSEE

In Re. Salem Pointe Capital, LLC                  §          Case No.  24-31702
                                                  §
_____                   §
            Debtor(s)                             §

☐ Jointly Administered

## Monthly Operating Report                                        Chapter 11

Reporting Period Ended: 04/30/2026                 Petition Date: 09/29/2024

Months Pending: 19                                 Industry Classification: 7 1 3 9

Reporting Method:          Accrual Basis ○          Cash Basis ⦿

Debtor's Full-Time Employees (current):                 22

Debtor's Full-Time Employees (as of date of order for relief):    24

**Supporting Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒    Statement of cash receipts and disbursements
☒    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒    Statement of operations (profit or loss statement)
☐    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Paul G. Jennings                               Paul Jennings, Esq
Signature of Responsible Party                     Printed Name of Responsible Party

05/29/2026
Date                                               21 Platform Way South, Suite 3500
                                                   Nashville TN 37203
                                                   Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                  1

Debtor's Name Salem Pointe Capital, LLC                    Case No. 24-31702

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $536,692 | |
| b. Total receipts (net of transfers between accounts) | $453,019 | $8,323,957 |
| c. Total disbursements (net of transfers between accounts) | $399,595 | $7,744,413 |
| d. Cash balance end of month (a+b-c) | $590,116 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $12,199 |
| f. Total disbursements for quarterly fee calculation (c+e) | $399,595 | $7,756,612 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $483,720 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $442,111 |
| c. Inventory (Book ⦿ Market ◯ Other ◯ (attach explanation)) | $92,106 |
| d. Total current assets | $2,705,174 |
| e. Total assets | $7,937,413 |
| f. Postpetition payables (excluding taxes) | $284,729 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $12,500 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $297,229 |
| k. Prepetition secured debt | $7,467,456 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $33,314,560 |
| n. Total liabilities (debt) (j+k+l+m) | $41,079,245 |
| o. Ending equity/net worth (e-n) | $-33,141,832 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $453,019 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $27,501 | |
| c. Gross profit (a-b) | $425,518 | |
| d. Selling expenses | $1,000 | |
| e. General and administrative expenses | $258,369 | |
| f. Other expenses | $3,526 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $48,826 | |
| i. Taxes (local, state, and federal) | $42,197 | |
| j. Reorganization items | $18,176 | |
| k. Profit (loss) | $53,424 | $1,573,476 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name Salem Pointe Capital, LLC

Case No.  24-31702

## Part 5:  Professional Fees and Expenses

|   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $440,437 | $0 | $371,556 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Moore & Brooks | Lead Counsel | $0 | $198,395 | $0 | $153,738 |
| ii | Heath Hammett | Financial Professional | $0 | $184,486 | $0 | $184,486 |
| iii | Loren Krokowski | Financial Professional | $0 | $7,268 | $0 | $7,268 |
| iv | Adam Russell | Special Counsel | $0 | $2,362 | $0 | $2,362 |
| v | Gary Murphey | Other | $0 | $0 | $0 | $0 |
| vi | Bass Berry | Lead Counsel | $0 | $0 | $0 | $0 |
| vii | RFS | Financial Professional | $0 | $0 | $0 | $0 |
| viii | Hilderbrant | Special Counsel | $0 | $47,926 | $0 | $23,702 |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name Salem Pointe Capital, LLC                                          Case No. 24-31702

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)                              4

Debtor's Name  Salem Pointe Capital, LLC                                       Case No.  24-31702

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

Debtor's Name  Salem Pointe Capital, LLC                                     Case No.  24-31702

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                                      6

Debtor's Name Salem Pointe Capital, LLC                                      Case No.  24-31702

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                         7

Debtor's Name  Salem Pointe Capital, LLC                                          Case No.  24-31702

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $436,918 |
| d.  Postpetition employer payroll taxes paid | $0 | $436,918 |
| e.  Postpetition property taxes paid | $0 | $58,170 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $42,197 | $107,367 |
| g.  Postpetition other taxes paid (local, state, and federal) | $42,197 | $477,442 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ● No ○

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○ No ●

c.  Were any payments made to or on behalf of insiders?   Yes ○ No ●

d.  Are you current on postpetition tax return filings?   Yes ● No ○

e.  Are you current on postpetition estimated tax payments?   Yes ● No ○

f.  Were all trust fund taxes remitted on a current basis?   Yes ● No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○ No ●

h.  Were all payments made to or on behalf of professionals approved by the court?   Yes ○ No ○ N/A ●

i.  Do you have:   Worker's compensation insurance?   Yes ● No ○
    If yes, are your premiums current?   Yes ● No ○ N/A ○  (if no, see Instructions)
    Casualty/property insurance?   Yes ● No ○
    If yes, are your premiums current?   Yes ● No ○ N/A ○  (if no, see Instructions)
    General liability insurance?   Yes ● No ○
    If yes, are your premiums current?   Yes ● No ○ N/A ○  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?   Yes ● No ○

k.  Has a disclosure statement been filed with the court?   Yes ● No ○

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ● No ○

Debtor's Name  Salem Pointe Capital, LLC                              Case No.  24-31702

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?      Yes ○  No ◉

m.  If yes, have you made all Domestic Support Obligation payments?      Yes ○  No ○  N/A ◉

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Gary M. Murphey

Signature of Responsible Party

Trustee

Title

Gary Murphey

Printed Name of Responsible Party

05/29/2026

Date

Debtor's Name Salem Pointe Capital, LLC                                    Case No.  24-31702



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Salem Pointe Capital, LLC                                Case No.  24-31702



Bankruptcy1to50



Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                    11

Debtor's Name Salem Pointe Capital, LLC                                    Case No. 24-31702



PageThree



PageFour

Salem Pointe Capital
Cash Activity

|  | Old National Bank | Regions | Total |
|---|---|---|---|
| Beginning Balance | $3,858 | $532,834 | $536,692 |
|  |  |  |  |
| Deposits | 293,150 | 161,726 | 454,876 |
| Chargebacks | (1,857) |  | (1,857) |
| Net Deposits | 291,293 | 161,726 | 453,019 |
|  |  |  |  |
| Payments | (811) | (398,784) | (399,595) |
|  |  |  |  |
| Transfers | (293,009) | 293,009 | - |
| Transfers |  |  | - |
|  |  |  |  |
| Ending Balance | $1,331 | $588,785 | $590,116 |

| Activity | Cumulative Receipts | Withdrawals |
|---|---|---|
| Oct-24 | 507,400 | 461,626 |
| Nov-24 | 433,671 | 415,612 |
| Dec-24 | 416,554 | 400,647 |
| Jan-25 | 445,338 | 438,922 |
| Feb-25 | 337,875 | 405,844 |
| Mar-25 | 385,579 | 412,350 |
| Apr-25 | 655,736 | 451,470 |
| May-25 | 496,706 | 430,919 |
| Jun-25 | 438,800 | 460,133 |
| Jul-25 | 460,632 | 434,972 |
| Aug-25 | 475,595 | 464,662 |
| Sep-25 | 528,504 | 379,171 |
| Oct-25 | 441,779 | 443,458 |
| Nov-25 | 442,891 | 419,769 |
| Dec-25 | 503,757 | 457,184 |
| Jan-26 | 120,407 | 214,644 |
| Feb-26 | 391,478 | 405,575 |
| Mar-26 | 388,235 | 247,859 |
| Apr-26 | 453,019 | 399,595 |
|  | 8,323,957 | 7,744,413 |

Salem Pointe Capital LLC
Income Statement - Cash Basis
April 2026

**Cash Receipts** $453,019

**Cash Disbursements**

Club House

| | | |
|---|---:|---:|
| Entertainment/Promotional | (1,000) | |
| Other | (7,135) | |
| Repairs and Maint | (5,581) | |
| Sales Tax | (31,828) | (45,543) |

Food & Beverage

| | | |
|---|---:|---:|
| Beverage | (5,614) | |
| Food | (20,919) | |
| Sales and Liquor Tax | (10,369) | |
| Overhead | - | (36,903) |

Golf

| | | |
|---|---:|---:|
| Equipment Lease and Rental | (26,139) | |
| Inventory | (1,087) | |
| Landscaping | (12,448) | |
| Other | - | |
| Repairs & Maint | (1,487) | (41,160) |

Overhead/Multidepartment

| | | |
|---|---:|---:|
| Debt | (48,826) | |
| Insurance | (14,083) | |
| IT | (17,729) | |
| Mgt Fees | (21,200) | |
| Other | (3,702) | |
| Payroll and Related (See Note 1) | (140,709) | |
| Professional and Bankruptcy Related | (18,176) | |
| Utilities | (11,564) | (275,989) |
| Total Disbursements | | (399,595) |

**Net Cash Profit (See Note 1)** $53,424

Note 1 - For March, the Debtor's management company paid payroll of the Debtor of $135,058.
However, the Debtor's reimbursement of these funds has not clear the bank account and will be
reflected in the Monthly Operating Report the funds clear.

Salem Pointe Capital
Balance Sheet

|  | April 2026 |
|---|---|
| **ASSETS** | |
| *Current Assets* | |
| Cash - Bank Accounts | $590,116 |
| Cash On-Site | 1,600 |
| Accounts Receivable < 90 Days | 41,609 |
| Accounts Receviable > 90 Days | 442,111 |
| Inventory | 92,106 |
| Funds Held by Third Parties (Note 1) | 737,632 |
| Contingent ERC Refund (Note 2) | 800,000 |
| Current Assets | 2,705,174 |
| | |
| *Long-Term Assets* | |
| Buildings and Other Depreciable Assets (Note 3) | 3,843,380 |
| Land (Note 3) | 1,379,859 |
| Estimated Tax Refund | 9,000 |
| Total Long-Term Assets | 5,232,239 |
| | |
| Total Assets | $7,937,413 |

| | | |
|---|---|---|
| **LIABILITIES AND EQUITY** | | |
| **Secured Claims** | | |
| *Notes* | | |
| RBP $6.5M Note | POC 4 | $6,300,000 |
| RBP $250k Revolver | POC 5 | 250,000 |
| RBP $985k Note | POC 16 | 475,000 |
| SBA $150k Loan | POC 3 | 145,000 |
| Wells Fargo (Loader and Excavator) | POC 11 | 103,200 |
| Wells Fargo (Stump Grinder) | POC 10 | |
| | | |
| *Lease Claims* | | |
| John Deere Financial | POC 6 | 48,511 |
| John Deere Financial | POC 9 | 22,132 |
| US Bank (pump) | POC 15 | 103,631 |
| Related Parties | | |
| Rarity Bay Community Association | POC 277 | 16,452 |
| Rarity Bay Community Association | POC 284 | 3,530 |
| | | |
| Secured Claims | | 7,467,456 |
| | | |
| Administrative and Priority Claims | | |
| Prepaid Membership Fees | | - |
| Post Petition Payables/Accruals | | 215,847 |
| Professional Fees - Approved and unpaid | | 68,882 |
| Accruals (real estate taxes) | | 12,500 |
| | | |
| Prepetition Unsecured Claims (Note 4) | | |
| Rarity Bay Partners | | 15,094,296 |
| BEP Rarity Bay | | 13,884,005 |
| All Others | | 4,336,259 |
| | | |
| Total Claims/Liabilities | | 41,079,245 |
| | | |
| Equity | | (33,141,832) |
| | | |
| Total Claims and Equity | | $7,937,413 |

Salem Pointe Capital LLC
Notes to Balance Sheet

**Note 1 - Funds Held by Third Parties**
Funds related to dispute and on going litigation are being held by various parties. The ultimate resolution of the disposition of these funds has not been determined. These funds may or may not be available to certain parties that have filed claims against the Debtor. A summary of those funds as follows:

| | |
|---|---:|
| Chancery Court | 102,000 |
| Attorney Escrow - Wolf McClane | 130,000 |
| Rarity Bay Partners Escrow Account | 505,632 |
| Total Funds Held by Third Parties | 737,632 |

**Note 2 Contingent ERC Refund**
The Debtor entered into a contract with Innovation Refunds, LLC in May of 2023 with respect to Innovation Refunds assisting the Debtor in apply for one or more employee retention tax credits ("ERCs").  The terms consist of Innovation Refunds earning a 25% contingent fee based on the ERCs received by the Debtor. Innovation Refunds has filed a proof of claim (claims #12) estimating their fee at $200,280. Accodingly, the Debtor has included this contingent fee as a liabilty and the associated ERC refund of $800,000 as an asset in the accompanying financial statements.

**Note 3 Buildings, Land and Other Depreciable Assets**
Certain assets, including Buildings, Land and Other Depreciable Assets are being listed at amounts based on the Debtor's 2024 Federal tax returns which carries these assets on a cost basis.  This is a change from the basis upon which the Debtor previously valued assets in its operating reports.  The Trustee has changed the basis for valuations in its operating reports prepared and filed since his appointment given current uncertainty around fair market valuations. The Trustee fully expects that the value of these assets is understated using this cost basis and reserves all rights to take positions in any forum or circumstance that are inconsistent with or higher than the valuations included in this operating report.

**Note 4 Prepetition Unsecured Claims**
The Trustee is now including  in the operating reports as liabilities all scheduled debts as well as all filed proofs of claim.  By including these amounts in the operating reports, the Trustee is not recognizing any filed claim as a valid obligation of the debtor. The Trustee will review and investigate all scheduled as well as all filed claims for accuracy and validity. The Trustee reserves all rights and remedies to object to any filed claims and to amend any scheduled debt or obligation until his investigation of the foregoing is complete.

Related Parties and Litigation Claims

| | | |
|---|---|---:|
| Rarity Bay Partners | POC 271 | $15,094,296 |
| BEP Rarity Bay/Bald Eagle | POC 264 | 1,603,043 |
| BEP Rarity Bay/Bald Eagle | POC 267 | 1,225,950 |
| BEP Rarity Bay/Bald Eagle | POC 268 | 5,997,300 |
| BEP Rarity Bay/Bald Eagle | POC 269 | 500,000 |
| BEP Rarity Bay/Bald Eagle | POC 278 | 4,557,712 |
| Rarity Bay Community Association | POC 275 | 109,376 |
| Rarity Bay Community Association | POC 276 | 3,197 |
| Rarity Bay Community Association | POC 274 | 3,197 |

**Note 4 Prepetition Unsecured Claims (continued)**

Finance Payments

| | | |
|---|---|---:|
| PNC Bank (Note 5) | POC 225 | 272,292 |
| PNC Bank (Note 5) | POC 226 | 44,591 |
| PNC Bank (Note 5) | POC 227 | 6,417 |
| Wells Fargo (Loader and Excavator) | POC 11 | 35,400 |
| Wells Fargo (Stump Grinder) | POC 10 | 9,888 |
| US Bank (pump) | POC 15 | 105,968 |

All Other Claims

| | | | |
|---|---|---|---:|
| American Express | Schedules | Credit Card | 29,872 |
| Bank of America | Schedules | Credit Card | 17,424 |
| Beard Equipment Company | Schedules | Trade | 2,300 |
| Fisher Russel PLLC | Schedules | Professional Services | 32,928 |
| Golfco | Schedules | Trade | 801 |
| JS Held | Schedules | Professional Services | 59,908 |
| Kramer Rayson | Schedules | Professional Services | 583,341 |
| Loudon Utilities | Schedules | Utilities | 7,000 |
| Mountain Commerce Bank | Schedules | Credit Card | 23,069 |
| Short Mountain Silica | Schedules | Trade | 4,186 |
| Simplot Birmingham | Schedules | Trade | 18,325 |
| Traver Distributing | Schedules | Trade | 260 |
| Taylor Made | Schedules | Trade | 16,000 |
| Tennessee Turf | Schedules | Services | 6,850 |
| US Foods | Schedules | Services | 13,246 |
| Various (primarily club members) | POCs | | 2,930,423 |
| | | | |
| Total Unsecured Claims | | | $33,314,560 |

**Note 5 Lease Payments to PNC**

In October 2021, Debtor entered into a 60 month lease agreements providing for 9 annual payments (no payments for November, December or January) for 50 EZ Go golf carts. Debtor was current as of the filing date. The terms are monthly payments of $2,178 with the last payment being in March of 2027.

In October 2021, Debtor entered into a 60 month lease agreements providing for 9 annual payments (no payments for November, December or January) for 1 2022 EX Go Hauler. Debtor was current as of the filing date. The terms are monthly payments of $214 with the last payment being in March of 2027.

In October 2021, Debtor entered into a 60 month lease agreements providing for 9 annual payments (no payments for November, December or January) for 50 EZ Go golf carts. This agreement has a fixed $150,000 purchase option. Debtor was current as of the filing date. The terms are monthly payments of $6,034.50 with the last payment being in March of 2027.

 **REGIONS**

**Regions Bank**
Powell
6601 Clinton Hwy.
Knoxville, TN 37912

SALEM POINTE CAPITAL LLC
DEBTOR IN POSSESSION
403 RARITY BAY PKWY
VONORE TN 37885-2086

| ACCOUNT # | ■0392 |
|---|---|

| | 053 |
|---|---|
| Cycle | 26 |
| Enclosures | 39 |
| Page | 1 of 16 |

## LIFEGREEN BUSINESS CHECKING
April 1, 2026 through April 30, 2026

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $532,833.58 | Minimum Balance | $530,072 |
| Deposits & Credits | $454,736.19 + | Average Balance | $619,391 |
| Withdrawals | $304,176.86 – | | |
| Fees | $156.03 – | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $94,451.43 – | | |
| Ending Balance | $588,785.45 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 04/02 | Merchant Service Merch Dep Rarity Bay Cou ■ #815 | 773.59 |
| 04/02 | Quick Deposit - Thank You | 5,475.14 |
| 04/02 | Quick Deposit - Thank You | 15,336.50 |
| 04/03 | Merchant Service Merch Dep Rarity Bay Cou ■ #815 | 538.67 |
| 04/03 | Deposit - Thank You | 119.55 |
| 04/03 | Deposit - Thank You | 48.10 |
| 04/03 | Deposit - Thank You | 563.47 |
| 04/03 | Deposit - Thank You | 89.07 |
| 04/03 | Deposit - Thank You | 302.19 |
| 04/03 | Quick Deposit - Thank You | 20,254.75 |
| 04/03 | Deposit - Thank You | 293,008.97 |
| 04/06 | Merchant Service Merch Dep Rarity Bay Cou ■ #815 | 169.66 |
| 04/06 | Merchant Service Merch Dep Rarity Bay Cou ■ #815 | 232.82 |
| 04/06 | Merchant Service Merch Dep Rarity Bay Cou ■ #815 | 765.86 |
| 04/06 | Quick Deposit - Thank You | 9,062.29 |
| 04/06 | Quick Deposit - Thank You | 11,418.07 |
| 04/06 | Quick Deposit - Thank You | 1,224.28 |
| 04/07 | Merchant Service Merch Dep Rarity Bay Cou ■ #815 | 561.81 |
| 04/07 | Quick Deposit - Thank You | 10,267.13 |
| 04/08 | Deposit - Thank You | 72.36 |
| 04/08 | Deposit - Thank You | 19.00 |
| 04/08 | Deposit - Thank You | 170.84 |
| 04/09 | Merchant Service Merch Dep Rarity Bay Cou ■ #815 | 221.27 |
| 04/09 | Quick Deposit - Thank You | 1,624.99 |
| 04/10 | Merchant Service Merch Dep Rarity Bay Cou ■ #815 | 216.86 |
| 04/10 | Quick Deposit - Thank You | 2,022.16 |
| 04/10 | Quick Deposit - Thank You | 6,197.75 |
| 04/13 | Merchant Service Merch Dep Rarity Bay Cou ■ #815 | 192.24 |

**Thank You For Banking With Regions!**
2026 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
Powell
6601 Clinton Hwy.
Knoxville, TN 37912

SALEM POINTE CAPITAL LLC
DEBTOR IN POSSESSION
403 RARITY BAY PKWY
VONORE TN 37885-2086

ACCOUNT #          0392

|  |  |
|---|---|
|  | 053 |
| Cycle | 26 |
| Enclosures | 39 |
| Page | 2 of 16 |

## DEPOSITS & CREDITS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 04/13 | Merchant Service Merch Dep Rarity Bay Cou ███ 4815 | 368.65 |
| 04/13 | Merchant Service Merch Dep Rarity Bay Cou ███ 4815 | 982.35 |
| 04/13 | Deposit - Thank You | 818.00 |
| 04/13 | Deposit - Thank You | 51.50 |
| 04/13 | Deposit - Thank You | 3.00 |
| 04/13 | Deposit - Thank You | 100.00 |
| 04/13 | Deposit - Thank You | 151.00 |
| 04/13 | Deposit - Thank You | 27.00 |
| 04/14 | Merchant Service Merch Dep Rarity Bay Cou ███ 4815 | 600.32 |
| 04/14 | Quick Deposit - Thank You | 2,869.39 |
| 04/16 | Merchant Service Merch Dep Rarity Bay Cou ███ 4815 | 13.05 |
| 04/16 | Quick Deposit - Thank You | 1,134.51 |
| 04/17 | Merchant Service Merch Dep Rarity Bay Cou ███ 4815 | 641.52 |
| 04/17 | Deposit - Thank You | 55.00 |
| 04/17 | Deposit - Thank You | 165.00 |
| 04/17 | Deposit - Thank You | 163.00 |
| 04/20 | Merchant Service Merch Dep Rarity Bay Cou ███ 4815 | 289.85 |
| 04/20 | Merchant Service Merch Dep Rarity Bay Cou ███ 4815 | 556.37 |
| 04/20 | Merchant Service Merch Dep Rarity Bay Cou ███ 4815 | 931.70 |
| 04/20 | Quick Deposit - Thank You | 669.62 |
| 04/20 | Quick Deposit - Thank You | 15,322.98 |
| 04/20 | Quick Deposit - Thank You | 15,000.00 |
| 04/21 | Merchant Service Merch Dep Rarity Bay Cou ███ 4815 | 164.27 |
| 04/23 | Merchant Service Merch Dep Rarity Bay Cou ███ 4815 | 120.76 |
| 04/23 | Quick Deposit - Thank You | 2,194.90 |
| 04/23 | Deposit - Thank You | 62.00 |
| 04/23 | Deposit - Thank You | 159.00 |
| 04/23 | Deposit - Thank You | 9.00 |
| 04/23 | Deposit - Thank You | 148.00 |
| 04/24 | Merchant Service Merch Dep Rarity Bay Cou ███ 4815 | 149.12 |
| 04/24 | Quick Deposit - Thank You | 26,744.46 |
| 04/27 | Merchant Service Merch Dep Rarity Bay Cou ███ 4815 | 226.25 |
| 04/27 | Merchant Service Merch Dep Rarity Bay Cou ███ 4815 | 526.36 |
| 04/27 | Merchant Service Merch Dep Rarity Bay Cou ███ 4815 | 619.40 |
| 04/28 | Merchant Service Merch Dep Rarity Bay Cou ███ 4815 | 998.58 |
| 04/29 | Deposit - Thank You | 286.00 |
| 04/29 | Deposit - Thank You | 54.00 |
| 04/29 | Deposit - Thank You | 124.00 |
| 04/29 | Deposit - Thank You | 144.00 |
| 04/30 | Merchant Service Merch Dep Rarity Bay Cou ███ 4815 | 142.89 |

Total Deposits & Credits          $454,736.19

## WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 04/01 | Card Purchase Harrell S, LLC   0780 863-6872774   FL 33815   5974 | 2,362.55 |
| 04/02 | Merchant Service Merch Fee Rarity Bay Cou ███ 4815 | 426.47 |
| 04/02 | Jonas Software U Payment Salem Pointe C 26033106789379 | 1,391.16 |
| 04/02 | Performace Foods Payment Rarity Bay Cou 7000648710 | 1,792.97 |
| 04/02 | Jonas Software U Payment Salem Pointe C 26033106789631 | 2,004.50 |
| 04/02 | Lbmc Technology  Payment Salem Pointe   2003722 | 401.09 |
| 04/03 | Cherokee Distrib Fintecheft Salem Pointe C ███ 7503 | 361.98 |
| 04/03 | Wire Transfer Apex Bank/Rari | 48,825.91 |
| 04/06 | Performace Foods Payment Rarity Bay Cou 7000660702 | 60.59 |



**Regions Bank**
Powell
6601 Clinton Hwy.
Knoxville, TN 37912

SALEM POINTE CAPITAL LLC
DEBTOR IN POSSESSION
403 RARITY BAY PKWY
VONORE TN 37885-2086

ACCOUNT #          0392

| | |
|---|---|
| | 053 |
| Cycle | 26 |
| Enclosures | 39 |
| Page | 3 of 16 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 04/06 | Performace Foods Payment Rarity Bay Cou 7000665810 | 137.03 |
| 04/06 | Performace Foods Payment Rarity Bay Cou 7000664474 | 2,316.64 |
| 04/07 | Hampton Golf, IN Sale Salem Pointe C | 10,600.00 |
| 04/07 | Hampton Golf, IN Sale Salem Pointe C | 10,600.00 |
| 04/07 | Hampton Golf, IN Sale Salem Pointe C | 65,299.66 |
| 04/07 | Hampton Golf, IN Sale Salem Pointe C | 69,759.05 |
| 04/08 | Tarver Distribut Fintecheft Salem Pointe C ▮▮▮ 7503 | 130.81 |
| 04/09 | Athens Distribut Fintecheft Salem Pointe C ▮▮▮ 7503 | 350.04 |
| 04/09 | Deere Credit Ser Payments Salem Pointe C 7900009883106jf | 1,672.74 |
| 04/09 | Performace Foods Payment Rarity Bay Cou 7000679704 | 2,594.71 |
| 04/13 | Card Purchase Harrell S, LLC  0780 863-6872774  FL 33815   5974 | 1,150.93 |
| 04/13 | Performace Foods Payment Rarity Bay Cou 7000691634 | 59.61 |
| 04/13 | Tarver Distribut Fintecheft Salem Pointe C ▮ 7503 | 161.00 |
| 04/13 | Performace Foods Payment Rarity Bay Cou 7000696689 | 183.02 |
| 04/13 | TN State Revenue TN Tap Rarity Bay Gol 665619840 | 1,786.00 |
| 04/13 | Performace Foods Payment Rarity Bay Cou 7000695361 | 3,137.77 |
| 04/13 | TN State Revenue TN Tap Salem Pointe C 971214208 | 31,828.00 |
| 04/14 | Empire Distribut Fintecheft Salem Pointe C ▮▮▮ 7503 | 131.56 |
| 04/14 | Tarver Distribut Fintecheft Salem Pointe C ▮ 7503 | 611.00 |
| 04/15 | Loudon Utilities Bank Draft Salem Pointe C | 32.49 |
| 04/15 | Loudon Utilities Bank Draft Salem Pointe C | 32.49 |
| 04/15 | Loudon Utilities Bank Draft Salem Pointe C | 32.49 |
| 04/15 | Loudon Utilities Bank Draft Salem Pointe C | 39.52 |
| 04/15 | Loudon Utilities Bank Draft Salem Pointe C | 60.05 |
| 04/15 | Loudon Utilities Bank Draft Salem Pointe C | 141.29 |
| 04/15 | Loudon Utilities Bank Draft Salem Pointe C | 171.39 |
| 04/15 | Loudon Utilities Bank Draft Salem Pointe C | 178.68 |
| 04/15 | Loudon Utilities Bank Draft Salem Pointe C | 199.49 |
| 04/15 | Wells Fargo Vend EFT Debit Salem Pointe C 000000020159766 | 329.60 |
| 04/15 | Loudon Utilities Bank Draft Salem Pointe C | 352.04 |
| 04/15 | Loudon Utilities Bank Draft Salem Pointe C | 482.87 |
| 04/15 | Loudon Utilities Bank Draft Salem Pointe C | 543.23 |
| 04/15 | Wells Fargo Vend EFT Debit Salem Pointe C 000000020159763 | 790.09 |
| 04/15 | Wells Fargo Vend EFT Debit Salem Pointe C 000000020159752 | 3,105.05 |
| 04/15 | Loudon Utilities Bank Draft Salem Pointe C | 3,427.07 |
| 04/16 | Card Purchase Beard Piedmont  5599 864-5271050  SC 29673   5974 | 1,011.20 |
| 04/16 | 911softwareinc  Purchase Rarity Bay   Rarity Bay | 56.65 |
| 04/16 | Beverage Control Fintecheft Salem Pointe C ▮▮▮ 7503 | 265.46 |
| 04/16 | Athens Distribut Fintecheft Salem Pointe C ▮▮▮ 7503 | 684.18 |
| 04/16 | Lease Services  Billpay Salem Pointe C Osg ACH MN ID | 1,656.37 |
| 04/16 | Performace Foods Payment Rarity Bay Cou 7000710491 | 2,404.30 |
| 04/17 | Ottimate      Ottimate Salem Point CA     Igv28p2jm | 119.02 |
| 04/17 | Cherokee Distrib Fintecheft Salem Pointe C ▮▮▮ 7503 | 195.32 |
| 04/17 | Ottimate      Ottimate Salem Point CA     Imkgjvgzp | 378.00 |
| 04/17 | Ottimate      Ottimate Salem Point CA     I59gj5ge7 | 398.40 |
| 04/20 | Performace Foods Payment Rarity Bay Cou 7000722506 | 116.12 |
| 04/20 | Performace Foods Payment Rarity Bay Cou 7000727937 | 185.63 |
| 04/20 | Performace Foods Payment Rarity Bay Cou 7000726451 | 1,840.62 |
| 04/21 | Empire Distribut Fintecheft Salem Pointe C ▮▮▮ 7503 | 355.25 |
| 04/21 | Tarver Distribut Fintecheft Salem Pointe C ▮▮▮ 7503 | 460.22 |
| 04/23 | Athens Distribut Fintecheft Salem Pointe C ▮▮▮ 7503 | 850.29 |
| 04/23 | Performace Foods Payment Rarity Bay Cou 7000742025 | 1,585.26 |
| 04/27 | Recurring Card Transaction Adobe Inc     5734 800-8336687  CA 95110   5974 | 52.42 |
| 04/27 | Performace Foods Payment Rarity Bay Cou 7000754479 | 59.03 |

 **REGIONS**

**Regions Bank**
Powell
6601 Clinton Hwy.
Knoxville, TN 37912

SALEM POINTE CAPITAL LLC
DEBTOR IN POSSESSION
403 RARITY BAY PKWY
VONORE TN 37885-2086

ACCOUNT #          0392

| | 053 |
|---|---|
| Cycle | 26 |
| Enclosures | 39 |
| Page | 4 of 16 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 04/27 | Performace Foods Payment Rarity Bay Cou 7000759960 | 186.87 |
| 04/27 | Travelers    Bus Insur Rarity Bay Cou 9883672 | 301.00 |
| 04/27 | Payrolltax    Tax Debit Salem Pointe C ___7503 | 908.29 |
| 04/27 | Performace Foods Payment Rarity Bay Cou 7000758476 | 2,241.83 |
| 04/27 | Lbmc Technology  Payment Salem Pointe  2003722 | 401.09 |
| 04/28 | Card Purchase Harrell S, LLC  0780 863-6872774  FL 33815  5974 | 1,007.49 |
| 04/28 | Tarver Distribut Fintecheft Salem Pointe C ___7503 | 145.00 |
| 04/28 | Ottimate    Ottimate Salem Point CA    Izblaly88 | 176.63 |
| 04/28 | Ottimate    Ottimate Salem Point CA    Iyvl4l8ar | 189.00 |
| 04/28 | Ottimate    Ottimate Salem Point CA    Iv9525wln | 252.96 |
| 04/28 | Ottimate    Ottimate Salem Point CA    I6mvkvzlb | 796.80 |
| 04/28 | Ottimate    Ottimate Salem Point CA    Ier848ogk | 1,339.18 |
| 04/28 | Ottimate    Ottimate Salem Point CA    Ikzabarx2 | 1,408.94 |
| 04/29 | Card Purchase Smith Turf & Ir  5046 615-7268811  TN 37211  5974 | 690.05 |
| 04/29 | TN State Revenue TN Tap Salem Pointe C 28142976 | 8,583.43 |
| 04/30 | Beverage Control Fintecheft Salem Pointe C ___7503 | 304.46 |
| 04/30 | Athens Distribut Fintecheft Salem Pointe C ___7503 | 607.87 |
| 04/30 | Performace Foods Payment Rarity Bay Cou 7000774166 | 1,907.60 |

| | Total Withdrawals | $304,176.86 |
|---|---|---|

## FEES

| Date | Description | Amount |
|---|---|---|
| 04/01 | Cash Deposit Fee | 0.03 |
| 04/03 | Wire Transfer Domestic Out F | 30.00 |
| 04/09 | Analysis Charge      03-26 | 120.00 |
| 04/30 | Excessive Withdrawal\Item Fee | 6.00 |

| | Total Fees | $156.03 |
|---|---|---|

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 04/17 | 1205 | 350.00 | 04/02 | 1259 | 1,000.00 |
| 04/07 | 1230 * | 1,800.00 | 04/09 | 1261 * | 120.00 |
| 04/06 | 1237 * | 1,672.74 | 04/14 | 1262 | 967.87 |
| 04/02 | 1238 | 571.00 | 04/13 | 1263 | 746.18 |
| 04/02 | 1239 | 450.27 | 04/13 | 1264 | 543.15 |
| 04/01 | 1242 * | 398.40 | 04/13 | 1265 | 1,440.33 |
| 04/08 | 1244 * | 544.55 | 04/15 | 1266 | 1,960.00 |
| 04/06 | 1245 | 120.00 | 04/13 | 1267 | 10,661.75 |
| 04/06 | 1246 | 750.58 | 04/17 | 1268 | 350.00 |
| 04/06 | 1247 | 5,786.93 | 04/22 | 1270 * | 24.59 |
| 04/10 | 1248 | 4,741.75 | 04/09 | 1271 | 410.54 |
| 04/03 | 1250 * | 2,246.01 | 04/15 | 1272 | 1,486.51 |
| 04/02 | 1252 * | 5,693.10 | 04/10 | 1273 | 679.01 |
| 04/15 | 1253 | 441.14 | 04/10 | 1274 | 398.40 |
| 04/08 | 1254 | 9,218.48 | 04/15 | 1275 | 17,500.00 |
| 04/06 | 1255 | 177.79 | 04/10 | 1276 | 84.45 |
| 04/06 | 1256 | 13,782.20 | 04/13 | 1278 * | 100.00 |
| 04/03 | 1257 | 398.40 | 04/21 | 1279 | 300.00 |
| 04/06 | 1258 | 4,459.56 | 04/21 | 50004 * | 675.75 |

**REGIONS**

**Regions Bank**
Powell
6601 Clinton Hwy.
Knoxville, TN 37912

SALEM POINTE CAPITAL LLC
DEBTOR IN POSSESSION
403 RARITY BAY PKWY
VONORE TN 37885-2086

ACCOUNT #          0392

|  |  |
|---|---|
|  | 053 |
| Cycle | 26 |
| Enclosures | 39 |
| Page | 5 of 16 |

## CHECKS (CONTINUED)

| Date | Check No. | Amount |
|---|---|---|
| 04/28 | 50005 | 1,400.00 |

Total Checks          $94,451.43

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/01 | 530,072.60 | 04/13 | 587,744.64 | 04/22 | 581,478.22 |
| 04/02 | 537,927.27 | 04/14 | 589,503.92 | 04/23 | 581,736.33 |
| 04/03 | 800,989.74 | 04/15 | 558,198.43 | 04/24 | 608,629.91 |
| 04/06 | 794,598.66 | 04/16 | 553,267.83 | 04/27 | 605,851.39 |
| 04/07 | 647,368.89 | 04/17 | 552,501.61 | 04/28 | 600,133.97 |
| 04/08 | 637,737.25 | 04/20 | 583,129.76 | 04/29 | 591,468.49 |
| 04/09 | 634,315.48 | 04/21 | 581,502.81 | 04/30 | 588,785.45 |
| 04/10 | 636,848.64 |  |  |  |  |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.



| | |
|---|---|
| Check# 1205   04/17/2026   $350.00 | Check# 1239   04/02/2026   $450.27 |
| Check# 1230   04/07/2026   $1800.00 | Check# 1242   04/01/2026   $398.40 |
| Check# 1237   04/06/2026   $1672.74 | Check# 1244   04/08/2026   $544.55 |
| Check# 1238   04/02/2026   $571.00 | Check# 1245   04/06/2026   $120.00 |
| Check# 1246   04/06/2026   $750.58 | Check# 1252   04/02/2026   $5693.10 |



Check# 1247       04/06/2026       $5786.93

Check# 1248       04/10/2026       $4741.75

Check# 1250       04/03/2026       $2246.01

Check# 1256       04/06/2026       $13782.20

Check# 1257       04/03/2026       $398.40

Check# 1253       04/15/2026       $441.14

Check# 1254       04/08/2026       $9218.48

Check# 1255       04/06/2026       $177.79

Check# 1261       04/09/2026       $120.00

Check# 1262       04/14/2026       $967.87



Check# 1258          04/06/2026        $4459.56

Check# 1263          04/13/2026        $746.18

Check# 1259          04/02/2026        $1000.00

Check# 1264          04/13/2026        $543.15

Check# 1265          04/13/2026        $1440.33

Check# 1270          04/22/2026        $24.59

Check# 1266          04/15/2026        $1960.00

Check# 1271          04/09/2026        $410.54

Check# 1267          04/13/2026        $10661.75

Check# 1272          04/15/2026        $1486.51

Check# 1268          04/17/2026        $350.00

Check# 1273          04/10/2026        $679.01



Check# 1274        04/10/2026        $398.40

Check# 1275        04/15/2026        $17500.00

Check# 1276        04/10/2026        $84.45

Check# 1278        04/13/2026        $100.00

Check# 1279        04/21/2026        $300.00

Check# 50004       04/21/2026        $675.75

Check# 50005       04/28/2026        $1400.00



# OLD NATIONAL BANK®

P. O. Box 718
Evansville, IN 47705



00002203 FP264305012614145200 10 000000000 0236809 003

SALEM POINTE CAPITAL LLC
CASE NUMBER 24-31702
UNITED STATES TRUSTEE REGION 08
PAUL A RANDOLPHRUSTEE REGION 8
200 JEFFERSON AVE STE 400
MEMPHIS TN 38103

| CORPORATE ANALYSIS CHECKING | |
|---|---|
| **ACCOUNT INFORMATION** | |
| DATE | 04/30/2026 |
| ACCOUNT NUMBER | XXXXXX7958 |

PAGE 1 OF 2

| CLIENT CARE CONTACT INFORMATION |
|---|
| Client Care: 800-731-2265 |
| Visit us Online: www.oldnational.com |
| Written Inquiries: P. O. Box 419 |
| Evansville, IN 47703 |

| ACCOUNT SUMMARY | | |
|---|---|---|
| Previous Statement Balance | 03/31/2026 | $3,858.38 |
| Deposits/Credits | 2 | $301,621.38 |
| Withdrawals/Debits | 5 | -$304,148.81 |
| Total Service Charges | | $0.00 |
| Interest Paid | | $0.00 |
| Current Statement Balance | 04/30/2026 | $1,330.95 |

| DEPOSITS AND OTHER CREDITS | | | |
|---|---|---|---|
| DATE | TRACER | TRANSACTION DESCRIPTIONS | AMOUNT |
| 04/02 | 1092 | Rarity Bay      PAP | $293,150.59 |
| | | Rarity Bay | |
| 04/21 | 111 | TN STATE REVENUE TN TAP | $8,470.79 |
| | | SALEM POINTE CAPITAL, | |

| WITHDRAWALS AND OTHER DEBITS | | | |
|---|---|---|---|
| DATE | TRACER | TRANSACTION DESCRIPTIONS | AMOUNT |
| 04/02 | 200000 | CUSTOMER WITHDRAWAL | -$293,008.97 |
| 04/02 | 11092 | ACH CHARGEBACK  RETURN | -$1,524.93 |
| | | RETIRE | |
| 04/06 | 12096 | ACH CHARGEBACK  RETURN | -$333.13 |
| | | RETIRE | |
| 04/17 | 236 | MONTHLY SERVICE CHARGE | -$810.99 |
| | | MARCH 2026 | |
| 04/20 | 1110 | TN STATE REVENUE TN TAP | -$8,470.79 |
| | | SALEM POINTE CAPITAL, | |



www.oldnational.com

00002203 1053049 0001-0002 FP264305012614145200 10 L 00236809

Salem Pointe Capital
Expenses/Disbursements
April 2026

| Payee | Department | Category | Amount |
|---|---|---|---|
| Jay Dee (entertainment) | Clubhouse | Entertainment/Promotional | (300.00) |
| Knox Trivia Guys | Clubhouse | Entertainment/Promotional | (350.00) |
| Knox Trivia Guys | Clubhouse | Entertainment/Promotional | (350.00) |
| Auto Owners Insurance | Clubhouse | Insurance | (13,782.20) |
| Cintas | Clubhouse | Other | (1,339.18) |
| Cintas | Clubhouse | Other | (571.00) |
| Cintas | Clubhouse | Other | (750.58) |
| Cintas | Clubhouse | Other | (543.15) |
| Comcast | Clubhouse | Other | (1,440.33) |
| Monroe County Clerk (beer per | Clubhouse | Other | (100.00) |
| Tritex | Clubhouse | Other | (796.80) |
| Tritex | Clubhouse | Other | (398.40) |
| Tritex | Clubhouse | Other | (398.40) |
| Tritex | Clubhouse | Other | (398.40) |
| Tritex | Clubhouse | Other | (398.40) |
| Arrow Exterminators | Clubhouse | Repairs and Maint | (120.00) |
| Lock Media (door repairs) | Clubhouse | Repairs and Maint | (1,408.94) |
| Mass Cleaning | Clubhouse | Repairs and Maint | (1,800.00) |
| Mass Cleaning | Clubhouse | Repairs and Maint | (1,400.00) |
| The Parts Store | Clubhouse | Repairs and Maint | (441.14) |
| The Parts Store | Clubhouse | Repairs and Maint | (410.54) |
| Tennessee State Revenue | Clubhouse | Sales and Liquor Tax | (31,828.00) |
| Athens Distribut Fintecheft | Food & Beverage | Beverage | (850.29) |
| Athens Distribut Fintecheft | Food & Beverage | Beverage | (684.18) |
| Athens Distribut Fintecheft | Food & Beverage | Beverage | (607.87) |
| Athens Distribut Fintecheft | Food & Beverage | Beverage | (350.04) |
| Beverage Control Fintecheft | Food & Beverage | Beverage | (304.46) |
| Beverage Control Fintecheft | Food & Beverage | Beverage | (265.46) |
| Cherokee Distrib Fintecheft | Food & Beverage | Beverage | (361.98) |
| Cherokee Distrib Fintecheft | Food & Beverage | Beverage | (195.32) |
| Empire Distribut Fintecheft | Food & Beverage | Beverage | (355.25) |
| Empire Distribut Fintecheft | Food & Beverage | Beverage | (131.56) |
| Tarver Distribut Fintecheft | Food & Beverage | Beverage | (611.00) |
| Tarver Distribut Fintecheft | Food & Beverage | Beverage | (460.22) |
| Tarver Distribut Fintecheft | Food & Beverage | Beverage | (161.00) |
| Tarver Distribut Fintecheft | Food & Beverage | Beverage | (145.00) |

Salem Pointe Capital
Expenses/Disbursements
April 2026

| Payee | Department | Category | Amount |
| --- | --- | --- | --- |
| Tarver Distribut Fintecheft | Food & Beverage | Beverage | (130.81) |
| Mary Gunn - reimbursement | Food & Beverage | Food | (24.59) |
| Performace Foods Payment | Food & Beverage | Food | (3,137.77) |
| Performace Foods Payment | Food & Beverage | Food | (2,594.71) |
| Performace Foods Payment | Food & Beverage | Food | (2,404.30) |
| Performace Foods Payment | Food & Beverage | Food | (2,316.64) |
| Performace Foods Payment | Food & Beverage | Food | (2,241.83) |
| Performace Foods Payment | Food & Beverage | Food | (1,907.60) |
| Performace Foods Payment | Food & Beverage | Food | (1,840.62) |
| Performace Foods Payment | Food & Beverage | Food | (1,792.97) |
| Performace Foods Payment | Food & Beverage | Food | (1,585.26) |
| Performace Foods Payment | Food & Beverage | Food | (186.87) |
| Performace Foods Payment | Food & Beverage | Food | (185.63) |
| Performace Foods Payment | Food & Beverage | Food | (183.02) |
| Performace Foods Payment | Food & Beverage | Food | (137.03) |
| Performace Foods Payment | Food & Beverage | Food | (116.12) |
| Performace Foods Payment | Food & Beverage | Food | (60.59) |
| Performace Foods Payment | Food & Beverage | Food | (59.61) |
| Performace Foods Payment | Food & Beverage | Food | (59.03) |
| Philip Georges reimb | Food & Beverage | Food | (84.45) |
| Tennessee State Revenue | Food & Beverage | Sales and Liquor Tax | (8,583.43) |
| Tennessee State Revenue | Food & Beverage | Sales and Liquor Tax | (1,786.00) |
| Beard Equipment | Golf | Equipment Lease and Rental | (544.55) |
| Beard Equipment | Golf | Equipment Lease and Rental | (746.18) |
| Beard Piedmont Sc | Golf | Equipment Lease and Rental | (1,011.20) |
| Deere Credit Ser Payments | Golf | Equipment Lease and Rental | (1,672.74) |
| John Deere | Golf | Equipment Lease and Rental | (1,672.74) |
| Lease Services Bill Pay | Golf | Equipment Lease and Rental | (1,656.37) |
| PNC Equipment | Golf | Equipment Lease and Rental | (9,218.48) |
| RJ Young | Golf | Equipment Lease and Rental | (679.01) |
| RJ Young | Golf | Equipment Lease and Rental | (252.96) |
| US Bank | Golf | Equipment Lease and Rental | (4,459.56) |
| Wells Fargo Vend Eft Debit | Golf | Equipment Lease and Rental | (3,105.05) |
| Wells Fargo Vend Eft Debit | Golf | Equipment Lease and Rental | (790.09) |
| Wells Fargo Vend Eft Debit | Golf | Equipment Lease and Rental | (329.60) |
| Acushnet | Golf | Inventory | (967.87) |

Salem Pointe Capital
Expenses/Disbursements
April 2026

| Payee | Department | Category | Amount |
|---|---|---|---|
| Divots Sportswear | Golf | Inventory | (119.02) |
| Corbin Turf | Golf | Landscaping | (450.27) |
| Golf Argonomics Sand and Hau | Golf | Landscaping | (5,786.93) |
| Harrell S Llc | Golf | Landscaping | (2,362.55) |
| Harrell S Llc | Golf | Landscaping | (1,150.93) |
| Harrell S Llc | Golf | Landscaping | (1,007.49) |
| Landscaping | Golf | Landscaping | (1,000.00) |
| Smith Turf & Irrigation | Golf | Landscaping | (690.05) |
| Prestige Flag | Golf | Repairs and Maint | (1,486.51) |
| Outgoing Wire Transfer | Overhead | Debt | (48,825.91) |
| Travelers Bus Insur | Overhead | Insurance | (301.00) |
| 911softwareinc Purchase | Overhead | IT | (56.65) |
| Club Prophet (website) | Overhead | IT | (378.00) |
| Club Prophet (website) | Overhead | IT | (189.00) |
| Jonas Software U Payment | Overhead | IT | (10,661.75) |
| Jonas Software U Payment | Overhead | IT | (2,004.50) |
| Jonas Software U Payment | Overhead | IT | (1,391.16) |
| Lbmc Technology Payment | Overhead | IT | (2,246.01) |
| Lbmc Technology Payment | Overhead | IT | (401.09) |
| Lbmc Technology Payment | Overhead | IT | (401.09) |
| Hampton Golf In Salem Pointe | Overhead | Mgt Fee | (10,600.00) |
| Hampton Golf In Salem Pointe | Overhead | Mgt Fee | (10,600.00) |
| Adobe | Overhead | Other | (52.42) |
| Analysis Charge | Overhead | Other | (120.00) |
| Cash Deposit Fee | Overhead | Other | (0.03) |
| Department of Treasury | Overhead | Other | (1,960.00) |
| GNA Surety | Overhead | Other | (120.00) |
| Merchant Services | Overhead | Other | (426.47) |
| Monthly Fee Excessive Item | Overhead | Other | (6.00) |
| Old National Fee | Overhead | Other | (810.90) |
| Raintree (business cards) | Overhead | Other | (176.63) |
| Wire Transfer Fee | Overhead | Other | (30.00) |
| Hampton Golf | Overhead | Payroll | (4,741.75) |
| Hampton Golf In Salem Pointe | Overhead | Payroll | (69,759.05) |
| Hampton Golf In Salem Pointe | Overhead | Payroll | (65,299.66) |
| Payrolltax Tax Debit | Overhead | Payroll | (908.29) |

Salem Pointe Capital
Expenses/Disbursements
April 2026

| Payee | Department | Category | Amount |
|---|---|---|---|
| Integrity | Overhead | Professional/Bankruptcy | (675.75) |
| Wolf McClane | Overhead | Professional/Bankruptcy | (17,500.00) |
| Loudon Utilities Bank Draft | Overhead | Utilities | (5,693.10) |
| Loudon Utilities Bank Draft | Overhead | Utilities | (3,427.07) |
| Loudon Utilities Bank Draft | Overhead | Utilities | (543.23) |
| Loudon Utilities Bank Draft | Overhead | Utilities | (482.87) |
| Loudon Utilities Bank Draft | Overhead | Utilities | (352.04) |
| Loudon Utilities Bank Draft | Overhead | Utilities | (199.49) |
| Loudon Utilities Bank Draft | Overhead | Utilities | (178.68) |
| Loudon Utilities Bank Draft | Overhead | Utilities | (171.39) |
| Loudon Utilities Bank Draft | Overhead | Utilities | (141.29) |
| Loudon Utilities Bank Draft | Overhead | Utilities | (60.05) |
| Loudon Utilities Bank Draft | Overhead | Utilities | (39.52) |
| Loudon Utilities Bank Draft | Overhead | Utilities | (32.49) |
| Loudon Utilities Bank Draft | Overhead | Utilities | (32.49) |
| Loudon Utilities Bank Draft | Overhead | Utilities | (32.49) |
| TASS | Overhead | Utilities | (177.79) |
| | | | (399,595.22) |