**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

|  |  |  |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Salem Pointe Capital, LLC** | ) | **Case No.: 3:24-bk-31702-SHB** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**U.S. TRUSTEE'S EX PARTE MOTION TO APPEAR TELEPHONICALLY**

COMES NOW the Acting United States Trustee, Paul A. Randolph (the "U.S. Trustee"), by and through counsel, and requests permission to appear telephonically for the hearing set on June 18, 2026, at 10:00 a.m. in the above-referenced matter. In support hereof, the U.S. Trustee would state as follows:

1.      The attorney for the U.S. Trustee will be out of state on the hearing date.

2.      The U.S. Trustee does not believe that the hearing will involve any evidentiary matters but wishes to be available to monitor the hearing and to respond to any questions the Court may have.

WHEREFORE, the U.S. Trustee respectfully requests that the Court: (i) allow his attorney to appear telephonically at the hearing on June 18, 2026, at 10:00 a.m. and (ii) for such other relief as is just and proper.

PAUL A. RANDOLPH
Acting United States Trustee, Region 8

*/s/ Tiffany A. DiIorio*
Tiffany A. DiIorio
Trial Attorney, Florida Bar No. 0719706
U.S. Department of Justice
Office of the U.S. Trustee
800 Market Street, Suite 114
Knoxville, TN 37902
Telephone:    (865) 545-4754
Email:        tiffany.diiorio@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2026, a true and correct copy of the foregoing *U.S. Trustee's Ex Parte Motion to Appear Telephonically* and *Proposed Order* was electronically filed in the Court's Electronic Case Filing System and will be served by operation of the Court's electronic filing system on the following:

- Ronald J. Attanasio    ron@sa-tnlaw.com
- Erika R. Barnes    ebarnes@stites.com, across@stites.com;docketclerk@stites.com;bmbrown@stites.com
- Brenda G. Brooks    bbrooks@moore-brooks.com, ebriggs@moore-brooks.com
- Clinton Edward Hunter Brush    hunter.brush@butlersnow.com, sharron.couch@butlersnow.com;ecf.notices@butlersnow.com
- Wynne du Mariau Caffey-Knight    wcaffey@esc-law.com
- Thomas H. Dickenson    tdickenson@hdclaw.com, ROgle@hdclaw.com
- Tiffany A. Diiorio    Tiffany.Diiorio@usdoj.gov
- Melanie E. Davis Esq.    mdavis@kizerblack.com
- Michael W. Ewell    mewell@fmsllp.com, dmcafee@fmsllp.com;elambert@fmsllp.com
- Henry Edward Hildebrand    ned@dhnashville.com, admin@dhnashville.com
- Adam Uriah Holland    aholland@dhifirm.com
- Gene L. Humphreys    ghumphreys@bassberry.com, bankr@bassberry.com
- Paul G Jennings    pjennings@bassberry.com, bankr@bassberry.com
- Trent R. Kinkaid    tkinkaid@esc-law.com
- Erno D. Lindner    elindner@bakerdonelson.com, dspiegel@bakerdonelson.com
- Gregory C. Logue    glogue@wmbac.com
- William F. McCormick    agbankparsons@ag.tn.gov, agbankstair@ag.tn.gov
- Austin L. McMullen    amcmullen@bradley.com, austin-mcmullen-8885@ecf.pacerpro.com
- Mary D. Miller    mmillerservice@millerlaw.solutions, kboyd@millerlaw.solutions
- James Moore    jmoore@moore-brooks.com
- Sara K. Morgan    sara.morgan@bassberry.com
- Gary M. Murphey    murphey@rfslimited.com
- William L. Norton    bnorton@bradley.com

- William R. Obryan    bill.obryan@butlersnow.com, jen.lavely@butlersnow.com;ecf.notices@butlersnow.com
- Jason L. Rogers    jrogers@hdclaw.com, mswaggerty@hdclaw.com
- Adam Russell    arussell@fisher-russell.com
- M. Aaron Spencer    aspencer@wmbac.com, arossini@wmbac.com;TN56@ecfcbis.com
- United States Trustee    Ustpregion08.kx.ecf@usdoj.gov
- Walter N. Winchester    wwinchester@wsfs-law.com

and via U.S. Mail, postage prepaid to:

Salem Pointe Capital, LLC
403 Rarity Bay Parkway
Vonore, TN 37885
*Debtor*

/s/ *Tiffany A. DiIorio*
Tiffany A. DiIorio