**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE:** | ) | |
| | ) | |
| **SALEM POINTE CAPITAL, LLC** | ) | **Case No.: 3:24-bk-31702-SHB** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**ORDER GRANTING U.S. TRUSTEE'S EX PARTE AMENDED MOTION
TO APPEAR TELEPHONICALLY**

This matter having come before the Court, without hearing, on the motion of the U.S. Trustee to appear telephonically for the hearing scheduled in this matter on June 18, 2026, at 10:00 a.m., and for good cause shown, it is hereby

ORDERED, that the U.S. Trustee, through counsel, may appear telephonically at the hearing on June 18, 2026, at 10:00 a.m.

###

APPROVED FOR ENTRY:

PAUL A. RANDOLPH
Acting United States Trustee, Region 8

/s/ *Tiffany A. DiIorio*
Tiffany A. DiIorio
Trial Attorney, Florida Bar # 0719706
Office of the U.S. Trustee
800 Market Street, Suite 114
Knoxville, TN  37902
Telephone: (865) 545-4754
Email: tiffany.diiorio@usdoj.gov