

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (Optional) |
|---|
| Matt W. Sherrod, Esq. (865) 588-4091 |

| B. EMAIL CONTACT AT FILER (Optional) |
|---|
| |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Howard & Howard, P.C.
4820 Old Kingston Pike
Knoxville, TN  37919
Attn: Matt Sherrod

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (1a or 1b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME  Salem Pointe Capital, LLC | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS  403 Rarity Bay Parkway | CITY  Vonore | STATE  TN | POSTAL CODE  37885 | COUNTRY  USA |

2. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (2a or 2b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME  ORNL Federal Credit Union | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS  2077 Town Center Blvd., Suite 203 | CITY  Knoxville | STATE  TN | POSTAL CODE  37922 | COUNTRY  USA |

4. COLLATERAL: This financing statement covers the following collateral:

The property described on Exhibit A hereto, whether now owned or hereinafter acquired, and all proceeds thereof, some of which may be or become fixtures on the real estate described on Exhibit B hereto. This instrument prepared by Howard & Howard, P.C., 4820 Old Kingston Pike, Knoxville, TN 37919. Tax paid on $500,000.00 when recording the Deed of Trust, Including UCC-1 Financing Statement of record as Instrument No. _____ in the Register's Office for _____ County, Tennessee and n the Register's Office for _____ County, Tennessee .

Maximum principal indebtedness for Tennessee recording tax purposes is $ -0- _____

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in Trust (see UCC1Ad, Item 17 and instructions)
☐ being administered by a Decedent's Personal Representative

| 6a. Check <u>only</u> if applicable and check <u>only</u> one box: | 6b. Check <u>only</u> if applicable and check <u>only</u> one box: |
|---|---|
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
LOC Loan

NOTE: All information on this form is public record.

UCC FINANCING STATEMENT (TN FORM UCC1) (REV. 07/01/2013)

Exhibit A

*U2025160419



## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (Optional)**
Matt W. Sherrod, Esq. (865) 588-4091

**B. EMAIL CONTACT AT FILER (Optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Howard & Howard, P.C.
4820 Old Kingston Pike
Knoxville, TN  37919
Attn: Matt Sherrod

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME  Salem Pointe Capital, LLC | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS  403 Rarity Bay Parkway | CITY  Vonore | STATE  TN | POSTAL CODE  37885 | COUNTRY  USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); If any part of the individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME  ORNL Federal Credit Union | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS  2077 Town Center Blvd., Suite 203 | CITY  Knoxville | STATE  TN | POSTAL CODE  37922 | COUNTRY  USA |

4. COLLATERAL: This financing statement covers the following collateral:

The property described on Exhibit A hereto, whether now owned or hereinafter acquired, and all proceeds thereof, some of which may be or become fixtures on the real estate described on Exhibit B hereto. This instrument prepared by Howard & Howard, P.C., 4820 Old Kingston Pike, Knoxville, TN 37919. Tax paid on $6,500,000.00 when recording the Deed of Trust, including UCC-1 Financing Statement of record as instrument No. _____ in the Register's Office for _____ County, Tennessee and n the Register's Office for _____ County, Tennessee .

Maximum principal indebtedness for Tennessee recording tax purposes is $ -0- _____

5. Check only if applicable and check only one box: Collateral is ☐ held in Trust (see UCC1Ad, Item 17 and instructions)
☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
TN State

NOTE: All Information on this form is public record.

UCC FINANCING STATEMENT (TN FORM UCC1) (REV. 07/01/2013)

B1469-2267 11/13/2023 2:21 PM Received by Tennessee Secretary of State Tre Hargett

U2025160419

B1469-2268 11/13/2023 2:21 PM Received by Tennessee Secretary of State Tre Hargett

**EXHIBIT A**
to
**UCC-1 Financing Statement**

All "Accounts Receivable" of Debtor related to the real property located in Loudon County, Tennessee, and Monroe County, Tennessee more particularly described on Exhibit B hereto (collectively, the "Premises"), and the building located on the Premises (collectively, the "Project"), being defined as all accounts receivable, instruments, chattel paper, general intangibles, websites, licenses and permits chooses in action and contract rights, now or hereafter owned or acquired or arising, whether or not evidenced by a note or other instrument, however the same shall arise or be acquired, and all proceeds and collections thereof, all guaranties and other security therefor, all right, title, and interest of Debtor in the merchandise which gave rise thereto, any and all of Debtor's rights to payment for motor vehicles, parts, and other goods sold or leased or for services rendered, all claims against common carriers for goods and inventory lost in transit, the right of stoppage in transit, all returned, rejected, rerouted, or repossessed goods, the sale or lease of which shall have given rise to any account on any such instruments or chattel paper, the proceeds thereof and in all of Debtor's books and records relating to the foregoing (the "Accounts Receivable"); and

All of Debtor's presently owned or hereafter acquired inventory related to the Premises and the Project, including, without limitation, all goods held for sale, lease, or other disposal by the Debtor, including all used motor vehicles, all accessories and parts, and all food products and supplies, all raw materials, work in process, finished goods, and all materials used or consumed in Debtor's business relating to the Premises and the Project, together with all proceeds and products thereof, additions and accessions thereof or thereto, replacements thereof, and substitutions therefor (the "Inventory"); and

All of Debtor's right, title, and interest in all furniture, furnishings, machinery, apparatus, equipment, fittings, fixtures, and personal property of any kind or nature, relating to and/or used on or in connection with the Premises and/or the Project, and including all trade, domestic, and ornamental fixtures, and articles of personal property of every kind and nature whatsoever (hereinafter collectively called "Equipment"), now or hereafter located in, upon, or under the Premises or any part thereof and used or usable in connection with any present or future operation of said property and now owned or hereafter acquired by Debtor, including, but without limiting the generality of the foregoing, all equipment, instruments, and supplies; heating, air-conditioning, freezing, lighting, laundry, incinerating and power equipment; engines; pipes; pumps; tanks; motors; conduits; switchboards; plumbing, lifting, cleaning, fire prevention, fire extinguishing, refrigerating, ventilating, and communications apparatus; boilers, ranges, furnaces, and oil burners or units thereof; appliances; air-cooling and air-conditioning apparatus; vacuum cleaning systems; elevators; escalators; shades; awnings; screens; storm doors and windows; stoves; wall beds; refrigerators; attached cabinets; partitions; ducts and compressors; rugs and carpets; draperies; furniture and furnishings; together with all building materials and equipment now or hereafter delivered to the Premises and intended to be installed therein; together with all additions thereto and replacements thereof and all proceeds and products of the foregoing; and

All of Debtor's right, title, and interest in and to (both presently owned or hereafter acquired) all rents attributable to leasing of any part of the Premises and/or the Project, and all other income from the Premises and/or the Project; and

All of Debtor's accounts, contract rights, sales proceeds, leases, rents, income, general intangibles, claims, chooses in action, instruments, documents, agreements, rights to payments and all other rights to income with regard to the Project and/or the Premises, now owned or hereafter acquired and now due or which hereafter may become due, including all contract rights and general intangibles with regard to renovation and construction work to be performed on the Premises, all architectural and engineering plans and specifications relating thereto, and with regard to the operation of the Project and any other improvements to be constructed on any portion of the Premises, specifically including, without limitation, all rights, title, and interest of Debtor in, to, and under:

(1)     All operating, franchise, management and maintenance agreements relating, directly or indirectly, to the Premises or the Project; and

(2)     All agreements and leases for furniture, fixtures, equipment, telephone and computer systems relating to the Premises and the Project; and

(3)     All lease agreements now or hereafter entered into between the Debtor or Debtor's predecessor owner of the Project, as landlord, and any party with respect to any part of the Premises and/or the Project; and

(4)     All awards, insurance proceeds or payments to Debtor, including interest thereon, and the right to receive the same, as a result of (a) the exercise of the right of eminent domain, (b) the alteration of the grade of any street, (c) any casualty or damage to the Premises, the Project, the improvements thereon, and/or the Equipment, or (d) any other injury to or taking of, or decrease in the value of, the Premises and/or the Project; and

(5)     All sales contracts now or hereafter entered into between the Debtor, as seller, and any party with respect to any part of the Premises and/or the Project; and

(6)     All funds deposited in any escrow and/or reserve accounts pertaining to the Premises and/or the Project, including any interest earnings, such escrows and reserves specifically relating to escrows for property taxes, insurance payments and any reserves established under other loan documents between Debtor and Secured Party; and

All policies of insurance covering the above-described collateral and proceeds thereof; and

All of Debtor's other personal property of any kind connected with or related to the Premises or the Project, including inventory, equipment, contract rights, accounts, intangibles, etc. as has been assigned to Secured Party or in which a security interest has been granted in favor of Secured Party; and

All proceeds and products of the above-described collateral and all income and profits received therefrom.

.

**<u>EXHIBIT B</u>**

A-2

B1469-2269 11/13/2023 2:21 PM Received by Tennessee Secretary of State Tre Hargett