**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION AT KNOXVILLE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **SALEM POINTE CAPITAL, LLC,** | ) | **Case No. 3:24-bk-31702-SHB** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**ORDER GRANTING RARITY BAY PARTNERS'**
**AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY**

Upon Rarity Bay Partners' Amended Motion for Relief from Automatic Stay in regard to exercise its state law remedies and contractual rights with respect to its lien on the Declarant Rights pursuant to 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a)(1), E.D. Tenn. LBR 4001-1, 4001-4 and 9013-1(f), and for good cause shown, and it further appearing that Rarity Bay Partners is otherwise entitled to relief sought in its Motion, it is therefore,

ORDERED that the automatic stay of 11 U.S.C. §362 is terminated to allow Rarity Bay Partners to proceed with its state law remedies and its contractual rights regarding its lien on the Declarant Rights.  It is further

6969750.1

ORDERED that the fourteen (14) day stay period provided in Rule 4001(a)(4) of

the Federal Rules of Bankruptcy Procedure is hereby waived.

### 

**APPROVED FOR ENTRY:**

WOOLF, MCCLANE, BRIGHT, ALLEN
  & CARPENTER, PLLC

/s/ M. Aaron Spencer
M. Aaron Spencer, Esq., BPR No. 029911

900 S. Gay Street, Suite 900
Knoxville, TN 37901
(865) 215-1000
(865) 215-1001 (Fax)
aspencer@wmbac.com

*Attorneys for Rarity Bay Partners*

6969750.1