**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 24-31702-SHB |
| SALEM POINTE CAPITAL, LLC, | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

**TRUSTEE'S NOTICE OF FILING REDLINE AND CLEAN REVISED DOCUMENTS
FOR JUNE 25, 2026 HEARING**

Please take notice that, in advance of the Hearing on June 25, 2026, the Trustee has filed

the attached revised documents, based on objections and comments discussed at the Hearing on

June 18, 2026, and further emails and discussions with various counsel after the June 18 Hearing.

The Trustee states that revised documents and redlines were circulated early on June 22, 2026, to

counsel from the June 18 Hearing.  Further discussions were held over email, and the attached

documents contain the revisions that—to the best of the Trustee's knowledge—incorporates the

revisions that all parties agreed on (or at least no party had objected to) as of 9:00 a.m. CT on

Wednesday, June 24, 2026.

Based on discussions and emails with various parties, the Trustee believes the following

issues remain unresolved, and they relate to the Sale Procedures Order:

1.    **RBP's right to credit bid, and if so, the amount of the allowed credit bid.**  The

Trustee does not object to the credit bid but continues to take no position on this issue.  The current

draft of the Sale Procedures Order provides a mechanism for credit bidding and how RBP must

provide proof of funds if it wants to place a credit bid plus additional cash.

2.    **The Stalking Horse Bidder provisions.**  One party has objected to the Stalking

Horse Bidder provisions, even though the Order was revised to clarify that objections would be

heard on the August 18 objection deadline.  The Trustee is not presently willing to eliminate the possibility of a Stalking Horse Bidder, because the Trustee wants to maintain options to have a certain bid to initiate the Auction.

3.      **The Deadline for parties to object to RBP's secured claim.**  RBP requested that the Sale Procedures Order have a deadline of June 30, 2026, for parties to object to RBP's secured claim.  The Trustee is concerned about the deadline being sooner than 30-45 days.  And the Trustee is concerned that any such deadline have additional protective language such as: "provided, however, that the deadline does not affect any statutes of limitations or any party's rights to commence any cause of action against any person or entity under Chapter 5 of the Bankruptcy Code."

4.      The Documents attached hereto, and each Exhibit is a redline on top of a clean revised version of that document.  The redline is compared to the document attached as an exhibit at the hearing.  The Sale Notices are from the Motion to Sell (Dkt. 938) and they were <u>not</u> circulated to opposing counsel in the interests of time, and especially because they were simply changing dates of objection deadlines and the Sale Approval Hearing.  The Documents are Exhibits hereto:

     A.      **Agreed Protective Order**.  (The Agreed Order applies to all parties in interest, regardless of whether their counsel has signed the Agreed Order.)

     B.      **Sale Procedures Order**.  (This is the key document for the remaining disputed issues.)  This includes revisions proposed by other parties, except for those in paragraph numbers 2 and 3 above.

     C.      **APA**.  The version submitted as an exhibit to the Response (Dkt. 970) had, among other errors, incorrect page numbers and a reformatting of subsection numbering/lettering.  What should have been page 1 was numbered as page 9, so

2

every page discussed at the June 18 hearing is 8 pages higher than the actual

document (e.g., page 13 of the hearing discussion would be page 5 of the revised

draft).  The Trustee was unable to show that clearly on the redline.

D.      **Exhibit E** from Motion to Sell.

E.      **Exhibit F** from Motion to Sell.

F.      **Exhibit G** from Motion to Sell.

Respectfully submitted,


/s/ Gene L. Humphreys
Paul G. Jennings, TN Bar No. 14367
Gene L. Humphreys, TN Bar No. 21807
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
Telephone (615) 742-6200
Facsimile (615) 742-6293
pjennings@bassberry.com
ghumphreys@bassberry.com

*Counsel for Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June 2026, a true and correct copy of the foregoing *Trustee's Notice of Filing Redline and Clean Revised Documents for June 25, 2026 Hearing* was electronically filed in the Court's CM/ECF system and served by operation of the CM/ECF system on the following:

- Ronald J. Attanasio – ron@sa-tnlaw.com
- Brenda G. Brooks – bbrooks@moore-brooks.com; ebriggs@moore-brooks.com
- Clinton Edward Hunter Brush – hunter.brush@butlersnow.com; sharron.couch@butlersnow.com; ecf.notices@butlersnow.com
- Wynne du Mariau Caffey-Knight – wcaffey@esc-law.com
- Thomas H. Dickenson – tdickenson@hdclaw.com; ROgle@hdclaw.com
- Tiffany A. Diiorio – Tiffany.Diiorio@usdoj.gov
- Melanie E. Davis Esq. – mdavis@kizerblack.com
- Michael W. Ewell – mewell@fmsllp.com; dmcafee@fmsllp.com; elambert@fmsllp.com
- Henry Edward Hildebrand – ned@dhnashville.com; admin@dhnashville.com
- Adam Uriah Holland – aholland@dhifirm.com
- Paul G. Jennings – pjennings@bassberry.com; bankr@bassberry.com
- Trent R. Kinkaid – tkinkaid@esc-law.com
- Erno D. Lindner – elindner@bakerdonelson.com; dspiegel@bakerdonelson.com
- Gregory C. Logue – glogue@wmbac.com
- William F. McCormick – agbankparsons@ag.tn.gov; agbankstair@ag.tn.gov
- Mary D. Miller – mmillerservice@millerlaw.solutions; kboyd@millerlaw.solutions
- James R. Moore – jmoore@moore-brooks.com
- Sara K. Morgan – sara.morgan@bassberry.com
- Gary M. Murphey – murphey@rfslimited.com
- William R. Obryan – bill.obryan@butlersnow.com; jen.lavely@butlersnow.com; ecf.notices@butlersnow.com
- Jason L. Rogers – jrogers@hdclaw.com; ROgle@hdclaw.com
- Adam Russell – arussell@fisher-russell.com
- M. Aaron Spencer – aspencer@wmbac.com; arossini@wmbac.com; TN56@ecfcbis.com
- United States Trustee – Ustpregion08.kx.ecf@usdoj.gov
- Austin L. McMullen – amcmullen@bradley.com
- Walter N. Winchester – wwinchester@wsfs-law.com
- Erika R. Barnes - ebarnes@stites.com, across@stites.com; docketclerk@stites.com; bmbrown@stites.com
- William L. Norton, III - bnorton@bradley.com


/s/ Gene L. Humphreys