# **EXHIBIT D**

**EXHIBIT E**
**(Sale Approval Hearing Notice to Creditors)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION**

| | |
|---|---|
| **In re:** | ) |
| | ) **Case No. 24-31702-SHB** |
| **SALEM POINTE CAPITAL, LLC,** | ) |
| | ) **Chapter 11** |
| **Debtor.** | ) |
| | ) |

**NOTICE OF SALE APPROVAL HEARING TO SELL
SUBSTANTIALLY ALL OF DEBTOR'S ASSETS**

PLEASE TAKE NOTICE THAT upon the motion (Dkt. 938, the "Motion to Sell"), of Gary M. Murphy, Chapter 11 Trustee (the "Trustee") for Salem Pointe Capital, LLC ("SPC" or the "Debtor"), dated June ——4, 2026, the United States Bankruptcy Court for the Eastern District of Tennessee (the "Bankruptcy Court") has issued an order dated _____, 2026 (Dkt. ___, the "Sale Procedures Order"): (i) approving certain procedures for the submission and acceptance of any competing bids including a Bid Deadline and an Auction Date (the "Sale Procedures"); (ii) scheduling a hearing (the "Sale Approval Hearing") to approve (a) the sale of substantially all the Debtor's assets (the "Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers; and (b) the assumption, assignment, and sale to the Successful Bidder of certain executory contracts and unexpired leases of personal property and nonresidential real property (the "Assigned Agreements"); (iii) approving a procedure and notice for assumption and assignment of the Assigned Agreements; (iv) approving the form and manner of notice of the Motion to Sell and the relief requested therein to be considered at the Sale Approval Hearing; and (v) setting a deadline for the filing of objections to the Motion to Sell related to the relief to be considered at the Sale Approval Hearing.

**Your rights may be affected. You should read this carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

A.      **THE MOTION TO SELL**

The Motion to Sell seeks to sell the Assets at an Auction. The Assets are being marketed by CBRE, Inc., which was retained as real estate professional for the bankruptcy estate. The Assets will be marketed until a Bid Deadline of **July 23, 2026**. The Minimum Bid is $8,900,000.00 (or $8,655,000.00 for certain limited parties described in the Motion to Sell). If more than one Qualified Bid is received, an Auction will be held on August 6, 2026.

1

**B.      COPIES OF THE MOTION TO SELL AND THE SALE PROCEDURES ORDER**

This Notice provides only a partial summary of the relief sought in the Motion to Sell and the terms of the Sale Procedures Order. Copies of the Motion to Sell and the Sale Procedures Order are available from the Debtor's counsel at the address below.

**C.      RESPONSES OR OBJECTIONS.**

Objections to the relief sought in the Motion to Sell related to the relief to be considered at the Sale Approval Hearing shall be filed with the Clerk of the Bankruptcy Court and served upon: (i) the attorneys for the Trustee, Paul G. Jennings and Gene L Humphreys, Bass, Berry & Sims PLC, 21 Platform Way South, Suite 3500, Nashville, TN 37203, and (ii) the Office of the Assistant United States Trustee for the Eastern District of Tennessee, ATTN: Tiffany DiIorio, Trial Attorney, 800 Market Street, Suite 114, Knoxville, TN 37902; so as to be received no later than ~~July 23~~August 18, 2026~~, at 5:00 P.M. (Eastern Time)~~ (the "Objection Deadline"). The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction, assumption and assignment of the Contracts, and the other relief requested in the Motion to Sell, and shall bar the assertion, at the Sale Approval Hearing or thereafter, of any objection to the ~~Sale Procedures, the Motion, the 363 Transaction, and the Debtor's consummation of the 363 Transaction~~Motion to Sell and the relief requested regarding the Sale Approval Hearing.

**D.      THE SALE APPROVAL HEARING**

The Sale Approval Hearing will be held in the United States Bankruptcy Court for the Eastern District of Tennessee, Howard H. Baker Jr. United States Courthouse, 800 Market Street, Knoxville, TN 37902, on **September 3, 2026 at 9:00 a.m.** (Eastern Time).  A Status Conference will be held on **August 20, 2026 at 10:00 a.m.** (Eastern Time) at the same address.  The Status Conference or the Sale Approval Hearing may be adjourned without notice by an announcement of the adjourned date at the ~~Sale Approval~~currently scheduled Conference or Hearing.

Dated: Nashville, Tennessee
~~————————~~June____, 2026          Respectfully submitted,

BASS, BERRY & SIMS PLC

 /s/ Paul G. Jennings
Paul G. Jennings, BPR No. 014367
Gene L. Humphreys, BPR No. 021807
21 Platform Way South, Suite 3500
Nashville, TN  37203
Tel:  (615) 742-6200
Fax:  (615) 742-6293
pjennings@bassberry.com
ghumphreys@bassberry.com
*Counsel for Chapter 11 Trustee*

~~50378792.3~~50378792.4

3

| Summary report: Litera Compare for Word 11.13.0.54 Document comparison done on 6/24/2026 7:13:29 AM | |
|---|---|
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://bassberry.cloudimanage.com/bbs/50378792/3 - Exhibit E to Motion to Sell SPC - Notice to Creditors.docx | |
| **Modified DMS:** iw://bassberry.cloudimanage.com/bbs/50378792/4 - Exhibit E to Motion to Sell SPC - Notice to Creditors.docx | |
| **Changes:** | |
| Add | 12 |
| Delete | 11 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 23 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION**

| | |
|---|---|
| **In re:** | ) |
| | ) **Case No. 24-31702-SHB** |
| **SALEM POINTE CAPITAL, LLC,** | ) |
| | ) **Chapter 11** |
| **Debtor.** | ) |
| | ) |

**NOTICE OF SALE APPROVAL HEARING TO SELL
SUBSTANTIALLY ALL OF DEBTOR'S ASSETS**

PLEASE TAKE NOTICE THAT upon the motion (Dkt. 938, the "Motion to Sell"), of Gary M. Murphy, Chapter 11 Trustee (the "Trustee") for Salem Pointe Capital, LLC ("SPC" or the "Debtor"), dated June 4, 2026, the United States Bankruptcy Court for the Eastern District of Tennessee (the "Bankruptcy Court") has issued an order dated _____, 2026 (Dkt. ___, the "Sale Procedures Order"): (i) approving certain procedures for the submission and acceptance of any competing bids including a Bid Deadline and an Auction Date (the "Sale Procedures"); (ii) scheduling a hearing (the "Sale Approval Hearing") to approve (a) the sale of substantially all the Debtor's assets (the "Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers; and (b) the assumption, assignment, and sale to the Successful Bidder of certain executory contracts and unexpired leases of personal property and nonresidential real property (the "Assigned Agreements"); (iii) approving a procedure and notice for assumption and assignment of the Assigned Agreements; (iv) approving the form and manner of notice of the Motion to Sell and the relief requested therein to be considered at the Sale Approval Hearing; and (v) setting a deadline for the filing of objections to the Motion to Sell related to the relief to be considered at the Sale Approval Hearing.

**Your rights may be affected. You should read this carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

### A.      THE MOTION TO SELL

The Motion to Sell seeks to sell the Assets at an Auction.  The Assets are being marketed by CBRE, Inc., which was retained as real estate professional for the bankruptcy estate.  The Assets will be marketed until a Bid Deadline of **July 23, 2026**.  The Minimum Bid is $8,900,000.00 (or $8,655,000.00 for certain limited parties described in the Motion to Sell).  If more than one Qualified Bid is received, an Auction will be held on August 6, 2026.

**B.**     **COPIES OF THE MOTION TO SELL AND THE SALE PROCEDURES ORDER**

This Notice provides only a partial summary of the relief sought in the Motion to Sell and the terms of the Sale Procedures Order. Copies of the Motion to Sell and the Sale Procedures Order are available from the Debtor's counsel at the address below.

**C.**     **RESPONSES OR OBJECTIONS.**

Objections to the relief sought in the Motion to Sell related to the relief to be considered at the Sale Approval Hearing shall be filed with the Clerk of the Bankruptcy Court and served upon: (i) the attorneys for the Trustee, Paul G. Jennings and Gene L Humphreys, Bass, Berry & Sims PLC, 21 Platform Way South, Suite 3500, Nashville, TN 37203, and (ii) the Office of the Assistant United States Trustee for the Eastern District of Tennessee, ATTN: Tiffany DiIorio, Trial Attorney, 800 Market Street, Suite 114, Knoxville, TN 37902; so as to be received no later than **August 18, 2026** (the "Objection Deadline"). The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction, assumption and assignment of the Contracts, and the other relief requested in the Motion to Sell, and shall bar the assertion, at the Sale Approval Hearing or thereafter, of any objection to the Motion to Sell and the relief requested regarding the Sale Approval Hearing.

**D.**     **THE SALE APPROVAL HEARING**

The Sale Approval Hearing will be held in the United States Bankruptcy Court for the Eastern District of Tennessee, Howard H. Baker Jr. United States Courthouse, 800 Market Street, Knoxville, TN 37902, on **September 3, 2026 at 9:00 a.m.** (Eastern Time). A Status Conference will be held on **August 20, 2026 at 10:00 a.m.** (Eastern Time) at the same address. The Status Conference or the Sale Approval Hearing may be adjourned without notice by an announcement of the adjourned date at the currently scheduled Conference or Hearing.

Dated: Nashville, Tennessee
June ___, 2026                              Respectfully submitted,

                                                        BASS, BERRY & SIMS PLC

                                                         /s/ Paul G. Jennings
                                                        Paul G. Jennings, BPR No. 014367
                                                        Gene L. Humphreys, BPR No. 021807
                                                        21 Platform Way South, Suite 3500
                                                        Nashville, TN  37203
                                                        Tel:  (615) 742-6200
                                                        Fax:  (615) 742-6293
                                                        pjennings@bassberry.com
                                                        ghumphreys@bassberry.com
                                                        *Counsel for Chapter 11 Trustee*

1