**EXHIBIT 2**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION**

In re:

SALEM POINTE CAPITAL, LLC,                              Case No. 3:24-bk-31702-SHB
      Debtor.                                          Chapter 11

**ORDER (I) APPROVING ADEQUACY OF DISCLOSURE STATEMENT, (II)
APPROVING SOLICITATION AND NOTICE PROCEDURES FOR CONFIRMATION
OF THE PLAN OF REORGANIZATION, (III) APPROVING BALLOTS AND NOTICE
FORMS IN CONNECTION THEREWITH, (IV) SCHEDULING CERTAIN DATES
WITH RESPECT THERETO, AND (V) GRANTING RELATED RELIEF**

This matter came before this Court upon the hearing for approval of the Disclosure

Statement (Doc. No. ___, the "Disclosure Statement") filed by The Club at Rarity Bay, Inc.

("TCRB") and BEP Rarity Bay, LLC ("BEP", and with TCRB, collectively, the "Plan Proponent")

in connection with the Plan of Reorganization for Salem Pointe Capital, LLC filed by the Plan

Proponent (Doc. No. 971, the "Plan") in the above-captioned chapter 11 case (the "Chapter 11

Case"), pursuant to sections 105, 363, 1125, 1126, and 1128 of title 11 of the United States Code,

11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rules 2002, 3016, 3017, 3018, and 3020 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules _____ of the Local

Rules of the United States Bankruptcy Court for the Eastern District of Tennessee (the "Local

Rules").

The Court finds that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); that this

Court may enter a final order consistent with Article III of the United States Constitution; that

venue of this Chapter 11 Case and this proceeding in this district is proper pursuant to 28 U.S.C.

§§ 1408 and 1409; that notice of the hearing to consider approval of the Disclosure Statement and

opportunity for a hearing on the approval of the Disclosure Statement were appropriate under the

circumstances and no other or further notice need be provided; and this Court, having reviewed

the Disclosure Statement and having heard the statements in support of the relief requested therein

at a hearing before this Court (the "Hearing"); and that the legal and factual bases establish just

cause for the approval of the Disclosure Statement and the setting of certain procedures for the

solicitation for confirmation of the Plan and other relief granted herein.

**IT IS HEREBY ORDERED** as follows:

1.      The Disclosure Statement is **APPROVED** as providing Holders of Claims entitled

to vote on the Plan with adequate information to make an informed decision as to whether to vote

to accept or reject the Plan in accordance with section 1125(a)(1) of the Bankruptcy Code. The

Plan Proponent is authorized to distribute, or cause to be distributed, the Disclosure Statement and

the Solicitation Packages to solicit votes on, and pursue confirmation of, the Plan.

2.      The Disclosure Statement (including all applicable exhibits thereto) provides

Holders of Claims, Holders of Interests, and other parties in interest with sufficient notice of the

injunction, exculpation, and release provisions, including the Releases by Holders of Claims,

contained in the Plan, in satisfaction of the requirements of Bankruptcy Rule 3016(c).

3.      The Plan Proponent shall solicit, receive, and tabulate votes to accept the Plan in

accordance with the Solicitation and Voting Procedures attached hereto as **Exhibit 1A**, which are

hereby approved in their entirety.

4.      The following dates are hereby established (subject to modification as necessary)

with respect to the solicitation of votes on the Plan and confirming the Plan:

| Event | Date | Description |
|---|---|---|
| Voting Record Date | _____, 2026 | Date for determining (i) which Holders of Claims in the Voting Classes (as defined herein) are entitled to vote to accept or reject the Plan and receive Solicitation Packages in connection therewith, and (ii) whether Claims have been properly assigned or transferred to an assignee under Bankruptcy Rule 3001(e) or other applicable rules such that the assignee or transferee, as applicable, can vote to accept or reject the Plan (the "Voting Record Date"). |
| Solicitation Deadline | _____, 2026 at 5:00 p.m. (prevailing Eastern Time) | Deadline by which the Plan Proponent must (i) distribute Solicitation Packages, including Ballots, to Holders of Claims entitled to vote to accept or reject the Plan, and (ii) serve the Confirmation Hearing Notice on parties in interest (the "Solicitation Deadline"). |
| Deadline by Which Objections to Claims for Voting Purposes Must be Filed | _____, 2026 | |
| Deadline for Motion to Estimate Claims for Voting Purposes | _____, 2026 | Deadline by which creditors must file motions to estimate claims for voting purposes. |
| Voting Deadline | _____, 2026 | Deadline by which certain Holders of Claims may vote to accept or reject the Plan pursuant to Bankruptcy Rule 3017(c), and by which all Ballots must be properly executed, completed, and delivered as specified in the Solicitation and Voting Procedures, (the "Voting Deadline"). |
| Plan Objection Deadline | _____, 2026 | Deadline by which parties in interest may file objections to Confirmation of the Plan (the "Plan Objection Deadline"). |

| Deadline to File Confirmation Brief / Plan Objection Response Deadline | _____, 2026 | Deadline by which the Plan Proponent shall file its brief in support of Confirmation of the Plan, together with the form of proposed confirmation order, and to file a response to objections to the Plan (the "Confirmation Brief Deadline"). |
|---|---|---|
| Deadline to File Tabulation of Ballots | _____, 2026 | Deadline by which the report tabulating the voting results on the Plan (the "Voting Report") shall be filed with the Court. |
| Confirmation Hearing | _____, 2026 at ____ (prevailing Eastern Time) | Hearing on Confirmation of Plan. |

5.      The following documents (the "Solicitation Package") shall be transmitted to those Holders of Claims in the Voting Classes entitled to vote on the Plan: (a) the Disclosure Statement, as approved and exhibits thereto, including the Plan; (b) this Order (without exhibits); (c) a copy of the Solicitation and Voting Procedures; (d) a Ballot, together with detailed voting instructions with respect thereto, in substantially the form attached hereto as **Exhibit 2A** (e) Notices in substantially the forms attached hereto as **Exhibits 3A – 3C**, which such forms are hereby approved; (f) the Cover Letter in substantially the form attached hereto as **Exhibit 4A** which such form is hereby approved; and (g) the Confirmation Hearing Notice. A Solicitation Package containing the foregoing information provides the Holders of Claims entitled to vote on the Plan with adequate information to make informed decisions with respect to voting on the Plan in accordance with Bankruptcy Rules 2002(b) and 3017(d), the Bankruptcy Code, and the Local Rules.

6.      The Plan Proponent shall distribute Solicitation Packages to all Holders of Claims entitled to vote on the Plan, on or before the Solicitation Deadline. Such service shall satisfy the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

7. The Confirmation Hearing Notice shall also be served by the Solicitation Deadline on the following additional parties: all counterparties to executory contracts and leases with the Debtor; and all persons or entities listed on the Debtor's creditor mailing matrix who will not otherwise receive a Solicitation Package.

8. All votes to accept or reject the Plan must be cast by using the Ballot. All Ballots must be properly executed, completed, and delivered according to their applicable voting instructions by: (a) first-class mail, in the return envelope provided with each Ballot; (b) overnight delivery; or (c) personal delivery no later than the Voting Deadline at the return address set forth in the applicable Ballot.

9. The Confirmation Hearing Notice, in the form attached hereto as **Exhibit 5A**, constitutes adequate and sufficient notice of the hearing to consider approval of the Plan, the manner in which a copy of the Plan could be obtained, and the time fixed for filing objections thereto, in satisfaction of the requirements of the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

10. The Plan Proponent is not required to provide Solicitation Packages to Holders of Claims and Interests in Non-Voting Classes or to Holders of Administrative Claims or Priority Tax Claims or to Holders of Class 14 Equity Security Interests in the Debtor, as such Holders are not entitled to vote on the Plan. Instead, on or before the Solicitation Deadline, or as soon as reasonably practicable thereafter, the Plan Proponent shall mail a Non-Voting Status Notice in lieu of Solicitation Packages (a) to those Holders of Administrative Claims and Priority Tax Claims and Holders in Class 1, the form of which is attached as **Exhibit 3A** and hereby approved; (b) to those Holders of Class 14 Equity Security Interests the form of which is attached as **Exhibit 3B** and hereby approved; of (c) to those Holders of Claims in any Class that are subject to a pending

objection ("Disputed Claims"), the form of which is attached hereto **Exhibit 3C** and hereby approved.

11.     The Plan Proponent is not required to mail Solicitation Packages or other solicitation materials to: (a) Holders of Claims that have already been paid in full during the Chapter 11 Case or that are authorized to be paid in full in the ordinary course of business pursuant to an order previously entered by this Court; or (b) any party to whom the Disclosure Statement Hearing Notice was sent but was subsequently returned as undeliverable.

12.     Absent order of the Court to the contrary, objections to the Plan will not be considered by the Court unless such objections are timely filed and properly served in accordance with this Order. Specifically, all objections to confirmation of the Plan or requests for modifications to the Plan, if any, must: (a) be in writing; (b) conform to the Bankruptcy Rules and the Local Rules; (c) state, with particularity, the legal and factual basis for the objection and, if practicable, a proposed modification to the Plan (or related materials) that would resolve such objection; and (d) be filed with the Court (with a proof of service as and when required by the Local Rules) and served upon the notice parties identified in the Confirmation Hearing Notice, through the CM/ECF system with a courtesy copy by email on or before the Plan Objection Deadline.

13.     The Plan Proponent is hereby authorized to make non-substantive changes to the Disclosure Statement, Disclosure Statement Hearing Notice, Plan, Confirmation Hearing Notice, Solicitation Packages, Non-Voting Status Notices, Ballots, Cover Letter, Solicitation and Voting Procedures, Voting and Tabulation Procedures, and related documents without further order of the Court, including, without limitation, changes to correct typographical and grammatical errors, if

any, and to make conforming changes to the Disclosure Statement, the Plan, and any other materials in the Solicitation Packages before distribution.

14.     Nothing in this Order shall be construed as a waiver of the right of the Debtor, the Plan Proponent, the Reorganized Debtor, the GUC Trustee, or any other party in interest, as applicable, to object to a proof of claim or interest after the Voting Record Date.

15.     All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

16.     The Plan Proponent is authorized to take all actions necessary to effectuate the relief granted in this Order.

17.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Exhibit 1A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

In re:

SALEM POINTE CAPITAL, LLC,                                    Case No. 3:24-bk-31702-SHB
              Debtor.                                                      Chapter 11

## SOLICITATION AND VOTING PROCEDURES

**PLEASE TAKE NOTICE THAT** on _____ [●], 2026, the United States Bankruptcy Court for the Eastern District of Tennessee (the "Court") entered an order (the "Disclosure Statement Order") (Doc. No. ●): (a) approving the Disclosure Statement for Chapter 11 Plan of Liquidation of Reorganization for Salem Pointe Capital, LLC (the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (b) authorizing The Club at Rarity Bay, Inc. ("TCRB") and Bep Rarity Bay, LLC ("BEP", and with TCRB, collectively, the "Plan Proponent") to solicit votes on the Chapter 11 Plan of Reorganization for Salem Pointe Capital, LLC (as amended, supplemented, or otherwise modified from time to time, the "Plan"); (c) approving the solicitation materials and documents to be included in the solicitation packages (collectively, the "Solicitation Packages"); and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

### A. The Voting Record Date

The Court has established _____ [●], 2026 as the record date for purposes of determining

which Holders Claims are entitled to vote on the Plan (the "Voting Record Date").

### B. The Voting Deadline

The Court has established _____ [●], 2026 at 4:00 p.m. (prevailing Eastern Time) as the deadline to submit Ballots (the "Voting Deadline"). To be counted as votes to accept or reject the Plan, all ballots (each a "Ballot" and collectively, the "Ballots") must be properly executed, completed, and delivered by: (1) first class mail; (2) overnight courier; or (3) personal delivery, so that they are actually received, in any case, no later than the Voting Deadline.

All Ballots should be submitted as follows: (1) if by first-class mail, overnight, or personal delivery, to _____. Delivery of a Ballot by facsimile or email shall not be valid.

### C. Form, Content, and Manner of Notices

### 1. The Solicitation Package

The following materials, in paper format, shall constitute the solicitation package (the "Solicitation Package"):

a. these Solicitation and Voting Procedures;

b. the Disclosure Statement (and exhibits thereto, including the Plan);

c. the applicable form of Ballot, in substantially the form annexed as Exhibits 2A to the Disclosure Statement Order, as applicable;

d. a Cover Letter, in substantially the form annexed as **Exhibit 5** to the Disclosure Statement Order, describing the contents of the Solicitation Package and urging the Holders of Claims in the Voting Classes to vote to accept the Plan;

e. the Disclosure Statement Order (without schedules or exhibits); and

f. the Confirmation Hearing Notice, in substantially the form annexed as Schedule 6 to the Disclosure Statement Order.

2. **Distribution of the Solicitation Package**

The Plan Proponent will provide complete Solicitation Packages (excluding the Ballots) to the U.S. Trustee, and all parties required to be notified under Bankruptcy Rule 2002 as of the Voting Record Date.

In addition, the Debtor shall mail, or cause to be mailed, the Solicitation Package to all Holders of Claims in the Voting Classes on or before _____ [●], 2026, who are entitled to vote, as described in section D below.

To avoid duplication and reduce expenses, the Debtor will make every reasonable effort to ensure that any Holder of a Claim who has filed duplicative Claims against the Debtor that are classified under the Plan in the same Voting Class receives no more than one Solicitation Package (and, therefore, one Ballot) on account of such Claim.

3. **Resolution of Disputed Claims for Voting Purposes; Resolution Event**

a. Absent a further order of the Court, if a Claim in a Voting Class is subject to an objection that is filed with the Court on or before _____ [●], 2026: (i) the Debtor shall cause the applicable Holder to be served with a Notice of Non-Voting Status with Respect to Disputed Claims substantially in the form annexed as Schedule 4 to the Disclosure Statement Order; and (ii) the applicable Holder shall not be entitled to vote to accept or reject the Plan on account of such claim unless a Resolution Event (as defined herein) occurs as provided herein.

b. A "Resolution Event" means the occurrence of one or more of the following events no later than two business days prior to the Voting Deadline:

i. an order of the Court is entered allowing such Claim pursuant to section 502(b) of the Bankruptcy Code, after notice and a hearing;

ii. an order of the Court is entered temporarily allowing such Claim for voting purposes only pursuant to Bankruptcy Rule 3018(a), after notice and a hearing;

iii. a stipulation or other agreement is executed between the Holder of such Claim and the Debtor resolving the objection and allowing such Claim in an agreed upon amount; or

iv. the pending objection is voluntarily withdrawn by the objecting party.

c. No later than one business day following the occurrence of a Resolution Event, the Debtor shall cause the Notice and Claims Agent to distribute via email, hand delivery, or overnight courier service a Solicitation Package to the relevant Holder to the extent such Holder has not already received a Solicitation Package containing an appropriate form of Ballot.

Exhibit 1A

### 4.    Non-Voting Status Notices

Certain Holders of Claims or interests that are not classified in accordance with section 1123(a)(1) of the Bankruptcy Code, are not entitled to vote because they are Unimpaired or otherwise presumed to accept the Plan or reject the Plan will receive only the relevant Non-Voting Status Notices, in substantially the form attached as **Exhibits 3(A), 3(B), or 3(C)** to the Disclosure Statement Order. Such notice will instruct these Holders as to how they may obtain copies of the documents contained in the Solicitation Package (excluding Ballots).

### D.    Voting and Tabulation Procedures

### 1.    Holders of Claims Entitled to Vote

Only the following Holders of Claims in the Voting Classes shall be entitled to vote with regard to such Claims:

a.    Holders of Claims who, on or before the Voting Record Date, have filed a Proof of Claim that (i) has not been disallowed, disqualified, withdrawn, or superseded prior to the Voting Record Date; and (ii) is not the subject of a pending objection filed with the Court on or before _____ [●], 2026, pending a Resolution Event as provided herein, shall receive a Solicitation Package and be entitled to vote such Claim;

b.    Holders of Claims that are listed in the Schedules in an amount greater than $0; provided, that such Claims are not scheduled as contingent, unliquidated, or disputed and/or have not been paid in full or superseded by a filed Proof of Claim;

c.    Holders whose Claims arise (i) pursuant to an agreement or settlement with the Debtor, as reflected in a document filed with the Court, (ii) in an order entered by the Court, or (iii) in a document executed by the Debtor pursuant to authority granted by the Court, in each case regardless of whether a Proof of Claim has been filed; and

d.    Holders of any Disputed Claim that has been temporarily allowed to vote on the Plan pursuant to Bankruptcy Rule 3018.

### 2.    Establishing Claim Amounts for Voting Purposes.

**Filed and Scheduled Claims.**

The Claim amount established herein shall control for voting purposes only and shall not constitute the Allowed amount of any Claim. In tabulating votes, the following hierarchy shall be used to determine the amount of the Claim associated with each claimant's vote:

i.    the Claim amount (1) settled and/or agreed upon by the Debtor, as reflected in a document filed with the Court, (2) set forth in an order of the Court, or (3) set forth in a document executed by the Debtor pursuant to authority granted by the Court;

ii.    the Claim amount Allowed (temporarily or otherwise) pursuant to a Resolution Event under these Solicitation and Voting Procedures;

iii.  the Claim amount contained in a Proof of Claim that has been timely filed by the applicable Bar Date (or deemed timely filed by the Court), except for any amounts asserted on account of any interest accrued after the Petition Date; provided, however, that any Ballot cast by a Holder of a Claim who timely files a Proof of Claim in respect of (1) a contingent Claim or a Claim in a wholly-unliquidated or unknown amount (based on a reasonable review by the Plan Proponent) that is not the subject of an objection by _____ [●], 2026 will count toward satisfying the numerosity requirement of section 1126(c) of the Bankruptcy Code and will count as a Ballot for a Claim in the amount of $1.00 solely for the purposes of satisfying the dollar amount provisions of section 1126(c) of the Bankruptcy Code, and (2) a partially liquidated and partially unliquidated Claim, such Claim will be Allowed for voting purposes only in the liquidated amount; provided further, however, that to the extent the Claim amount contained in the Proof of Claim is different from the Claim amount (A) settled and/or agreed upon by the Debtor, as reflected in a document filed with the Court, (B) set forth in an order of the Court, or (C) set forth in a document executed by the Debtor pursuant to authority granted by the Court, such Claim amount shall supersede the Claim amount set forth on the respective Proof of Claim for voting purposes;

iv.  the Claim amount listed in the Schedules (to the extent such Claim is not superseded by a timely filed Proof of Claim); provided that such Claim is not scheduled as contingent, disputed, or unliquidated and/or has not been paid in full; and

v.  in the absence of any of the foregoing, such Claim shall be disallowed for voting purposes.

**3.  Voting and Ballot Tabulation Procedures.**

The following voting procedures and standard assumptions shall be used in tabulating Ballots, subject to the Plan Proponent's right to waive any of the below specified requirements for completion and submission of Ballots so long as such requirement is not otherwise required by the Bankruptcy Code, Bankruptcy Rules, or Local Rules:

a.  except as otherwise provided in these Solicitation and Voting Procedures, unless the Ballot being furnished is timely submitted on or prior to the Voting Deadline (as the same may be extended by the Plan Proponent in its sole discretion), the Plan Proponent, in its sole discretion, shall be entitled to reject such Ballot as invalid and, therefore, not count it in connection with Confirmation of the Plan, unless otherwise ordered by the Court;

b.  the Plan Proponent will file with the Court by no later than _____ [●], 2026, at 4:00 p.m. (prevailing Eastern Time) a voting report (the "Voting Report"). The Voting Report shall, among other things, delineate every Ballot that does not conform to the voting instructions or that contains any form of irregularity including, but not limited to, those Ballots that are late or (in whole or in material part) illegible, unidentifiable, lacking signatures, or lacking necessary information, received via facsimile, or damaged (collectively, in each case, the "Irregular Ballots"). The Voting Report shall also indicate the following: (i) any ballot that has been withdrawn, the date of such withdrawal, and whether the ballot reflected a vote to accept or reject the plan, (ii) any situation in which a holder of a claim submitted multiple ballots, specifying the date each ballot was submitted, whether the ballot reflected a vote to accept or reject, and which ballot, if any, the Plan Proponent accepted, (iii) any ballot that was rejected

by the Plan Proponent, and the reason for such rejection, (iv) any ballot that was filed after the Voting Deadline, and whether it was accepted or rejected by the Plan Proponent; and (v) a list of all parties in voting classes whose solicitation packages were returned as undeliverable, or who were not served with a solicitation package because their Disclosure Statement Hearing Notice was returned as undeliverable. The Voting Report shall indicate the Plan Proponent's intentions with regard to each Irregular Ballot;

c.  the method of delivery of Ballots to be sent to the Plan Proponent is at the election and risk of each Holder. Except as otherwise provided, a Ballot will be deemed delivered only when the Plan Proponent actually receives the properly executed Ballot;

d.  an executed Ballot is required to be submitted by the Person submitting such Ballot. Ballots submitted by facsimile or email will not be valid or counted;

e.  no Ballot should be sent to the Debtor, the Trustee, the Debtor's agents, the Debtor's financial or legal advisors, and if so sent will not be counted unless otherwise agreed to by the Plan Proponent in its sole discretion;

f.  if multiple Ballots are received from the same Holder with respect to the same Claim prior to the Voting Deadline, the last properly executed Ballot timely received will be deemed to reflect that voter's intent and will supersede and revoke any prior received Ballot;

g.  Holders must vote all of their Claims within the Voting Class either to accept or reject the Plan and may not split any votes. Accordingly, a Ballot that partially rejects and partially accepts the Plan will not be counted;

h.  a person signing a Ballot in its capacity as a trustee, executor, administrator, guardian, attorney in fact, officer of a corporation, or otherwise acting in a fiduciary or representative capacity of a Holder of Claims must indicate such capacity when signing;

i.  the Plan Proponent, subject to a contrary order of the Court, may waive any defects or irregularities as to any particular Irregular Ballot at any time in its sole discretion, either before or after the close of voting, and any such waivers will be documented in the Voting Report;

j.  neither the Plan Proponent, nor any other Person, will be under any duty to provide notification of defects or irregularities with respect to delivered Ballots other than as provided in the Voting Report, nor will any of them incur any liability for failure to provide such notification;

k.  unless waived or as ordered by the Court, any defects or irregularities in connection with deliveries of Ballots must be cured prior to the Voting Deadline or such Ballots will not be counted;

l.  in the event a designation of lack of good faith is requested by a party in interest under section 1126(e) of the Bankruptcy Code, the Court will determine whether any vote to accept and/or reject the Plan cast with respect to that Claim will be counted for purposes of determining whether the Plan has been accepted and/or rejected;

m.  subject to any order of the Court, the Plan Proponent reserves the right to reject any and all Ballots not in proper form, the acceptance of which, in the opinion of the Plan Proponent, would not be in accordance with the provisions of the Bankruptcy Code or the Bankruptcy Rules; provided that any such rejections will be documented in the Voting Report;

Exhibit 1A

n.  if a Claim has been estimated or a Claim has otherwise been Allowed only for voting purposes by order of the Court, such Claim shall be temporarily Allowed in the amount so estimated or Allowed by the Court for voting purposes only, and not for purposes of allowance or distribution;

o.  if an objection to a Claim is filed, such Claim shall be treated in accordance with the procedures set forth herein;

p.  the following Ballots shall not be counted in determining the acceptance or rejection of the Plan: (i) any Ballot that is illegible or contains insufficient information to permit the identification of the Holder of such Claim; (ii) any Ballot cast by any Person that does not hold a Claim in the Voting Class; (iii) any Ballot cast for a Claim scheduled as unliquidated, contingent, or disputed and for which no Proof of Claim was timely filed by the Voting Record Date; (iv) any unsigned Ballot; (v) any Ballot not marked to accept or reject the Plan or marked both to accept and reject the Plan; and (vi) any Ballot submitted by any Person not entitled to vote pursuant to the procedures described herein;

q.  after the Voting Deadline, no Ballot may be withdrawn or modified without the prior written consent of the Plan Proponent;

r.  the Plan Proponent is authorized to enter into stipulations with the Holder of any Claim agreeing to the amount of a Claim for voting purposes;

s.  where any portion of a single Claim has been transferred to a transferee, all Holders of any portion of such single Claim will be (i) treated as a single creditor for purposes of the numerosity requirements in section 1126(c) of the Bankruptcy Code (and for the other voting and solicitation procedures set forth herein), and (ii) required to vote every portion of such Claim collectively to accept or reject the Plan. In the event that (x) a Ballot, (y) a group of Ballots within the Voting Class received from a single holder, or (z) a group of Ballots received from the various Holders of multiple portions of a single Claim partially reject and partially accept the Plan, such Ballots shall not be counted; and

t.  for purposes of the numerosity requirement of section 1126(c) of the Bankruptcy Code, separate Claims held by a single holder in a particular Class will be aggregated and treated as if such creditor held one Claim in such Class, and all votes related to such Claim will be treated as a single vote to accept or reject the Plan; provided, however, that if separate affiliated entities hold Claims in a particular Class, these Claims will not be aggregated and will not be treated as if such holder held one Claim in such Class, and the vote of each affiliated entity will be counted separately as a vote to accept or reject the Plan.

**E.  Amendments to the Plan and Solicitation and Voting Procedures.**

The Plan Proponent reserves the right to make non-substantive or immaterial changes to the Disclosure Statement, Plan (including, for the avoidance of doubt, the Plan Supplement), Ballots, Confirmation Hearing Notice, and related documents without further order of the Court, including, without limitation, changes to correct typographical and grammatical errors, if any, and to make conforming changes among the Disclosure Statement, the Plan, and any other materials in the Solicitation Package before their distribution; provided that all such modifications shall be made in accordance with the terms of the document being modified and the Plan. If such changes are made, the Plan Proponent shall promptly file a notice on the Court's docket reflecting all such changes in a manner that highlights each such change.

Exhibit 2A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

In re:

SALEM POINTE CAPITAL, LLC,                          Case No. 3:24-bk-31702-SHB
      Debtor.                                      Chapter 11

**BALLOT FOR VOTING TO ACCEPT OR REJECT THE CHAPTER 11 PLAN**
**OF REORGANIZATION FOR SALEM POINTE CAPITAL, LLC**

**CLASS __**

> PLEASE READ AND FOLLOW THE ENCLOSED INSTRUCTIONS FOR COMPLETING
> BALLOTS CAREFULLY BEFORE COMPLETING THIS BALLOT.
>
> IN ORDER FOR YOUR VOTE TO BE COUNTED, THIS BALLOT MUST BE COMPLETED,
> EXECUTED, AND RETURNED SO AS TO BE ACTUALLY RECEIVED BY [●], 2026 AT 4:00
> P.M. (PREVAILING EASTERN TIME) (THE "**VOTING DEADLINE**") IN ACCORDANCE
> WITH THE PROCEDURES SET FORTH BELOW.

The Club at Rarity Bay, Inc. ("TCRB") and BEP Rarity Bay, LLC ("BEP", and with TCRB, collectively, the "Plan Proponent") is soliciting votes with respect to the Chapter 11 Plan of Reorganization for Salem Pointe Capital, LLC (as amended, supplemented, or otherwise modified from time to time, the "Plan"). The Bankruptcy Court for the Eastern District of Tennessee (the "Bankruptcy Court") has approved that certain Disclosure Statement for the Plan (the "Disclosure Statement") as containing adequate information pursuant to section 1125 of the Bankruptcy Code, by entry of an order on [●], 2026 [Doc. No. [●]] (the "Disclosure Statement Order"). Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court. Capitalized terms used but not otherwise defined herein shall have the same meanings set forth in the Plan. You are receiving this Class __ Ballot because you are a Holder of a Class __ Claim as of _____, 2026 (the "Voting Record Date"). Under the terms of the Plan, Holders of Class __ Claims are entitled to vote to accept or reject the Plan.

Your rights are further described in the Disclosure Statement, which was included in the package (the "Solicitation Package") you are receiving with this Ballot. If you need to obtain additional Solicitation Packages, you may obtain them by (1) calling or emailing _____.  You may also obtain copies of any pleadings filed in this Chapter 11 Case for a fee via PACER at: http://www.tneb.uscourts.gov.

This Ballot may not be used for any purpose other than for casting votes to accept or reject the Plan and making certain certifications with respect to the Plan. If you believe you have received this Ballot in error, or if you believe that you have received the wrong Ballot, please contact _____ at the address, or telephone number set forth above.

Exhibit 2A

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. Your Claim has been placed in Class __ under the Plan. If you hold Claims in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

If a controversy arises regarding whether any Claim is properly classified under the Plan, the Bankruptcy Court shall, upon proper motion and notice, determine such controversy at the Confirmation Hearing. If the Bankruptcy Court finds that the classification of any Claim is improper, then such Claim shall be reclassified and the Ballot previously cast by the holder of such Claim shall be counted in, and the Claim shall receive the treatment prescribed in, the Class in which the Bankruptcy Court determines such Claim should have been classified, without the necessity of resoliciting any votes on the Plan.

**Item 1. Amount of Claim.**

The undersigned hereby certifies that as of the Voting Record Date, the undersigned was the Holder of a Class __ Claim in the following aggregate unpaid amount (insert amount in box below):

$_____

**Item 2. Vote on Plan.**

The Holder votes to (please check one):

□ **ACCEPT** (vote FOR) the Plan          □ **REJECT** (vote AGAINST) the Plan

Exhibit 2A

**Item 3. Certifications.**

By signing this Ballot, the undersigned certifies to the Bankruptcy Court, the Plan Proponent and the Debtor:

(a) **that, as of the Voting Record Date, either: (i) the Person is the Holder of the Claim being voted; or (ii) the Person is an authorized signatory for the Holder of the Claim being voted;**

(b) **that the Person (or in the case of an authorized signatory, the Holder) has received a copy of the Disclosure Statement and the Solicitation Package and acknowledges that the solicitation is being made pursuant to the terms and conditions set forth therein;**

(c) **that the Person has cast the same vote with respect to all Claims in a single Voting Class; and**

(d) **that no other Ballots with respect to the amount of the Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Claims, then any such earlier Ballots are hereby revoked.**

Name of Holder: _____
(Print or Type)

Signature: _____

Name of Signatory: _____
(If other than Holder)

Title: _____

Address: _____
_____

Telephone Number: _____

Email: _____

Date Complete: _____

Tax      Identification No. _____

**IF THIS BALLOT IS NOT RECEIVED ON OR BEFORE [●], 2026 AT 4:00 P.M. (PREVAILING EASTERN TIME) (AND IF THE VOTING DEADLINE IS NOT EXTENDED), YOUR VOTE TRANSMITTED BY THIS BALLOT MAY BE COUNTED TOWARD CONFIRMATION OF THE PLAN ONLY IN THE DISCRETION OF THE PLAN PROPONENT.**

Exhibit 2A

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT IN THE
PROVIDED RETURN ENVELOPE PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT
COURIER, OR HAND DELIVERY TO:**

| **If by First Class Mail:** | **If by Overnight Courier or Hand Delivery:** |
|---|---|
| | |

Exhibit 2A

**<u>INSTRUCTIONS FOR COMPLETING THIS BALLOT</u>**

1.      The Club at Rarity Bay, Inc. ("<u>TCRB</u>") and Bep Rarity Bay, LLC ("<u>BEP</u>", and with TCRB, collectively, the "<u>Plan Proponent</u>") is soliciting the votes of Holders of Claims with respect to the Plan attached as Exhibit A to the Disclosure Statement. Capitalized terms used in the Ballot or in these instructions (the "<u>Ballot Instructions</u>") but not otherwise defined therein or herein shall have the meaning set forth in the Plan, a copy of which also accompanies the Ballot. PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.

2.      The Plan can be confirmed by the Court and thereby made binding upon you if it is accepted by the Holders of at least two-thirds (2/3) in amount and more than one-half (1/2) in number of Claims in at least one class of creditors that votes on the Plan and if the Plan otherwise satisfies the requirements for confirmation provided by section 1129(a) of the Bankruptcy Code. Please review the Disclosure Statement for more information.

3.      To ensure that your Ballot is counted, you must complete and submit this Ballot the Ballot. Ballots will not be accepted by email or facsimile.

4.      Your Ballot must be returned to _____ so as to be actually received by the Notice and Claims Agent on or before the Voting Deadline. The Voting Deadline is [●], 2026, at 4:00 p.m. (prevailing Eastern Time).

7.      If a Ballot is received after the Voting Deadline, and if the Voting Deadline is not extended, it may be counted only in the sole and absolute discretion of the Plan Proponent. Additionally, the following Ballots will not be counted:

(a)     any Ballot that partially rejects and partially accepts the Plan;
(b)     Ballots sent to the Debtor, the Trustee, the Debtor's agents, or the Debtor's financial or legal advisors (unless otherwise waived by the Plan Proponent in its sole discretion), or with the Court;
(c)     Ballots sent by email or facsimile;
(d)     any Ballot that is illegible or contains insufficient information to permit the identification of the Holder of the Claim;
(e)     any Ballot cast by a Person that does not hold a Claim the designated Class;
(f)     any Ballot submitted by a Holder not entitled to vote pursuant to the Plan;
(g)     any unsigned Ballot;
(h)     any non-original Ballot; and/or
(i)     any Ballot not marked to accept or reject the Plan or any Ballot marked both to accept and reject the Plan.

8.      The method of delivery of Ballots is at the election and risk of each Holder of a Claim. Except as otherwise provided herein, such delivery will be deemed made only when the originally executed Ballot is actually received. In all cases, Holders should allow sufficient time to assure timely delivery.

9.      If multiple Ballots are received from the same Holder of a Claim in a particular Class with respect to the same Claim prior to the Voting Deadline, the latest, timely received, and properly completed Class 4 Ballot will supersede and revoke any earlier received Class 4 Ballots.

10.     You must vote all of your Claims within each Class either to accept or reject the Plan and may not split your vote.



Exhibit 2A

11.     This Ballot does not constitute, and shall not be deemed to be, (a) a Proof of Claim or (b) an assertion or admission of a Claim.

12.     Please be sure to sign and date your Ballot. If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney in fact, officer of a corporation, or otherwise acting in a fiduciary or representative capacity, you must indicate such capacity when signing and, if required or requested by the Plan Proponent, the Debtor, or the Bankruptcy Court, must submit proper evidence to the requesting party to so act on behalf of such Holder. In addition, please provide your name and mailing address if it is different from that set forth on the attached mailing label or if no such mailing label is attached to the Ballot.

PLEASE SUBMIT YOUR BALLOT SO THAT IT IS RECEIVED PRIOR TO
THE VOTING DEADLINE

IF YOU HAVE ANY QUESTIONS REGARDING THIS CLASS 4 BALLOT, THESE VOTING INSTRUCTIONS OR THE PROCEDURES FOR VOTING, PLEASE CALL _____.

**IF THIS BALLOT IS NOT RECEIVED ON OR BEFORE [●], 2026 AT 4:00 P.M. (PREVAILING EASTERN TIME) (AND IF THE VOTING DEADLINE IS NOT EXTENDED), YOUR VOTE TRANSMITTED BY THIS BALLOT MAY BE COUNTED TOWARD CONFIRMATION OF THE PLAN ONLY IN THE DISCRETION OF THE PLAN PROPONENT.**

Exhibit 3A

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION**

In re:

SALEM POINTE CAPITAL, LLC,                              Case No. 3:24-bk-31702-SHB
      Debtor.                                             Chapter 11

**NOTICE OF NON-VOTING STATUS TO HOLDER OF UNIMPAIRED CLAIMS
CONCLUSIVELY PRESUMED TO ACCEPT THE PLAN**

**PLEASE TAKE NOTICE THAT** on _____ [●], 2026, the United States Bankruptcy Court for the Eastern District of Tennessee (the "Court") entered an order (the "Disclosure Statement Order") (Doc. No. ●): (a) approving the Disclosure Statement for Chapter 11 Plan of Liquidation of Reorganization for Salem Pointe Capital, LLC (the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code;2 (b) authorizing The Club at Rarity Bay, Inc. ("TCRB") and Bep Rarity Bay, LLC ("BEP", and with TCRB, collectively, the "Plan Proponent") to solicit votes on the Chapter 11 Plan of Reorganization for Salem Pointe Capital, LLC (as amended, supplemented, or otherwise modified from time to time, the "Plan"); (c) approving the solicitation materials and documents to be included in the solicitation packages (collectively, the "Solicitation Packages"); and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

PLEASE TAKE FURTHER NOTICE THAT because of the nature and treatment of your Claim under the Plan, *you are not entitled to vote on the Plan*. Specifically, under the terms of the Plan, as a Holder of a Claim against the Debtor that is Unimpaired you are conclusively presumed to have accepted the Plan.

PLEASE TAKE FURTHER NOTICE THAT the hearing at which the Court will consider Confirmation of the Plan (the "Confirmation Hearing") will commence on _____ [●], 2026 at ____ ___.m. (prevailing Eastern Time), in the United States Bankruptcy Court for the Eastern District of Tennessee, _____, _____, Knoxville, Tennessee _____.

PLEASE TAKE FURTHER NOTICE THAT the deadline for filing objections to the Plan is _____ [●], 2026, at 4:00 p.m. (prevailing Eastern Time) (the "Plan Objection Deadline"). Any objection to the Plan must: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state, with particularity, the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection; and (d) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so as to be actually received on or before the Plan Objection Deadline:

| Counsel for Plan Proponent |
| --- |
| |
| United States Trustee |
| |

PLEASE TAKE FURTHER NOTICE THAT if you would like to obtain a copy of the Disclosure Statement, the Plan, or related documents, you should contact _____. You may also obtain copies of any pleadings filed in this Chapter 11 Case for a fee via PACER at: http://www.tneb.uscourts.gov.

Exhibit 3B

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

In re:

SALEM POINTE CAPITAL, LLC,                          Case No. 3:24-bk-31702-SHB
          Debtor.                                   Chapter 11

**NOTICE OF NON-VOTING STATUS TO HOLDER OF IMPAIRED EQUITY
SECURITY INTERESTS CONCLUSIVELY PRESUMED TO REJECT THE PLAN**

**PLEASE TAKE NOTICE THAT** on _____ [●], 2026, the United States Bankruptcy Court for the Eastern District of Tennessee (the "Court") entered an order (the "Disclosure Statement Order") (Doc. No. ●): (a) approving the Disclosure Statement for Chapter 11 Plan of Liquidation of Reorganization for Salem Pointe Capital, LLC (the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code;2 (b) authorizing The Club at Rarity Bay, Inc. ("TCRB") and Bep Rarity Bay, LLC ("BEP", and with TCRB, collectively, the "Plan Proponent") to solicit votes on the Chapter 11 Plan of Reorganization for Salem Pointe Capital, LLC (as amended, supplemented, or otherwise modified from time to time, the "Plan"); (c) approving the solicitation materials and documents to be included in the solicitation packages (collectively, the "Solicitation Packages"); and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

PLEASE TAKE FURTHER NOTICE THAT because of the nature and treatment of your Interest under the Plan, you are not entitled to vote on the Plan. Specifically, under the terms of the Plan, as a Holder of an Equity Security Interest in the Debtor that is conclusively presumed to have rejected the Plan, you are not entitled to vote on the Plan.

PLEASE TAKE FURTHER NOTICE THAT the hearing at which the Court will consider Confirmation of the Plan (the "Confirmation Hearing") will commence on _____ [●], 2026 at ____ ___.m. (prevailing Eastern Time), in the United States Bankruptcy Court for the Eastern District of Tennessee, _____, _____, Knoxville, Tennessee _____.

PLEASE TAKE FURTHER NOTICE THAT the deadline for filing objections to the Plan is _____ [●], 2026, at 4:00 p.m. (prevailing Eastern Time) (the "Plan Objection Deadline"). Any objection to the Plan must: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state, with particularity, the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection; and (d) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so as to be actually received on or before the Plan Objection Deadline:

| Counsel for Plan Proponent |
| --- |
| |
| United States Trustee |
| |

PLEASE TAKE FURTHER NOTICE THAT if you would like to obtain a copy of the Disclosure Statement, the Plan, or related documents, you should contact _____. You may also obtain copies of any pleadings filed in this Chapter 11 Case for a fee via PACER at: http://www.tneb.uscourts.gov.

2

Exhibit 3C

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

In re:

| | |
|---|---|
| SALEM POINTE CAPITAL, LLC, | Case No. 3:24-bk-31702-SHB |
| Debtor. | Chapter 11 |

**NOTICE OF NON-VOTING STATUS WITH**
**RESPECT TO DISPUTED CLAIMS**

**PLEASE TAKE NOTICE THAT** on _____ [●], 2026, the United States Bankruptcy Court for the Eastern District of Tennessee (the "Court") entered an order (the "Disclosure Statement Order") (Doc. No. ●): (a) approving the Disclosure Statement for Chapter 11 Plan of Liquidation of Reorganization for Salem Pointe Capital, LLC (the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (b) authorizing The Club at Rarity Bay, Inc. ("TCRB") and Bep Rarity Bay, LLC ("BEP", and with TCRB, collectively, the "Plan Proponent") to solicit votes on the Chapter 11 Plan of Reorganization for Salem Pointe Capital, LLC (as amended, supplemented, or otherwise modified from time to time, the "Plan"); (c) approving the solicitation materials and documents to be included in the solicitation packages (collectively, the "Solicitation Packages"); and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

PLEASE TAKE FURTHER NOTICE THAT because of the nature and treatment of your Interest under the Plan, you are not entitled to vote on the Plan.

PLEASE TAKE FURTHER NOTICE THAT the hearing at which the Court will consider Confirmation of the Plan (the "Confirmation Hearing") will commence on _____ [●], 2026 at ___ __.m. (prevailing Eastern Time), in the United States Bankruptcy Court for the Eastern District of Tennessee, _____, _____, Knoxville, Tennessee _____.

PLEASE TAKE FURTHER NOTICE THAT the deadline for filing objections to the Plan is _____ [●], 2026, at 4:00 p.m. (prevailing Eastern Time) (the "Plan Objection Deadline"). Any objection to the Plan must: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state, with particularity, the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection; and (d) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so as to be actually received on or before the Plan Objection Deadline:

| Counsel for Plan Proponent |
|---|
| |
| United States Trustee |
| |

PLEASE TAKE FURTHER NOTICE THAT you are receiving this notice because you are the Holder of a Claim that is subject to a pending objection. Your vote on the Plan will not be counted unless one or more of the following events have taken place on the date of or before the Confirmation Hearing (each, a "Resolution Event"):

1.       an order of the Court is entered allowing such Claim or Interest pursuant to section 502(b) of the Bankruptcy Code, after notice and a hearing;

2.       an order of the Court is entered temporarily allowing such Claim or Interest for voting purposes only pursuant to Bankruptcy Rule 3018(a), after notice and a hearing;

3.       a stipulation or other agreement is executed between the Holder of such Claim or Interest and the Debtor temporarily allowing the Holder of such Claim or Interest to vote its Claim or Interest in an agreed upon amount; or

4.       the pending objection to such Claim or Interest is voluntarily withdrawn by the objecting party. Accordingly, this notice is being sent to you for informational purposes only.

PLEASE TAKE FURTHER NOTICE THAT if you dispute your status as a disputed claimant, you may file a motion for temporary allowance of your claim for voting purposes pursuant to Federal Rule of Bankruptcy Procedure 3018 by _____ [●], 2026. You may mail a copy of your motion to the Clerk of the Court, U.S. Bankruptcy Court for the Eastern District of Tennessee , _____, Knoxville, Tennessee _____ so that it is actually received by _____ [●], 2026.

PLEASE TAKE FURTHER NOTICE THAT if you would like to obtain a copy of the Disclosure Statement, the Plan, or related documents, you should contact _____. You may also obtain copies of any pleadings filed in this Chapter 11 Case for a fee via PACER at: http://www.tneb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE THAT if a Resolution Event occurs, then no later than [one] business day thereafter, the Plan Proponent shall distribute a Ballot to you, which must be returned to the Plan Proponent no later than the Voting Deadline, which is _____ [●], 2026 at 4:00 p.m. (prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE THAT if you have any questions about the status of any of your Claims, you should contact the Plan Proponent in accordance with the instructions provided above.

Exhibit 4A

[●], 2026

Via First Class Mail

RE: In re Salem Pointe Capital, LLC
Chapter 11 Case No. 3:24-bk-31702-SHB

TO ALL HOLDERS OF CLAIMS ENTITLED TO VOTE ON THE PLAN:

Salem Pointe Capital, LLC, (the "Debtor") in the above-referenced chapter 11 case, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Tennessee (the "Court") on September 29, 2024. You have received this letter and the enclosed materials because you may be entitled to vote on the Chapter 11 Plan of Reorganization for Salem Pointe Capital, LLC (as amended, supplemented, or otherwise modified from time to time, the "Plan") filed by The Club at Rarity Bay, Inc. ("TCRB") and BEP Rarity Bay, LLC ("BEP", and with TCRB, collectively, the "Plan Proponent").

On [●], 2026, the Court entered an order (Doc. No. [●]) (the "Disclosure Statement Order"): (a) authorizing the Plan Proponent to solicit acceptances for the Plan; (b) approving the Disclosure Statement for the Plan (the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages (the "Solicitation Package"); and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan, and for filing objections to the Plan.

YOU ARE RECEIVING THIS LETTER BECAUSE YOU MAY BE ENTITLED TO VOTE ON THE PLAN. THEREFORE, YOU SHOULD READ THIS LETTER CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

In addition to this cover letter, the enclosed materials comprise your Solicitation Package, and were approved by the Court for distribution to Holders of Claims in connection with the solicitation of votes to accept the Plan. The Solicitation Package consists of the following:
a.   a copy of the Solicitation and Voting Procedures;
b.   the Disclosure Statement (and the exhibits attached thereto, including the Plan);
c.   an appropriate Ballot together with detailed voting instructions with respect thereto;
d.   this Cover Letter;
e.   the Disclosure Statement Order (without schedules); and
f.   the Confirmation Hearing Notice.

The Plan Proponent has approved the filing of the Plan and the solicitation of votes to accept the Plan. The Plan Proponent believes that the acceptance of the Plan is in the best interests of its Estate, Holders of Claims, and all other parties in interest. Moreover, the Plan Proponent believes that any alternative other than Confirmation of the Plan could result in extensive delays and increased administrative expenses, which, in turn, likely would result in smaller distributions (or no distributions) or recoveries on account of Claims asserted in the Chapter 11 Case.

THE PLAN PROPONENT STRONGLY URGES YOU TO PROPERLY AND TIMELY SUBMIT YOUR BALLOT CASTING A VOTE TO ACCEPT THE PLAN. THE VOTING DEADLINE IS 4:00 P.M. (PREVAILING EASTERN TIME) ON [●], 2026.

The materials in the Solicitation Package are intended to be self-explanatory. If you should have any questions, however, please feel free to contact William R. O'Bryan, Jr., Butler Snow LLP, 1320 Adams Street, Suite 1400, Nashville, TN 37208, (615) 651-6724, bill.obryan@butlersnow.com. You may also obtain copies of any pleadings filed in this Chapter 11 Case for a fee via PACER at: http://www.tneb.uscourts.gov. s

Sincerely,

**Plan Proponent**

The Club at Rarity Bay, Inc.

By: _____
Title:_____


BEP Rarity Bay, LLC

The Club at Rarity Bay, Inc.

By: _____
Title:_____

2

Exhibit 5A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

In re:

SALEM POINTE CAPITAL, LLC,                           Case No. 3:24-bk-31702-SHB
          Debtor.                                    Chapter 11

**NOTICE OF HEARING TO CONSIDER**
**CONFIRMATION OF THE CHAPTER 11 PLAN FILED BY THE**
**DEBTOR AND RELATED VOTING AND OBJECTION DEADLINES**

**PLEASE TAKE NOTICE THAT** on _____ [●], 2026, the United States Bankruptcy Court for the Eastern District of Tennessee (the "Court") entered an order (Docket No. [●]) (the "Disclosure Statement Order"): (a) authorizing  Plant Proponent in the above-captioned chapter 11 (the "Chapter 11 Case"), to solicit acceptances for the *Chapter 11 Plan of Reorganization for Salem Pointe Capital, LLC* (as amended, supplemented, or otherwise modified from time to time, the "Plan"); (b) approving the *Disclosure Statement for Chapter 11 Plan of Reorganization for Salem Pointe Capital, LLC* (the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages (the "Solicitation Packages"); and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider Confirmation of the Plan (the "Confirmation Hearing") will commence on _____ **[●], 2026 at [●] [●].m. (prevailing Eastern Time)** before the Honorable Suzanne H. Bauknight, United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the Eastern District of Tennessee, Howard H. Baker Jr. United States Courthouse 800 Market Street, Suite 330, Knoxville, TN 37902.

> **PLEASE BE ADVISED**: THE CONFIRMATION HEARING MAY BE CONTINUED FROM TIME TO TIME BY THE COURT OR THE DEBTOR **WITHOUT FURTHER NOTICE** OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE COURT AND SERVED ON ALL PARTIES ENTITLED TO NOTICE.

**CRITICAL INFORMATION REGARDING VOTING ON THE PLAN**

**Voting Record Date**. The voting record date is _____ **[●], 2026** which is the date for determining which Holders of Claims are entitled to vote on the Plan.

**Voting Deadline**. The deadline for voting on the Plan is _____ **[●], 2026 at [●] [●].m. (prevailing Eastern Time)** (the "Voting Deadline"). If you received a Solicitation Package, including a Ballot and intend to vote on the Plan you ***must***: (a) follow the instructions carefully; (b) complete ***all*** of the required information on the Ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is ***actually received*** by the Plan Proponent on or before the Voting Deadline. ***A failure to follow such instructions may disqualify your vote.***

Exhibit 5A

**CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN**

Plan Objection Deadline. The deadline for filing objections to the Plan is _____ **[●], 2026 at [●] [●].m. (prevailing Eastern Time)** (the "<u>Plan Objection Deadline</u>"). All objections to the relief sought at the Confirmation Hearing *must*: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state, with particularity, the legal and factual basis for the objection and, if practicable, a proposed modification to the Plan (or related materials) that would resolve such objection; *and* (d) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so as to be *actually received* on or before the Plan Objection Deadline:

| Counsel for the Plan Proponent | |
|---|---|
| William R. O'Bryan, Jr.<br>C.E. Hunter Brush<br>1320 Adams Street, Suite 1400<br>Nashville, TN 37208<br>(615) 651-6724<br>Bill.OBryan@butlersnow.com<br>Hunter.Brush@butlersnow.com<br>Attorneys for BEP Rarity Bay, LLC | Mary D. Miller<br>P.O. Box 5339<br>Knoxville, TN 37928<br>(865) 934-4000<br>mmillerservice@millerlaw.solutions<br>Attorneys for The Club at Rarity Bay, Inc. |
| Chapter 11 Trustee | |
| Gary M. Murphey<br>Resurgence Financial Services, LLC<br>3330 Cumberland Blvd., Suite 500<br>Atlanta, GA 30339<br>404-886-9104 | Paul G. Jennings, Jr.<br>Gene L. Humphreys<br>Bass Berry & Sims PLC<br>21 Platform Way South, Suite 3500<br>Nashville TN 37203<br>(615) 742-6267<br>pjennings@bassberry.com<br>ghumphreys@bassberry.com |
| United States Trustee | |
| Tiffany A. Diiorio<br>800 Market St, Suite 114<br>Knoxville, TN 37902<br>(865) 545-4324<br>Email: Tiffany.Diiorio@usdoj.gov | |

**ADDITIONAL INFORMATION**

Obtaining Solicitation Materials. The materials in the Solicitation Package are intended to be self-explanatory. If you should have any questions or if you would like to obtain additional solicitation materials, please feel free to contact the Debtor's Notice and Claims Agent, by: (1) calling or emailing counsel for the Plan Proponent ad the addresses above. You may also obtain copies of any pleadings filed in this Chapter 11 Case for a fee via PACER at: http://www.tneb.uscourts.gov.

> IF CONFIRMED, THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS OR INTERESTS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM OR INTEREST IN THE CHAPTER 11 CASE, OR FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN OR VOTED TO REJECT THE PLAN. FURTHER, THE RIGHTS AND OBLIGATIONS OF ANY ENTITY NAMED OR REFERRED TO IN THE PLAN WILL BE BINDING UPON, AND WILL INURE TO THE BENEFIT OF, THE SUCCESSORS OR ASSIGNS OF SUCH ENTITY, INCLUDING, WITHOUT LIMITATION, THE TERMINATION OF THE DECLARANT RIGHTS, THE TERMINATION OF THE SIXTH AMENDMENT, AND THE ELIMINATION OF THE REQUIREMENT THAT ANY PERSON OR PROPERTY BE SUBJECT TO MANDATORY MEMBERSHIP IN THE CLUB AS SET FOR IN SECTIONS 14.03 AND 14.04 OF THE PLAN.