**EXHIBIT 3**

**Payments w/in 90 days**

| Payee | Amount |
|---|---|
| Baseline Sports Construction | 21,956 |
| Amazon Capital | 18,579 |
| Blue Cross Blue Shield | 13,956 |
| Beard Equipment | 7,527 |
| Cintas | 12,517 |
| Fisher Russell PLLC | 69,945 |
| John Deere Credit | 43,856 |
| Jonas | 11,291 |
| Kapitus | 87,570 |
| LBMC Techonolgy Solutions | 17,170 |
| Loren Krokowski | 11,550 |
| Loudon Utilities | 26,140 |
| Monroe County Chancery (Escrow) | 8,500 |
| ORNL FCU | 151,226 |
| Ping, Inc. | 7,049 |
| PNC Equipment Finance | 27,655 |
| RJ Young Company, LLC | 9,956 |
| Rogers Petroleum | 15,336 |
| Selective Insurance | 17,286 |
| Simplot Birmingham | 19,032 |
| Sinclair Mechanical | 12,325 |
| Tarver Distributing Co. | 8,474 |
| Taylor Made | 8,241 |
| TN Dept of Revenue | 100,144 |
| TN ABC | 8,337 |
| Tritex Services | 8,816 |
| US Bank | 13,379 |
| US Foods, Inc. | 56,785 |
| MCB Visa | 13,367 |
| Regions Commercial Bankcard | 11,464 |
| Wells Fargo | 12,674 |
| Athens Distributing Company | 10,013 |
| Divots Sportswear Company | 9,407 |
| Employers Preferred Insurance | 9,455 |
| Acushnet Company | 30,712 |
| Harrell's LLC | 36,819 |
| **Total** | **948,509** |

**EXHIBIT 3**

**Payments w/in 1 year to or benefitting Insider**

| Payee | Amount |
|---|---:|
| A&B Distributors, Inc. | 17,905 |
| AGS Acushnet Company | 102,729 |
| Cintas | 31,008 |
| Divots Sportswear Company | 15,456 |
| Harrell's LLC | 206,488 |
| John Deere Credit #61976 | 29,352 |
| John Deere Credit #62256 | 21,746 |
| John Deere Financial | 154,217 |
| Kapitus | 100,080 |
| US Bank | 53,904 |
| US Foods, Inc. | 267,722 |
| MCB Visa | 36,846 |
| Visa Regions Commercial Bankcard | 12,000 |
| Wells Fargo | 56,180 |
| ORNL FCU | 638,079 |
| Ping, Inc. | 35,700 |
| PNC Eqiupment Finance | 92,199 |
| RJ Young Company, LLC | 17,823 |
| US Small Business Adminstration | 11,939 |
| Taylor Made | 25,130 |
| Tritex Services | 19,489 |
| **Total** | **1,945,990** |

| | |
|---|---:|
| **Total Scheduled Potential Avoidance Actions** | **2,894,499** |

In addition to the above, the Avoidance Actions include claims agaisnt RBP, as successor in interest to
ORNL Federal Credit Union for avoidance and recovery of fraudulent transfers.