**LIQUIDATION ANALYSIS**

**Current Balance Sheet**

| | | Source |
|---|---|---|
| **Balance Sheet** | | From Monthly Operating Report (Doc. No. 960) |
| | | |
| *Current Assets* | | |
| Cash -Bank Accounts | 756,415 | From Monthly Operating Report (Doc. No. 960) |
| Cash On-Site | 1,600 | From Monthly Operating Report (Doc. No. 960) |
| Accounts Receivable < 90 Days | 46,091 | From Monthly Operating Report (Doc. No. 960) |
| Accounts Receivable > 90 Days | 456,027 | From Monthly Operating Report (Doc. No. 960) |
| Inventory | 95,131 | From Monthly Operating Report (Doc. No. 960) |
| Funds Held by Third Parties | 767,632 | From Monthly Operating Report (Doc. No. 960) |
| Contingent ERTC Refund | 500,000 | From Monthly Operating Report (Doc. No. 960) |
| **Total Current Assets** | **2,622,896** | |
| | | |
| *Long Term Assets* | | |
| Building and Other Deprciable Assets | 3,843,380 | From Monthly Operating Report (Doc. No. 960) |
| Land | 1,379,859 | From Monthly Operating Report (Doc. No. 960) |
| Estimated Tax Refund | 9,000 | From Monthly Operating Report (Doc. No. 960) |
| **Total Long-Term Assets** | **5,232,239** | |
| | | |
| **Total Balance Sheet Assets** | **7,855,135** | |
| | | |
| **Litigation Claims** | | |
| | | |
| Avoidance Actions | 2,894,499 | From SOFA |
| Partnership Contribution Claim | Unkown | Potential P'ship Claims against RBP (1/2 total unsecured claims) Contingent-Unknown |
| **Total Litigation Claims** | **2,894,499** | |
| | | |
| **TOTAL ASSETS** | **10,749,634** | |

**Projected Recovery in Chapter 7 Liquidation**

*Current Assets*

| | | |
|---|---|---|
| Cash -Bank Accounts | 756,415 | Assume 100% (subject to liens) |
| Cash On-Site | 1,600 | Assume 100% (subject to liens) |
| Accounts Receivable < 90 Days | 34,568 | Assume 75% collection rate (subject to liens) |
| Accounts Receivable > 90 Days | - | Assume 0% collection rate (subject to liens) |
| Inventory | 9,513 | Assume 10% liquidation value (subject to liens) |
| Funds Held by Third Parties | 517,632 | Assume 100% but Debtor only entitled to $250,000 of $500,000 in Escrow (subject to liens) |
| Contingent ERTC Refund | 500,000 | Assume 100% (subject to liens) |
| **Total Current Assets** | **1,819,728** | |

*Long Term Assets*

| | | |
|---|---|---|
| Building and Other Deprciable Assets | 3,843,380 | Assume sale at Balance Sheet Value (subject to liens) |
| Land | 1,379,859 | Assume sale at Balance Sheet Value (subject to liens) |
| Estimated Tax Refund | 9,000 | Assume 100% (subject to liens) |
| **Total Long-Term Assets** | **5,232,239** | |

| | | |
|---|---|---|
| **Total Balance Sheet Assets** | **7,051,967** | |
| | | |
| Secured Claims | 7,467,456 | Liens on all real and personal property |
| Net Available After Secured Claims | (415,489) | |
| | | |
| Plus | | |
| Litigation Claims | 964,833 | (Discounted to 1/3 of Face Value of Litigation Claims) |
| Total Available for Distribution to Unsec | 964,833 | |
| | | |
| Administrative Expenses (Ch 7 and 11) | 1,453,750 | Ch 7 Trustee Comm'n on $1mm plus $1.4mm ch 11 Admin. |
| | (488,917) | |

**Unsecured Claims Recoveries**

| | | |
|---|---|---|
| Potential Admin Expense Recovery | 964,833 | |
| Potential Priority Recovery | - | |
| Potential Unsecured Recovery | - | |
| **TOTAL** | **964,833** | |

**Plan Analysis**

**Plan Analysis**

| | | |
|---|---|---|
| Cash -Bank Accounts | 756,415 | From Monthly Operating Report (Doc. No. 960) |
| Cash On-Site | 1,600 | From Monthly Operating Report (Doc. No. 960) |
| Accounts Receivable < 90 Days | 46,091 | From Monthly Operating Report (Doc. No. 960) |
| Accounts Receivable > 90 Days | 456,027 | From Monthly Operating Report (Doc. No. 960) |
| Inventory | 95,131 | From Monthly Operating Report (Doc. No. 960) |
| Funds Held by Third Parties | 0.00 | From Monthly Operating Report (Doc. No. 960) |
| Contingent ERTC Refund | 500,000 | From Monthly Operating Report (Doc. No. 960) |
| **Total Current Assets** | **1,855,264** | |

**Secured Claims**

All Allowed Secured Claims paid in full

**Unsecured Claims**

| | | |
|---|---|---|
| Administrative Claims | 1,400,000 | Estimate from ch 11 trustee |
| Unsecured Priority | 52,015 | From Claims Register |
| Unsecured Nonpriority | 33,314,560 | From Monthly Operating Report (Doc. No. 960) |
| **TOTAL UNSECURED CLAIMS** | **34,766,575** | |

**Unsecured Claims Recoveries**

| | | |
|---|---|---|
| Administrative Expense Claims | 1,400,000 | |
| Priority Claims | 52,015 | |
| Unsecured Nonpriority Claims | 1,964,833 | (Class 10 Guaranteed Payment plus Litigation Claims) |
| **TOTAL** | **3,416,848** | |