**EXHIBIT 5**

| Cash Flow Estimate | | 6/25/2026 | |
|---|---|---|---|
| Category | Monthly | Annual | Notes |
| | | | |
| Sales: | | | |
| Full Member (Certificate Holder) Golf with Social  Dues 85 @ $860 | $ 73,100.00 | $ 877,200.00 | |
| Full Member (Certificate Holder) Social  Dues 170 @ $250 | $ 42,500.00 | $ 510,000.00 | |
| New Member (Certificate Holder) Social Initiation Fees 1 @$2,500 | $ 2,500.00 | $ 30,000.00 | |
| New Member (Certificate Holder) Social & Golf Initiation Fees 1 @ $7,500 | $ 7,500.00 | $ 90,000.00 | |
| | | | |
| Annual (Non Certificate Holders) Single Memberships 45@ $1,040 | $ 46,800.00 | $ 561,600.00 | |
| Annual (Non Certificate Holders)  Golf Memberships 45@ $1,130 | $ 50,850.00 | $ 610,200.00 | |
| | | | |
| Food Sales | $ 57,033.33 | $ 684,400.00 | Based upon cost at 30% of sales |
| Alcohol Sales | $ 66,345.00 | $ 796,140.00 | Based upon cost at 20% of sales |
| Proshop Sales | $ 21,540.00 | $ 258,480.00 | Based upon cost at 60% of sales |
| | | | |
| Total Sales | $ 368,168.33 | $ 4,418,020.00 | |
| | | | |
| Cost of Goods | | | |
| Food | $ 17,110.00 | $ 205,320.00 | Average from Ayres Spreadsheet in early court filings |
| Alcohol | $ 13,269.00 | $ 159,228.00 | Average from Ayres Spreadsheet in early court filings |
| Golf Merchandise | $ 12,922.00 | $ 155,064.00 | Average from Ayres Spreadsheet in early court filings |
| Total COGS | $ 43,301.00 | $ 519,612.00 | Average from Ayres Spreadsheet in early court filings |
| | | | |
| Gross Profit | $ 324,867.33 | $ 3,898,408.00 | |
| | | | |
| Expenses | | | Average from Ayres Spreadsheet in early court filings |
| Payroll Club Wait Staff | $ 16,635.00 | $ 199,620.00 | |
| Payroll Club  F&B | $ 9,341.00 | $ 112,092.00 | |
| Payroll G&A | $ 15,512.00 | $ 186,144.00 | |
| Payroll Kitchen Staff | $ 16,347.00 | $ 196,164.00 | |
| Payroll Pro Shop Staff | $ 10,318.00 | $ 123,816.00 | |
| Payroll Taxes | $ 8,923.00 | $ 107,076.00 | |
| Workers Compensation | $ 600.00 | $ 7,200.00 | |
| Contract Labor | $ 1,400.00 | $ 16,800.00 | |
| Entertainment | $ 7,100.00 | $ 85,200.00 | |
| Internet Services | $ 1,615.00 | $ 19,380.00 | |
| Management Fees (Kemper) | $ 12,000.00 | $ 144,000.00 | |
| Legal Fees | $ 1,500.00 | $ 18,000.00 | |
| SVC Contracts Trash | $ 960.00 | $ 11,520.00 | |
| Misc | $ 350.00 | $ 4,200.00 | |
| | | $ - | |
| Computer Software & Tech | $ 5,025.00 | $ 60,300.00 | |
| Maintenance Equipment Lease | $ 900.00 | $ 10,800.00 | |
| Equipment Rental | $ 1,900.00 | $ 22,800.00 | |
| Utilities Electric Sewer | $ 6,400.00 | $ 76,800.00 | |
| Utilities Water | $ 325.00 | $ 3,900.00 | |
| Telephone | $ 90.00 | $ 1,080.00 | |
| Operating Equipment Linens | $ 4,500.00 | $ 54,000.00 | |
| Supplies | $ 4,570.00 | $ 54,840.00 | |
| Advertising | $ 350.00 | $ 4,200.00 | |
| R&M  Club Building | $ 4,700.00 | $ 56,400.00 | |
| R&M  Club Equipment | $ 2,000.00 | $ 24,000.00 | |
| R&M  Pool | $ 468.00 | $ 5,616.00 | |
| R&M Landscape Club | $ 5,500.00 | $ 66,000.00 | |
| | | $ - | |
| R&M Golf Equipment | $ 1,500.00 | $ 18,000.00 | |
| R&M Golf Course | $ 3,410.00 | $ 40,920.00 | |
| Payroll Golf Maintenance | $ 35,210.00 | $ 422,520.00 | |
| Payroll Club Golf Pro & Super | $ 10,538.00 | $ 126,456.00 | |
| Cart Expenses | $ 225.00 | $ 2,700.00 | |
| Fertilizer & Chemicals | $ 6,400.00 | $ 76,800.00 | |
| Gas & Oil Golf Course | $ 3,122.00 | $ 37,464.00 | |
| Increase necessary for Club Repair and Improvements | $ 25,000.00 | $ 300,000.00 | |
| | | $ - | |
| Bank Fees | $ 1,100.00 | $ 13,200.00 | |
| Insurance | $ 8,400.00 | $ 100,800.00 | |
| Dues & Subscriptions | $ 1,450.00 | $ 17,400.00 | |
| License/Fees | $ 100.00 | $ 1,200.00 | |
| | | | |
| Sales Tax (Incld Sales) and Property | $ 23,000.00 | $ 276,000.00 | Sales Tax on Included Sales is $19,386, Property Tax assume $40,000 per year. |
| | | | |
| Interest and Amortization Rarity Bay Partners | $ 33,664.00 | $ 403,968.00 | $4,342,000 at 6.65%, 20 Year, 10 Year Balloon ($2,865,594) |
| Interest and Amortizatio Other Secured Creditors | $ 14,270.00 | $ 171,240.00 | $815,141 at Varius Interest Rates, 5 year Amortization |
| Unsecured Creditors Payment | $ 8,333.00 | $ 100,000.00 | $100,000 per year 10 years |
| Total Expense | $ 315,051.00 | $ 3,780,612.00 | |
| | | $ - | |
| Net Profit | $ 9,816.33 | $ 117,796.00 | |

| Assume 10% Income Growth and 7% Cost Increase for net 3% growth | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year 1 | Year 2 | Year 3 | Year 4 | | Year 5 | Year 6 | Year 7 |
| Total Sales | $ 4,859,822.00 | $ 5,345,804.20 | $ | 5,880,384.62 | $ 6,468,423.08 | $ 7,115,265.39 | $ 7,826,791.93 |
| Reduction in Income from BEP Credits for Initiation Fees and Dues | $ (100,000.00) | $ (125,000.00) | $ | (150,000.00) | $ (150,000.00) | $ (150,000.00) | $ (150,000.00) |
| Total COGS | $ 555,984.84 | $ 594,903.78 | $ | 636,547.04 | $ 681,105.34 | $ 728,782.71 | $ 779,797.50 |
| Gross Profit | $ 4,203,837.16 | $ 4,625,900.42 | $ | 5,093,837.58 | $ 5,637,317.75 | $ 6,236,482.68 | $ 6,896,994.43 |
| Total Expenses | $ 4,045,254.84 | $ 4,328,422.68 | $ | 4,631,412.27 | $ 4,955,611.12 | $ 5,302,503.90 | $ 5,673,679.18 |
| Net Operating Profit | $ 158,582.32 | $ 297,477.74 | $ | 462,425.31 | $ 681,706.62 | $ 933,978.78 | $ 1,223,315.25 |

Note:  We are assuming that $425,000 of BEP Credits are for Certificates and $825,000 for dues & initiation fees