**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **SALEM POINTE CAPITAL, LLC,** | ) | **Case No. 3:24-bk-31702-SHB** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**MOTION TO SHORTEN TIME FOR HEARING ON
DISCLOSURE STATEMENT PURSUANT TO
11 U.S.C. § 1125 AND FED. R. BANKR. P. 2002(b)(1)(A) and 9006(c)**

**COMES NOW** BEP Rarity Bay LLC ("BEP"), by and through counsel, and respectfully submits this Motion to Shorten Time for Hearing on its filed Disclosure Statement for Chapter 11 Plan of Reorganization for Salem Pointe Capital, LLC (the "Disclosure Statement") [Doc. No. 1013] pursuant to 11 U.S.C. § 1125 and FED. R. BANKR. P. 2002(b)(1)(A) and 9006(c).

This request to shorten time is based on the nature and time sensitivity of the Disclosure Statement when taken in conjunction with a pending sale motion. BEP believes that it is in the best interest of the estate and all creditors for the Disclosure Statement approval hearing pursuant to 11 U.S.C. § 1125(b) to be heard on July 16, 2026 with a bar date for objections of July 14, 2026.   This requires the Court to shorten the 28 day notice period set forth in FED. R. BANKR. P. 2002(b)(1)(A) to 18 days.

**WHEREFORE,** BEP respectfully requests that the Court shorten the time period and set the Disclosure Statement on an expedited basis to be heard on heard on July 16, 2026 at 10:00 a.m with a bar date for objections of July 14, 2026 and for such other, further and general relief to which it may be entitled.

Respectfully Submitted:

**BUTLER SNOW LLP**

/s/ R. Campbell Hillyer
R. Campbell Hillyer (22124)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
(901) 680-7326
(901) 680-7201 facsimile
cam.hillyer@butlersnow.com
*Attorneys for BEP Rarity Bay, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 25, 2026, a true and correct copy of the foregoing *Motion to Shorten Time* was filed electronically with the Court's Electronic Case Filing System and will be served by operation of the Court's electronic filing system on the following:

- Brenda G. Brooks  - bbrooks@moore-brooks.com, ebriggs@moore-brooks.com
- Wynne Caffey-Knight – wcaffey@esc-law.com
- Thomas H. Dickenson – tdickenson@hdclaw.com, ROgle@hdclaw.com
- Tiffany A. DiIorio – Tiffany.DiIorio@usdoj.gov
- Michael W. Ewell – mewell@fmsllp.com, dmcafee@fmsllp.com, elambert@fmsllp.com
- Adam Uriah Holland – aholland@dhifirm.com
- Trent R. Kinkaid – tkinkaid@esc-law.com
- Erno D. Lindner – elindner@bakerdonelson.com, dspiegel@bakerdonelson.com
- Gregory C. Logue – logueg@wmbac.com
- William F. McCormick – agbankparsons@ag.tn.gov, agbankstair@ag.tn.gov
- Mary D. Miller – mmillerservice@millerlaw.solutions, kboyd@millerlaw.solutions
- James R. Moore – jmoore@moore-brooks.com
- Jason L. Rogers – jrogers@hdclaw.com, ROgle@hsclaw.com
- M. Aaron Spencer – aspencer@wmbac.com, arossini@wmbac.com, TN56@ecfcbis.com
- United State Trustee – Ustpregion08.kx.ecf.@usdoj.gov
- Paul E. Jennings – PJennings@bassberry.com
- Adam G. Russell – arussell@fisher-russell.com
- Melanie Davis – msd162@hotmail.com
- Austin McMullen – AMcMullen@bradley.com
- Bill Norton – BNORTON@bradley.com
- Walter Winchester – wwinchester@wsfs-law.com
- Thomas Hale – tomhale@kramer-rayson.com
- Ronald Attariasio – ron@sa-tnlaw.com
- Gene Humphreys – GHumphreys@bassberry.com
- Erika R. Barnes – ebarnes@stites.com

<u>/s/ R. Campbell Hillyer</u>

3